3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA COY, INDIVIDUALLY AND | § | |
| ON BEHALF OF THE ESTATE OF | § | |
| ORTENSIA G. LOPEZ, DECEASED, | § | |
| LUIS AYALA, ISELA RODRIGUEZ | § | |
| AND LEE AYALA, JR., RUBEN RUIZ | § | |
| AND MAURICIO SALDANA | § | CIVIL ACTION NO. B-00-139 |
| | § | |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY | § | |
| AND GABRIEL DELGADO | § | |

## NOTICE OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendant **GABRIEL DELGADO**, and pursuant to Rule 2 of the Local Rules of the Southern District of Texas, designates the following attorney as attorney-in-charge:

D. ALAN ERWIN, JR.
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
TEL/ (956) 542-5666
FAX/ (956) 542-0016

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
State Bar # 06653020
Federal Id # 20471
ATTORNEY FOR DEFENDANT
GABRIEL DELGADO

Page -1-

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the above and foregoing document has been sent by certified mail, return receipt requested on this  3rd  day of  October , 2000 to all attorneys of record, to-wit:

>Tony Martinez
>**MARTINEZ & BARRERA, L.L.P.**
>1201 East Van Buren
>Brownsville, Texas 78520
>
>Joseph A. (Tony) Rodriguez
>**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
>1201 East Van Buren
>P.O. Box 2155
>Brownsville, Texas 78522

_____
D. ALAN ERWIN, JR.
Attorney at Law

Page -2-