4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA COY, INDIVIDUALLY AND | § | |
| ON BEHALF OF THE ESTATE OF | § | |
| ORTENSIA G. LOPEZ, DECEASED, | § | |
| LUIS AYALA, ISELA RODRIGUEZ | § | |
| AND LEE AYALA, JR., RUBEN RUIZ | § | |
| AND MAURICIO SALDANA | § | CIVIL ACTION NO. B-00-139 |
| | § | |
| VS. | § | |
| | § | |
| FORD MOTOR COMPANY | § | |
| AND GABRIEL DELGADO | § | |

### NOTICE OF CONSENT OF REMOVAL
### OF DEFENDANT GABRIEL DELGADO

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **GABRIEL DELGADO**, one of the Defendants in the above entitled and numbered cause, and files this Consent to Removal under 28 U.S.C. Section 1446(b) showing the Court as follow:

**I.**

This cause was commenced in the 357th Judicial District Court of Willacy County, Texas on March 7, 2000, when Plaintiffs' Original Petition was filed in Cause No. 00-88. Plaintiff thereafter filed a First Amended Original Petition on May 2, 2000, with a Second Amended Original Petition being filed on August 11, 2000.

Page -1-

## II.

This is a civil action for damages and injuries allegedly incurred by the Plaintiffs in an automobile accident on May 16, 1998.

## III.

Defendant was served with the notice of the suit on March 17, 2000 and an answer was filed on his behalf on April 3, 2000.

## IV.

On September 7, 2000, Ford Motor Company filed a Notice of Removal to federal court.

## V.

Defendant Gabriel Delgado agrees with the Notice of Removal and consents to removal of this action to federal court.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: *[signature]*
JEFFREY D. ROERIG
State Bar # 17161700
Federal Id. No. 1503
ATTORNEY FOR DEFENDANT
GABRIEL DELGADO

Page -2-

## **CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the above and foregoing document has been sent by certified mail, return receipt requested on this  3rd  day of  October , 2000 to all attorneys of record, to-wit:

Tony Martinez
**MARTINEZ & BARRERA, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520

Joseph A. (Tony) Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

_____
JEFFREY D. ROERIG
Attorney at Law