5

THE HONORABLE JOHN WM. BLACK

**United States District Court**
**Southern District of Texas**
**FILED**

INITIAL PRETRIAL CONFERENCE

NOV 0 1 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. **B-00-139**    DATE & TIME: **11-01-00 AT 1:30 P.M.**

**LINDA COY, ET AL.**    PLAINTIFF(S)    **TONY MARTINEZ**
COUNSEL

VS.

**FORD MOTOR COMPANY**    DEFENDANT(S)    **EDUARDO R. RODRIGUEZ**
COUNSEL    **TONY RODRIGUEZ**
**GABRIEL DELGADO**    **D. ALAN ERWIN, JR.**
**JEFFREY D. ROERIG**

---

An initial pretrial conference was held in chambers. Attorneys Trey Martinez in lieu of Tony Martinez, Margie Batsell in lieu of Eduardo Rodriguez & Tony Rodriguez and Alan Erwin appeared.

Scheduling dates were selected.