6

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-139 |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | |

**ORDER**

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  Plaintiffs to designate experts by **February 1, 2001**.
     Defendants to designate experts by **March 1, 2001**.

(2)  Daubert Hearing to be held **March 16, 2001 at 10:00 A.M.**

(3)  All discovery in this case must be completed by **April 6, 2001**. If additional time is required, a motion requesting such extension must be filed no later than **March 23, 2001**. Failure to file such motion shall preclude further discovery.

(4)  All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(5)  A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **April 20, 2001**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(6)  A final pretrial and settlement conference is set for **April 20, 2001 at 1:30 P.M.**

(7)  Final Pretrial is set for **May 3, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.
     Jury selection is set for **May 4, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(8)   Trial on the merits is set for **May, 2001**, docket call.

DONE at Brownsville, Texas, on this 1st day of November, 2000.

_____
John Wm. Black
United States Magistrate Judge