7

## RODRIGUEZ, COLVIN & CHANEY, L.L.P.
### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170

LAURA J. URBIS
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
MARIA VILLAGÓMEZ
L. DANISH
DARRYL E. ATKINSON

*BOARD CERTIFIED IN PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

January 23, 2001

United States District Court
Southern District of Texas
RECEIVED
JAN 2 4 2001
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED
JAN 2 4 2001
Michael N. Milby
Clerk of Court

Mr. Michael Milby
United States District Clerk
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

    Re:    Civil Action No. B-00-139
              Linda Coy, et al. v. Ford Motor Company and Gabriel Delgado

Dear Mr. Milby:

Enclosed is an agreement between counsel dated January 22, 2001 executed by Plaintiffs' counsel. Please file among the Court's papers regarding this matter.

By copy hereof, I am serving all counsel of record with a copy of this document.

Thank you for your assistance in this matter.

                Very truly yours,

                RODRIGUEZ, COLVIN & CHANEY, L.L.P.

                Joseph A. (Tony) Rodriguez

JAR:rkl
enclosure

    cc:    Mr. Trey Martinez
           Martinez & Barrera, L.L.P.
           Attorneys at Law
           1201 East Van Buren
           Brownsville, Texas 78520

January 23, 2001
Page 2


       Mr. D. Alan Erwin, Jr.
       Roerig, Oliveira & Fisher, L.L.P.
       Attorneys at Law
       855 West Price Road, Suite 9
       Brownsville, Texas 78520
       (w/enclosure)

ClibPDF - www.fastio.com

## RODRIGUEZ, COLVIN & CHANEY, L.L.P.
### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170

LAURA J. URBIS
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ
TERI L. DANISH
DARRYL E. ATKINSON

*BOARD CERTIFIED IN PERSONAL
 INJURY TRIAL LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
 EMPLOYMENT LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

January 22, 2001

Mr. Trey Martinez
Martinez & Barrera, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520

    Re:    C.A. No. B-00-139;
           Linda Coy, et al. v. Ford Motor Company and Gabriel Delgado
           Our File: 17,948

Dear Trey:

    I am writing this letter to confirm our agreement in which you graciously agreed to extend the deadline for Defendant Ford Motor Company to respond (either object to and/or answer) to Plaintiffs' First Set of Interrogatories to Ford Motor Company, Plaintiffs' First Set of Request for Production to Ford Motor Company as well as Plaintiffs' First Set of Request for Admissions to Ford Motor Company until <u>January 26, 2001</u>.

    In writing this letter it is my intention to comply with Rule 11 of the Texas Rules of Civil Procedure which states that all agreements between attorneys of parties regarding any pending suit must be in writing, signed, and filed with the papers as part of the record.

    Please sign the second page of this correspondence and return a copy to in order to note your acceptance of this agreement and so that I may file a copy with the Court.

    If you have any questions or comments, please do not hesitate to call.

                          Very truly yours,

                          RODRIGUEZ, COLVIN & CHANEY, L.L.P.

                          Joseph A. (Tony) Rodriguez

JAR:rkl

January 22, 2001
Page 2

AGREED:

_____
Trey Martinez
Attorney for Plaintiffs