United States District Court
Southern District of Texas
RECEIVED
JAN 3 1 2001
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LINDA COY, ET AL. § | |
| Plaintiff, § | |
| § | B-00-139 |
| VS. § | CIVIL ACTION NO. B-00-13 |
| § | |
| FORD MOTOR COMPANY & § | |
| GABRIEL DELGADO § | |
| Defendants. § | |

## PLAINTIFFS DESIGNATION
## OF EXPERT WITNESSES

COMES NOW, **LINDA COY, ET AL**, Plaintiffs in the above styled and numbered cause and, pursuant to the Agreed Scheduling Order in this cause, files this their Designation of an Expert Witness. The fact witness designation will be supplemented in accordance with the Federal Rules of Civil Procedure. Defendant files this Designation of Expert Witnesses as follows:

## EXPERT WITNESSES

The following individuals may be called to render expert opinions at the time of trial:

Rex B. McClellan, Ph.D., P.E.
2153 Swift
Houston, Texas 77030

Respectfully submitted,

MARTINEZ Y BARRERA

_____
Benigno "Trey" Martinez
SBOT: 00797011
1201 E. Van Buren Street
Brownsville, Texas 78520
Tel: (956) 546-7159
Fax: (956) 544-0602

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Plaintiffs' designation has been forwarded to:

**Tony Rodriguez** via Hand Delivery
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, Texas 78520

**Alan D. Erwin** via Regular Mail
Roerig, Oliveira & Fisher
855 W. Price Road, Suite 9
Brownsville, Texas 78520

on this the 31st day of January, 2001.

_____
BENIGNO "TREY" MARTINEZ

# STUDY OF AXLE FAILURE

by

## REX B. MCLELLAN

A 1974 Ford Club Wagon being driven by Mr. Gabriel Delgado was involved in an accident on May 16, 1998 on U. S. highway 77.

The accident was initiated by the detachment of the passenger-side rear wheel.

## TESTING

The lug nuts were removed from the PS rear wheel and the axle stub exhibiting the fracture surface removed. A section of the axle containing the fracture surface was removed by an abrasive cut-off wheel.

Stereoscopic and electron micrography studies showed that the wheel did not become detached due to impact, but by the progression of a fatigue crack through the axle material.

## CONCLUSIONS

Vehicle axles should not fail by a fatigue process even in vehicles showing a relatively high mileage. Such an event represents a dangerously defective condition.

This report is preliminary in nature and is subject to modification in the event that new discovery is produced.

*Rex B. McLellan*

Rex B. McLellan Ph D., P E

May 12, 2000