United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 2 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, INDIVIDUALLY AND § <br> ON BEHALF OF THE ESTATE OF § <br> ORTENSIA G. LOPEZ, DECEASED, § <br> LUIS AYALA, ISELA RODRIGUEZ § <br> LIBRADO AYALA, JR., RUBEN RUIZ § <br> AND MAURICIO SALDANA § <br> § <br> VS. § <br> § <br> FORD MOTOR COMPANY § <br> AND GABRIEL DELGADO § | CIVIL ACTION NO. B-00-139 |

## DEFENDANT, GABRIEL DELGADO'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **GABRIEL DELGADO**, in the above entitled and numbered cause, pursuant to the Agreed Scheduling Order in this cause, files this his Designation of Expert Witnesses. **GABRIEL DELGADO** designates the following experts in regard to this lawsuit

1. Rex B. McClellan, Ph.D., P.E.
   2153 Swift
   Houston, Texas 77030
   TEL/ (713) 661-0113

   Mr. McLellan inspected the vehicle involved in the accident made the basis of this lawsuit. The mental impressions and opinions held by him and the facts known to him which relate to or form the basis of his mental impressions and opinions are contained within his report dated May 12, 2000 and attached hereto as Exhibit 1.

2. Officer Mark Chavez, Id. No. 9086
   Texas Department of Public Safety
   Raymondville, Texas
   TEL/ (956) 689-5939

   Officer Chavez was the investigating officer at the scene of the accident made the basis of this lawsuit  The general substance of Officer Chavez' mental impressions

•

Page 1 of 2

and opinions are contained within the enclosed accident report attached hereto as Exhibit 2.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
**D. ALAN ERWIN, JR.**
State Bar # 06653020
ATTORNEY FOR DEFENDANT
GABRIEL DELGADO

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument has been sent in accordance with the Texas Rules of Civil Procedure, to-wit:

Benigno (Trey) Martinez
**MARTINEZ & BARRERA, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520

Joseph A. (Tony) Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

on this 28th day of February, 2001.

_____
**D. ALAN ERWIN, JR.**
Attorney at Law

Page 2 of 2

# STUDY OF AXLE FAILURE

by

## REX B. MCLELLAN

A 1974 Ford Club Wagon being driven by Mr. Gabriel Delgado was involved in an accident on May 16, 1998 on U. S. highway 77.

The accident was initiated by the detachment of the passenger-side rear wheel.

## TESTING

The lug nuts were removed from the PS rear wheel and the axle stub exhibiting the fracture surface removed. A section of the axle containing the fracture surface was removed by an abrasive cut-off wheel.

Stereoscopic and electron micrography studies showed that the wheel did not become detached due to impact, but by the progression of a fatigue crack through the axle material.

## CONCLUSIONS

Vehicle axles should not fail by a fatigue process even in vehicles showing a relatively high mileage. Such an event represents a dangerously defective condition.

This report is preliminary in nature and is subject to modification in the event that new discovery is produced

*Rex B. McLellan*

Rex B. McLellan Ph.D., P.E.

May 12, 2000



DEFENDANT'S EXHIBIT 1
Blumberg No. 5114

# TEXAS PEACE OFFICER'S ACCIDENT REPORT ST-2 (Ed. 1/1/86)

MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0

**PLACE WHERE ACCIDENT OCCURRED**
- COUNTY: Kenedy
- CITY OR TOWN: —
- IF ACCIDENT WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN: 9.6 MILES, NORTH S E W of Raymondville

- ROAD ON WHICH ACCIDENT OCCURRED: U.S. 77
- CONSTR. ZONE: NO, SPEED LIMIT: 65
- INTERSECTING STREET OR RR X'ING NUMBER: —
- NOT AT INTERSECTION: 9 MI. N S E W of RM 756

- DATE OF ACCIDENT: 05-16-98
- DAY OF WEEK: Saturday
- HOUR: 1:05 A.M.

**UNIT NO. 1 - MOTOR VEHICLE**
- VEH IDENT NO: E14HHBG0834
- SEATING CAPACITY: 8
- YEAR MODEL: 1979
- COLOR & MAKE: Blue Ford
- MODEL NAME: Club Wagon
- BODY STYLE: Van
- LICENSE PLATE: 98 TX WJW53G
- DRIVER'S NAME: Delgado, Gabriel
- ADDRESS: 7732 Canal St. Apt. 2 Houston Tx. 77506
- PHONE: (713)923-8789
- DRIVER'S LICENSE: TX 07122413 C
- DOB: 03-18-50
- RACE: W  SEX: M
- OCCUPATION: Plastic Plant Worker
- SPECIMEN TAKEN: 2
- OWNER: Delgado, Gabriel  7934 Ave. F Houston Tx. 77506
- LIABILITY INSURANCE: YES  Allstate  5161230790413
- VEHICLE DAMAGE RATING: R&T-2

