IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1  2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA COY, ET AL. | § | |
|         Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY & | § | |
| GABRIEL DELGADO | § | |
|         Defendants. | § | |

## DEFENDANT FORD MOTOR COMPANY'S
## FIRST DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Ford Motor Company ("Ford) and files this its First Designation of Expert Witnesses and reserves the right to file additional designations consistent with the Court's docket control orders in this case and the Federal Rules of Civil Procedure.

I.

Ford Motor Company designates the following expert witnesses who may be called by Defendant to testify at the trial of this case:

Dr. Richard Harding
Biodynamic Research Corporation
9901 IH-10 West, Suite 1000
San Antonio, TX 78230
(210) 691-0281

Dr. Harding is expected to render opinions and testify on topics of biomechanics including, but not limited to, injury causation, occupant kinematics, seat belt usage, and driver/vehicle issues as they relate to driver and the occupants of the vehicle at issue. His testimony will also address his review of file materials and Ford documents, as well as, testimony and evidence generated by other witnesses. Dr. Harding has provided a preliminary report based on his work to date. Defendant hereby incorporates his report in its entirety. Plaintiffs have failed to provide anything but basic information in their expert's report and therefore Dr. Harding expects his opinions to be refined once depositions of Plaintiffs' expert(s) are taken.

Page 1

Dr. Juan Herrera
Met Tech, Inc.
484 Timberoaks
El Paso, Texas 79932
(915) 532-4778

Dr. Herrera is a mechanical engineer. He is expected to render opinions and testify about the design, development, and performance of the components and parts (including but not limited to the axles of the subject vehicle, the structural integrity of those systems, and meturaligical issues as they may arise. He may testify as to the specifics of the vehicle's axle and its alleged failure in the case. He may testify as to the reasons of failure. He may be asked to testify as to negligence and/or strict liability issues in the case. His testimony will also address his review of the file materials and Ford documents, as well as, testimony and evidence generated by other witnesses. Dr. Herrera has provided a preliminary report based on his work to date. Defendant hereby incorporates his report in its entirety. Plaintiffs have failed to provide anything but basic information in their expert's report and therefore Dr. Herrera expects his opinions to be refined once depositions of Plaintiffs' expert(s) are taken.


Dr. Ed Martinez
Automotive Research Consultants, Ltd.
3301 Longmire
College Station, TX 77845-5811
(409) 764-7780

Dr. Martinez will render opinions regarding his reconstruction of the accident, including, but not limited to, the speed, path, orientation, roll, and other vehicle dynamics related to the 1979 Ford Club Wagon before, during, and after the accident. Dr. Martinez will further testify regarding any issues pertaining to mechanical engineering, vehicle dynamics, and vehicle design pertaining to vehicle performance. He may be asked to testify as to negligence and/or strict liability issues in the case. Dr. Martinez will also address his review of file materials and Ford documents, as well as, testimony and evidence generated by other witnesses. Dr. Martinez has provided a preliminary report based on his work to date. Defendant hereby incorporates his report in its entirety. Plaintiffs have failed to provide anything but basic information in their expert's report and therefore Dr. Martinez expects his opinions to be refined once depositions of Plaintiffs' expert(s) are taken.


## II.

Defendant has not retained but reserves the right to call the following Ford Motor Company engineer as a witness who may have relevant opinions which require specialized knowledge or training under the Federal Rules of Civil Evidence:

Larry Makowski
Design Analysis Engineer
Ford Motor Company
Parklane Towers West, Suite 604
Three Parklane Blvd.
Dearborn MI  48126
(313) 845-0344

Mr. Makowski is expected to testify regarding Ford Motor Company's design, research, testing and development of the 1979 Ford Wagon Van and the attendant component parts.   Mr. Makowski will further testify regarding Ford policies and procedures;  Ford crash testing; industry standards with respect to the weld specifications, suspension system and braking systems; and, Federal Motor Vehicle Safety Standard crashworthiness requirements. He may be asked to testify as to negligence and/or strict liability issues in the case.    In addition, Mr. Makowski will testify regarding his research relating to rear suspension, steering and brake systems.   He will also testify regarding his investigation and analysis of the subject accident. Mr. Makowski has provided a preliminary report based on his work to date.   Defendant hereby incorporates his report in its entirety.  Plaintiffs have failed to provide anything but basic impression in their expert's report and therefore Mr. Makowski expects his opinions to be refined once depositions of Plaintiffs' expert(s) are taken.


III.

Defendant has not retained but reserves the right to call and solicit opinions which require specialized knowledge or training under the Federal Rules of Civil Evidence from the following third party witnesses, and experts of Plaintiffs, without necessarily agreeing with or vouching for any or all opinions which the person may have, including but not limited to:

Benavides, V.A., M.D.
2121 Pease Street Suite 2B
Harlingen, Texas 78550
Provided medical treatment to Ruben Ruiz

Butters, Dr. Harry
And/or Custodian of Records
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78550
Provided medical treatment for Ruben Ruiz

Chavez, Officer Mark
Texas Department of Public Safety
Raymondville, Texas
(956) 689-5939
investigating officer

Davenport, DeWitt S., M.D.
Valley Baptist Medical Center Pathology
2101 Pease
Harlingen, Texas 78550
(956) 389-1100
performed autopsy on Ortensia G. Lopez

EmCar-Har Emerg. Physicians
And/or Custodian of Records
P.O. Box 13826
Philadelphia PA 19101
Provided medical treatment for Ruben Ruiz

Health South Therapy
and/or Custodian of Records
4655 Sweetwater Suite 450
Sugarland, Texas 77479
Provided medical treatment for Ruben Ruiz

Mason, Dr. Edward L.
And/or Custodian of Records
Valley Baptist Medical Center
2101 Pease Street
Harlingen, Texas 78550
Provided medical treatment for Ruben Ruiz and Ortensia G. Lopez

McLellan, Rex B.
2153 Swift
Houston, Texas 77030
(713) 661-0113
Plaintiffs' expert

South Texas Emergency Care Foundation, Inc.
And/or Custodian of Records
P.O. Box 533668
1705 Vermont
Harlingen, Texas 78553
Provided medical treatment for Ruben Ruiz

Valley Air Care
And/or Custodian of Records
2733 South 77 Sunshine Strip
Harlingen, Texas 78553
Provided medical treatment for Ruben Ruiz

Valley Baptist Medical Center
And/or Custodian of Records
2101 Pease
Harlingen, Texas
Provided medical treatment to Plaintiffs

Valley Diagnostic Clinic
And/or Custodian of Records
P.O. Box 523007
Harlingen, Texas 78553
(956) 425-7200
provided medical treatment to Ruben Ruiz

Valley Radiologists & Associates
And/or Custodian of Records
1616 Ed Carey Drive
Harlingen, Texas 78551
Provided medical treatment to Ruben Ruiz

Walton, Dr. Herald
Bayshore Family Practice
And/or Custodian of Records
3801 Vista, Suite 100
Pasadena, Texas 77504
Provided medical treatment for Ruben Ruiz

Willacy County Emergency Medical Service
And/or Custodian of Records
347 E. Hidalgo Ave.
Raymondville, Texas
Provided medical treatment for Orentsia G. Lopez, Ruben Ruiz and Mauricio Saldana

IV.

