United States District Court
Southern District of Texas
FILED

MAR 1 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA | * * * * * * * |
| VS. | * * CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY and GABRIEL DELGADO | * * |

## DEFENDANT FORD MOTOR COMPANY'S MOTION FOR LEAVE TO FILE AMENDED ANSWER IN RESPONSE TO PLAINTIFFS' SECOND AMENDED ORIGINAL PETITION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, FORD MOTOR COMPANY, Defendant in the above-entitled and numbered cause, and files this Motion for Leave to File Amended Answer In Response to Plaintiffs' Second Amended Original Petition, requesting that the Court grant it leave to file an amended answer pursuant to Rule 15, Federal Rules of Civil Procedure, and in support thereof would show the Court as follows:

1. On April 3, 2000 Defendant Ford Motor Company filed its Motion to Transfer Venue, and Subject Thereto, Original Answer and Jury Demand in the 357th Judicial District Court of Willacy County, Texas. After written discovery was conducted, Defendant subsequently filed its Notice of Removal. On August 14, 2000 Plaintiffs filed their Second Amended Original Petition.

2. Defendant requests leave of Court to amend its answer to comply with the requirements of the Federal Rules of Civil Procedure in order to specifically admit or deny each allegation contained in Plaintiffs' Second Amended Original Petition, to set forth an additional affirmative defense regarding the acts of unknown parties who

replaced parts and/or component parts on the vehicle in question and an additional affirmative defense of statute of limitations to Plaintiffs' breach of warranty claims.

3. Defendant would request that the Court grant it leave to file an amended answer in response to Plaintiffs' Second Amended Original Petition. A copy of the proposed Answer is attached hereto as Exhibit "A."

WHEREFORE, PREMISES CONSIDERED, Defendant Ford Motor Company respectfully requests this Court to grant it leave to file an amended answer, and for such other and further relief to which it may show itself justly entitled to receive.

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: *Joseph A. R.*
Eduardo Roberto Rodriguez
State Bar No. 17144000
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

CERTIFICATE OF CONFERENCE

On March 14, 2001, counsel for Defendant Ford Motor Company conferred with Alan D. Erwin, counsel for Defendant Delgado regarding this Motion, who is not opposed to this motion. Counsel for Defendant Ford Motor Company attempted to confer with Trey Martinez, counsel for Plaintiffs, but was advised that he is out of the office for two weeks.

*Joseph A. R.*
Joseph A. (Tony) Rodriguez

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of Defendant Ford Motor Company's Motion for Leave to File Amended Answer in Response to Plaintiffs' Second Amended Original Petition was served upon counsel of record, to-wit:

Tony Martinez
Martinez & Barrera, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Attorneys for Plaintiffs

Jeffrey D. Roerig
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Attorneys for Defendant Gabriel Delgado

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission, pursuant to the Federal Rules of Civil Procedure, on this the ____ day of March, 2001.

_____
Joseph A. (Tony) Rodriguez