13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LINDA COY, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-139 |
| § | |
| FORD MOTOR COMPANY, ET AL. § | |

TYPE OF CASE:           __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**DAUBERT HEARING**

PLACE:                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                 DATE AND TIME:

**MARCH 29, 2001 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 21, 2001

TO:     MR. TONY MARTINEZ
        MR. TONY RODRIGUEZ
        MR. EDUARDO RODRIGUEZ
        MR. JEFFREY ROERIG
        MR. ALAN ERWIN, JR.