:14

```
                IN THE UNITED STATES DISTRICT COURT        United States District Court
                FOR THE SOUTHERN DISTRICT OF TEXAS         Southern District of Texas
                        BROWNSVILLE DIVISION                      FILED

                                                                MAR 2 1 2001

                                                              Michael N. Milby
                                                              Clerk of Court
```

| | | |
|---|---|---|
| LINDA COY, ET AL. | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-13 9 |
| | § | |
| FORD MOTOR COMPANY & | § | |
| GABRIEL DELGADO | § | |
|     Defendants. | § | |

## PLAINTIFFS' NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COME the Plaintiffs, LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDAÑA, and file this their Notice of Appearance of co-counsel, and would respectfully show the Court as follows:

I.

    Plaintiffs, LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDAÑA, hereby advised the Court and all counsel of record of the appearance of Mr. Benigno (Trey) Martinez, Martinez Y Barrera, L.L.P., as co-counsel for Plaintiffs. Co-counsel for Plaintiffs may be served with all notices, correspondence and pleadings as follows:

                                    Mr. Benigno (Trey) Martinez
                                    **MARTINEZ Y BARRERA, L.L.P.**
                                    1201 E. Van Buren
                                    Brownsville, Texas 78520
                                    Ph. (956) 546-7159
                                    Fax (956) 544-0602

WHEREFORE, Plaintiffs, LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDAÑA, respectfully request that all future notices, correspondence and pleadings be served upon the undersigned as Plaintiffs co-counsel.

Respectfully submitted,

MARTINEZ Y BARRERA, L.L.P.
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Benigno (Trey) Martinez
Federal I.D. No.: 23945
SBOT: 00797011

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded on this the 21st day of March, 2001 to the following counsel of record:

Mr. Joseph A. (Tony) Rodriguez
Mr. Eduardo Roberto Rodriguez
**RODRIGUEZ, COLVIN & CHANEY**
1201 E. Van Buren
Brownsville, Texas 78520

Mr. Alan D. Erwin
Mr. Jeffrey D. Roerig
**ROERIG, OLIVEIRA & FISHER**
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Benigno (Trey) Martinez