15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA COY, Individually and On | * | |
| Behalf of the Estate of ORTENSIA G. | * | |
| LOPEZ, Deceased, LUIS AYALA; | * | |
| ISELA RODIGUEZ; LIBRADO AYALA | * | |
| JR.; RUBEN RUIZ; and MAURICIO | * | |
| SALDANA | * | **CIVIL ACTION NO. B-00-139** |
| | * | |
| VS. | * | |
| | * | |
| FORD MOTOR COMPANY and | * | |
| GABRIEL DELGADO | * | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## IN WHICH TO COMPLETE DISCOVERY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW FORD MOTOR COMPANY, Defendant in the above-styled and numbered cause, and files this its Unopposed Motion for Extension of Time in Which to Complete Discovery, and would respectfully show as follows:

1.     On November 1, 2000, an initial pretrial and scheduling conference was held in this cause. At that time the Court set a discovery deadline of April 6, 2001, with a deadline to file any extension of the discovery deadline on March 23, 2001.

2.     The parties have been diligent in conducting both written and oral discovery. Additionally, the parties have designated experts and have provided reports relating to their opinions. Although the parties have been diligent they have been unable to complete it. Counsel for Plaintiffs has been out of town in trial several weeks now and therefore has been unavailable. In fact, it is the undersigned's understanding that Plaintiffs' counsel will be in trial and out of town for another two weeks.

3.     Accordingly, Defendant requests that the Court extend the discovery deadline.

4.     The undersigned requests that a hearing be had in order to determine when all parties think discovery can be completed.

5.     This motion is not made for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion be granted, that the Court enter an Order extending the deadline for discovery, and for such other and further relief to which Defendant may show itself justly entitled to receive.

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By:  _____
     Eduardo Roberto Rodriguez
     State Bar No. 17144000
     Federal Bar No. 1944
     Joseph A. (Tony) Rodriguez
     Federal Bar No. 10107
     State Bar No. 17146600
     1201 East Van Buren
     Post Office Box 2155
     Brownsville, Texas 78522
     (956) 542-7441
     Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

On March 23, 2001, counsel for Defendant Ford Motor Company conferred with Benigno (Trey) Martinez, counsel for Plaintiffs and Alan D. Erwin, counsel for Defendant Delgado regarding this Motion, and both counsel stated that they are unopposed to this motion.

_____
Joseph A. (Tony) Rodriguez

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of Defendant Ford Motor Company's Unopposed Motion for Extension of Time In Which to Complete Discovery was served upon counsel of record, to-wit:

> Tony Martinez
> Benigno (Trey) Martinez
> Martinez & Barrera, L.L.P.
> 1201 East Van Buren
> Brownsville, Texas 78520
> Attorneys for Plaintiffs
>
> D. Alan Erwin
> Roerig, Oliveira & Fisher, L.L.P.
> 855 West Price Road, Suite 9
> Brownsville, Texas 78520
> Attorneys for Defendant Gabriel Delgado

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission, pursuant to the Federal Rules of Civil Procedure, on this the 23rd day of March, 2001.

Joseph A. (Tony) Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, Individually and On | * | |
| Behalf of the Estate of ORTENSIA G. | * | |
| LOPEZ, Deceased, LUIS AYALA; | * | |
| ISELA RODIGUEZ; LIBRADO AYALA | * | |
| JR.; RUBEN RUIZ; and MAURICIO | * | |
| SALDANA | * | **CIVIL ACTION NO. B-00-139** |
| | * | |
| VS. | * | |
| | * | |
| FORD MOTOR COMPANY and | * | |
| GABRIEL DELGADO | * | |

## ORDER GRANTING MOTION
## FOR EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY

On this day, came on to be heard the Unopposed Motion for Extension of Time in Which to Complete Discovery filed by Defendant Ford Motor Company in the above-entitled and numbered case. The Court, having considered the motion, is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that the Unopposed Motion for Extension of Time in Which to Complete Discovery filed by Defendant Ford Motor Company be, and the same is hereby granted.

**IT IS FURTHER ORDERED** THAT the discovery deadline of April 6, 2001, is extended to the _____ day of _____, 2001.

DONE at Brownsville, Texas this _____ day of _____, 2001.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

Copies to:
Tony Martinez
Benigno (Trey) Martinez
D. Alan Erwin
Joseph A. Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, Individually and On | * | |
| Behalf of the Estate of ORTENSIA G. | * | |
| LOPEZ, Deceased, LUIS AYALA; | * | |
| ISELA RODRIGUEZ; LIBRADO AYALA | * | |
| JR.; RUBEN RUIZ; and MAURICIO | * | |
| SALDANA | * | **CIVIL ACTION NO. B-00-139** |
| | * | |
| VS. | * | |
| | * | |
| FORD MOTOR COMPANY and | * | |
| GABRIEL DELGADO | * | |

## ORDER SETTING HEARING ON UNOPPOSED MOTION
## FOR EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY

Defendant Ford Motor Company's Unopposed Motion for Extension of Time In

Which to Complete Discovery, having been presented to me, is hereby set for hearing on

the _____ day of _____, 2001.

DONE at Brownsville, Texas this _____ day of _____, 2001.

_____
JOHN WM. BLACK
UNITED STATES MAGISTRIATE JUDGE

Copies to:
Tony Martinez
Benigno (Trey) Martinez
D. Alan Erwin
Joseph A. Rodriguez