16

THE HONORABLE JOHN WM. BLACK

DAUBERT HEARING

United States District Court
Southern District of Texas
FILED
MAR 29 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-00-139 | DATE & TIME: 03-29-01 AT 2:30 P.M. |
| LINDA COY, ET AL. | PLAINTIFF(S) COUNSEL: TONY MARTINEZ |
| VS. | |
| FORD MOTOR COMPANY | DEFENDANT(S) COUNSEL: EDUARDO R. RODRIGUEZ, TONY RODRIGUEZ |
| GABRIEL DELGADO | D. ALAN ERWIN, JR. |
| | JEFFREY D. ROERIG |

-------------------------------------------------------------------------

Hearing will not be needed. Daubert Motions have not been filed.