IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA | * * * * * * * | |
| VS. | * * | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY and GABRIEL DELGADO | * * | |

## ORDER GRANTING MOTION
## FOR EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY

On this day, came on to be heard the Unopposed Motion for Extension of Time in Which to Complete Discovery filed by Defendant Ford Motor Company in the above-entitled and numbered case. The Court, having considered the motion, is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that the Unopposed Motion for Extension of Time in Which to Complete Discovery filed by Defendant Ford Motor Company be, and the same is hereby granted.

**IT IS FURTHER ORDERED** THAT the discovery deadline of April 6, 2001, is extended to the 25th day of April, 2001.

DONE at Brownsville, Texas this 28th day of March, 2001.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE

Copies to:
Tony Martinez
Benigno (Trey) Martinez
D. Alan Erwin
Joseph A. Rodriguez