19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA | * * * * * * |
| VS. | * * |
| FORD MOTOR COMPANY and GABRIEL DELGADO | * * |

CIVIL ACTION NO. B-00-139

## MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW FORD MOTOR COMPANY, Defendant in the above-styled and numbered cause, and files this its Motion for Continuance, and would respectfully show as follows:

1. On November 1, 2000, an initial pretrial and scheduling conference was held in this cause. At that time the Court set this case for a Final Pretrial and Settlement Conference on April 20, 2001, docket call on May, 2001, and Jury Selection on May 4, 2001.

2. This lawsuit arises from a two vehicle accident, which occurred on US Highway 77 in Raymondville, Texas, wherein Plaintiffs allege they were injured when their vehicle was struck by a vehicle driven by Defendant, Gabriel Delgado and which ultimately resulted in the death of Ortensia G. Lopez. As a result, Plaintiffs initiated this personal injury action against Defendants alleging breach of express and implied warranties, strict liability, negligence, misrepresentation, and numerous violations of the Texas Deceptive Trade Practices Act.

3. The parties have worked diligently to try and complete discovery but have been unsuccessful.

4.  Ford designated four liability experts and expects them all to have an active part in the defense of the case. Ford's experts have been unable to complete their work in the case. None of these experts have had the benefit of Plaintiffs' experts' opinions in order to rebut same. Additionally Ford's experts have not had the opportunity to complete their work because the driver of the vehicle has not been deposed. This witness is also critical because he would have the most knowledge about the maintenance of the vehicle. These crucial witnesses were not completed because of scheduling conflicts. Both Plaintiffs' attorneys were in trial a number of weeks which hampered the ability to move forward as to these depositions.

5.  Accordingly, Defendant Ford Motor Company requests that this case be continued.

6.  This motion is not made for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion be granted, that the Court enter a new Scheduling Order, and for such other and further relief to which Defendant may show itself justly entitled to receive.

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Bar No. 1944
Joseph A. (Tony) Rodriguez
Federal Bar No. 10107
State Bar No. 17146600
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

On April 18, 2001, counsel for Defendant Ford Motor Company conferred with Alan D. Erwin, counsel for Defendant Delgado regarding this Motion, and he stated that they are unopposed and agreed to this motion. Additionally, counsel for Defendant Ford Motor Company conferred with Tony Martinez and at the time of the filing of this motion no decision was relayed as to agreement or opposition.

_____
Joseph A. (Tony) Rodriguez

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of Defendant Ford Motor Company's Agreed Motion for Continuance was served upon counsel of record, to-wit:

> Tony Martinez
> Benigno (Trey) Martinez
> Martinez & Barrera, L.L.P.
> 1201 East Van Buren
> Brownsville, Texas 78520
> Attorneys for Plaintiffs

> D. Alan Erwin
> Roerig, Oliveira & Fisher, L.L.P.
> 855 West Price Road, Suite 9
> Brownsville, Texas 78520
> Attorneys for Defendant Gabriel Delgado

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission, pursuant to the Federal Rules of Civil Procedure, on this the 19th day of April, 2001.

_____
Joseph A. (Tony) Rodriguez