20

United States District Court
Southern District of Texas
FILED

APR 2 0 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-00-139</u>         DATE & TIME: <u>   04-20-01 AT 1:30 P.M.   </u>

<u>LINDA COY, ET AL.         </u>           PLAINTIFF(S) <u>   TONY MARTINEZ   </u>
                                         COUNSEL      <u>   TREY MARTINEZ   </u>

VS.

<u>FORD MOTOR COMPANY        </u>           DEFENDANT(S) <u>  EDUARDO R. RODRIGUEZ  </u>
                                         COUNSEL       <u>   TONY RODRIGUEZ   </u>
<u>GABRIEL DELGADO           </u>                         <u>   D. ALAN ERWIN, JR.   </u>
                                                       <u>   JEFFREY D. ROERIG   </u>

---

Attorneys Tony Martinez, Trey Martinez, Tony Rodriguez and Alan Erwin appeared in chambers.

Scheduling dates have been extended one month. Notice will be sent to counsel for all parties.

ClibPDF - www.fastio.com