21

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, ET AL. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-139 |
| | § | |
| FORD MOTOR COMPANY & | § | |
| GABRIEL DELGADO | § | |
| Defendants. | § | |

## ORDER

The court having examined the foregoing Notice of Appearance of co-counsel, and being of the opinion that it should be granted,

IT IS THEREFORE, ORDERED AND ADJUDGED that Benigno (Trey) Martinez of the law firm Martinez Y Barrera, L.L.P. is hereby permitted to appear as co-counsel for Plaintiffs LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDAÑA.

DATED this 20TH day of APRIL, 2001.

_____
JUDGE PRESIDING

cc: Benigno (Trey) Martinez
    Tony Martinez
    Joseph A. (Tony) Rodriguez
    Eduardo R. Rodriguez
    D. Alan Erwin
    Jeffrey D. Roerig