22

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINDA COY, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-139 |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**FINAL PRETRIAL AND JURY SELECTION BEFORE JUDGE FILEMON B. VELA
TRIAL ON THE MERITS BEFORE JUDGE FILEMON B. VELA**

PLACE:                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE              THIRD FLOOR COURTROOM, #4
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:          CONTINUED TO DATE AND TIME:

**FINAL PRETRIAL-MAY 3, 2001 AT 8:30 A.M.          MAY 31, 2001 AT 8:30 A.M.
JURY SELECTION-MAY 4, 2001 AT 8:30 A.M.          JUNE 1, 2001 AT 8:30 A.M.
TRIAL-MAY DOCKET CALL                            JUNE DOCKET CALL**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     APRIL 20, 2001

TO:       MR. TONY MARTINEZ
          MR. TREY MARTINEZ
          MR. TONY RODRIGUEZ
          MR. EDUARDO RODRIGUEZ
          MR. JEFFREY ROERIG
          MR. ALAN ERWIN, JR.