IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 2 3 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, ET AL. | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY & | § |
| GABRIEL DELGADO | § |
| Defendants. | § |

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

    COME NOW, LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HORTENCIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ, LIBRADO AYALA, JR., RUBEN RUIZ AND MAURICIO SALDAÑA, Plaintiffs herein, and in response to the requirements of this Court's Pre-trial Order makes and files this their list of Requested Voir Dire Questions, as follows:

1. Does anyone have a car that is over 20 years old?

2. Does anyone have an issue with the fact that the vehicle in this case is 20 years old?

3. Has anyone had to replace their ball bearings in your vehicle?

4. Where did you take it?

5. Who here uses a mechanic or a mechanic's shop in order to get repairs done on their care rather than take your car to the dealer every time?

6. Does anyone here have an issue with the fact that the van in question was taken to a mechanic to get the ball bearings replaced rather than to a Ford dealer? The reason this is asked is because we believe the Defendant will contend that since the ball bearings and its casing was replaced by something other than a Ford part that that affected the stability of the axle. Whereas, if a Ford part was used, based on their contention, the break in the axle may not have occurred.

7. Who here believes that if an axle breaks and the wheel falls off as a result of the break that the driver of the vehicle should have or could have done something to avoid a rollover?

8. Who here checks their vehicle to make sure there is nothing wrong with their axle on a regular basis?

9. Who here believes that an owner of a vehicle should check their axle like checking the tires or the oil or other fluids on a regular basis?

10. Who here believes that someone should reasonably expect an axle to break on a 20 year old vehicle?

11. Who believes that if someone gets a ride in someone else's vehicle that the owner of the vehicle should be solely responsible for any events which occurred in the van?

12. Who believes that someone assumes any and all risk when they get a ride with someone else, regardless of the circumstances?