26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 23 2001

Michael N. Milby
Clerk of Court

| LINDA COY, ET AL. | § |
|---|---|
| Plaintiff, | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY & | § |
| GABRIEL DELGADO | § |
| Defendants. | § |

## PLAINTIFF'S PROPOSED EXHIBIT LIST

| Exhibit No. | Description | Marked | Offered | Object | Admit | Date | Dispositon after trial |
|---|---|---|---|---|---|---|---|
| | Accident Report | | | | | | |
| | 1979 Ford Car and Truck " Sales Data Book" | | | | | | |
| | 1979 Light Truck Shop Manual Driving Axles and Drive Shafts Group | | | | | | |
| | 1979 Econoline Sales Brochure | | | | | | |
| | Organizations Directory | | | | | | |
| | Owner' Guide | | | | | | |
| | Organizational Planning Personnel and Organization Staff dated 10/16/79 | | | | | | |
| | Organizational Planning Personnel and Organization Staff dated 01/01/79 | | | | | | |
| | Limited Warranty Booklet | | | | | | |
| | FPS-365-10879-A Dated 7/78 | | | | | | |
| | 1979 Ford Econoline Advertising | | | | | | |

|   | |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Photographs taken by Larry Makowski at Vehicle Inspection |   |   |   |   |   |
|   | Photographs taken by Dr. Juan Herrera at Vehicle Inspection |   |   |   |   |   |
|   | Photographs taken by Dr. Richard Harding at Vehicle Inspection |   |   |   |   |   |
|   | Photographs taken by Rex McClellan |   |   |   |   |   |
|   | Photographs taken by Javier L |   |   |   |   |   |
|   | Medical and Billing records of Valley Baptist Medical Center regarding Hortensia Vasquez |   |   |   |   |   |
|   | Medical and billing records of Valley Radiologist and Associates regarding Hortensia Vasquez |   |   |   |   |   |
|   | Pathology report and slides from Valley Baptist Medical Center regarding Hortensia Vasquez |   |   |   |   |   |
|   | Medical and billing records of Bayshore Family Practice Center regarding Ruben Ruiz |   |   |   |   |   |
|   | Medical and billing records of Health South Therapy regarding Ruben Ruiz |   |   |   |   |   |
|   | Medical and billing records of V.A. Benavidez, M.D. regarding Ruben Ruiz |   |   |   |   |   |
|   | Medical and billing records of Valley Air Care regarding Ruben Ruiz |   |   |   |   |   |
|   | Medical and billing records of Valley Baptist Medical Center regarding Ruben Ruiz |   |   |   |   |   |
|   | Medical and billing records of Valley Diagnostic Clinic regarding Ruben Ruiz |   |   |   |   |   |
|   | Medical and billing records of Valley Radiologist & Associates regarding Ruben Ruiz |   |   |   |   |   |
|   | Medical and billing records of Willacy County EMS regarding Ruben Ruiz |   |   |   |   |   |

|   | |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Medical and billing records of Emcar-Har Emergency Physicians regarding Ruben Ruiz |   |   |   |   |   |
|   | Any and all x-rays films obtained regarding Plaintiffs |   |   |   |   |   |
|   | X-ray films from Valley Baptist Medical Center regarding Ruben Ruiz |   |   |   |   |   |
|   | Expert Report of Dr. Juan Herrera |   |   |   |   |   |
|   | Expert Report of Dr. Richard Harding |   |   |   |   |   |
|   | Expert Report of Larry Makowski |   |   |   |   |   |
|   | Expert Report of Rex McClellan |   |   |   |   |   |
|   | Deposition of Ruben Ruiz |   |   |   |   |   |
|   | Deposition of Linda Coy |   |   |   |   |   |
|   | Deposition of Isela Rodriguez |   |   |   |   |   |
|   | Deposition of Luis Ayala |   |   |   |   |   |
|   | Deposition of Librado Ayala |   |   |   |   |   |
|   | Deposition and Exhibits fo Dr. Juan Herrera |   |   |   |   |   |
|   | Deposition and Exhibits of Dr. Ricahard Harding |   |   |   |   |   |
|   | Deposition and Exhibits of Larry Makowski |   |   |   |   |   |
|   | Deposition and Exhibits of Dr. Rex McLellan |   |   |   |   |   |
|   | The actual components parts inspected by Defendants' experts Dr. Juan Hettera, Dr. Richard Harding and Larry Makowski at their respective vehicle inspections |   |   |   |   |   |
|   | Exemplar components parts |   |   |   |   |   |
|   | 1979 Ford Club Wagon |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |