27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 3 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA<br><br>VS.<br><br>FORD MOTOR COMPANY and GABRIEL DELGADO | § § § § § § § § § § § § § CIVIL ACTION NO. B-00-139 |

## FORD MOTOR COMPANY'S FIRST AMENDED WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Ford Motor Company, one of the Defendants in the above-entitled and numbered cause, and files its First Amended Witness List as follows:

Ayala, Lee
P.O. Box 330888
Houston, Texas 77233
(713) 734-2646
Plaintiff

Ayala, Librado (Lee)
Inmate #704805
Wynn Unit
Hunstville, Texas 77349
(936) 295-7381
Plaintiff

Ayala, Luis
P.O. Box 330888
Houston, Texas 77233
(713) 734-2646
Plaintiff

Bayshore Family Practice Center, P.A.
And/or Custodian of Records
3801 Vista, Suite 100
Pasadena, Texas 77504
Listed by Plaintiffs as medical provider

Benavides, V. A. Antonio, M.D.
And/or Custodian of Records
2121 Pease Street, Suite 2B
Harlingen, Texas 78550
(956) 412-3878
Listed by Plaintiffs as medical provider

Butters , Dr. Harry
Valley Baptist Medical Center
2101 Pease Street
(956) 389-1100
Listed by Plaintiffs as medical provider

Chavez, Officer Mark
I.D. No. 9086
Texas Department of Public Safety
Raymondville, Texas
(956) 689-5939
officer at scene

Coy, Linda
P.O. Box 330888
Houston, Texas 77233
(713) 734-2646
Plaintiff

Credit Used Cars
And/or Custodian of Records
2205 S. 77 Sunshine Strip
Harlingen, Texas 78550
Previous owner of subject vehicle

Davenport, Dewitt S., M.D.
Valley Baptist Medical Center Pathology
2101 Pease
Harlingen, Texas 78550
(956) 389-1100
Medical provider

Delgado, Gabriel
7934 Avenue F
Houston, Texas 77002
(713) 923-8789
Co-Defendant

Ehring, Christine E.
410 Asbury
Jacksonville, Texas 75766
Previous owner of subject vehicle

Emcare-Har Emerg. Physicians
And/or Custodian of Records
P.O. Box 13826
Philadelphia, PA 19101-3826
(800) 355-2470
Listed by Plaintiffs as medical provider

Exum Motors
And/or Custodian of Records
515 W. Industrial
Sulphur Springs, Texas 75482
Previous owner of subject vehicle

Gamez, Maria Estefana
Route 32 Box 135A
Harlingen, Texas 78550
Previous owner of subject vehicle

Garrett, Homer Jr.
Route 2 Box 160B
Jacksonville, Texas 75766
Previous owner of subject vehicle

Gregory, B.W.
129 Magnolia
Sulphur Springs, Texas 75482
Previous owner of subject vehicle

Dr. Richard Harding
Biodynamic Research Corporation
9901 IH-10 West, Suite 1000
San Antonio, TX 78230
(210) 691-0281
Consultant hired by counsel who inspected the vehicle and may be designated as one Ford's expert witnesses.

Health South Therapy
And/or Custodian of Records
4655 Sweetwater, Suite 450
Sugarland, Texas 77479
(281) 277-1330
Listed by Plaintiffs as medical provider

ClibPDF - www.fastio.com

Herrera, Dr. Juan
Met Tech, Inc.
484 Timberoaks
El Paso, Texas
Consultant hired by counsel who inspected the vehicle and may be designated as one Ford's expert witnesses.

Lizcano, Javier
1404 Pecan
Pasadena, Texas 77506
Telephone number unknown
Passenger

Loredo, Javier
Martinez y Barrera
1201 E. Van Buren
Brownsville, Texas 78520
(956) 440-7152
Listed by Plaintiffs

Makowski, Larry
Design Analysis Engineer
Ford Motor Company
604 Parklane Towers
Dearborn, MI 48126
Ford employee who inspected the vehicle and who may be designated as a Ford expert witness

Dr. Ed Martinez
Automotive Research Consultants, Ltd.
3301 Longmire
College Station, TX 77845-5811
(409) 764-7780
Consultant hired by counsel who inspected the vehicle and may be designated as one Ford's expert witnesses.

