

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ LIBRADO AYALA, JR., RUBEN RUIZ AND MAURICIO SALDANA, *Plaintiffs* AND MARGARITO SALDANA, *Intervenor* | § § § § § § § § § | United States District Court Southern District of Texas FILED MAY 1 1 2001 Michael N. Milby Clerk of Court |
| VS. | § § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY AND GABRIEL DELGADO | § § | |

### DEFENDANT GABRIEL DELGADO'S WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **GABRIEL DELGADO**, one of the Defendants in the above-entitled and numbered cause and, files this his Witness List as follows:

Linda Coy
P.O. Box 330888
Houston, Texas 77233
TEL/ (713) 734-2646
Plaintiff in the above referenced lawsuit.

Luis Ayala
P.O. Box 330888
Houston, Texas 77233
TEL/ (713) 734-2646
Plaintiff in the above referenced lawsuit.

Page -1-

Isela Rodriguez
P.O. Box 330888
Houston, Texas 77233
TEL/ (713) 734-2646
Plaintiff in the above referenced lawsuit.

Margarito Lopez
address unknown
Houston, Texas
telephone number unknown
Intervenor in the above referenced lawsuit.

Librado (Lee) Ayala
Inmate #704805
Wynn Unit
Huntsville, Texas 77349
TEL/ (936) 295-7381
Plaintiff in the above referenced lawsuit.

Gabriel Delgado
7934 Avenue F
Houston, Texas 77002
TEL/ (713) 923-8789
Defendant in the above referenced lawsuit.

Valerie Vasquez
5130 5th Street
Katy, Texas 77450
TEL/ (281) 391-9415
Passenger in Defendant's vehicle at the time of the accident made the basis of this lawsuit.

Javier Lizcano
1404 Pecan
Pasedena, Texas 77506
telephone unknown
Passenger in Defendant's vehicle at the time of the accident made the basis of this lawsuit.

Guamaro Munguia
Baytown, Texas
TEL/ (281) 420-9734
Eyewitness to the accident made the basis of this lawsuit.

Page -2-

Graciela Garza Rojas
5306 Hentler Crest
Houston, Texas 77045
Passenger in Defendant's vehicle at the time of the accident made the basis of this lawsuit.

Ruben Ruiz
633 Lawndale
Brownsville, Texas 78521
Plaintiff in the above referenced lawsuit.

Mauricio Saldana
8415 Nevada
Brownsville, Texas 78521
Plaintiff in the above referenced lawsuit.

Officer Mark Chavez, Id. No. 9086
Texas Department of Public Safety
Raymondville, Texas
TEL/ (956) 689-5939
Investigating officer at the scene of the accident made the basis of this lawsuit.

DeWitt S. Davenport, M.D.
Valley Baptist Medical Center Pathology
2101 Pease
Harlingen, Texas 78550
TEL/ (956) 389-1100
Pathologist who examined Ortensia G. Lopez' body as a result of her death from the accident made the basis of this lawsuit.

Rex B. McLellan, Ph.D., P.E.,
2153 Swift
Houston, Texas 77030
TEL/ (713) 661-0113
Mr. McLellan inspected the vehicle involved in the accident made the basis of this lawsuit.

Custodian of Records
Valley Baptist Medical Center
2101 Pease
Harlingen, Texas 78550
TEL/ (956) 389-1100
Facility which treated Plaintiffs Ortensia Lopez, Ruben Ruiz and Mauricio Saldana for their alleged injuries from the accident made the basis of this lawsuit.

Page -3-

Dr. Herald Walton
Bayshore Family Practice Center, P.A.
3801 Vista, Suite 100
Pasadena, Texas 77504
Physician who treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
Bayshore Family Practice Center, P.A.
3801 Vista, Suite 100
Pasadena, Texas 77504
Facility which treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
Health South Therapy
4655 Sweetwater, Suite 450
Sugarland, Texas 77479
TEL/ (281) 277-1330
Facility which treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
Valley Diagnostic Clinic
P.O. Box 523007
Harlingen, Texas 78553-2007
TEL/ (956) 425-7200
Facility which treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
Valley Air Care
2733 South 77 Sunshine Strip
Harlingen, Texas 78553
TEL/ (956) 364-2711
Facility which treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

V.A. Benavides, M.D.
2121 Pease Street, Suite 2B
Harlingen, Texas 78550
TEL/ (956) 412-3878
Physician who treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
Dr. V. Antonio Benavides
2121 Pease Street, Suite 2B
Harlingen, Texas 78550
TEL/ (956) 412-3878
Facility which treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Dr. Harry Butters
Valley Baptist Medical Center
2101 Pease Street
TEL/ (956) 389-1100
Radiologist who interpreted Plaintiff Ruben Ruiz' films for his alleged injuries as a result of the accident made the basis of this lawsuit.

