# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| LINDA COY, Individually, and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA, ISELA RODRIGUEZ and LIBRADO AYALA, JR., RUBEN RUIZ and MAURICIO SALDANA, § § § § § § and § § MARGARITO LOPEZ (Intervenor), § § vs. § § FORD MOTOR COMPANY and § GABRIEL DELGADO. § | United States District Court Southern District of Texas FILED<br><br>MAY 1 4 2001<br><br>Michael N. Milby Clerk of Court<br><br>CIVIL ACTION NO. B-00-139 |

## INTERVENOR MARGARITO LOPEZ'S
## UNOPPOSED APPLICATION FOR LEAVE TO INTERVENE

Intervenor Margarito Lopez ("Lopez") files this Unopposed Application for Leave to Intervene pursuant to FED. R. CIV. P. 24 ("Rule 24") as follows:

Lopez is the surviving spouse of decedent Ortensia G. Lopez a/k/a Hortensia Lopez ("Ortensia").

Lopez is an heir of Ortensia for purposes of the Texas Survival Statute, TEX. CIV. PRAC. & REM. CODE § 71.021. Lopez is also a wrongful death beneficiary under the wrongful death statute, TEX. CIV. PRAC. & REM. CODE § 71.004.

Lopez therefore has an interest in the subject of the litigation. Further, given his interest in the estate of Ortensia, and as a wrongful death beneficiary, Lopez is so situated that the disposition of the action may as a practical matter impair or impede his ability to protect that interest. Therefore, Intervention is "of right" pursuant to Rule 24(a).

Further, Lopez's claim has questions of law and fact in common with the main action. Therefore, the requirement for permissive intervention is also met pursuant to Rule 24(b)(2).

Pursuant to Rule 24 (c), a pleading setting forth the claim for which intervention is sought is attached.

Accordingly, Lopez respectfully requests that this Honorable Court grant his Application for Leave to Intervene and all other relief to which he is justly entitled.

Dated: May 11, 2001
Houston, Texas

Respectfully submitted,

SOLAR & ASSOCIATES, L.L.P.

By: _____
J. Michael Solar
State Bar No. 18824850
Williams Tower, Suite 6300
2800 Post Oak Boulevard
Houston, Texas 77056-6106
(713) 850-1212
(713) 850-1199 (fax)

ATTORNEY-IN-CHARGE FOR
INTERVENOR

2

OF COUNSEL:

James DeAnda
State Bar No. 05624000
John M. Padilla
State Bar No. 00791395
SOLAR & ASSOCIATES, L.L.P.
Williams Tower, Suite 6300
2800 Post Oak Boulevard
Houston, Texas 77056-6106
(713) 850-1212
(713) 850-1199 (fax)

## CERTIFICATE OF CONFERENCE

I certify that we have conferred with all counsel of record and they are not opposed to this motion.

_____
John M. Padilla

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to FED. R. CIV. P. 5(b) a true and correct copy of the above and foregoing has been forwarded by Certified Mail Return Receipt Requested, Hand Delivery, Federal Express, Fax, and/or United States Mail, First Class on May 11, 2001 to the following:

Tony Martinez
Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Jeffrey Roerig
855 West Price Road, Suite 9
Brownsville, Texas 78520

Eduardo Roberto Rodriguez
1201 E. Van Buren
P. O. Box 2155
Brownsville, Texas 78522

_____
John M. Padilla

3