31

United States District Court
Southern District of Texas
ENTERED

MAY 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, Individually, and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA, ISELA RODRIGUEZ and LIBRADO AYALA, JR., RUBEN RUIZ and MAURICIO SALDANA, | § § § § § § § | |
| and | § § | CIVIL ACTION NO. B-00-139 |
| MARGARITO LOPEZ (Intervenor), | § § | |
| vs. | § § | |
| FORD MOTOR COMPANY and GABRIEL DELGADO. | § § | |

## ORDER ON UNOPPOSED APPLICATION FOR LEAVE TO INTERVENE

On May 16, 2001, the Court considered Intervenor Margarito Lopez's Unopposed Application for Leave to Intervene. After considering the application, the Court

GRANTS Intervenor Margarito Lopez's Unopposed Application for Leave to Intervene and ORDERS that Margarito Lopez shall be allowed to intervene in Civil Action No. B-00-139; *Linda Coy, Individually, and On Behalf of the Estate of Ortensia G. Lopez, Deceased, Luis Ayala, Isela Rodriguez, Librado Ayala, Jr., Ruben Ruiz and Mauricio Saldana, and Margarito Lopez (Intervenor) v. Ford Motor Company and Gabriel Delgado;* In the United States District Court for the Southern District of Texas, Brownsville Division.

SIGNED this 16th day of May, 2001.

_____
JUDGE PRESIDING

31