32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDANA | § § § § § § § § § § § | |
| VS. | | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY AND GABRIEL DELGADO | | |

## MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANT GABRIEL DELGADO

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **GABRIEL DELGADO**, one of the Defendants in the above entitled and numbered cause, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, files this his Motion for Summary Judgment against all Plaintiffs and in support hereof would respectfully show the Court the following:

**I.**

On or about May 16, 1998, Ortensia G. Lopez, and Plaintiffs Ruben Ruiz and Mauricio Saldana were passengers in a 1979 Ford Club Wagon Van owned by Defendant Gabriel Delgado. On that date, the vehicle was traveling south in the right lane on U.S. 77 north of Raymondville, Texas. The rear axle of the vehicle broke, detaching the right rear wheel from the vehicle, causing it to veer to the left across the left lane into the median of U.S. 77 and rolled over one time. The

Page -1-

Plaintiffs claim that as a result of the accident, Ortensia G. Lopez was killed and Ruben Ruiz and Mauricio Saldana suffered personal injuries.

## II.

The Plaintiffs claim that Defendant Gabriel Delgado was negligent in the operation of the van in the following particulars: (1) in failing to control his vehicle; (2) in failing to keep a proper look out; (3) in failing to maintain such a look out as a person of ordinary prudence would have maintained in the same or similar circumstances; and (4) in failing to take proper action to prevent the accident. Plaintiffs' First Amended Original Petition.

## III.

Plaintiffs further brought causes of action against Ford Motor Company alleging it was negligent in the design and manufacture of the van and for alleged breaches of expressed and implied warranties with regard to the van.

## IV.

### THERE IS NO EVIDENCE THAT THIS DEFENDANT BREACHED ANY LEGAL DUTY OWED TO THE PLAINTIFFS

The Plaintiffs' sole cause of action against this Defendant is for common law negligence. Under Texas law, to prove negligence, the Plaintiff is required to demonstrate that the Defendant owed a specific duty to the Plaintiff, that Defendant breached that duty, that Defendant's breach caused the injury and that he suffered damages as a result of the Defendant's breach. *Rodriguez v. Sabatino*, 120 F.3rd 589 (C.A.5 (Tex.) 1997) certiorari denied 118 S.Ct. 1511, 140 L.Ed.2d 665; *Mosley v. Excel Corp.*, 109 F.3rd 1006 (C.A.5 (Tex.) 1997). Specifically, the Plaintiffs are not entitled to recover from Defendant unless they can demonstrate the Defendant violated a legal duty

owed to the Plaintiffs. *Muniz v. Ransomes America Corp.*, 921 F.Supp. 438 (S.D. (Tex.) 1995), affirmed 81 F.3rd 154 (C.A. (Tex.) 1996).

### V.

The Plaintiffs allege, and the evidence to date has established that the rear axle of the vehicle driven by Mr. Delgado suddenly broke without warning, detaching the right rear wheel from the vehicle as he was traveling on the highway. The Plaintiffs allege and the evidence to date has shown that the break in the rear axle and detachment of the wheel caused the vehicle to veer to the left into the median and caused it to turn over. There is no evidence that Gabriel Delgado was negligent in the operation of the vehicle at the time of the accident or in the moments immediately preceding the accident. The pleadings, depositions, answers, interrogatories and admissions on file show that there is no genuine issue as to any material fact and that this Defendant is entitled to judgment as a matter of law.

