33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA | * * * * * * * |
| VS. | * * |
| FORD MOTOR COMPANY and GABRIEL DELGADO | * * |

CIVIL ACTION NO. B-00-139

## NOTICE OF ADDITIONAL APPEARANCE OF TRIAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, FORD MOTOR COMPANY, and files this its Notice of Additional Appearance of Trial Counsel pursuant to the Federal Rules of Civil Procedure.

Defendant's counsel, JAIME A. SAENZ, Federal I.D. No. 7630, State Bar No. 17514859, of the law offices of RODRIGUEZ, COLVIN & CHANEY, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522, (956) 542-7441, will also appear as additional attorney of record for Defendant, FORD MOTOR COMPANY, in the above-referenced cause of action. Mr. Saenz is a member in good standing of the State Bar of Texas and the Southern District of Texas.

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Bar No. 1944
Jaime A. Saenz
State Bar No. 17514859
Federal I. D. No. 7630
Joseph A. (Tony) Rodriguez
Federal Bar No. 10107
State Bar No. 17146600
1201 East Van Buren

Page 1

Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned document was served upon all counsel of record, to-wit:

Tony Martinez
Benigno (Trey) Martinez
Martinez & Barrera, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Attorneys for Plaintiffs

D. Alan Erwin
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Attorneys for Defendant Gabriel Delgado

J. Michael Solar
Solar & Associates, L.L.P.
Williams Tower, Suite 6300
2800 Post Oak Boulevard
Houston, Texas 77056-6106
Attorneys For Intervenor, Margarito Lopez

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Federal Rules of Civil Procedure, on this the 23 day of May, 2001.

_____
Jaime A. Saenz

Page 2

ClibPDF - www.fastio.com