IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 2 3 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA | * * * * * * |
| VS. | * * CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY and GABRIEL DELGADO | * * |

## MOTION FOR APPEARANCE PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, FORD MOTOR COMPANY, and files this its Motion to Appear Pro Hac Vice and for cause would respectfully show unto the Court as follows:

I.

The undersigned and licensed attorneys at law, licensed to practice by the State of Michigan, and members in good standing with the Michigan State Bar, see Exhibits "A" and "B" respectively attached hereto and incorporated herein for all purposes, hereby inform this Court that they, along with Jaime A. Saenz and Joseph A. "Tony" Rodriguez, will serve as co-counsel for Defendant, Ford Motor Company. The undersigned certify and submit to the jurisdiction of this Court for disciplinary purposes and to local rules.

II.

The undersigned represent that they have not previously been convicted of a felony or a misdemeanor involving moral turpitude, nor been the subjects of any disciplinary action by any Court of record.

WHEREFORE, PREMISES CONSIDERED, Defendant, FORD MOTOR COMPANY, moves that this Court GRANT said Motion, and allow Don Dawson and Kathleen A. Clark to appear in this cause for Trial and/or discovery.

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Bar No. 1944
Jaime A. Saenz
State Bar No. 17514859
Federal I. D. No. 7630
Joseph A. (Tony) Rodriguez
Federal Bar No. 10107
State Bar No. 17146600
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170


_____
DON DAWSON
Michigan Bar No. 05606500
KATHLEEN A. CLARK
Michigan Bar No. 00788830
DAWSON & CLARK, P.C.
2436 First National Bank
660 Woodward Avenue
Detroit, Michigan 48226
(313) 256-8900
Fax (313) 256-8913

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned document was served upon all counsel of record, to-wit:

Tony Martinez
Benigno (Trey) Martinez
Martinez & Barrera, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Attorneys for Plaintiffs

D. Alan Erwin
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Attorneys for Defendant Gabriel Delgado

J. Michael Solar
Solar & Associates, L.L.P.
Williams Tower, Suite 6300
2800 Post Oak Boulevard
Houston, Texas 77056-6106
Attorneys For Intervenor, Margarito Lopez

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Federal Rules of Civil Procedure, on this the 23 day of May, 2001.

_____
Jaime A. Saenz

Page 3

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA<br><br>VS.<br><br>FORD MOTOR COMPANY and GABRIEL DELGADO | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    CIVIL ACTION NO. B-00-139 |

## ORDER GRANTING MOTION FOR APPEARANCE PRO HAC VICE

CAME ON this day Defendant, FORD MOTOR COMPANY'S Motion for Appearance Pro Hac Vice and the Court after reviewing the Motion and pleadings on file herein, is of the opinion that the same should be GRANTED. IT IS, THEREFORE,

ORDERED that DON DAWSON and KATHLEEN A. CLARK be Permitted to Participate in Proceedings before this Court, and it is further

ORDERED that Defendant, FORD MOTOR COMPANY'S Motion for Appearance Pro Hac Vice be GRANTED and that DON DAWSON and KATHLEEN CLARK be allowed to appear in this cause for Trial and/or Discovery.

_____
PRESIDING JUDGE

Copies to:
Don Dawson
D. Alan Erwin
Tony Martinez
Jaime A. Saenz
J. Michael Solar

# United States District Court
# Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, certify that

## *Donald H. Dawson*

was admitted to practice in this Court on January 18, 1980, and is in good standing as a member of the bar of this Court.

Dated at Detroit, Michigan on May 17, 2001.

_David J. Weaver_, Clerk

By _____, Attorney Admissions Clerk

INT-0104-DT-9/99



# United States District Court
# Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, certify that

## *Kathleen A. Clark*

was admitted to practice in this Court on November 5, 1990, and is in good standing as a member of the bar of this Court.

Dated at Detroit, Michigan on May 17, 2001.

_____ *David J. Weaver* _____,
Clerk

By _____ /s/ Kelly Clark _____,
Attorney Admissions Clerk

INT-0104-DT-9/99



EXHIBIT B