AO456(Rev. 5/85) Notice



# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2001

Michael N. Milby
Clerk of Court

LINDA COY, ET AL

VS.                                NOTICE   B-00-cv-139

FORD MOTOR COMPANY, ET AL

Type of Case:

☒ CIVIL            ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place. U.S.District Court U.S. Courthouse, 3rd Floor 600 E. Harrison Street Brownsville, Texas 78520 | Room No: Courtroom # 4 U.S. District Judge Filemon B. Vela |
|---|---|
| | Date: Time: |
| TYPE OF PROCEEDING: **FINAL PRETRIAL CONFERENCE** | |

☒ TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE **SAME PLACE** | DATE AND TIME PREVIOUSLY SCHEDULED May 31, 2001 | RESCHEDULED TO, DATE **TUESDAY, MAY 29, 2001** @ **1:30 P.M.** |
|---|---|---|

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

(BY) DEPUTY CLERK

DATE:   May 24, 2001

cc:   All Attorneys of Record
      Magistrate Judge John Black
      File