37

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, INDIVIDUALLY AND § <br> ON BEHALF OF THE ESTATE OF § <br> ORTENSIA G. LOPEZ, DECEASED, § <br> LUIS AYALA, ISELA RODRIGUEZ § <br> AND LEE AYALA, JR., RUBEN RUIZ§ <br> AND MAURICIO SALDANA § <br> § <br> VS. § <br> § <br> FORD MOTOR COMPANY § <br> AND GABRIEL DELGADO § | CIVIL ACTION NO. B-00-139 |

### DEFENDANT FORD MOTOR COMPANY'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS

COMES NOW, FORD MOTOR COMPANY, a Defendant herein, and in response to the requirements of this Court's Pre-trial Order makes and files this supplemental list of Requested Voir Dire Questions, as follows:

1*[1]. Does any potential juror know the Plaintiffs or any of the individuals listed on the Plaintiff's witness list?
   If so, in which person(s) do you know and in what way do you know the person?

2.* Does any potential juror or any close family members have legal education?
   Are any members of your family or close friends an attorney?
   What type of law does he or she practice?
   Where do they practice?
   What is his or her name?
   Is there anything about that experience that would influence your service in this case.

3.* Has any potential juror or any close family members ever been involved in any accident involving a Ford vehicle other than a fender-bender?
   What were the circumstances of the accident?
   What kind of injuries were suffered?
   For such persons, is there anything about that experience that would make the potential juror more likely to feel a leaning toward the Plaintiffs' case that would make it difficult to be fair and impartial?

4.* Has any potential juror or any close family members ever been involved in any accident involving any kind of vehicle whatsoever?
   What were the circumstances of the accident?

---

[1]Asterisks in question was on original List of Proposed Voir Dire Questions.

        What kind of injuries were suffered?
        For such persons, is there anything about that experience that would make the potential juror more likely to feel a leaning toward Plaintiff's case that would make it difficult to be fair and impartial?

5.\*    Has any potential juror or any close family members ever been killed due to an automobile accident?
        For such persons, is there anything about that experience that would make the potential juror more likely to feel a leaning toward the Plaintiffs' case that would make it difficult to be fair and impartial?

6.\*    Does anyone have any training or experience in engineering, vehicle design, auto mechanics, or related fields?
        What is that training or experience?
        Where did you receive it?

7.    Do you, any family members or close friends, have any experience or training in any of the following fields:
- auto mechanics or any other type of mechanics
- automotive sales, inspection, maintenance or repair
- suspensions
- axles or axle assembly components
- other
- trucking
- vehicle testing or test driving
- accident investigation
- accident reconstruction
- medicine
- counseling
- police work
- welding
- steel or metal work of any type
- driving heavy equipment, farm equipment
- failure analysis of machinery components
- metallurgy

## VEHICLE OWNERSHIP/DRIVING

8.    Have you ever owned a Ford vehicle?
        Were you satisfied or dissatisfied with it?
        Did you ever have any components suddenly break?

9.    Have you ever owned an Econoline or Ford truck?

10.    Have you ever owned or used any kind of vehicle (such as at work) where a major component broke?
        What caused the break?

11.    How many of you have heard Ford's ad for trucks, "Built Ford Tough" about Ford trucks?
        What do you think that means?
        Do you think that means nothing should ever break on a Ford truck, no matter what has been done to it?

12.*    Does everyone understand that the duty of a manufacturer is to design, manufacture and sell a reasonably safe vehicle as opposed to a vehicle in which no one can be injured?
Does anyone have any problem with an instruction that in order to find a defect in a vehicle, you must find that the product at issue is unreasonably dangerous, taking into account the utility of that product and the risks that may be involved in its use?

13.*    Has anyone ever had a bad experience of any kind with a Ford vehicle?

14.    Have you ever been in an accident or near-accident because a component on your vehicle failed or broke?

15.    Have you ever experienced a broken axle?

## PRIOR MECHANICAL KNOWLEDGE/EXPERIENCE

16.    Have you or anyone close to you ever performed automotive repairs?
    What type?
    Professionally, shade-tree or something else?
    When performing automotive repairs, do you use the shop manual from the manufacturer?
    or some other type service manuals, like Hanes?
    When performing automotive repairs, do you perform the repairs the way the Shop Manual says?
    Have you ever disregarded an instruction for how to do or not do a repair in a shop manual? Why?
    Have you ever seen mechanical components later break because a repair or change out was not done the proper way? What?

