38

United States District Court
Southern District of Texas
FILED

MAY 29 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA<br><br>VS.<br><br>FORD MOTOR COMPANY and GABRIEL DELGADO | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-00-139<br>§<br>§<br>§<br>§<br>§ |

# DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition after trial |
|---|---|---|---|---|---|---|---|
| | Accident Report | | | | | | |
| | 1979 Ford Car and Truck "Sales Data Book" | | | | | | |
| | 1979 Light Truck Shop Manual Driving Axles and Drive Shafts Group | | | | | | |
| | 1979 Econoline Sales Brochure | | | | | | |
| | Organizations Directory | | | | | | |
| | Owner's Guide | | | | | | |
| | Organizational Planning Personnel and Organization Staff dated 10/16/79 | | | | | | |
| | Organizational Planning Personnel and Organization Staff dated 01/0179 | | | | | | |
| | Limited Warranty Booklet | | | | | | |
| | FPS-365-10879-A Dated 7/78 | | | | | | |
| | 1979 Ford Econoline Advertising | | | | | | |
| | Photographs taken by Larry Makowski at Vehicle Inspection | | | | | | |
| | Photographs taken by Dr. Juan Herrera at Vehicle Inspection | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Photographs taken by Dr. Richard Harding at Vehicle Inspection | | | | | | |
| | Medical and billing records of Valley Baptist Medical Center regarding Hortensia Vasquez | | | | | | |
| | Medical and billing records of Valley Radiologist and Associates regarding Hortensia Vasquez | | | | | | |
| | Pathology report and slides from Valley Baptist Medical Center regarding Hortensia Vasquez | | | | | | |
| | Medical and billing records of Bayshore Family Practice Center regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Health South Therapy regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of V.A. Benavides, M.D. regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Valley Air Care regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Valley Baptist Medical Center regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Valley Diagnostic Clinic regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Valley Radiologist & Associates regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Willacy County EMS regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Emcar-Har Emergency Physicians regarding Ruben Ruiz | | | | | | |
| | Any and all x-ray films obtained regarding Plaintiffs | | | | | | |
| | X-ray films from Valley Baptist Medical Center regarding Ruben Ruiz | | | | | | |
| | Expert Report of Dr. Juan Herrera | | | | | | |
| | Expert Report of Dr. Richard Harding | | | | | | |
| | Expert Report of Larry Makowski | | | | | | |
| | Deposition of Ruben Ruiz | | | | | | |
| | Deposition of Linda Coy | | | | | | |
| | Deposition of Isela Rodriguez | | | | | | |
| | Deposition of Luis Ayala | | | | | | |
| | Deposition of Librado Ayala | | | | | | |

|  | | | | | | | |
|--|--|--|--|--|--|--|--|
|  | Deposition and Exhibits of Dr. Juan Herrera | | | | | | |
|  | Deposition and Exhibits of Dr. Richard Harding | | | | | | |
|  | Deposition and Exhibits of Larry Makowski | | | | | | |
|  | Deposition and Exhibits of Dr. Rex McLellan | | | | | | |
|  | The actual component parts inspected by Defendants' experts Dr. Juan Herrera, Dr. Richard Harding and Larry Makowski at their respective vehicle inspections | | | | | | |
|  | Exemplar component parts | | | | | | |
|  | 1979 Ford Club Wagon | | | | | | |
|  | Comparsion photographs of steel structure | | | | | | |
|  | Graphs of steel structure | | | | | | |
|  | Inspection photographs | | | | | | |
|  | Heat treatment demonstration video | | | | | | |
|  | Mechanics regarding axle bearing/retainer's ring video | | | | | | |
|  | Set of title documents | | | | | | |
|  | ASTM standards | | | | | | |
|  | Exemplar bearing | | | | | | |
|  | Exemplar retainer ring | | | | | | |
|  | Exemplar retainer | | | | | | |
|  | Exemplar axle shaft | | | | | | |
|  | Lawsuit and complaint list (subject to court ruling) | | | | | | |
|  | Mock up of axle assembly | | | | | | |
|  | Engineering specification - Bearing Assembly Tapered | | | | | | |
|  | Engineering Specification - Characteristic spec. | | | | | | |
|  | Engineering specification - Differential and carrier assembly | | | | | | |
|  | Engineering specification - rear axle assembly, less wheels | | | | | | |
|  | Engineering specification - steel roller bearings | | | | | | |
|  | Engineering specification - steel yield strength | | | | | | |
|  | Engineering drawing - axle assembly - rr less wheels 11-8-80 | | | | | | |
|  | Engineering drawing - axle assembly - rr less wheels 1-16-78 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Engineering drawing - bearing assembly - rear wheel 5-19-77 | | | | | | |
| | Engineering drawing - axle assembly - rr less wheels (blow up of 1-16-78) | | | | | | |
| | Engineering drawing - axle assembly - rr less wheels 10-12-79 | | | | | | |
| | Engineering drawing - retainer axle shaft bearing 7-17-73 | | | | | | |
| | Engineering drawing - retainer axle shaft bearing , 2-8-77 | | | | | | |
| | Engineering drawing - retainer wheel bearing - inner, 2-25-72 | | | | | | |
| | Engineering drawing - seal assembly- rear wheel brg. Oil, 11-17-77 | | | | | | |
| | Engineering drawing - seal assembly- rear wheel brg. Oil outer , 9-12-74 | | | | | | |
| | Engineering drawing - shaft assembly - rear axle - 12-13-77 | | | | | | |
| | Engineering drawing - shaft rear axle, 12-6-79 | | | | | | |
| | Engineering drawing - shaft rear axle, 9-16-74 | | | | | | |
| | Engineering drawing - tag- rear axle identification, 3-23-79 | | | | | | |
| | Advertisements and Brochures - 1979 Econoline | | | | | | |
| | 1979 Ford Car and Truck Product Summary | | | | | | |
| | 1979 Limited Warranty Booklet | | | | | | |
| | 1981 Limited Warranty Booklet | | | | | | |
| | MCIR Exemplar | | | | | | |
| | Ford Organization Directory, 10-16-79 | | | | | | |
| | Ford Organization Directory, 1-1-79 | | | | | | |
| | 1979 Ford Econoline Owner's Guide | | | | | | |
| | Process Illustration - Trans and Chassis - Shaft Rear Axle, | | | | | | |
| | Process Illustration - Trans and Chassis - Shaft Rear Axle 2-19-73 | | | | | | |
| | Service Manual Axle and Drive Shafts - 1979 | | | | | | |
| | Service Manual Axle and Drive Shafts - 1981 | | | | | | |
| | Jim Varin Photographs taken on May 21, 2001 | | | | | | |
| | Larry Makowski Photographs taken on May 21, 2001 | | | | | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | Larry Makowski's notes of May 21, 2001 | | | | | |
|  | Chilton Repair Manual Ford Vans (1961 – 1988) | | | | | |
|  | Haynes Repair Manual Ford Vans (1969 – 1991) | | | | | |
|  | Haynes en Espanol Ford Vans | | | | | |