39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, Individually, and On Behalf of the Estate of HORTENCIA G. LOPEZ, Deceased, LUIS AYALA, ISELA RODRIGUEZ and LIBRADO AYALA, JR., RUBEN RUIZ and MAURICIO SALDANA, § § § § § § § § and § § MARGARITO LOPEZ (Intervenor), § § and § § CARLOS VASQUEZ (Intervenor), § § vs. § § FORD MOTOR COMPANY and § GABRIEL DELGADO. § | CIVIL ACTION NO. B-00-139 |

### INTERVENOR CARLOS VASQUEZ
### UNOPPOSED APPLICATION FOR LEAVE TO INTERVENE

Intervenor Carlos Vasquez ("Vasquez") files this Unopposed Application for Leave to Intervene pursuant to FED. R. CIV. P. 24 ("Rule 24") as follows:

Vasquez is the surviving son of decedent Hortencia G. Lopez.

Vasquez is an heir of Hortencia G. Lopez of the Texas Survival Statue, TEX. CIV. PRAC. & CODE § 71.021   Vasquez is also a wrongful death beneficiary under the wrongful death statue, TEX. CIV. & REM. CODE § 71.004.

Vasquez therefore has an interest in the subject of the litigation. Further, given his interest in the estate of Hortencia G. Lopez, and as a wrongful death beneficiary, Vasquez is so situated that the disposition of the action may as a practical matter impair or impede his ability to protect that interest. Therefore, Intervention is "of right" pursuant to Rule 24 (a).

Further, Vasquez's claim has questions of law and fact in common with the main action. Therefore, the requirement for permissive intervention is also met pursuant to Rule 24 (b)(2).

Pursuant to Rule 24 (c), a pleading setting forth the claim for which intervention is sought is attached.

Accordingly, Vasquez respectfully requests that this Honorable Court grant his Application of Leave to Intervene and all other relief to which he is justly entitled.

Date: May 29, 2001
Brownsville, Texas

Respectfully submitted,
MARTINEZ y BARRERA, L.L.P.

By: _____
Benigno "Trey" Martinez
State Bar No. 00797011
Federal I.D. No. 23945
MARTINEZ y BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
(956)546-7159
(956)544-0602 (fax)
Tony Martinez
ATTORNEY-IN-CHARGE FOR INTERVENOR

## CERTIFICATE OF CONFERENCE

I certify that we have conferred with all counsel of record and they are not opposed to this motion.

_____
Benigno "Trey" Martinez

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to FED. R. CIV. P. 5 (b) a true and correct copy of the above and foregoing has been forwarded by Certified Mail Return Receipt Requested, Hand Delivery, Fax, and/or United States Mail, First Class on May 29, 2001 to the following:

Eduardo Roberto Rodriguez
1201 E. Van Buren
Brownsville, Texas 78520

Jeffrey Roerig
855 W. Price Road, Suite 9
Brownsville, Texas 78520

John Padilla
Williams Tower, Suite 6300
2800 Post Oak Boulevard
Houston, Texas 77056-6106

_____
Benigno "Trey" Martinez