United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

# COURTROOM MINUTES

JUDGE   FILEMON B. VELA

CASE MANAGER: Lourdes Mardis          INTERPRETER: None Needed

COURT REPORTER Bill Holloway          LAWCLERK: GerardoFlores/ Frank Wood

USPO _____         DEPUTY U.S.MARSHAL: _____

DATE: May 29, 2001                    TIME:   1:30 p.m.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO.  B-00-CV-139

Linda Coy, Et Al                      Antonio (Tony) Martinez

vs.

Ford Motor Co., Et Al                 Jaime A. Saenz &
                                      Joseph A. Rodriguez

All sides present and ready for final pretrial conference at which time they all announced ready to proceed to Jury Trial. Case set for Jury Selection on Friday, June 1, 2001 at 9:00 a.m., with announcements at 8:30 a.m. Parties to submit joint jury instructions to the Court, prior to jury seleciton. FBV/ltm