43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

LINDA COY, Individually, and On Behalf
of the Estate of ORTENSIA G. LOPEZ,
Deceased, LUIS AYALA, ISELA
RODRIGUEZ and LIBRADO AYALA,
JR., RUBEN RUIZ and MAURICIO
SALDANA,

and

MARGARITO LOPEZ (Intervenor),

vs.

FORD MOTOR COMPANY and
GABRIEL DELGADO.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. B-00-139

## PLAINTIFFS' AND INTERVENORS' SUPPLEMENT TO PRETRIAL ORDER

Plaintiffs and Intervenor file their supplement to the Pretrial Order as follows:

In addition to their previously-provided Contentions, Plaintiffs and Intervenor also contend as follows:

1.  Ford Motor Company negligently designed, manufactured and marketed the vehicle and axle at issue thereby proximately causing Plaintiffs' and Intervenor's damages. Ford Motor Company sold the vehicle and axle at issue, and the vehicle and axle were defectively designed, manufactured and marketed; such defects were the producing cause of Plaintiffs' and Intervenor's damages.

2.  To the extent there was any misuse of the axle at issue (which Plaintiffs and Intevenors do not concede), such misuse was foreseeable and would have been prevented had Ford provided adequate warnings and instructions with the axle and vehicle at issue, which it failed to do. Ford knew and could forsee that its vehicles could and might need replacement axles, that all manner of mechanics could and might do work on such axles including installation of bearings and retainers, that such installation could and might include the use of heat and all manner of machining tools. Despite this, Ford failed to properly and

conspicuously warn and instruct on the installation and repair of bearings and retainers and related devices on its axles, and of the potential for failure if such instructions and warnings were not followed.

3.    The "Read and Heed" presumption applies pursuant to Texas law.  It is presumed that had adequate warnings and instructions been given, they would have been heeded.

Plaintiffs and Intervenors incorporate all previously filed Pretrial Orders.

Dated:     June 1, 2001
           Houston, Texas

                              Respectfully submitted,

                              MARTINEZ & BARRERA, L.L.P.
                              1201 E. Van Buren
                              Brownsville, Texas 78520
                              Ph. (956) 546-7159
                              Fax (956) 544-0602

                              By: _____
                              Antonio Martinez
                              State Bar No. 13139000

                              ATTORNEY-IN-CHARGE FOR
                              PLAINTIFFS AND INTERVENOR

OF COUNSEL:

J. Michael Solar
State Bar No. 18824850
James DeAnda
State Bar No. 05624000
John M. Padilla
State Bar No. 00791395
SOLAR & ASSOCIATES, L.L.P.
Williams Tower, Suite 6300
2800 Post Oak Boulevard
Houston, Texas  77056-6106
(713) 850-1212
(713) 850-1199 (fax)

2

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to FED. R. CIV. P. 5(b) a true and correct copy of the above and foregoing has been forwarded by Certified Mail Return Receipt Requested, Hand Delivery, Federal Express, Fax, and/or United States Mail, First Class on May 31, 2001 to the following:

Eduardo Roberto Rodriguez
Jaime Saenz
1201 E. Van Buren
P. O. Box 2155
Brownsville, Texas 78520

Jeffrey Roerig
855 West Price Road, Suite 9
Brownsville, Texas 78520

John M. Padilla

3