44

# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

JUDGE __FILEMON B. VELA_____

CASE MANAGER: _Lourdes Mardis_    INTERPRETER: _None Needed_

COURT REPORTER _Bill Holloway_    LAWCLERK: _GerardoFlores/_ ~~Frank Wood~~

USPO_____   DEPUTY U.S.MARSHAL:_____

DATE: _June 1, 2001_              TIME: _8:30 a.m._

*************************************************************

CIVIL ACTION NO.  B-~~95~~-CV-139    00-139

Linda Coy, Et Al                         Antonio (Tony) Martinez

vs.

Ford Motor Co., Et Al                    Jaime A. Saenz &
                                         Joseph A. Rodriguez

All sides present and ready to proceed. Jury panel empaneled and thereafter Jury Voir Dire was held. Jury Selected and and case set for trial (tentatively) for Wednesday, June 6, 2001 at 9:00 a.m.