45

Jurors Selected on __June 1, 2001__   For Case # __B-00-139__

Case Style __Coy vs. Ford Motor Company__

Jury Trial Date __June 6, 2001__

Judge __Filemon B. Vela__   Time __9:00 A.M.__

United States District Court
Southern District of Texas
FILED

JUN 0 1 2001

Michael N. Milby
Clerk of Court

## JURY LIST

JUROR'S NAMES:

1. CRISTOBAL REYES
2. YOLANDA E. PADILLA
3. ADA L. CAVAZOS
4. MARIE Y. SALINAS
5. JOSE MARROQUIN, JR.
6. ELVA L. HERNANDEZ
7. JULIAN VERA
8. BERTA A. BARRERA