46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, ET AL. § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY § | |
| Defendant. § | |

### NOTICE OF ADDITIONAL APPEARANCE OF TRIAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, FORD MOTOR COMPANY, and files this its Notice of Additional Appearance of Trial Counsel pursuant to the Federal Rules of Civil Procedure.

Defendant's counsel, KURT KUHN, State Bar No. 24002433, Southern District Federal I.D. No. 22915, of the law offices of BROWN, MCCARROLL, L.L.P. will also appear as additional attorney of record for Defendant, FORD MOTOR COMPANY, in the above-referenced cause of action. Mr. Kuhn is a member in good standing of the State Bar of Texas and the Southern District of Texas.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Jaime A. Saenz
State Bar No. 17514859
Fed. I.D. No. 7630
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170
ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

    Tony Martinez
    Martinez & Barrera, L.L.P.
    1201 East Van Buren
    Brownsville, Texas 78520
    Attorneys for Plaintiffs

    James DeAnda
    J. Michael Solar
    John M. Padilla
    SOLAR & ASSOCIATES
    Williams Towers, Suite 6300
    2800 Post Oak Blvd.
    Houston, Texas 77056
    Attorneys for Intervenor, Margarito Lopez

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 4th day of June, 2001.

_____
Jaime A. Saenz