47

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA | § § § § § § § CIVIL ACTION NO. B-00-139 |
| VS. | § § |
| FORD MOTOR COMPANY and GABRIEL DELGADO | § § § |

## DEFENDANTS' SECOND SUPPLEMENTAL EXHIBIT LIST

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition after trial |
|---|---|---|---|---|---|---|---|
| | Accident Report | | | | | | |
| | 1979 Ford Car and Truck "Sales Data Book" | | | | | | |
| | 1979 Light Truck Shop Manual Driving Axles and Drive Shafts Group | | | | | | |
| | 1979 Econoline Sales Brochure | | | | | | |
| | Organizational Planning Personnel and Organization Staff dated 10/16/79 | | | | | | |
| | Organizational Planning Personnel and Organization Staff dated 01/0179 | | | | | | |
| | Limited Warranty Booklet | | | | | | |
| | FPS-365-10879-A Dated 7/78 | | | | | | |
| | 1979 Ford Econoline Advertising | | | | | | |
| | Photographs taken by Larry Makowski at Vehicle Inspection | | | | | | |
| | Photographs taken by Dr. Juan Herrera at Vehicle Inspection | | | | | | |
| | Photographs taken by Dr. Richard Harding at Vehicle Inspection | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Medical and billing records of Valley Baptist Medical Center regarding Hortensia Vasquez | | | | | | |
| | Medical and billing records of Valley Radiologist and Associates regarding Hortensia Vasquez | | | | | | |
| | Pathology report and slides from Valley Baptist Medical Center regarding Hortensia Vasquez | | | | | | |
| | Medical and billing records of Bayshore Family Practice Center regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Health South Therapy regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of V.A. Benavides, M.D. regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Valley Air Care regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Valley Baptist Medical Center regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Valley Diagnostic Clinic regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Valley Radiologist & Associates regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Willacy County EMS regarding Ruben Ruiz | | | | | | |
| | Medical and billing records of Emcar-Har Emergency Physicians regarding Ruben Ruiz | | | | | | |
| | Any and all x-ray films obtained regarding Plaintiffs | | | | | | |
| | X-ray films from Valley Baptist Medical Center regarding Ruben Ruiz | | | | | | |
| | Expert Report of Dr. Juan Herrera | | | | | | |
| | Expert Report of Dr. Richard Harding | | | | | | |
| | Expert Report of Larry Makowski | | | | | | |
| | CV of Dr. Juan Herrera | | | | | | |
| | CV of Larry Makowski | | | | | | |
| | The actual component parts inspected by Defendants' experts Dr. Juan Herrera, Dr. Richard Harding and Larry Makowski at their respective vehicle inspections | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exemplar component parts | | | | | | |
| | 1979 Ford Club Wagon | | | | | | |
| | Comparsion photographs of steel structure | | | | | | |
| | Graphs of steel structure | | | | | | |
| | Inspection photographs | | | | | | |
| | Heat treatment demonstration video | | | | | | |
| | Mechanics regarding axle bearing/retainer's ring video | | | | | | |
| | Set of title documents | | | | | | |
| | ASTM standards | | | | | | |
| | Exemplar bearing | | | | | | |
| | Exemplar retainer ring | | | | | | |
| | Exemplar retainer | | | | | | |
| | Exemplar axle shaft | | | | | | |
| | Lawsuit and complaint list (subject to court ruling) | | | | | | |
| | Mock up of axle assembly | | | | | | |
| | Engineering specification - Bearing Assembly Tapered | | | | | | |
| | Engineering Specification - Characteristic spec. | | | | | | |
| | Engineering specification - Differential and carrier assembly | | | | | | |
| | Engineering specification - rear axle assembly, less wheels | | | | | | |
| | Engineering specification - steel roller bearings | | | | | | |
| | Engineering specification - steel yield strength | | | | | | |
| | Engineering drawing - axle assembly - rr less wheels 11-8-80 | | | | | | |
| | Engineering drawing - axle assembly - rr less wheels 1-16-78 | | | | | | |
| | Engineering drawing - bearing assembly - rear wheel 5-19-77 | | | | | | |
| | Engineering drawing - axle assembly - rr less wheels (blow up of 1-16-78) | | | | | | |
