48

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUNE 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA | § § § § § § § § § § § |
| VS. | |
| FORD MOTOR COMPANY and GABRIEL DELGADO | |

CIVIL ACTION NO. B-00-139

## DEFENDANTS' THIRD  SUPPLEMENTAL EXHIBIT LIST

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | Dispo-sition after trial |
|---|---|---|---|---|---|---|---|
| | Accident Report  (selected pages) | | | | | | |
| | 1979 Light Truck Shop Manual Driving Axles and Drive Shafts Group | | | | | | |
| | 1979 Econoline Sales Brochure and 1979 Econoline Advertising | | | | | | |
| | 1979 Limited Warranty Booklet | | | | | | |
| | 1981 Limited Warranty Booklet | | | | | | |
| | FPS-365-10879-A Dated 7/78 Owner's Guide | | | | | | |
| | Photographs taken by Larry Makowski at Vehicle Inspection January 18, 2001 | | | | | | |
| | Photographs taken by Dr. Juan Herrera at Vehicle Inspection January 18, 2001 | | | | | | |
| | CV of Dr. Juan Herrera | | | | | | |
| | CV of Larry Makowski | | | | | | |
| | Exemplar component parts | | | | | | |
| | Subject 1979 Ford Club Wagon and all components thereof | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Exemplar bearing(s) | | | | | |
| | Subject vehicle bearing | | | | | |
| | Exemplar retainer ring(s) | | | | | |
| | Subject vehicle retainer ring | | | | | |
| | Exemplar retainer(s) | | | | | |
| | Subject vehicle retainer | | | | | |
| | Exemplar axle shaft(s) | | | | | |
| | Subject vehicle axle shaft | | | | | |
| | Exemplar driver side axle shaft(s) | | | | | |
| | Subject vehicle driver side axle shaft | | | | | |
| | Exemplar axle assembly from 1979 Econoline | | | | | |
| | Exemplar tools for removal of retainer and bearing | | | | | |
| | Exemplar Grinding wheel | | | | | |
| | Exemplar Tool Bits | | | | | |
| | Exemplar Rockwell "C" Indentor | | | | | |
| | Mock up of axle assembly | | | | | |
| | Engineering specification - Bearing Assembly Tapered | | | | | |
| | Engineering Specification - Characteristic spec. | | | | | |
| | Engineering specification - Differential and carrier assembly | | | | | |
| | Engineering specification - rear axle assembly, less wheels | | | | | |
| | Engineering specification - steel roller bearings | | | | | |
| | Engineering specification - steel yield strength | | | | | |
| | Engineering drawing - axle assembly - rr less wheels 11-8-80 | | | | | |
| | Engineering drawing - axle assembly - rr less wheels 1-18-78 | | | | | |
| | Engineering drawing - bearing assembly - rear wheel 5-19-77 | | | | | |
| | Engineering drawing - axle assembly - rr less wheels (blow up of 1-16-78) | | | | | |
| | Engineering drawing - axle assembly - rr less wheels 10-12-79 | | | | | |
| | Engineering drawing - retainer axle shaft bearing 7-17-73 | | | | | |
| | Engineering drawing - retainer axle shaft bearing , 2-8-77 | | | | | |
| | Engineering drawing - retainer wheel bearing - inner, 2-25-72 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Engineering drawing - seal assembly- rear wheel brg. Oil, 11-17-77 | | | | | |
| | Engineering drawing - seal assembly- rear wheel brg. Oil outer , 9-12-74 | | | | | |
| | Engineering drawing - shaft assembly - rear axle - 12-13-77 | | | | | |
| | Engineering drawing - shaft rear axle, 12-6-79 | | | | | |
| | Engineering drawing - shaft rear axle, 9-16-74 | | | | | |
| | Engineering drawing - tag- rear axle identification, 3-23-79 | | | | | |
| | Engineering drawing – shaft assembly,  rear axle, 10-29-74Ex | | | | | |
| | Process Illustration - Trans and Chassis - Shaft Rear Axle, | | | | | |
| | Process Illustration - Trans and Chassis - Shaft Rear Axle 2-19-73 | | | | | |
| | Service Manual Axle and Drive Shafts - 1979 | | | | | |
| | Service Manual Axle and Drive Shafts - 1981 | | | | | |
| | Jim Varin Photographs taken on May 22, 2001 | | | | | |
| | Larry Makowski Photographs taken on May 22, 2001 | | | | | |
| | Haynes Repair Manual Ford Vans (1969 – 1991) | | | | | |
| | Haynes en Espanol Ford Vans | | | | | |
| | Certified copy of Theft Report | | | | | |
| | Allstate Insurance Records | | | | | |
| | Title History | | | | | |
| | Larry Makowski Deposition Exhibit #1 – hand drawing of subject axle | | | | | |
| | Larry Makowski Deposition Exhibit #3 – hand drawing – Anderson Testing Results | | | | | |
| | Larry Makowski Deposition Exhibit #4 – hand drawing – Anderson Testing Results | | | | | |
| | Larry Makowski Deposition Exhibit #4a -  78 laser photographs of Hardness Testing at Southwestern Lab | | | | | |
| | Larry Makowski Deposition Exhibit #5 – Hand drawing of driver side axle shaft | | | | | |

CEMPDF - www.tesre.com

| | | | | | | |
|---|---|---|---|---|---|---|
| | Larry Makowski Deposition Exhibit #6a – notes regarding axle shaft measurements | | | | | |
| | Larry Makowski Deposition Exhibit #7b – Makowski photos 1- 84 of vehicle inspection | | | | | |
| | Larry Makowski Deposition Exhibit #8 – handwritten notes of opinions / conclusions | | | | | |
| | Larry Makowski Deposition Exhibit #9 – subject axle code | | | | | |
| | Larry Makowski Deposition Exhibit #11 – video regarding Sterling Plant axle assembly | | | | | |
| | Larry Makowski Deposition Exhibit #14 – Various Shop Manuals (Ford, Haynes and Chilton) | | | | | |
| | Larry Makowski Deposition Exhibit #17 – Makowski notes regarding vehicle inspection | | | | | |
| | Larry Makowski Deposition Exhibit #18 – e-mail notes Tim Kem | | | | | |
| | Larry Makowski Deposition Exhibit #21 – Rockwell "C" Hardnes Testing Graphs (3) | | | | | |
| | Dr. Rex McLellan Deposition Exhibits # 2- 12 – Photos of Cut piece of axle | | | | | |
| | Dr. Rex McLellan Deposition Exhibits # 13 – 19 SEM photos of cut axle piece | | | | | |
| | Dr. Rex McLellan Deposition Exhibits # 24 – 57 – vehicle photos | | | | | |
| | Dr. Juan Herrera Deposition Exhibit # 6 – CD-ROM of SEM Photos | | | | | |
| | Dr. Juan Herrera Deposition Exhibit # 11 – axle shaft specs with notes | | | | | |
| | May 22, 2001 – video of Hardness Testing | | | | | |
| | Video – Plaintiffs' of May 22, 2001 testing | | | | | |
| | Hardness Test Chart (a) full length of axle, (b) under retainer and bearing (c) near fracture site (blow – up charts) | | | | | |
| | Process sheet of axle shaft | | | | | |
| | Video – May 22, 2001 – Removal of Retainer | | | | | |

| | Deposition of Gabriel Delgado | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CVisPDF - www.fastio.com