**UNIT NO. 2** — (blank)

- LIGHT CONDITION: 3 (3-DARK-NOT LIGHTED)
- WEATHER: 01
- SURFACE CONDITION: 1 (DRY)
- TYPE ROAD SURFACE: 1 (BLACKTOP)

IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $500.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☒ YES  ☐ NO

**DEFENDANT'S EXHIBIT 2** (Blumberg No. 5114)

- TIME NOTIFIED OF ACCIDENT: 05-16-98  1:18 a
- HOW: Willacy County Dispatch
- TIME ARRIVED AT SCENE OF ACCIDENT: 05-16-98  1:24a
- INVESTIGATOR: Mark Chavez
- DATE REPORT MADE: 05-24-98
- ID NO.: 9086
- DEPARTMENT: DPS/THP
- DIST./AREA: 3C04

JUN-11-1998 14:19

| | SOLICITATION (SOL) | EJECTED | CODE FOR TYPE RESTRAINT USED | AIRBAG CODE | HELMET USE | CODE FOR INJURY SEVERITY | ALCOHOL/DRUG ANALYSIS (COMPLETE IF CASUALTIES IN MOTOR VEHICLE) |
|---|---|---|---|---|---|---|---|
| | INDICATES PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSONS SEEKING PROFESSIONAL EMPLOYMENT AS/FOR AN ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY. Y=SOL N=NO SOLICITATION | A - NOT APPLICABLE Y - YES N - NO P - PARTIALLY U - UNK | A - SEATBELT & SHOULDER STRAP B - SEATBELT & NO SHOULDER STRAP C - CHILD RESTRAINT E - SHOULDER STRAP ONLY N - NONE | Y - DEPLOYED N - NO DEPLOYMENT U - UNK IF DEPLOYED | Y - WORN-DAMAGED X - WORN-NOT DAMAGED Z - WORN-UNK IF DAMAGED N - NOT WORN U - UNK IF WORN | K - KILLED A - INCAPACITATING INJURY B - NON-INCAPACITATING C - POSSIBLE INJURY N - NOT INJURED | 1 - BREATH 2 - BLOOD 3 - URINE 4 - NONE 5 - REFUSED |

| UNIT NO. 1 DAMAGE RATING R&T-2 | TOWED DUE TO DAMAGE ☒YES ☐NO | VEHICLE REMOVED TO Rodriguez Towing & Storage BY Rodriguez Towing |

| OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJCTD | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 DRIVER | SEE FRONT | 7732 Canal St. Apt.2 Hou 77506 | N | N | A | N | 4 | 48 | M | C |
| 2 PV | Lopez, Ortencia | 517 Walter St. Pasedena Tx. 77506 | N | Y | N | N | 4 | 57 | F | K |
| 3 PV | Vasquez, Valerie | 5130 5th St. Katy Tx. 77450 | N | N | N | N | 4 | 54 | F | B |
| 4 RF | Lizcano, Javier | 1404 Pecan Pasedena Tx. 77506 | N | N | A | N | 4 | 15 | M | C |
| 5 PV | Garza, Graciela | 5306 Hentler Crest Hou. Tx. 77045 | N | N | N | N | 4 | 54 | F | B |

| UNIT NO. 2 (COMPLETE ONLY IF UNIT NO. 2 WAS A MOTOR VEHICLE) DAMAGE RATING | TOWED DUE TO DAMAGE ☐YES ☐NO | VEHICLE REMOVED TO _____ BY |

| OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJCTD | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 DRIVER | SEE FRONT | | | | | | | | | |
| 7 PV | Ruiz, Ruben | 633 Lawndale Brownsville, Tx. 78521 | N | N | N | N | 4 | 58 | M | B |
| 8 PV | Saldana, Mauricio | 8415 Nevada Brownsville, Tx. 78521 | N | N | N | N | 4 | 24 | M | C |

### COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE

| PEDESTRIAN, PEDALCYCLIST, ETC. | CASUALTY NAME (LAST NAME FIRST) | CASUALTY ADDRESS (STREET, CITY, STATE, ZIP) | SOL | TYPE SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### DISPOSITION OF KILLED AND INJURED

| ITEM NUMBERS | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | NO. ATTENDANTS INC. DRIVER |
|---|---|---|---|---|---|
| 7 | VBMC Harlingen | Valley Air Care | 1:20a | 1:27a | 2 |
| 2,3,4,5,6,8 | VBMC Harlingen | Willacy County EMS | 1:25a | 1:30 | 4 |

### COMPLETE THIS SECTION IF PERSON KILLED

| ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|
| 2 | 05-16-98 | 2:42a | | | | | | |

**INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)**

Unit #1 was traveling southbound on U.S. 77 in the right lane. Unit #1's right rear axle broke, detatching the right rear wheel from the vehicle. Unit #1 veered to the left across the left lane into the median of U.S. 77 and rolled over once. Unit #1's final resting position was right side up.