    This Defendant reserves the right to cross-examine Plaintiffs' designated expert witnesses and to elicit opinions from them during same without agreeing with or vouching for any or all opinions such persons may have.

This Defendant reserves the right to later designate additional experts and/or provide reports, if necessary, in accordance with this Court's Orders on docket control and/or in response to any later designation of expert witnesses by Plaintiffs and/or upon receiving more detail as to the experts' opinions and testimony Plaintiffs intend to offer at trial.

This Defendant may call as witness(es) at trial any of or all persons who have been deposed in this case and offer at trial any and all deposition testimony taken in this case regardless of whether such deposition testimony may constitute knowledge of facts or expert testimony.

This Defendant reserves the right to withdraw the designation of any experts and to aver positively that any such previously designated experts will not be called as expert witness pursuant to Federal caselaw.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
      Eduardo Roberto Rodriguez
State Bar No. 17144000
      Joseph A. (Tony) Rodriguez
State Bar No. 17146600
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

CUTEPDF - www.tetris.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

Tony Martinez
Martinez & Barrera, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Attorneys for Plaintiffs

Jeffrey D. Roerig
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Attorneys for Defendant, Gabriel Delgado

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery on this the 1st day of March, 2001.

Joseph A. (Tony) Rodriguez



**BIODYNAMIC RESEARCH CORPORATION**

SENT BY FACSIMILE TO (956) 541-2170

February 27, 2001

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78520

Re:     **Linda Coy v. Ford**

Dear Mr. Rodriguez,

Per your request, I am pleased to submit this report, the purpose of which is to set forth my general qualifications and preliminary opinions of the vehicle impact, occupant kinematics, and injury mechanisms involved in Ms. Hortencia Lopez's (deceased) and Ruben Ruiz's accident.

My professional background is documented in the attached copy of my curriculum vitae. A copy of my testifying history is also attached. My time is billed by Biodynamic Research Corporation at $240 per hour.

During the course of my study of this matter I have had access to the following items:

- Texas Peace Officer's Accident Report;

- Texas Department of Public Safety Interoffice Memorandum;

- THP Major Accident Investigation;

- Various Voluntary Statements of Occupants;

- DPS Scale Diagram w/Field Notes;

- Memo from Southwest Investigations;

- Study of Axle Failure by Rex B. McLellan, PhD, PE;

- Certificate of Title for 1979 Ford Van;

---

Page 2
Joseph A. Rodriguez
February 27, 2001

·      Various pleadings:

Plaintiff's Second Amended Original Petition
Plaintiff, Linda Coy, on Behalf of the Estate of Ortensia G. Lopez,
       Answers and Responses to Defendant, Ford Motor Company's
       First Set of Interrogatories and Request for Production
Plaintiff, Linda Coy, Individually, Answers and Responses to Defendant,
       Ford Motor Company's First Set of Interrogatories and
       Request for Production
Ruben Ruiz' Answers to Defendant Gabriel Delgado's First Set of Interrogatories
Plaintiff, Luis Ayala's Answers and Responses to Defendant,
       Ford Motor Company's First Set of Interrogatories and
       Request for Production
Plaintiff, Isela Rodriguez' Answers and Responses to Defendant,
       Ford Motor Company's First Set of Interrogatories and
       Request for Production
Plaintiff, Ruben Ruiz' Answers and Responses to Defendant,
       Ford Motor Company's First Set of Interrogatories and
       Request for Production
Linda Coy On Behalf of the Estate of Ortensia G. Lopez' Answers to
       Defendant Gabriel Delgado's First Set of Interrogatories
Linda Coy on Behalf of the Estate of Ortensia G. Lopez' Responses to
       Defendant Gabriel Delgado's Request for Disclosure
Plaintiff Mauricio Saldana's Answers and Responses to Defendant,
       Ford Motor Company's First Set of Interrogatories and
       Request for Production
Plaintiff Mauricio Saldana's Responses to Defendant Ford Motor Company's
       Request for Disclosure
Plaintiff, Librado Ayala, Jr.'s Answers and Responses to Defendant,
       Ford Motor Company's First Set of Interrogatories and
       Request for Production
Plaintiff, Linda Coy, Individually, Responses to Defendant Gabriel Delgado's
       Request for Disclosure
Plaintiff Linda Coy, Individually, Answers to Defendant, Gabriel Delgado's
       First Set of Interrogatories
Plaintiff Isela Rodriguez' Responses to Defendant Gabriel Delgado's
       Request for Disclosures
Plaintiff Isela Rodriguez' Answers to Defendant Gabriel Delgado's
       First Set of Interrogatories
Plaintiff Luis Ayala's Responses to Defendant Gabriel Delgado's
       Request for Disclosures

Page 3
Joseph A. Rodriguez
February 27, 2001

Plaintiff Luis Ayala's Answers to Defendant Gabriel Delgado's
First Set of Interrogatories
Plaintiff Librado Ayala Jr.'s Responses to Defendant Gabriel Delgado's
Request for Disclosures
Plaintiff Mauricio Saldana's Responses to Defendant Gabriel Delgado's
Request for Disclosure
Plaintiff Mauricio Saldana's Answers to Defendant Gabriel Delgado's
First Set of Interrogatories
Defendant Gabriel Delgado's Answers, Responses and Objections to
Co-Defendant Ford Motor Company's First Set of Interrogatories
and Request for Production;

- Color photocopies of photographs of Ford Sub-Wagon Van;

- Medical records of Hortencia Lopez from:

  Willacy County EMS Ambulance Activity Report
  Valley Baptist Medical Center
  Autopsy Report
  Death Certificate; and

- Medical records of Ruben Ruiz from:

  Willacy County EMS Ambulance Activity Report
  Harlingen County Emergency Care Foundation, Inc.
  Valley Baptist Medical Center
  Dr. V. A. Benavides
  Bayshore Family Practice
  HealthSouth.

I have also inspected the 1979 Ford E150 Super Van.