Martinez, Tony
Benigno (Trey) Martinez
Martinez & Barrera, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
(956) 546-7159
Attorneys for Plaintiffs

Mason, Dr. Edward L.
Valley Baptist Medical Center
And/or Custodian of Records
2101 Pease Street
(956) 389-1100
Listed by Plaintiffs as medical provider

McLellan, Rex B., Ph.D., P.E.
And/or Custodian of Records
2153 Swift
Houston, Texas 77030
(713) 661-0113
Plaintiffs' expert

McRae, Bill – Ford, Inc.
And/or Custodian of Records
Jacksonville, Texas 75766
Previous owner of subject vehicle

Munguia, Guamaro
Baytown, Texas
(281) 420-9734
Listed by Plaintiffs as eyewitness to the accident made the basis of this lawsuit

Rodriguez, Eduardo Roberto
Jaime A. Saenz
Joseph A.(Tony) Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78522
(956) 542-7441
Attorney for Defendant, Ford Motor Company

Rodriguez, Isela
P.O. Box 330888
Houston, Texas 77233
(713) 734-2646
Plaintiff

Rodriguez Towing
And/or Custodian of Records
Raymondville, Texas
Removed vehicle from scene

Rodriguez Towing – driver of tow truck
Raymondville, Texas
Removed vehicle from scene

Roerig, Jeffrey D.
D. Alan Erwin, Jr.
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
(956) 542-5666
Attorneys for Defendant Gabriel Delgado

Rojas, Graciela Garza
5306 Hentler Crest
Houston, Texas 77045
Listed by Plaintiffs

Ruiz, Ruben
633 Lawndale
Brownsville, Texas 78521
Passenger

Saldana, Mauricio
8415 Nevada
Brownsville, Texas 78521
Passenger

South Texas Emergency Care Foundation, Inc.
And/or Custodian of Records
P.O. Box 533668
1705 Vermont
Harlingen, Texas 78553-3668
(956) 362-2711
Listed by Plaintiffs as medical provider

Valley Air Care
And/or Custodian of Records
2733 South 77 Sunshine Strip
Harlingen, Texas 78553
(956) 364-2711
Listed by Plaintiffs as medical provider

Valley Baptist Medical Center
And/or Custodian of Records
2101 Pease
Harlingen, Texas 78550
(956) 389-1100
medical provider

Valley Diagnostic Clinic
And/or Custodian of Records
P.O. Box 523007
Harlingen, Texas 78553-2007
(956) 425-7200
Listed by Plaintiffs as medical provider

Valley Radiologists & Associates
And/or Custodian of Records
1616 Ed Carey Drive
Harlingen, Texas 78551
(956) 423-6496
Listed by Plaintiffs as medical provider

Vasquez, Valerie
5130 5th Street
Katy, Texas 77450
(281) 391-9415
Passenger

Walton , Dr. Herald
Bayshore Family Practice Center, P.A.
3801 Vista, Suite 100
Pasadena, Texas 77504
Listed by Plaintiffs as medical provider

White, Louis
P.O. Box 633
Jacksonville, Texas 75766
Previous owner of subject vehicle

Willacy County Emergency Medical Service
And/or Custodian of Records
347 East Hidalgo Ave
Raymondville, Texas
(956) 689-5456
Medical provider

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Eduardo Roberto Rodriguez
    State Bar No. 17144000
    Joseph A. (Tony) Rodriguez
    State Bar No. 17146600
    1201 East Van Buren
    Post Office Box 2155
    Brownsville, Texas 78522
    (956) 542-7441
    Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

    Tony Martinez
    Trey Martinez
    Martinez & Barrera, L.L.P.
    1201 East Van Buren
    Brownsville, Texas 78520
    Attorneys for Plaintiffs

    Jeffrey D. Roerig
    D. Alan Erwin
    Roerig, Oliveira & Fisher, L.L.P.
    855 West Price Road, Suite 9
    Brownsville, Texas 78520
    Attorneys for Defendant, Gabriel Delgado

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 30th day of April, 2001.

_____
Joseph A. (Tony) Rodriguez