Dr. Edward L. Mason
Valley Baptist Medical Center
2101 Pease Street
TEL/ (956) 389-1100
Physician who treated Plaintiffs Ortensia G. Lopez and Ruben Ruiz for their alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
Emcare-Har Emerg. Physicians
P.O. Box 13826
Philadelphia, PA 19101-3826
TEL/ (800) 355-2470
Facility which treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
South Texas Emergency Care Foundation, Inc.
P.O. Box 533668
1705 Vermont
Harlingen, Texas 78553-3668
TEL/ (956) 362-2711
Facility which treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
Valley Radiologists & Associates
1616 Ed Carey Drive
Harlingen, Texas 78551
TEL/ (956) 423-6496
Facility which treated Plaintiff Ruben Ruiz for his alleged injuries as a result of the accident made the basis of this lawsuit.

Custodian of Records
Willacy County Emergency Medical Service
347 E. Hidalgo Ave.
Raymondville, Texas
TEL/ (956) 689-5456
Facility which treated Plaintiffs Ortensia G. Lopez, Ruben Ruiz and Mauricio Saldana for their alleged injuries as a result of the accident made the basis of this lawsuit.

Javier Loredo
Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
TEL/ (956) 440-7152
Employee of Martinez & Barrera, L.L.P.

Dr. Richard Harding
Biodynamic Research Corporation
9901 IH-10 West, Suite 1000
San Antonio, Texas 78230
TEL/ (210) 691-0281
Consultant hired by counsel who inspected the vehicle and may be designated as one of Ford's expert witnesses.

Dr. Ed Martinez
Automotive Research Consultants, Ltd.
3301 Longmire
College Station, TX 77845-5811
TEL/ (409) 764-7780
Consultant hired by counsel who inspected the vehicle made the basis of the lawsuit.

Dr. Juan Herrera
Met Tech, Inc.
484 Timberoaks
El Paso, Texas
Consultant hired by Co-Defendant's counsel who inspected the vehicle involved in the accident made the basis of this lawsuit.

Larry Makowski
Design Analysis Engineer
Ford Motor Company
604 Parklane Towers
Dearborn, MI 48126
Ford's employee who inspected the vehicle involved in the accident made the basis of this lawsuit.

Jeffrey D. Roerig
D. Alan Erwin, Jr.
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
TEL/ (956) 542-5666
Attorneys for Defendant Gabriel Delgado.

Tony Martinez
Benigno (Trey) Martinez
1201 E. Van Buren
Brownsville, Texas 78520
TEL/ (956) 546-7159
Attorneys for Plaintiffs.

Page -7-

Eduardo Roberto Rodriguez
Joseph A. (Tony) Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78522
TEL/ (956) 542-7441
Attorneys for Defendant for Ford Motor Company.

Credit Used Cars
and/or Custodian of Records
2205 S. 77 Sunshine Strip
Harlingen, Texas 78550
TEL/ (956) 423-0316
Previous owner of the vehicle made the basis of this lawsuit.

Christine E. Ehring
410 Asbury
Jacksonville, Texas 75766
telephone number unknown
Previous owner of the vehicle made the basis of this lawsuit.

Exum Motors
and/or Custodian of Records
515 W. Industrial
Sulphur Springs, Texas 75482
telephone number unknown
Previous owner of the vehicle made the basis of this lawsuit.

Maria Estefana Gamez
Route 32, Box 135A
Harlingen, Texas 78550
telephone number unknown
Previous owner of the vehicle made the basis of this lawsuit.

Homer Garrett, Jr.
Route 2, Box 160B
Jacksonville, Texas 75766
telephone number unknown
Previous owner of the vehicle made the basis of this lawsuit.

B.W. Gregory
129 Magnolia
Sulphur Springs, Texas 75482
telephone number unknown
Previous owner of the vehicle made the basis of this lawsuit.

Bill McRae, Ford, Inc.
and/or Custodian of Records
Jacksonville, Texas 75766
telephone number unknown
Previous owner of the vehicle made the basis of this lawsuit.

Rodriguez Towing
and/or Custodian of Records
Raymondville, Texas
Removed the vehicle from the scene of the accident made the basis of this lawsuit.

Rodriguez Towing - driver of tow truck
Raymondville, Texas
Removed the vehicle from the scene of the accident made the basis of this lawsuit.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
State Bar # 06653020
Federal Id # 20471
ATTORNEY FOR DEFENDANT
GABRIEL DELGADO

Page -9-

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been send in accordance with the Federal Rules of Civil Procedure, to-wit:

Benigno (Trey) Martinez
**MARTINEZ & BARRERA, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520

Joseph A. (Tony) Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

Mr. John M. Padilla
**SOLAR & ASSOCIATES**
2800 Post Oak Boulevard, Suite 6300
Houston, Texas 77056

on this __10th__ day of __May__, 2001.

_____
**D. ALAN ERWIN, JR.**
Attorney at Law

Page -10-