WHEREFORE, Defendant **GABRIEL DELGADO**, moves for summary judgment on the basis that Plaintiffs have failed to demonstrate evidence that this Defendant breached a legal duty owed to the Plaintiffs and/or that this Defendant's conduct was the proximate cause of any damages to the Plaintiffs. Accordingly, Defendant would respectfully request that this matter be set for a hearing and after hearing hereof, summary judgment be rendered in favor of the Defendant, awarding Defendant the cost of suit and all other relief, at law or in equity, which this Court deems just and equitable.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
State Bar # 06653020
Federal Id No. 20471
ATTORNEY FOR DEFENDANT
GABRIEL DELGADO

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the above and foregoing document has been sent by certified mail, return receipt requested on this __21st__ day of __May__, 2001 to all attorneys of record, to-wit:

Benigno (Trey) Martinez
**MARTINEZ & BARRERA, L.L.P.**
1201 East Van Buren
Brownsville, Texas 78520

Joseph A. (Tony) Rodriguez
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

_____
D. ALAN ERWIN, JR.
Attorney at Law

Page -4-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LINDA COY, INDIVIDUALLY AND § <br> ON BEHALF OF THE ESTATE OF § <br> ORTENSIA G. LOPEZ, DECEASED, § <br> LUIS AYALA, ISELA RODRIGUEZ § <br> AND LEE AYALA, JR., RUBEN RUIZ § <br> AND MAURICIO SALDANA § <br> § <br> VS. § <br> § <br> FORD MOTOR COMPANY § <br> AND GABRIEL DELGADO § | CIVIL ACTION NO. B-00-139 |

### ORDER ON DEFENDANT GABRIEL DELGADO'S
### MOTION FOR NO-EVIDENCE SUMMARY JUDGMENT

On this day came on to be considered the Defendant Gabriel Delgado's Motion for No-Evidence Summary Judgment in the above-styled and numbered cause of action. The Court, being satisfied that due notice of filing of such Motion and of the hearing thereon was given, and after considering the evidence, motions and arguments of counsel by submission, is of the opinion that Defendant Gabriel Delgado did not breach any legal duties owed to the Plaintiffs nor was Defendant Gabriel Delgado's conduct the proximate cause of any damages to the Plaintiff in this cause, therefore, it said Motion should be in all things GRANTED.

IT IS THEREFORE, ORDERED that Defendant **GABRIEL DELGADO's** Motion for No-Evidence Summary Judgment is GRANTED with regard to Plaintiffs' causes of action against this Defendant, that Plaintiffs' causes of action herein directly against Defendant **GABRIEL DELGADO**

Page -1-

Page -2-

be dismissed, with prejudice, against Defendant **GABRIEL DELGADO**, and that this Defendant's court costs to be taxed against the Plaintiffs.

SIGNED FOR ENTRY this _____ day of _____, 2001.

_____
JUDGE PRESIDING

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

# ORDER

| | |
|---|---|
| LINDA COY, INDIVIDUALLY AND § <br> ON BEHALF OF THE ESTATE OF § <br> ORTENSIA G. LOPEZ, DECEASED, § <br> LUIS AYALA, ISELA RODRIGUEZ § <br> AND LEE AYALA, JR., RUBEN RUIZ § <br> AND MAURICIO SALDANA § <br> § <br> VS. § <br> § <br> FORD MOTOR COMPANY § <br> AND GABRIEL DELGADO § | CIVIL ACTION NO. B-00-139 |

TYPE OF CASE: __X__ CIVIL          _____ CRIMINAL

TAKE NOTICE that a proceed in this case has been set for the place, date and time set forth below:

TYPE OF PROCEEDING:

DEFENDANT GABRIEL DELGADO'S MOTION FOR NO-EVIDENCE SUMMARY JUDGMENT

PLACE:                                                ROOM NO.:

UNITED STATES FEDERAL COURTHOUSE           SECOND FLOOR COURTROOM, #2
600 E. HARRISON STREET
BROWNSVILLE, TEXAS                              DATE AND TIME:

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: _____

TO:   MR. TONY MARTINEZ
      MR. BENIGNO (TREY) MARTINEZ
      MR. TONY RODRIGUEZ
      MR. EDUARDO RODRIGUEZ
      MR. JEFFREY ROERIG
      MR. ALAN ERWIN, JR.

ClibPDF - www.fastio.com