17.    Do you, or have you ever used any of the following types of machinery, including at work, at home or elsewhere:
    any kind of welding torch
    lathes
    presses
    any tools that etch or cut metal
    describe what for

18.    Have you ever performed repairs on any type of heavy industrial machinery?

## METALS KNOWLEDGE/EXPERIENCE

19.    Do you have any knowledge of how steel is made?
    Of the forging process?
    Heat treatment?
    Quenching?

20.    Do you have any knowledge of the internal composition of steel or other metals?

21.    Have you ever had any experience at blacksmith type activities, working with metals?

22. Do you have any knowledge or experience with regard to the causes of metal/steel fractures?

23. Have you ever heard of a fatigue fracture?
    How did you hear of it?
    What do you think a fatigue fracture is?
    Do you know what kinds of things can cause fatigue fractures?

## PRIOR KNOWLEDGE REGARDING AXLES

24. Have you ever done any mechanical work on truck, auto or other type of vehicle involving the axle?

25. Have you ever change out the bearings on an axle?
    or watched anybody do it, or helped anybody do it?

26. Is this something you think you would be qualified to do?

27. Do you have any knowledge of how axles are made?

28. Do you have any preconceived ideas about how long an axle should last or what mechanics ought to be able to do to it?

29. This case involves an axle which broke due to what is called a fatigue crack.
    That is where a small surface flaw gradually works its way across until there is a break. When the axle broke, Mr. Delgado lost control of the van and the accident happened.

    Based on that, is there anyone who already feels – even a little bit – that it must be Ford's fault the axle broke?

## SYMPATHY

30.* Since Plaintiffs have suffered permanent injuries, is there anyone who thinks that they would be overwhelmed enough by sympathy for Plaintiffs that they would not be able to be fair to Ford?

31.* Does everyone instead pledge to be fully fair to Ford and hold Plaintiff to his burden of proof on all of his issues, despite the emotion that his injury will make you feel?

32. Will you be able to put aside that sympathy and decide it on the facts?

## SMALL COMMUNITY

33. Did any of you know Mrs. Ortensia Lopez or know of her?

34. Did any of you know any of Mrs. Ortensia Lopez's family or know of them?

## BURDEN OF PROOF/OPEN MIND

35.*. Does every potential juror understand that anyone can file a lawsuit and the mere filing of a lawsuit does not change the fact that the party with the burden of proof

must prove each element of the case he is attempting to make by the standard of a preponderance of the credible evidence?

36. There are two sides to every story -- will you be able to keep an open mind until all of the evidence is in?

37.* Does everyone agree that they will hold Plaintiffs to their burden to prove every element of his case, including the amount of damages?I

38.* Does anyone have a problem being asked to judge the testimony of eyewitness testimony as against physical evidence and possibly deciding, depending upon what you believe the greater weight of the credible evidence to be, that the eyewitness testimony is incorrect?
   Does anyone feel that they could never make findings different than the testimony of an eyewitness?

## FACTS\PUBLICTY ABOUT THIS ACCIDENT

39. The accident took place on U.S. 77 near 10 to 15 miles north of Raymondsville on May 16, 1998.
   Is there anyone here who knows of the accident – heard about it, passed by there, saw something about it in newspaper or t.v.
   Anybody who, afterwards, has passed by and seen the flowers placed at the site?

40. Is there anyone here who believes that the mere fact that Mrs. Lopez and others were injured or died means Ford must be at fault?
   or who even think, without hearing the evidence of the circumstances, it is more likely it was Defendant's fault from that piece of evidence alone?

   Or who thinks that Ford ought to pay because it is a large corporation and it can afford to?

## ATTITUDES TOWARD LITIGATION

41.* Has any potential juror or any close family members ever been a party to any lawsuit or have made a claim against anyone regarding injuries?
   Have you or any member of your family ever hired an attorney?
   What was the reason?
   What was the outcome of the matter?
   For each juror who has ever indicated that he or she has been a party to a lawsuit:
      Were you a plaintiff or a defendant?
      Was the lawsuit settled or did it go to trial?
      Were you satisfied with the result of your case?
      Was there anything about that experienced that would influence your service in this case?

42. Has anyone ever made a claim for personal injury?

43. Does anyone believe that cars ought to be able to prevent all accidents and all injuries?

44.*  Has any potential juror or any close family members ever served on a jury before?
If yes, how many times?
Criminal/Civil/Grand Jury
What was the nature of the case?
Was a decision reached?
Were you comfortable with the decision that was reached?
Was there anything about that experience that would influence your service in this case?

45.*  Does everyone understand that any person or company can bring a lawsuit by filing the papers and paying the filing fee?