| | Engineering drawing - axle assembly - rr less wheels 10-12-79 | | | | | | |
| | Engineering drawing - retainer axle shaft bearing 7-17-73 | | | | | | |
| | Engineering drawing - retainer axle shaft bearing , 2-8-77 | | | | | | |
| | Engineering drawing - retainer wheel bearing = inner, 2-25-72 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Engineering drawing - seal assembly- rear wheel brg. Oil, 11-17-77 | | | | | | |
| | Engineering drawing - seal assembly- rear wheel brg. Oil outer , 9-12-74 | | | | | | |
| | Engineering drawing - shaft assembly - rear axle - 12-13-77 | | | | | | |
| | Engineering drawing - shaft rear axle, 12-6-79 | | | | | | |
| | Engineering drawing - shaft rear axle, 9-16-74 | | | | | | |
| | Engineering drawing - tag- rear axle identification, 3-23-79 | | | | | | |
| | Advertisements and Brochures - 1979 Econoline | | | | | | |
| | 1979 Ford Car and Truck Product Summary | | | | | | |
| | 1979 Limited Warranty Booklet | | | | | | |
| | 1981 Limited Warranty Booklet | | | | | | |
| | MCIR Exemplar | | | | | | |
| | Ford Organization Directory, 10-16-79 | | | | | | |
| | Ford Organization Directory, 1-1-79 | | | | | | |
| | 1979 Ford Econoline Owner's Guide | | | | | | |
| | Process Illustration - Trans and Chassis - Shaft Rear Axle, | | | | | | |
| | Process Illustration - Trans and Chassis - Shaft Rear Axle 2-19-73 | | | | | | |
| | Service Manual Axle and Drive Shafts - 1979 | | | | | | |
| | Service Manual Axle and Drive Shafts - 1981 | | | | | | |
| | Jim Varin Photographs taken on May 21, 2001 | | | | | | |
| | Larry Makowski Photographs taken on May 21, 2001 | | | | | | |
| | Larry Makowski's notes of May 21, 2001 | | | | | | |
| | Chilton Repair Manual Ford Vans (1961 – 1988) | | | | | | |
| | Haynes Repair Manual Ford Vans (1969 – 1991) | | | | | | |
| | Haynes en Espanol Ford Vans | | | | | | |
| | Certified copy of Theft Report | | | | | | |
| | Weather Records | | | | | | |
| | Allstate Insurance Records | | | | | | |
| | Title History - | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Photographs of vehicle and scene taken by Dr. Ed Martinez | | | | | | |
| | Dr. Ed Martinez' file materials | | | | | | |
| | Larry Makowski Deposition Exhibit #1 – hand drawing of subject axle | | | | | | |
| | Larry Makowski Deposition Exhibit #3 – hand drawing – Anderson Testing Results | | | | | | |
| | Larry Makowski Deposition Exhibit #4 – hand drawing – Anderson Testing Results | | | | | | |
| | Larry Makowski Deposition Exhibit #4a - 78 laser photographs of Hardness Testing at Southwestern Lab | | | | | | |
| | Larry Makowski Deposition Exhibit #5 – Hand drawing of driver side axle shaft | | | | | | |
| | Larry Makowski Deposition Exhibit #6a – notes regarding axle shaft measurements | | | | | | |
| | Larry Makowski Deposition Exhibit #7b – Makowski photos 1- 84 of vehicle inspection | | | | | | |
| | Larry Makowski Deposition Exhibit #8 – handwritten notes of opinions / conclusions | | | | | | |
| | Larry Makowski Deposition Exhibit #9 – subject axle code | | | | | | |
| | Larry Makowski Deposition Exhibit #11 – video regarding Sterling Plant axle assembly | | | | | | |
| | Larry Makowski Deposition Exhibit #14 – Various Shop Manuals (Ford, Haynes and Chilton) | | | | | | |
| | Larry Makowski Deposition Exhibit #17 – Makowski notes regarding vehicle inspection | | | | | | |
| | Larry Makowski Deposition Exhibit #18 – e-mail notes Tim Kem | | | | | | |
| | Larry Makowski Deposition Exhibit #21 – Rockwell "C" Hardnes Testing Graphs (3) | | | | | | |
| | Dr. Rex McLellan Deposition Exhibits # 2- 12 – Photos of Cut piece of axle | | | | | | |

ClibPDF - www.fastio.com

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Dr. Rex McLellan Deposition Exhibits # 13 – 19 SEM photos of cut axle piece | | | | | | |
| | Dr. Rex McLellan Deposition Exhibits # 20 - CV | | | | | | |
| | Dr. Rex McLellan Deposition Exhibits # 21, 22 and 23 – notes regarding vehicle inspection | | | | | | |
| | Dr. Rex McLellan Deposition Exhibits # 24 – 57 – vehicle photos | | | | | | |
| | Dr. Juan Herrera Deposition Exhibit # 6 – CD-ROM of SEM Photos | | | | | | |
| | Dr. Juan Herrera Deposition Exhibit # 11 – axle shaft specs with notes | | | | | | |
| | May 22, 2001 – video of Hardness Testing | | | | | | |