DIAGRAM ☐ ONE WAY ☐ TWO WAY ☒ DIVIDED

INDICATE NORTH ↑

U.S 77 South | U.S. 77 North

### FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION

| FACTORS/CONDITIONS CONTRIBUTING | | | | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED | | | |
|---|---|---|---|---|---|---|---|
| UNIT 1 | 72 | — | — | UNIT 1 | — | — | — |
| UNIT 2 | — | — | — | UNIT 2 | — | — | — |

**TRAFFIC CONTROL**
1-NO CONTROL OR INOPERATIVE
2-OFFICER OR FLAGMAN
3-STOP AND GO SIGNAL
4-FLASHING RED LIGHT
5-3-TONE MARKS
6-WARNING SIGN
7-RR GATES OR SIGNALS
8-YIELD SIGN
9-CRATER STATE OR OFFICE
10-NO PASSING ZONE
11-OTHER CONTROL

9

1. ANIMAL ON ROAD - DOMESTIC
2. ANIMAL ON ROAD - WILD
3. BACKED WITHOUT SAFETY
4. CHANGED LANE WHEN UNSAFE
5. DEFECTIVE OR NO HEADLAMPS
6. DEFECTIVE OR NO STOP LAMPS
7. DEFECTIVE OR NO TAIL LAMPS
8. DEFECTIVE OR NO TURN SIGNAL LAMPS
9. DEFECTIVE OR NO VEHICLE BRAKES
10. DEFECTIVE OR NO TRAILER BRAKES
11. DEFECTIVE STEERING MECHANISM
12. DEFECTIVE OR SLICK TIRES
13. DEFECTIVE TRAILER HITCH
14. DISABLED IN TRAFFIC LANE
15. DISREGARD STOP AND GO SIGNAL
16. DISREGARD STOP SIGN OR LIGHT
17. DISREGARD TURN MARKS AT INTERSECTION
19. DISTRACTION IN VEHICLE
20. DRIVER INATTENTION
21. DROVE WITHOUT HEADLIGHTS
22. FAILED TO CONTROL SPEED
23. FAILED TO DRIVE IN SINGLE LANE
24. FAILED TO GIVE HALF OF ROADWAY
25. FAILED TO HEED WARNING SIGN
26. FAILED TO PASS TO LEFT SAFELY
27. FAILED TO PASS TO RIGHT SAFELY
28. FAILED TO SIGNAL OR GAVE WRONG SIGNAL
29. FAILED TO STOP AT PROPER PLACE
30. FAILED TO STOP FOR SCHOOL BUS
31. FAILED TO STOP FOR TRAIN
32. FAILED TO YIELD ROW - EMERGENCY VEHICLE
33. FAILED TO YIELD ROW - OPEN INTERSECTION
34. FAILED TO YIELD ROW - PRIVATE DRIVE
37. FAILED TO YIELD ROW - TURNING LEFT
38. FAILED TO YIELD ROW - TURN ON RED
39. FAILED TO YIELD ROW - YIELD SIGN
40. FATIGUED OR ASLEEP
41. FAULTY EVASIVE ACTION
42. FIRE IN VEHICLE
43. HANDICAPPED DRIVER (EXPLAIN IN NARRATIVE)
44. HAD BEEN DRINKING
45. IMPAIRED VISIBILITY (EXPLAIN IN NARRATIVE)
47. ILL (EXPLAIN IN NARRATIVE)
49. IMPROPER START FROM PARKED POSITION
50. LOAD NOT SECURED
51. OPENED DOOR INTO TRAFFIC LANE
52. OVERSIZE VEHICLE OR LOAD
53. OVERTAKE AND PASS INSUFFICIENT CLEARANCE
56. PARKED WITHOUT LIGHTS
57. PASSED IN NO PASSING ZONE
58. PASSED ON RIGHT SHOULDER
59. PEDESTRIAN FAILED TO YIELD ROW TO VEHICLE
60. SPEEDING - VEHICLE (UNDER LIMIT)
61. SPEEDING - OVER LIMIT
62. TAKING MEDICATION (EXPLAIN IN NARRATIVE)
63. TURNED IMPROPERLY - CUT CORNER ON LEFT
64. TURNED IMPROPERLY - WIDE RIGHT
65. TURNED IMPROPERLY - WRONG LANE
66. TURNED WHEN UNSAFE
68. UNDER INFLUENCE - ALCOHOL
69. UNDER INFLUENCE - DRUG
70. WRONG SIDE - NOT PASSING
71. WRONG SIDE - APPROACH OR IN INTERSECTION
72. OTHER FACTOR (EXPLAIN IN NARRATIVE BELOW)

TOTAL P.03