I have arrived at the following preliminary opinions:

- On May 16, 1998, at approximately 0105 hours, Ms. Hortencia Lopez (age 56)
  was the unrestrained left second row passenger, and Mr. Ruben Ruiz (age 58) the
  unrestrained right third row passenger, in a 1979 three-door Ford E150 passenger
  van which, following the loss of its right rear wheel, veered across the highway
  and rolled over, before coming to rest in the median. During this event, Ms.
  Lopez was ejected from the vehicle and sustained fatal injuries.

Page 4
Joseph A. Rodriguez
February 27, 2001

Ms. Lopez was attended by the Emergency Medical Services (EMS) at the scene of the May 16, 1998, motor vehicle accident, where she was found disoriented but conversive, with a Glasgow Coma Score (GCS) of 13, and vital signs of 130, 28, and 80 for pulse, respiration, and blood pressure, respectively. Supportive measures were instituted, and Ms. Lopez was transported to an emergency room, but became bradycardic *en route*: on arrival at the emergency room, cardiopulmonary resuscitation was in progress. A history of being found supine at the scene of a motor vehicle accident was noted with complaints of back and neck pain, followed first by abdominal pain *en route* to hospital, and then by bradycardia, unconsciousness, and cardiopulmonary arrest. Physical examination by the emergency room physician (Dr. Mason) revealed Ms. Lopez to be unconscious, pulseless, with no spontaneous respiration, and a GCS of 3. An abrasion of Ms. Lopez's right chest with hematomata of her right mid and left lower abdominal quadrants, and of her right lower lateral pelvis were described, as were abrasions to the left scapular and humerus, the right humerus, and patella. Dr. Mason concluded that Ms. Lopez had exsanguinated, and she was pronounced dead at 0242 hours.

Post mortem examination, carried out later that day by Dr. Davenport, resulted in final anatomical diagnoses of partial transection of Ms. Lopez's ascending aorta; a hemomediastinum; hemothoraces; extensive rib fractures (including all right-sided ribs anteriorly, right-sided ribs three to five posteriorly, and left-sided ribs three and four anteriorly); a fracture of the sternum; lacerations of the right lower lobe of the lung, the right side of the liver, and the spleen; a hemoperitoneum; and thigh contusions with abrasions to both knees.

No pre-accident medical records for Mr. Ruben Ruiz were available for review.

Mr. Ruiz was attended by the EMS at the scene of the May 16, 1998, motor vehicle accident, which was noted to be a single vehicle rollover event, in which Mr. Ruiz was the unrestrained rear passenger, and was found ambulatory at the scene having been assisted from the vehicle by another passenger. Mr. Ruiz reported neck and back pain but denied loss of consciousness, although he described waking up and being helped from the vehicle. Physical examination revealed Mr. Ruiz to be alert and oriented with a GCS of 15, a forehead hematoma, a laceration to the temple, a deep laceration to the back of the head, and a rigid chest with labored respiration. Following further assessment, during which Mr. Ruiz reported symptoms of chest and left femur pain, he was transported to an emergency room where he was examined by Dr. Mason. A history of the recent accident with questionable loss of consciousness was noted, while physical examination revealed a laceration across the top of Mr. Ruiz's

Case 1:00-cv-00139   Document 10   Filed in TXSD on 03/01/2001   Page 12 of 35

scalp, crackles in the lower lobe of his right lung, and swelling and pain of the right calf. X-rays of Mr. Ruiz's cervical spine revealed degenerative change at the C5-6 and C6-7 levels, with a radiolucent line in the body of C-2 on the odontoid view suspicious for fracture; while x-rays of his head, pelvis, and leg were within normal limits.

Dr. Mason's diagnoses were of an acute closed head injury, an acute simple laceration of the scalp, an acute chest wall contusion, and raised triglyceride levels.

Mr. Ruiz was subsequently seen by a surgeon (Dr. Benavides) who described a large coronal laceration between the anterior and posterior aspects of Mr. Ruiz's skull, a small laceration in the right lateral periorbital region, and contusions of the left anterior chest and right knee. Following suture of his lacerations, Mr. Ruiz was admitted for observation. A CT scan of his cervical spine revealed no fracture of the body of the C-2 vertebra, while a CT scan of his head revealed soft tissue swelling of the right parietal scalp but no intracranial injury. X-rays of Mr. Ruiz's sternum were normal. Mr. Ruiz remained stable during his observation period in the hospital, and was discharged on May 17, 1998.

Mr. Ruiz returned to Dr. Benavides in follow up on May 26, 1998, and again on June 15, 1998, at which time he described sleeping difficulties; sternal, left arm, back, and right leg pain; and thumb numbness. Dr. Benavides diagnostic impressions were of probable musculoskeletal pain and a possible traction injury to the nerve in Mr. Ruiz's thumb. Referral to Dr. Garcia was recommended.

On June 30, 1998, when seen at a family practice, Mr. Ruiz related a history of his accident, and described current symptoms of neck and anterior chest wall pain. A diagnosis of post-traumatic neck pain was made, for which management was by means of medications and physical therapy. The latter was carried out at HealthSouth on approximately four occasions between July 21 and August 6, 1998, with reported reduction in pain and no tenderness, but persistent loss of range of motion on the latter date. Mr. Ruiz was discharged to a home exercise program.

Mr. Ruiz returned to his family practice on July 30, 1998, and again on August 6, 1998, and reported improvement. Diagnoses remained as before, and management was by means of medications, with clearance to return to work.

No further medical records for Mr. Ruiz were available for review.

Page 6
Joseph A. Rodriguez
February 27, 2001

· Based on photographic damage assessment and my personal inspection of the Ford, on descriptions of the scenario, and on the principles of Newtonian mechanics, it is my opinion that Ms. Lopez sustained injuries consistent with her ejection from her vehicle during its rollover and travel to a point of final rest. Such ejection would have been prevented had Ms. Lopez been wearing her available active restraint system (seatbelt). It is my further opinion that had Ms. Lopez been so restrained, she would not have sustained the injuries which ultimately led to her demise.

· Similarly, and based on the same factors, it is my opinion that Mr. Ruiz sustained injuries consistent with his involvement in a rollover event. Such injuries would have been mitigated if he was wearing the active restraint system (seatbelt) available to him at the time of the accident.

As additional information is made available to me or as new facts are uncovered during the investigation and discovery process, my professional opinions may change to reflect the newfound information. The opinions expressed herein, however, are current and accurately reflect my conclusions based upon the information reviewed and the analysis performed as of this date.

Should you require additional information, please do not hesitate to contact me.