46.*  Does everyone understand that they will have to promise not to make up their mind about the case until all the evidence is in, and to wait until Ford has had its opportunity to present evidence to determine what happened in the case?

ATTITUDES TOWARD CORPORATIONS/PROFITS

47.*  In light of the fact that Ford Motor Company is a corporation, and in fact a large corporation, can each potential juror accept the rule of the Court that all litigants are equal under the law and treat Ford Motor Company fairly?

48.  Does everyone know that Ford is a large company, maybe one of the largest in the world, and it has 300,000 employees all over the world.

49.  Is there anyone here who does not like large corporations, thinks they're bad, is suspicious of them in any way?

50.  If there anyone here who thinks Ford is bad, does not like Ford, or is suspicious of Ford in any way?

51.  Is there anyone here that they would tend to favor either the individual plaintiffs against the corporation, or conversely, the corporation over the individual?

52.  Is there anyone who has - even a small tendency - to believe that because Ford is large, it ought to pay?
or to feel irritated or aggravated about the fact Ford is contesting the Plaintiffs' claims?

53.  Does everyone understand that corporation and the Lopez family are entitled to the same fair and unbiased judgment?

54.  Is there anyone here who has preconceived notions about automobile manufacturers?

55.  Is there anyone who is going to tend to lean toward Plaintiffs side, even a little big, because Ford makes profits?
Or because Ford is a wealthy corporation that is able to pay the Plaintiffs?
Or who will want to favor the little guy, or see the Plaintiffs as underdogs?

ATTORNEYS REPRESENTING PLAINTIFFS AND FORD

56.*  Is any potential juror acquainted with any lawyers or staff with the law firm of

Martinez & Barrera, and has anyone been represented by the firm.

57. Is there anyone who has a problem with Ford being represented in part by more than one attorney?

58. Do you understand to represent our client we are required to cross examine?

> Will anyone here going to hold it against Ford's attorneys or Ford if Mr. Dawson or his colleagues aggressively cross-examine family members or other witnesses called by the Plaintiff?

59. Do any of you or close family members have any experience working for a large company?

60.* Has anyone heard or read anything in the news about Fords products or other automotive products that you believe would cause you to be less than fully fair to an auto manufacturer?

61. Are any of you familiar with product liability law suits?
    where a person who is injured sues the company who made it, claiming the design or manufacture was defective?
    * have you heard about or of lawsuits against automotive manufacturers?

62. Does any one here believe, even a little, a vehicle must be defective or the automotive manufacturer must have done something wrong merely because:
    the automotive manufacturer was sued
    there was an accident and someone died or was seriously injured

63. Is every one willing to keep an open mind on this and all other issues?

## FORD, FORD DEALERSHIPS, FIRESTONE RECALL, OTHER RECALLS

64. Has anyone ever worked for Ford or had family member who does?
    * or for a Ford dealer?

65.* [Note: This question is requested only if Ford's Motion in Limine about Firestone ATX Wilderness tires and similar matters is not granted by the Court]. Ford has been getting a lot of press lately in cases about Firestone tires on Ford Explorers that have experienced problems which have allegedly caused rollovers. This case is about a rollover, although the tire involved is a completely different kind of tire than the Firestone tires at issue in those cases, and the vehicle involved is a completely different vehicle than a Ford Explorer. Even so, is there anyone who thinks they would be influenced any degree whatsoever against Ford because of this publicity.

66. Has anyone seen the publicity about the Ford Firestone/Explorer tire recall?
    Did anyone have their tires recalled?
    How much have you watched about this?
    As a result of that recall and publicity, it there anyone who has formed an opinion about:
    Ford, whether it's a good company or bad company, whether it has good engineers or bad, whether it tells the truth or not?
    The quality or safety of Ford products?

67. Have you ever had any vehicle recalled for any reason?

## WITNESSES/NO CORPORATE REPRESENTATIVE

68. Does anyone know any of the following individuals:

    Linda Coy
    Luis Ayala
    Isela Rodriguez
    Librado (Lee) Ayala
    Gabriel Delgado
    Valerie Vasquez
    Javier Lizcano
    Guamaro Munguia
    Graciela Garza Rojas
    Ruben Ruiz
    Maricio Saldana
    Officer Mark Chavez
    DeWitt S. Davenport, M.D.
    Rex B. McLellan, Ph.D, P.E.
    Dr. Herald Walton
    V.A. Benavides, M.D.
    Dr. Harry Butters
    Dr. Edward L. Mason