Yours very truly,

Richard M. Harding, BSc, MB BS, PhD

RMH:la
Enclosure



# BRC
BIODYNAMIC RESEARCH CORPORATION

# RICHARD M. HARDING, BSC, MB BS (London), PHD

## CURRICULUM VITAE

### EDUCATION

| | | |
|---|---|---|
| PhD | Doctor of Philosophy (Human Physiology)<br>St. Bartholomew's Hospital Medical College<br>University of London | 1985 |
| | Associate of the Faculty of Occupational Medicine<br>Royal College of Physicians (London) | 1981 |
| | Diploma in Aviation Medicine<br>Royal College of Physicians (London) | 1981 |
| MB BS | Bachelor of Medicine, Bachelor of Surgery<br>(United Kingdom MD Equivalent)<br>London Hospital Medical College<br>University of London | 1974 |
| BSc | Bachelor of Science, Physiology (1st Class Honors)<br>London Hospital Medical College<br>University of London | 1971 |

### POST-GRADUATE STUDIES

| | |
|---|---|
| Traffic Accident Reconstruction<br>Northwestern University Traffic Institute, Evanston, Illinois | 1995 |
| Aerospace Medical Association Board Certification<br>in Aerospace Physiology. | 1989 |
| RAF Initial Medical Officers Course,<br>RAF Institutes of Community Medicine and Aviation Medicine<br>(Certificate of Aviation Medicine, UK Civil Aviation<br>Authority and Ministry of Defense). | 1976 |
| United States Educational Commission for Foreign Medical<br>Graduates (ECFMG) Certification (0-237-223-3) | 1975 |

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

## PROFESSIONAL EXPERIENCE

Principal Consultant                                           1995-Present
Biodynamic Research Corporation
San Antonio, Texas

Senior Medical Officer                                        1981-1995
Deputy Department Head & Head of Aircrew Systems Division
Department of Aeromedicine and Neuroscience                  1994-1995
Defense Research Agency's Center for Human Sciences

Head of Aircrew Systems Division
RAF Institute of Aviation Medicine                           1991-1994

RAF Exchange Medical Officer                                  1988-1991
Chief, Acceleration Effects Function Aerospace Research Branch    1989
Crew Technology Division
United States Air Force School of Aerospace Medicine
Brooks Air Force Base, San Antonio, Texas.

Senior Specialist, Head of Breathing Systems Research Section  1985-1988
Altitude Division, RAF Institute of Aviation Medicine
Farnborough, Hampshire, United Kingdom

Medical Officer Instructor                                    1978-1981
RAF Specialist in Aviation Medicine                              1980
RAF Aviation Medicine Training Center
RAF North Luffenham, Rutland

Unit Medical Officer                                          1976-1977
Acting Senior Medical Officer                                   1977
RAF Marham, Norfolk

House Physician in Acute Medicine, Geriatrics and Dermatology    1976
The London Hospital (Bethnal Green)

House Surgeon in Accident and Emergency Medicine                 1975
The London Hospital (Whitechapel)

House Physician in Acute Medicine                                1975
Southend General Hospital

**BIODYNAMIC RESEARCH CORPORATION**
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 2 of 16
January 2001

CMsPDF - www.fastio.com

Student Research Fellow                                          1971
Cardiovascular Research Institute
University of California at San Francisco

## PROFESSIONAL REGISTRATIONS

Consultant in Aviation Medicine                                  1987-1995
General Medical Council, Registration #2249854                   1976-Present

## PROFESSIONAL AFFILIATIONS

British Medical Association                                      1994-Present
Royal Aeronautical Society                                       1982-Present
  · Aviation Medicine Group Committee                  1981-1992
International Academy of Aviation and Space Medicine             1984-Present
Aerospace Medical Association (Fellow 1997)                      1988-Present
  · Aerospace Physiology Society, (Awards Committee, 1990)   1988-Present
  · Life Sciences and Biomedical Engineering Branch    1988-Present
SAFE National Organization                                       1988-Present
Society of Automotive Engineers                                  1995-Present
Association for the Advancement of Automotive Medicine           1996-Present
NATO Military Agency for Standardization
  · Aeromedical Working Party                           1991-1995
Air Standardization Coordinating Committee
  · Working Party 61                                    1991-1995

## HONORS AND AWARDS

Welcome Trust Foundation Award                                   1992
Mackenzie Lecturer                                              1984
Edith Forbes Memorial Scholarship [Awarded by the London        1971
  Hospital Medical College]
BS Scholarship [Awarded by the Medical Research Council]        1969
Ford Travel Scholarship [Awarded by the Ford Motor Company]     1967

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 3 of 16
January 2001

# PROFESSIONAL APPOINTMENTS

Visiting Consultant in Aviation Medicine to the                         1996-Present
Department of Aeromedicine and Neuroscience,
Center for Human Sciences, Defence Research Agency
Farnborough, U.K.

Lecturer in Aerospace Medicine                                          1995-Present
US Department of Transportation, Federal Aviation
Administration

Member of the Editorial Advisory Panel                                  1988-1992
The Journal of the British Interplanetary Society

Member of the Editorial Advisory Panel                                  1986-1989
Aviation Medicine Quarterly

Member of the Microgravity Panel and Life Sciences                      1986
Sub-Committee British National Space Center

Aviation Medical Adviser to Dan Air Medical Services                    1985-1988
and to International Aeradio Ltd

Lecturer in Human and Applied Physiology                                1985-1988
University of London MSc and Intercollegiate BSc courses                   &
(Core lectures)                                                         1991-1995

Medical Officer to the Farnborough and Aldershot                        1984-1988
Branch of the British Sub-Aqua Association

Lecturer in Human Physiology                                            1982-1983
Royal College of Nursing Diploma
Farnborough College of Technology

Examiner, DHSS Health and Safety Executive First Aid courses   1982-1986
Farnborough College of Technology

Local examiner in First Aid, St John's Ambulance Brigade                1982-1988
NE Hampshire, United Kingdom

Examiner, National Road Transport First Aid Association                 1981

Local examiner in First Aid, St John's Ambulance Brigade                1979
Leicester, United Kingdom

**BIODYNAMIC RESEARCH CORPORATION**
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 4 of 16
January 2001

Locum Medical Officer                                                            1978-1981
British Medical Association Deputizing Services
Leicester, United Kingdom


## PUBLICATIONS

Thesis

Human respiratory responses during high performance flight. PhD Thesis,
University of London, 1985


Textbooks

Harding RM, Banks RD, Smith HS. "Assessing injury potential in rear-end
vehicle collisions." In: Yoganandan N, Pintar FA, Eds. Frontiers in
Whiplash Trauma: Clinical and Biomechanical. IOS Press, The Netherlands:
2000, 25-40.

Harding R M, "Pressure changes and hypoxia in aviation." In: Textbook of
Military Medicine - Special Environments Section, Environmental Stress
Volume. Office of the US Army Surgeon General & the Borden Institute,
Washington DC [Expected Publication Spring 2001].

Harding R M, "Health problems associated with air travel." In: Lockie C,
Walker E, Calvert L, et al, eds. Travel Medicine and Migrant Health.
Churchill Livingston, Edinburgh: 2000, 99-106.

Harding R M, "Recent Developments in Aerospace Medicine." In: Scagell
R, Wasserman E, eds. The New Illustrated Science and Invention
Encyclopedia: How It Works. H S Stuttman Inc, West Port, Connecticut,
1993.

Harding R M, "Aviation medicine." In: Smith A, ed. The British Medical
Association Complete Family Health Medical Encyclopaedia. Dorling
Kindersley, London: 1990.

Harding R M, "Man in space - physiological constraints." In: Dutton L, ed.
Military Space. Brasseys, London: 1990, 121-139.

Harding R M, "Survival in space: the medical problems of manned
spaceflight." Routledge, London 1989.

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Harding R M, "Units of measurement" (Appendix). In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 716-723.

Harding R M, Bagshaw M and Turner J C D, "Medical aspects of special types of flight." In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 471-489.

Harding R M, "Oxygen equipment and pressure clothing." In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 72-111.

Harding R M, "Hypoxia and hyperventilation." In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 45-59 (revised).

Harding R M, "The earth's atmosphere." In: Ernsting J, King P, eds. <u>Aviation Medicine</u>. Butterworths, London 1988: 3-13.

Harding R M, "The early symptoms of cerebral hypoxia." In: Amery W K, Wauquier A, eds. <u>The Prelude to the Migraine Attack.</u> Ballière Tindall, London 1986; 54-58.

Harding R M, "Air travel." In: Dawood R, ed. <u>Travellers' Health</u>. Oxford University Press, Oxford 1986; 195-205. [2nd edn 1989; 221-232] [3rd edn 1992; 186-195]

Other Open Publications

Banks, R; Harding, R; Hatsell, C.  Letters to the Editor: Roll vs. Pitch Rotation Under Orthostatic Stress.  Aviat Space Environ Med September 2000; Vol 71, No 9, Section 1, 966-968.

Harding RM, Howard RP, Krenrich SW. "The biomechanics of whiplash in low velocity collisions." In: The Proceedings of the International Body Engineering Conference. Detroit, MI, September 1999.

Harding R M, Miller R L, Ernsting J, Tedor J B, Ikels K G, and Harris D J. "Current molecular sieve oxygen generation systems." In: Ernsting J, Miller R L, eds. <u>Advanced Oxygen Systems for Aircraft</u>. Advisory Group for Aerospace Development and Research, AGARDograph 286, April 1996.

**BIODYNAMIC RESEARCH CORPORATION**
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 6 of 16
January 2001

CVtoPDF - www.fesko.com

Harding R M, "High altitude breathing systems and requirements." In: Pilmanis A A, Sears W J, eds. Raising the Operation Ceiling: A Workshop on the Life Support and Physiological Issue of Flight at 60,000 Feet and Above. Brooks Air Force Base, Texas: The Armstrong Laboratory, June 1995, AL/CF-SR-1995-0021, 67-73.

Harding R M, "Some physiological problems associated with air travel." In: Lockie C, ed. Course Notes for the Diploma in Travel Medicine. Module I, Unit 6(c), Dept. of Public Health, University of Glasgow, 1995.

Harding R M, "Aeromedical aspects of commercial air travel." J Travel Med 1994; 4: 211-5.

Harding R M, Pedersen O F, Miller M R, Sigsgaard T, and Tidley M, "Portable peak flow meters: physical characteristics, influence of temperature, altitude, and humidity." Eur Respir J 1994; 7: 991-7.

Harding R M, "Cabin air quality in aircraft." Br Med J 1994; 308: 427-8.

Harding R M, "Aviation Medicine." In: Baron C, ed. Distance Learning Course in Occupational Medicine. Centre for Occupational Health, University of Manchester, Oct 93.

Harding R M and Lupa H T, "Medical in-flight incidents: RAF fixed-wing experience 1981 - 1992." Abstracts of the 1993 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1993; 64: 434.

Harding R M, "Respiratory tract problems and the air traveller." Scottish Medicine 1993; 13 (1): 7-8.

Harding R M, "ENT problems and the air traveller." Travel Medicine International 1992; 10(3):98-100.

Harding R M, "Future high altitude operations." In: Pilmanis A A, ed. The Proceedings of the 1990 Hypobaric Decompression Sickness Workshop. Brooks Air Force Base, Texas: The Armstrong Laboratory, June 1992, AL-SR-1992-0005, 537-538.

Harding R M, "Decompression sickness experience outside North America." In: Pilmanis A A, ed The Proceedings of the 1990 Hypobaric Decompression Sickness Workshop. Brooks Air Force Base, Texas: The Armstrong Laboratory, June 1992, AL-SR-1992-0005, 467-471.

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 7 of 16
January 2001

Harding R M, "Aerospace Medicine Research in the 21st Century - Aircrew Protective Equipment." Abstracts of the 1992 Annual Scientific Meeting of the Aerospace Medical Association. <u>Aviat Space Environ Med</u> 1992; 63: 438.

Harding R M, Lyons T J, Freeman J E, and Oakley C J, "G-induced loss of consciousness accidents: USAF experience 1982-1990." <u>Aviat Space Environ Med</u> 1992; 63: 60-66.

Harding R M, "The use of pressure breathing in modern fighter aircraft (Pt 2)." Bulletin of the Asociacion Iberoamericana de Medicina Aerospacial 1991; 2(3): 3 - 4.

Harding R M, "The use of pressure breathing in modern fighter aircraft (Pt 1)." Bulletin of the Asociacion Iberoamericana de Medicina Aerospacial 1991; 2(2): 3 - 4.

Harding R M, Lyons T J, Freeman J E and Oakley C J, "G-induced loss of consciousness accidents: USAF experience 1982 - 1990." In: <u>High Altitude and High Acceleration Protection for Military Aircrew</u>. Neuilly sur Seine, France: NATO Advisory Group for Aerospace Research and Development, 1991, AGARD-CP 516, 5.1 - 5.9.

Harding R M, Blick M, Krock L P, Hopper N and Munson R A, "Echocardiographic changes during positive pressure breathing." Abstracts of the 1991 Annual Scientific Meeting of the Aerospace Medical Association. <u>Aviat Space Environ Med</u> 1991; 62: 448.

Harding R M, Thomas P and Milledge J, "Peak expiratory flow at altitude." <u>Thorax</u>, 1990; 45: 620-622.

Harding R M and Bomar J B, "Positive pressure breathing for acceleration protection and its role in prevention of in-flight G-induced loss of consciousness." <u>Aviat Space Environ Med</u>, 1990; 61: 845-849.

Harding R M, Chopp C S, Bomar J B, Holden R D, Bauer D H, "Rapid decompression to 50,000 feet: effect on heart rate response." <u>Aviat Space Environ Med</u>, 1990; 61: 604-608.

Harding R M, "Molecular sieve oxygen concentrators in military aircraft." <u>Aeromedical & Training Digest</u>, 1990; 4(1): 47-54.

**BIODYNAMIC RESEARCH CORPORATION**
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 8 of 16
January 2001

Harding R M and Robertson K, "Simultaneous respiratory responses during flight in a two-seat high performance aircraft." Abstracts of the 1989 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1989; 60: 481.

Harding R M, Stone B M, Brown G A, Nicholson A N, and Smith P A, "Hypoxic ventilatory responses and sleep at altitude." Proceedings of the Birmingham Medical Research Expeditionary Society Symposium on Acute Mountain Sickness, Birmingham 1988.

Harding R M, "Medical support for manned spaceflight." Aviat Med Qtrly 1988; 2: 43-55.

Harding R M, Cresswell G., McPhate D, and Farmer E.W., "Positive pressure breathing with and without chest counterpressure - an assessment in air combat manoeuvering flight." Abstracts of the 1988 Annual Scientific Meeting of the Aerospace Medical Association.. Aviat Space Environ Med 1988; 59: 480.

Harding R M, "The role of molecular sieves in modern fighter aircraft. DHSS Health Service Estate, No 61, Dec 1987: 50-53.

Harding R M and Cresswell G., "Royal Air Force flight trials of positive pressure breathing." Proceedings of the RAeS Symposium on High G and High G Protection, Oct 1987.

Harding R M, "Human respiratory responses during high performance flight." Advisory Group for Aerospace Development and Research, AGARDograph 312, 1987.

Harding R M, Ernsting J., Harmer P. and Tonkins W.J. "The laboratory assessment of the advanced oxygen system for the Harrier GR Mk5 aircraft." Abstracts of the 1986 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1986; 57: 512.

Harding R M, "Physiological problems of ascent to altitude." Int J Av Safety 1985; 3: 242-245.

Harding R M, "Human problems of space travel." Spaceflight 1985; 27: 254-256.

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 9 of 16
January 2001

Harding R M, "Human respiratory responses during high performance flight." Abstracts of the 1985 Annual Scientific Meeting of the Aerospace Medical Association. Aviat Space Environ Med 1985; 56: 483.

Harding R M, "In-flight respiratory responses in high performance aircraft." Preprints of the 54th Annual Scientific Meeting of the Aerospace Medical Association, 1983, 104-105.

A series of 19 articles on Aviation Medicine was commissioned by the British Medical Journal and published between April and August 1983. The collected articles were published in book form in November 1983, reprinted in 1985, and a revised second edition was published in November 1988. An extensively updated third edition was published in October 1993. Journal citations are as follows:

Harding R M and Mills F J

"Problems of altitude I: Hypoxia and hyperventilation." 286: 1408-1410

"Problems of altitude II: Decompression sickness and other effects of pressure changes." 286: 1498-1500

"Function of the special senses in flight I: Vision and spatial disorientation." 286: 1728-1731

"Function of the special senses in flight II: Motion sickness, and noise and communication." 286: 1808-1808

"Is the crew fit to fly? I: Licensing requirements for aircrew." 287: 114-116

"Is the crew fit to fly? II: Specific medical considerations." 287: 192-195

"Medical aspects of airline operations I: Health and hygiene." 286: 2041-2043

"Medical aspects of airline operations II: Aircrew schedules and emergency considerations." 287: 37-39

"Special forms of flight I: Balloons, gliders and hang gliders." 287: 277-278

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 10 of 16
January 2001

"Special forms of flight II: Helicopters." 287: 346-349

"Aviation medicine: a valediction." 287: 543

Mills F J and Harding R M

"Acceleration I: Long duration acceleration." 286: 1557-1559

"Acceleration II: Short duration acceleration." 286: 1630-1631

"Medical emergencies in the air I: Incidence and legal aspects." 286: 1311-1312

"Medical emergencies in the air II: Equipment and prevention." 286: 1204-1206

"Fitness to travel by air I: Physiological considerations." 286: 1269-1271

"Fitness to travel by air II: Specific medical considerations." 286: 1340-1341

"Special forms of flight III: Supersonic transport." 287: 411-412

"Special forms of flight IV: Manned spacecraft." 287: 478-482

## Service Publications

Harding R M, Armstrong Laboratory Sustained Acceleration Technical Area Plan, Aug 90.

Harding R M, Brown G A, Gradwell D P and Lupa H T, "An evaluation of counterpressure garments by spirometric measurements of lung volume." RAF IAM Report No 669, 1989.

Harding R M, "USAFSAM Man-rating of the YF-22A life support system." Letter Report, Oct 89.

Harding R M, "USAFSAM Man-rating of the YF-23A life support system." Letter Report, Aug 89.

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 11 of 16
January 2001

Harding R M, "Physiologic effects of positive pressure breathing." USAFSAM Position Paper, Nov 88.

Harding R M, "Oxygen installations." Revision of Defence Standard 00-970, Volume 1, Chapter 718, 1987.

Harding R M, "I learnt about integration from that ..." Report of the 26th meeting of the Air Standardization Coordinating Committee's Working Party 61, Nov 85; 4: 65.

Harding R M, "Procedures for calibration of in-flight data acquisition equipment." ASCC Air Standardization Agreement 61/41, 1985.

Harding R M, "Respiratory physiology during flight: a review." RAF IAM Report No 642, 1985.

Harding R M, RAF IAM Accident Investigation Report No 6/85 - Hawk T Mk1 XX293, 17 Apr 85.

Harding R M and Barwood A J, RAF IAM Accident Investigation Report No 5/85 - Jaguar GR1 XZ368, 1 Apr 85.

Harding R M, "A comparison between the noise-attenuating properties of two flexible mask hoses and the standard oxygen mask hose used in Harrier aircraft." RAF IAM Aircrew Equipment Report No 507, 1984.

Harding R M, "The in-flight assessment of aircrew equipment assemblies for use by Tornado ADV flight test crew." RAF IAM Aircrew Equipment Group Report No 506, 1984.

Harding R M, "RAF medical officers in-flight incident guide and check list." 1983. [Coordinator]

Harding R M, "The in-flight study of respiratory variables: a report on the RAF IAM flight trial at RAF Brawdy." August and September 1983. RAF IAM Altitude Division Report No A19, 1983.

Harding R M, "An in-flight assessment of two visors for use with helmet-mounted displays." RAF IAM Altitude Division Report No A18, 1983.

Harding R M, "Oxygen equipment and assemblies." AP3456, Part 1, Section 2, Chapter 1, 1982.

**BIODYNAMIC RESEARCH CORPORATION**
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 12 of 16
January 2001

Harding R M, "A standardization of the numerical conversion of liquid to gaseous oxygen." RAF IAM Altitude Division Report No A5, 1982.

Harding R M and Harrison R, "Assessment of an NBC hose assembly for use in Jaguar aircraft." RAF IAM Aircrew Equipment Group Report No 451, 1981.

Harding R M, "Hyperventilation." <u>Air Clues</u>, May 1981: 188.

Harding R M, "Hypoxia - another fuel crisis." <u>Air Clues</u>, Feb 1980: 60-61.


<u>Formal Presentations</u>

"Impact Biomechanics for the Health Care Professions" Pre-Conference Seminar. 44th Association for the Advancement of Automotive Medicine Annual Scientific Conference, Chicago, IL, October 2000.

"Products over the Pond: is US style litigation invading the UK?" American Bar Association 2000 Annual Meeting, London, England, July 2000.

Banks, R.D.; Harding, R.M.  Human Interaction with Deploying Air Bags. 71st Annual Meeting of the Aerospace Medical Association, Houston, TX, 2000.

"Effective retention, utilization and coordination of experts in a trucking case." American Bar Association, Transportation Mega-Conference III, New Orleans, LA, May 1997.

"Understanding 'Whiplash': Analysis of Low Speed Rear-Impact Testing Using Human Test Subjects." Society of Automotive Engineers, Inc., Low Speed Collision TOPTEC, Richmond, BC, Canada, Aug 96.

"Aviation physiology issues in aircraft accident investigation." Presentation to the seminar on medical aspects of aircraft accident investigation.  Civil Aeromedical Institute, Oklahoma City, OK, June 95.

"Is there a doctor on board?" Travel Medicine Symposium. Mid Staffordshire Post-Graduate Medical Centre, Feb 94.

"Aviation Medicine." Watford Post-Graduate Medical Centre meeting, Sep 93.

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 13 of 16
January 2001

"The physiology of positive pressure breathing for G protection." Panel presentation to the 1993 Annual Scientific Meeting of the Aerospace Medical Association.

"Aviation Physiology." St Mary's Hospital Medical School, 3rd year medical students applied physiology course, Dec 92.

"Aviation Medicine." St George's Hospital anaesthetic department meeting, Jul 92.

"Manned Spaceflight." Department of Air Warfare Senior Officers Course, RAF Cranwell, Jun 92.

"Medical Selection of Space Travellers." Presentation to the 1991 International Space Development Conference, San Antonio TX, May 91.

"The Role of the RAF Institute of Aviation Medicine." Presentation to the Alamo Chapter of the SAFE Organization, Brooks AFB, San Antonio TX, Apr 90.

"Pressure Breathing in Modern Fighter Aircraft." Presentation to Rotary Club of San Antonio West, Lackland AFB, San Antonio TX, Mar 90.

"The Place and Problems of Pressure Breathing in Modern Fighter Aircraft." Sixth Annual NATO Flight Surgeons' Conference, Ramstein Air Base, FRG, Mar 90.

"Physiologic Effects of Positive Pressure Breathing." Panel Session on Research and Development Needs in Aircrew Protection Technology. Annual SAFE Symposium, New Orleans LA, Dec 89.

"Advanced Oxygen Systems." Presentation to the Air Force Test and Evaluation Center (AFOTEC), Kirtland AFB, Albuquerque NM, Oct 89.

"Royal Air Force Flight Trials of PBG." Third Annual Interservice/Industry Acceleration Colloquium. Armstrong Aerospace Medical Research Laboratory, Wright-Patterson AFB, Dayton OH, May 89.

"Historic Background of PPB." Third Annual Interservice/Industry Acceleration Colloquium. Armstrong Aerospace Medical Research Laboratory, Wright-Patterson AFB, Dayton OH, May 89.

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 14 of 16
January 2001

"RAF flight trials of positive pressure breathing." Panel Session on Breathing Systems and Acceleration Protection. Annual SAFE Symposium, Las Vegas NV, Dec 88.

"Medical support for manned spaceflight." RAeS Symposium on Manned Spaceflight, London, Mar 88.

"Aviation medicine in the Royal Air Force." Leeds University Medical School, Mar 88.

"Manned spaceflight." Department of Air Warfare Senior Officers Course, RAF Cranwell, Feb 88 & Jun 88.

"Recent advances in aircrew breathing systems." Meeting of the United Services Section of the Royal Society of Medicine, London, Dec 87.

"Fit to fly." VIth Annual Meeting of Senior Registrars in Chest Medicine, Cambridge, Sep 87.

"Aviation medicine." Redhill Hospital British Medical Association meeting, Feb 87.

"Aviation medicine." St Bartholomew's Hospital post-graduate medical meeting, Feb 87.

"Medical problems of manned spaceflight." RAF Cranwell Branch of the RAeS, Jan 87.

"Respiratory aspects of aviation medicine." Scottish Thoracic Society's winter meeting, Glasgow, Nov 86.

"In-flight incidents." AGARD Aviation Medicine Refresher Course for NATO Flight Surgeons. Farnborough, Oct 86.

"Oxygen systems of NATO fast jet aircraft." AGARD Aviation Medicine Refresher Course for NATO Flight Surgeons. Farnborough, Oct 86.

"Cardiovascular aspects of manned flight." The London Chest Hospital post-graduate medical meeting, Aug 86.

"Aviation medicine." Royal Berkshire Hospital post-graduate medical meeting, May 86.

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 15 of 16
January 2001

"Respiratory physiology in flight." University of Nottingham Physiology Department post-graduate meeting, Mar 86.

"Aviation medicine." RAF Hospital Ely post-graduate medical meeting, Sep 85.

"Aviation medicine." Chase Farm post-graduate medical meeting, Mar 85.

"Human physiological and mental adaptability to space." British Interplanetary Society Biannual Meeting, Brighton, Nov 84.

"Aviation medicine - the safe passage of an aircraft." Mackenzie Lecture, May 1984.

BIODYNAMIC RESEARCH CORPORATION
9901 IH 10 West, Suite 1000
San Antonio, Texas 78230
(210) 691-0281

Richard M. Harding, BSc, MB BS, PhD
Curriculum Vitae
Page 16 of 16
January 2001

# *Met–Tech, Inc.*

## METALLURGICAL, MECHANICAL AND
## FORENSIC ENGINEERING CONSULTING SERVICES

February 27, 2001

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, Texas 78522

## PRELIMINARY REPORT

   RE:  Coy v. Ford

Dear Mr. Rodriguez:

  This report is based solely on the inspection of the subject vehicle. The vehicle was jointly inspected by experts representing plaintiff and defense. Dr. McLellan was present and cooperated with defense experts during the vehicle examination.

  No parts of the vehicle were disassembled except for the rear axle. Both shafts were removed and visually inspected.

  Examination of the vehicle revealed the following:

1. Vehicle was involved in a rollover accident.
2. Passenger compartment space was well preserved.
3. There were no signs of defective suspension components.
4. The right rear wheel separated from the vehicle due to a shaft fatigue failure.
5. The right shaft had been previously removed and new non-OEM components such as tapered roller bearing, races and retaining ring had been installed on the shaft.
6. From the visual examination the fatigue crack appeared to have started from a stress riser induced on the surface of the shaft post manufacture.

  This preliminary report will be amended and/or supplemented if necessary as additional information is made available. Dr. McLellan has not identified a defect in his report, therefore I will wait to continue any analysis until he has completed his work and conclusions.

**484 Timber Oaks**  &bull;  **El Paso, Texas 79912**  &bull;  **Tel: (915) 833-2326**

Joseph A. Rodriguez
February 27, 2001
Page 2

Sincerely,

Dr. Juán Herrera, Ph.D. P.E.

 **AUTOMOTIVE RESEARCH CONSULTANTS, Ltd.**

February 28, 2001

Mr. Tony Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
Brownsville, TX 78522


RE:   ***Coy v. Ford Motor Company***


Dear Mr. Rodriguez:

This letter is to serve as a preliminary report for the above referenced case based on the materials which have received at this time.

At this time, the police report and accompanying measurements, witness statements, and photographs of the subject vehicle have been reviewed. A preliminary analysis based on this information has been performed to determine the probable vehicle motion at the time of the accident.

Mr. Delgado was driving the subject 1979 Ford E-150 van southbound in the outside (right) travel lane of U.S. Highway 77 as he approached the accident area. Mr. Delgado was accompanied by Ortencia Lopez, Valerie Vasquez, Javier Lizcano, Graciela Garza, Ruben Ruiz, and Mauricia Saldana. The accident occurred on U.S. Highway 77, 0.9 miles north of FM 756 at approximately 1:05 a.m. The posted speed limit was 65 MPH.

The investigating officer's measurements document the path of the Delgado van from the beginning of evidence to its final point of rest. These measurements indicate that Mr. Delgado steered his van to the left causing the vehicle to rotate counterclockwise as it crossed the highway and entered the center median area. It is probable that a tripping mechanism developed causing the van to overturn with its passenger side leading. The van overturned at least once and likely twice given the 65 feet of roll distance. The van came to rest in the center grassy median on its wheels facing northeast. It has been reported that Ortencia Lopez was ejected from the van during the rollover.

---



# AUTOMOTIVE RESEARCH CONSULTANTS, Ltd.

Mr. Tony Rodriguez
February 28, 2001
Page 2

It is my understanding that the subject vehicle has been made available for inspection in March of this year. That inspection will have a bearing on the accident analysis and reconstruction. I expect that additional case materials will also be received in the weeks to come. The findings outlined in this preliminary report are based on materials that have been received at this time. These opinions will be supplemented and possibly modified upon the discovery of additional information.

Should you have any questions, please feel free to contact our office.

Sincerely,

**AUTOMOTIVE RESEARCH CONSULTANTS, LTD.**

J. Ed Martinez, Ph.D, P.E.

JEM/kdu

**3301 LONGMIRE, COLLEGE STATION, TEXAS 77845-5811   979/764-7780**

*Ford Motor Company*

**Product Development**
**Ford Motor Company**

Parklane Towers West
Suite 408
Three Parklane Boulevard
Dearborn, Michigan 48126
FAX: 313-845-1811

February 28, 2001

Joseph A. (Tony) Rodriguez, Esq.
Rodriguez, Colvin & Chaney, L.L.P.
1201 E.Van Buren Street
Brownsville, Texas 78522

Re:     Linda Coy, et al. V. Ford Motor Company and Gabriel Delgado
        1979 Ford Club Wagon involved in incident on May 16, 1998

Dear Tony:

The purpose of this letter is to provide you with a preliminary report regarding the above referenced matter. My analysis has not been concluded, however, my preliminary opinions and findings are discussed below. This report will be amended and/or supplemented if required as additional information becomes available. My plans will be to review all depositions that will be taken and to review all further discovery that has not been considered to date.

The above referenced 1979 Club Wagon and component parts were inspected and photographed on January 18, 2001 in Brownsville, Texas. Both Dr. Juan Herrera and Dr. Rex McLellon were present at the inspection. Both rear axle shafts were removed from the vehicle, carefully examined and photographed.

The examination revealed the following:

1.      The vehicle had rolled over in an accident.
2.      The passenger compartment remained intact.
3.      The right and left front seats were not original equipment.
4.      The right rear wheel, tire and a portion of the axle shaft separated from the vehicle.
5.      The right rear axle shaft separated as a result of a fatigue fracture induced from a stress riser at the bearing location.
6.      The right rear axle shaft had been removed after the vehicle left Ford Motor Company's control and a replacement bearing assembly and retainer ring was installed on the axle shaft.
7.      The replacement bearing assembly was manufactured in 1983, several years after the vehicle was manufactured.
8.      There were no signs of defective original equipment components such as suspension, brakes, and/or rear axle component parts.

Joseph A. (Tony) Rodriguez, Esq.
Re:  Coy v. Ford Motor Company
Page 2

My preliminary opinions regarding the subject vehicle are as follows:

1.    There are no design defects in the 1979 Ford Club Wagon that rendered it
      unreasonably dangerous.

2.    There are no manufacturing defects in the subject vehicle that rendered it
      unreasonably dangerous.

3.    There were no marketing defects in the subject vehicle that rendered it unreasonably
      dangerous.

4.    The 1979 Ford Club Wagon is not in the same condition as it was originally
      designed, manufactured and/or sold by Ford Motor Company.

5.    The 1979 Ford Club Wagon, its rear axle shaft and its rear axle bearing/retainer have
      been altered since the vehicle was originally sold by Ford Motor Company.

                        Sincerely,

                        *Lawrence A. Makowski* [signature]

                        Lawrence A. Makowski, P.E.
                        Design Analysis Engineer
                        Ford Motor Company

Enclosure - photographs