50

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDANA | § § § § § § | |
| V. | § § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY AND GABRIEL DELGADO | § § § | |

### DEFENDANT FORD MOTOR COMPANY'S
### MOTION TO EXCLUDE THE TESTIMONY OF REX B. MCLELLAN

To the Honorable United States District Court Judge:

Defendant, Ford Motor Company, files this motion and asks the Court to exclude the opinion testimony of Rex B. McLellan. As set forth below, McLellan's testimony is deficient under the federal rules as either unreliable and/or irrelevant, or is being offered by an unqualified witness.

FACTS

This case involves a broken axle on a 1979 vehicle. The only expert designated by the Plaintiffs to testify about any alleged defect in the vehicle is Rex. B. McLellan.[1]  McLellan is a professor at Rice University who specializes in metallurgy.[2]  The only report filed for McLellan in this case is a one page self-described preliminary report in which he concludes that the axle at issue in this case failed as the result of a fatigue fracture in the axle itself—a point that is not in dispute.[3]

A.    **McLellan's Original Theory.**

In order to understand the basis and extent of his opinion, McLellan's deposition was originally taken on April 25, 2001. McLellan testified that his opinion was based on his review of the fractured surface of the axle under an electron microscope.[4]  He testified that by looking at the axle under the microscope he could tell that the axle broke as the result of a textbook fatigue fracture.[5]

McLellan testified that the fatigue fracture was the result of some flaw, perhaps originally

---

[1]    *See* Plaintiffs' Designation of Expert Witness of Jan. 21, 2001.

[2]    Dep. of McLellan of April 25, 2001, at 6:1-4, 12:18-19. The deposition is attached as Exhibit B. For the convenience of the Court, citations are given to "page:line."

[3]    See McLellan's Report, a copy of which is attached as Exhibit A.

[4]    Exhibit B at 28:5-15.

[5]    Exhibit B at 31:8-10.

CMsPDF - www.lexisnexis.com

microscopic, on the surface of the axle.[6] McLellan admitted to not knowing what had cause the actual flaw in the axle, but speculated that it had resulted from either random machine marks or an inadvertent strike on the axle by an assembly person.[7] He testified that there was no way to distinguish between these two possibilities.[8]

At the time of his initial report and deposition, McLellan had not reached any conclusion as to whether the fatigue failure was the result of a manufacturing or a design defect. He testified that he was sure that it was a fatigue fracture, but he could not tell yet whether it was the result of a manufacturing defect or a design defect.[9] McLellan testified that he anticipated being able to make this conclusion after having studied materials produced by Ford in the case, as well as the testimony and opinions of Ford's experts.[10]

Quiet candidly, McLellan testified that he could not tell at the time of his first deposition whether he was qualified to give an opinion on whether there was a design defect with the axle.[11] Further, McLellan testified that he did not know anything about marketing defects, and chose to

---

6       .       Exhibit B at 35:25 to 36:10.

7       .       Exhibit B at 39:4-10.

8       .       Exhibit B at 40:3-9.

9       .       Exhibit B at 11:9-15.

10      .       Exhibit B at 11:16 to 12:1.

11      - .      Exhibit B at 12:10 to 13:16

"pass on that one."[12]

## B.    McLellan's New Theory and New Expertise.

On June 3, 2001, a second deposition was taken of McLellan to see whether he been able to reach a conclusion on those issues he believed were unresolved at the time of the earlier deposition. McLellan testified that he was able to perform the review of materials that he had previously testified would be necessary for him to reach any ultimate conclusion.[13] McLellan has now decided that the fatigue fracture was not the result of any surface flaw on the axle.[14] Now, McLellan testified that the fatigue fracture resulted from a softening of the strength of the axle.[15]

McLellan testified that the softening was the result of the axle being improperly heated.[16] He admits to not knowing what caused the axle to be improperly heated, but claimed that it was the result of either: (1) improper heat treatment in the Ford plant; or (2) the actions of some other party after it left Ford's control—either at a Ford dealership's maintenance shop or some random mechanic.[17] McLellan testified that there was no way of knowing which of these caused

---

12    .    Exhibit B at 11:3-7.

13    .    Dep. of McLellan of June 3, 2001, at 4:15 to 5:3. The deposition is attached as Exhibit C. For the convenience of the Court, citations are given to "page:line."

14    .    Exhibit C at 38:14-22.

15    .    Exhibit C at 45:16-22.

16    .    Exhibit C at 21:23 to 22:4.

17    .    Exhibit C at 21:23 to 22:4.

the softness, "with any degree of certainty at all."[18]  Instead, he said that any guess as to which

was the cause would be nothing but speculation.[19]

Unlike the previous deposition. McLellan was now prepared to explain his position on

whether there was a design or manufacturing defect. McLellan said that he could not give an

opinion as to whether there was a design defect, because he did not feel he was qualified to do so,

but that in his opinion, there was no design defect.[20]  McLellan testified that he could not say

that there was a manufacturing defect because, although there was softness, "we really don't

know who's responsible for that softening."[21]

Now, for the first time, McLellan testified that he believed the shaft had a marketing

defect.[22]  McLellan testified that the axle was defective because it did not have the warning "Do

not heat" imprinted on the axle itself.[23]  However, McLellan stated that he could not say whether

the axle was "unreasonable dangerous" for not having the warning on the axle.[24]  McLellan

admitted that he is not an expert on warnings, but stated that his opinion was based on common

---

18    .    Exhibit C at 6:24 to 7:3.

19    .    Exhibit C at 10:4-7.

20    .    Exhibit C at 23:3-24.

21    .    Exhibit C at 26:25 to 27:7.

22    .    Exhibit C at 26:23 to 28.

23    .    Exhibit C at 59:24 to 60:3.

24    .    Exhibit C at 58:3-19.

sense.[25]

## SUMMARY OF ARGUMENT

This Court must make a determination at the outset whether Plaintiffs have proven their proposed expert testimony meets the requirements of admission.  This requires that it be both reliable and relevant to the facts at issue in the case.  The proffered opinions of McLellan are neither.

McLellan is not qualified to testify as an expert in this case.  He lacks the "knowledge, skill, experience, training, or education" required to qualify as an expert under the rules.  McLellan has admitted that he is not an expert on warnings.  Instead, McLellan says that his warning theory is based on common sense.  Also, McLellan also has no knowledge about what caused the heating of the axle, but instead reaches a conclusion that he admits is mere speculation.  McLellan's lack of knowledge, skill, experience, training, and education are insurmountable obstacles to Plaintiffs' attempt to qualify him as an expert.

Even if he was qualified, McLellan's testimony about the warning and the possible causes of the softness are, admittedly, nothing but his own lay opinion or pure speculation.  The Fifth Circuit has rejected the notion that an expert can testify based upon little more than his credentials and a subjective opinion.  Further, where more than one possibility exists, an expert cannot, without support save the claims of his client, simply choose the explanation most advantageous to his client.  Finally, McLellan cannot testify as an expert witness to his own "common sense" approach to warnings.

---

25      Exhibit C at 48:20 to 49:15.

ARGUMENT

## I.   STANDARD OF REVIEW

Plaintiffs have the burden of proving, by a preponderance of the evidence, that their proposed expert testimony meets the requirements of admission. *Moore v. Ashland Chem. Inc.*, 151 F.3d 269, 276 (5th Cir. 1998). Whenever expert testimony is offered, the trial court must perform a screening function to ensure that the expert's opinion is both reliable and relevant to the facts at issue in the case. *Watkins v. Telsmith, Inc.*, 121 F.3d 984, 988-89 (5th Cir. 1997). The trial court is charged with making this determination at the outset. *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579, 592, 113 S.Ct. 2786, 2796 (1993).

The admission of expert testimony is governed by Rule 702 of the Federal Rules of Evidence. It reads:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise.

FED. R. EVID. 702. The objective of Rule 702 is to ensure the reliability and relevancy of all expert testimony. *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 152, 119 S.Ct. 1167, 1176 (1999). The rule can be understood in two parts.

First, the rule ensures reliability by requiring that all expert testimony demonstrate that it is based on specialized knowledge. The "knowledge" required by the rule is more than a subjective belief or unsupported speculation. *Daubert*, 509 U.S. at 590, 113 S.Ct. at 2795. Instead, expert testimony is admissible only if it is supported by appropriate validation, "i.e., 'good grounds,' based on what is known." *Id.* A nonexhaustive list of facts to consider in

determining the reliability of expert testimony includes: (1) whether it can (and has been) tested, (2) whether it has been subject to peer review; (3) the potential rate of error; and (4) whether it has general acceptance in the community.  *Id.* at 593-94, 113 S.Ct. at 2906-97.  Parties attempting to rely on expert testimony are on notice of the exacting standards of reliability required of such testimony.  *Weisgram v. Marley Co.*, 120 S.Ct. 1011, 1021 (2000).

Second, the rule ensures relevancy by requiring that the testimony assist the trier of fact in understanding or determining a fact at issue in the case.  This requires a "fit" between the testimony offered and a fact issue in the case.  *Daubert*, 509 U.S. at 591, 113 S.Ct. at 2795-96.  Expert testimony that is unrelated to an issue for the fact finder is necessarily unhelpful.  *Id.*

The trial court must serve as "gatekeeper" to screen proffered expert testimony.  *General Elec. Co., v. Joiner*, 522 U.S. 136, 142, 118 S.Ct. 512, 517 (1997); *see also, Seatrax, Inc. v. Sonbeck Int'l, Inc.*, 200 F.3d 358, 371 (2000) ("district court's chief role when determining the admissibility of expert testimony under Daubert is that of a 'gate-keeper.'").  Recognizing its function, this Court has recently explained that, "[t]he case law is clear that a court's role as 'gatekeeper' is to scrupulously assess the reliability of an expert's opinion before a jury is asked to weigh it.  To abdicate that function is to invite a jury decision that is unreasonable." *Castellow v. Chevron USA*, 97 F.Supp.2d 780, 784 (S.D. Tex. 2000) (Milloy, J.).  Serving in its gate-keeper capacity, the Court should find that Plaintiffs cannot meet their burden with regard to the testimony in dispute here.

## II.   McLELLAN IS UNQUALIFIED TO GIVE ANY EXPERT TESTIMONY IN THIS CASE.

McLellan is not qualified to testify as an expert in this case. He lacks the "knowledge, skill, experience, training, or education" required to qualify as an expert under the rules. *See* FED. R. EVID. 702. While McLellan has a background in metallurgy, he is not qualified to present an expert opinion as to whether Ford's warnings were defective or whether there was a manufacturing defect in the axle here.

On two separate occasions, McLellan has admitted that he is not an expert on warnings.[26] Further, McLellan admits that he has: (1) no formal qualifications in the area of warning labels; (2) never seen or done any studies on warning labels imprinted on automotive parts; (3) never seen or read any studies related to automotive mechanics and warning; and (4) never looked at any scientific literature on warnings.[27] Instead, McLellan says that his warning theory is based on common sense.[28]

McLellan also has no knowledge about the heating of the axle. He testified that he: (1) has never done or read any tests regarding the heating of this type of steel in an attempt to determine how it could have been softened; (2) does not have any knowledge of how Ford, or any other manufacturer, makes or heat treats the axle; and (3) has never worked in automotive

---

26      .      Exhibit B at 11:6-7; Exhibit C at 48:20-22.

27      .      Exhibit C at 51:2 to 52:24.

28      .      Exhibit C at 48:25 to 49:15.

repair.[29]

McLellan lacks the "knowledge, skill, experience, training, or education" necessary to qualify as an expert in this case. The question for the Court is not McLellan's general competence, but rather, can the Plaintiffs specifically demonstrate that McLellan has sufficient specialized knowledge to assist the jurors in deciding the particular issues in this case. *Kumho Tires Co.*, 526 U.S. at 157, 119 S.Ct. at 1168. Reliability sufficient to satisfy the rules depends on the nature of the issues at hand, the witness's particular expertise, and the subject of the testimony. *Seatrax, Inc.*, 200 F.3d at 372. Here, Plaintiffs seek to have McLellan testify about whether Ford's lack of a warning imprinted on the axle was unreasonably dangerous and whether the axle had been improperly heated and softened creating a manufacturing defect before the time it left Ford's control. McLellan is absolutely unqualified to render any opinion on either of these subjects.

The rules require that all expert witnesses be qualified. "A completely unqualified expert using the most reliable of tests should not be allowed to testify." *Rushing v. Kansas City S. Ry.*, 185 F.3d 496, 507 (5th Cir. 1999). The Court must be assured that a proffered witness is qualified to testify by virtue of his knowledge, skill, experience, training, or education, and should refuse to allow an expert witness to testify if it finds that the witness is not qualified to testify in a particular field or on a given subject. *Wilson v. Woods*, 163 F.3d 935, 937 (5th Cir. 1999). The mere fact that McLellan is a metallurgist does not qualify him to testify as an expert about the design, manufacturing, or marketing of automobiles. McLellan's lack of knowledge,

---

29        Exhibit C at 13:14 to 14:24, 16:25 to 19:16, 31:6-13.

CibiPDF - www.fawite.com

skill, experience, training, and education regarding production or warnings in the automotive industry, as well as his failure to perform any applicable independent analysis, are insurmountable obstacles to Plaintiffs' attempt to qualify him as an expert. *See Seatrax, Inc.*, 200 F.3d at 372.

**III.    McLellan's Testimony Regarding the Warning and the Heating of the Axle Is Unreliable Speculation.**

Even if McLellan was qualified to testify about the heating of the axle or the need for a warning, neither of McLellan's opinions are reliable enough to survive Daubert analysis.

McLellan's testimony about the warning is merely his uneducated, lay opinion, and his musings about the possible causes of the softness are, admittedly, nothing but pure speculation. Nothing about either *Daubert* or the federal rules requires the Court to admit the opinion of an expert which is connected to the cases only by the bare assertion of the expert. *Joiner*, 522 U.S. at 146, 118 S.Ct. at 519; *see also, Kumho Tire Co.*, 526 U.S. at 157, 119 S.Ct. 1179. Here, Mc

The problem with McLellan's testimony is further compounded by the fact that his conclusion fails to articulate any objective standard that could be considered by the trier of fact. As noted above, *Daubert* instructs the Court to look for "good grounds" for determining the reliability of expert testimony, such as: (1) whether it can (and has been) tested, (2) whether it has been subject to peer review; (3) the potential rate of error; and (4) whether it has general acceptance in the community. *Id*. 509 U.S. at 593-94, 113 S.Ct. at 2906-97. McLellan's assumption that he can merely look at the axle and support his client's theory lacks any of these indica.

Any opinion that McLellan may hold about the warnings or the softening is nothing more than his own subjective opinion. The Fifth Circuit has rejected the notion that an expert can testify based upon little more than his credentials and a subjective opinion. *Viterbo v. Dow Chem. Co.*, 826 F.2d 420, 421-22 (5th Cir. 1987). As the Fifth Circuit explained:

> As a general rule, questions relating to the bases and sources of an expert's opinion affect the weight to be assigned that opinion rather than its admissibility and should be left for the jury's consideration. In some cases, however, the source upon which an expert's opinion relies is of such little weight that the jury should not be permitted to receive that opinion. Expert opinion testimony falls into this category when that testimony would not actually assist the jury in arriving at an intelligent and sound verdict. If an opinion is fundamentally unsupported, then it offers no expert assistance to the jury. Furthermore, its lack of reliable support may render it more prejudicial then probative, making it inadmissible under Fed. R. Evid. 403.

*Id.* at 422 (citations omitted).

The rules do not allow Plaintiffs to bolster their own version of the facts by the mere subjective opinion of an "expert." Where more than one possibility exists, an expert cannot, without support save the claims of his client, simply choose the explanation most advantageous to his client. *Id.* at 424; *see also, Oglesby v. General Motors Corp.*, 190 F.3d 244, 251 (4th Cir. 1999). If this practice were allowed, then McLellan's testimony would be nothing more than the Plaintiffs' testimony "dressed up and sanctified as the opinion of an expert." *See Viterbo*, 826 F.2d at 424.

McLellan's speculative statements regarding the cause of the softening are just the type of evidence that *Daubert* is meant to exclude. In *Gammill v. Jack Williams Chevrolet, Inc.*, the Texas Supreme Court explaining that where the evidence was equally consistent with the plaintiff both wearing or not wearing the belt, the expert "has offered nothing to suggest that what he believes could have happened actually did happen. His opinions are little more than 'subjective belief or unsupported speculation.'" 972 S.W.2d 713, 727-28 (Tex. 1998).

Even if we assume that heating could have caused softening, that does not allow for the assumption that the problem could have arose at the Ford factory. "Several post-*Daubert* cases

have cautioned about leaping from an accepted scientific premise to an unsupported one."

*Moore*, 151 F.3d at 279.  Here, McLellan offers no substantive evidence to the jury.

Finally, even if McLellan could qualify to testify, and provide reliable testimony, his testimony regarding the warning defect still should not pass *Daubert* analysis.  As he himself admits, his opinion is not based on any "expert" skill or knowledge, but merely what he believes to be common sense.  A witness is not qualified to testify as an "expert" when they are doing no more than that which anyone would be capable of performing.  *See Wilson*, 163 F.3d at 938.  The Rules do not allow for an expert on common sense.

CONCLUSION

For these reasons, Ford hereby asks the Court to exclude the testimony McLellan, and for such other relief to which Ford is entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

By:_____
      Eduardo Roberto Rodriguez
      Federal Bar No. 1944
      State Bar No. 17144000
      Jaime A. Saenz
      Federal Bar No. 7630
      State Bar No. 17514859

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon counsel of record, to wit:

> Tony Martinez
> Benigno (Trey) Martinez
> Martinez & Barrera, LLP
> 1201 East Van Buren
> Brownsville, TX 78520
>
> J. Michael Solar
> Solar & Associates
> 2800 Post Oak Blvd.
> Houston, Texas 77056

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission, pursuant to the Federal Rules of Civil Procedure, on this ___ day of _____, 2001.

_____
Jaime A. Saenz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDANA | §<br>§<br>§<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY AND GABRIEL DELGADO | §<br>§<br>§ | |

### ORDER

On this date, the Court heard Ford's Motion to Exclude the Testimony of Rex B. McLellan, and the Court, upon considering the motion and Plaintiffs' Response thereto, the Court finds that the motion should be granted.

Accordingly, it is hereby ORDERED that Ford's Motion to Exclude the Testimony of Rex B. McLellan is **GRANTED**.

Signed this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

# STUDY OF AXLE FAILURE

by

## REX B. MCLELLAN

A 1974 Ford Club Wagon being driven by Mr. Gabriel Delgado was involved in an accident on May 16, 1998 on U. s. highway 77.

The accident was initiated by the detachment of the passenger-side rear wheel.

## TESTING

The lug nuts were removed from the PS rear wheel and the axle stub exhibiting the fracture surface removed. A section of the axle containing the fracture surface was removed by an abrasive cut-off wheel.

Stereoscopic and electron micrography studies showed that the wheel did not become detached due to impact, but by the progression of a fatigue crack through the axle material.

## CONCLUSIONS

Vehicle axles should not fail by a fatigue process even in vehicles showing a relatively high mileage. Such an event represents a dangerously defective condition.

This report is preliminary in nature and is subject to modification in the event that new discovery is produced.

Rex B. McLellan

Rex B. McLellan Ph D  P.E.



EXHIBIT

A

Case 1:00-cv-00139   Document 50   Filed in TXSD on 06/05/2001   Page 19 of 75

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
LINDA COY, Individually   ) (
and on Behalf of the      ) (
Estate of HORTENSIA G.    ) (
LOPEZ, Deceased, LUIS     ) (
AYALA; ISELA RODRIGUEZ;   ) (
LIBRADO AYALA, JR.; RUBEN ) (
RUIZ; and MAURICIO        ) (
SALDANA                   ) (   CIVIL ACTION NO. B-00-139
        Plaintiffs        ) (
                          ) (
VS.                       ) (
                          ) (
FORD MOTOR COMPANY and     ) (
GABRIEL DELGADO           ) (
        Defendants        ) (
```

---

ORAL AND VIDEOTAPED DEPOSITION OF
REX B. McLELLAN
APRIL 25, 2001

---

ORAL AND VIDEOTAPED DEPOSITION OF REX B.

McLELLAN, produced as a witness at the instance of the

DEFENDANT FORD MOTOR COMPANY, taken in the above styled

and numbered cause on APRIL 25, 2001, reported by DONNA

McCOWN, Certified Court Reporter No. 6625, in and for

the State of Texas, at the offices of Martinez &

Barrera, L.L.P., 1201 East Van Buren, Brownsville,

Texas, pursuant to the Federal Rules of Civil Procedure.



EXHIBIT
B

Page 2

Case 1:00-cv-00139   Document 50   Filed in TXSD on 06/05/2001   Page 20 of 75

APPEARANCES

COUNSEL FOR PLAINTIFFS

TONY MARTINEZ
MARTINEZ & BARRERA, L.L.P.

ALSO PRESENT

INDEX

| | PAGE |
|---|---|
| Appearances | 2 |
| Examination by Mr. Rodriguez | 5 |
| Errata Sheet/Signature Page | 80 |
| Reporter's Certificate | 84 |

Attached to the end of the transcript: Stipulations

---

Page 3

EXHIBITS (cont'd)

| NUMBER | DESCRIPTION | PAGE IDEN |
|---|---|---|

---

EXHIBITS

| NUMBER | DESCRIPTION | PAGE IDEN |
|---|---|---|
| 1 | Notice of Deposition | |
| 2 | Stereoscopic Photo | |
| 3 | Stereoscopic Photo | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Stereoscopic Photo | 3- |
| 8 | Stereoscopic Photo | 3- |
| 9 | Stereoscopic Photo | 3- |
| 10 | | |
| 11 | Stereoscopic Photo | 3- |
| 12 | Stereoscopic Photo | 37 |

---

Page 5

```
 1        REX B. McLELLAN,
 2 having been duly sworn, testified as follows:
 3            EXAMINATION
 4 BY MR. RODRIGUEZ:
 5    Q  Good afternoon.  Can you state your name for
 6 the record, please?
 7    A. Rex B. McLellan.
 8    Q  And, Dr. McLellan, my name is Tony Rodriguez.
 9 I'm one of the attorneys representing Ford Motor
10 Company.  You understand that?
11    A. Yes.
12    Q  I haven't had the pleasure of deposing you
13 before, but we've met before, correct?
14    A  Yes, we have.
15    Q  And you know a couple of my partners, and
16 they've actually deposed you before, correct?
17    A  Yes.
18    Q  Jaime Saenz, you know him?
19    A  Yes, I do in deed.
20    Q  Allison Kennamer?
21    A  Yes.
22    Q  She deposed you before too, right?
23    A  Yes, she did.
24    Q  Okay.  So I've gotten some of your background
25 already, but I wanted to see if there's any, I guess,
```

Page 6

1 additions or changes in what you've done or -- my
2 understanding is that you still work at Rice as a
3 professor?
4    A. Yes.
5    Q. And you teach undergrad and grad school,
6 correct?
7    A. Yes.
8    Q. Engineering courses?
9    A. Yes.
10    Q. And I think the last one I had is you taught
11 thermo -- I'm trying -- I don't remember the name of
12 the courses, but are they pretty much the same still?
13    A. Yes, they are. It's thermodynamics.
14    Q. Thermodynamics. Okay. Any additions to your
15 CV or anything in the last year or two?
16    A. No, sir. It's -- I'm still doing the same
17 things.
18    Q. How about writing -- have you written any
19 papers since then?
20    A. Yes.
21    Q. Okay. What are those?
22    A. Well, they're here in my latest biography,
23 which I can --
24    Q. That would be great.
25    A. -- hand to you as soon as I find it. And my

Page 7

1 papers from approximately the last 18 months would be
2 from 253 to the end of the document
3    Q. Okay. We didn't go over the ground rules, but
4 you've been deposed before, and you understand that you
5 can ask me for a break or whatever any time you need
6 to, right?
7    A. Yes, sir, I know the ground rules.
8    Q. And you understand that if you don't understand
9 my question, don't answer the question and tell me you
10 don't understand it, right?
11    A. Yes, sir.
12    Q. Because if you do answer it, I'm going to
13 assume that you did understand it. Okay?
14    A. Yes.
15    Q. Are any of the papers that you've got on your
16 CV here from 253 on -- and it looks like there's up to
17 261 -- particularly significant to your opinions in
18 this case?
19    A. No, sir.
20    Q. Okay. Is your amount of time that you devote
21 to your teaching still about 60 percent or -- compared
22 to consulting, has that changed any?
23    A. No, it's not changed, but my -- the amount of
24 time I spend actually teaching is a lot less than that,
25 because I do mostly research with my graduate students

Page 8

1    Q. I should have been -- right. I should have
2 been more clearer on that. In other words, if I
3 recall, the amount of time in your work or, I guess,
4 your professional endeavors indicated, at least what I
5 had read, was work at Rice including teaching and
6 research amounted to about 60 percent. Is that --
7    A. No. It's more than that. It's probably 80
8 percent.
9    Q. Okay. What's the other 20 percent? Consulting
10 work?
11    A. Consulting work, but I do try to do almost all
12 of my consulting as far as possible on Saturdays and
13 Sundays in the evenings because I don't want to detract
14 from my efficiency at Rice, and I won't do that.
15    Q. Okay. No problem. And when I say "consulting
16 work," are you and I on the same page by that means
17 consulting in litigation, mostly products liability
18 cases?
19    A. Mostly, yes, sir.
20    Q. And if I remember correctly, you had done
21 several dozen automobile cases where automobiles are
22 involved?
23    A. No. Several dozen is too many.
24    Q. Too many?
25    A. I've maybe done 30.

Page 9

1    Q. Okay.
2    A. That includes trucks and automobiles and
3 tractors.
4    Q. Okay. How many -- if I remember correctly,
5 there was, like, one or two axle and lug nut cases when
6 I read a deposition, I think the Mares case. Have you
7 had any more since then other than this one?
8    A. I think since then, I have looked at
9 three axle -- or let's call them wheel-off cases since
10 then.
11    Q. Do you recall the manufacturers off the top of
12 your head?
13    A. No. I think at least one of them was Ford, but
14 let me tell you to sort of make things shorter perhaps
15 that in all of those cases, I advised the attorney that
16 there was no defect and the wheel had been essentially
17 separated in the collision and had not separated prior
18 to the collision and caused the collision.
19    Q. Okay. So in your consulting aspects, the cases
20 you've looked at -- let's call them wheel-off cases --
21 is it fair to say that you've done less than half a
22 dozen in your entire consulting experience, or you've
23 looked at --
24    A. No, no. I've looked at at least nine or ten.
25    Q. Okay. How many have you actually told the

Case 1:00-cv-00139  Document 50  Filed in TXSD on 06/05/2001  Page 22 of 75

Page 10

1 attorneys that "I can help you I think the wheel came
2 off prior to impact as opposed to because of the impact
3 or the accident"?
4     A I think this case that we're doing today is one
5 of them, and there is another case where I'm tending to
6 believe that, but a vital part of the evidence is right
7 now missing and is being sought. It's actually in
8 Mexico, and the attorney has not advised me that he's
9 found it yet, so that's in limbo, so to speak.
10     Q Do you remember the Mares case by chance, by
11 that name, M-A-R-E-S?
12     A Mares, yes, I remember it very well.
13     Q What kind of case was that?
14     A That was a case involving a wheel-off, but the
15 contention was that there was a cotter pin that had
16 never in fact been installed in the vehicle and caused
17 a critical nut to back off and thus the wheel to come
18 off.
19     Q Okay Except this one that you are engaged in
20 and you're unsure about some missing evidence, is there
21 any other broken axle case in which you have determined
22 that it occurred prior to the accident or impact or
23 collision, whatever we're going to call it?
24     A No, sir.
25     Q Okay So this is the only one?

Page 11

1     A Yes
2     Q Okay What type of case is this, in your
3 opinion? What I'm talking about there, I want to know
4 if you're saying this is a defective design, a
5 defective manufacture, or a defective marketing case
6     A Well, marketing I really don't know anything
7 about, so I'm going to pass on that one.
8     Q Okay
9     A And in this case, I would categorize it as a
10 fatigue failure leading to the ejection of a wheel
11 prior to the second or tenth of a second prior to the
12 collision and resulting in the collision.
13     Whether it was a manufacturing defect or a
14 design defect or in fact whether those two categories
15 can be sharply delineated, I do not know at this stage
16     Q Do you anticipate knowing that at some other
17 stage?
18     A Yes
19     Q What do you have to do to make that
20 determination?
21     A What I have to do is to carefully study four
22 documentation, which I have seen for a very few minutes
23 today, and I need to elucidate some responses that
24 Mr Martinez is going to address to Ford's experts, and
25 I think at the end of those two processes, then I will

Page 12

1 be in a better position to answer that question.
2     Q I've never even heard of the word "elucidate,"
3 so I guess -- you're expecting him to ask questions of
4 our experts to determine whether this is a marketing --
5 excuse me, whether this is a design defect or an actual
6 manufacturing defect case?
7     A Well, let's put it this way, to throw more
8 information on the table so we can make that
9 determination.
10     Q Okay. Do you feel that you are qualified to
11 give an opinion as to whether Ford defectively designed
12 this axle?
13     A That's a very good question, and --
14     Q Maybe the only one of the day on my side.
15     A No. And the answer is a qualified yes, and I
16 should explain that to you, I think. And I answer it
17 this way because I am not a mechanical engineer per se.
18 My forte is metallurgy, and I look at fatigue failures
19 and things like that.
20     But like all metallurgists, my knowledge
21 of mechanical engineering is fairly extensive, and my
22 reticence to answer you directly is because there have
23 been certain modifications made to this vehicle, which
24 I, from my knowledge of mechanical engineering, do not
25 conceive could have imposed greater than normal cyclic

Page 13

1 loading on the passenger side axle.
2     And therefore, I think I will defer that
3 question until I have had a chance to study the four
4 documents in detail, the engineering drawings, and
5 listen to the ideas of Juan Herrera and other Ford
6 experts and get their input of what they think the
7 theory of the case is.
8     Q Well, do you feel that you need their theory --
9 let's set this -- let's, I guess -- let me start that
10 question again. That's bad.
11     Can you do that with -- by just looking at
12 the four documents and possibly getting information
13 from Ford? And there's a reason I need to ask you that
14 question.
15     A Possibly, I can, but I can't do it with a
16 cursory look. I need to be able to study them, and --
17     Q And I'm not asking you to look at it now and
18 make that determination. I'm not going to do that to
19 you. I'm just saying -- and this is why I'm asking
20 you?
21     I don't need to call Dr. Juan Herrera, and
22 he may not be called, and so if you're going to rely on
23 something he may say. I hope that you can do it without
24 that, because. I mean, if I don't choose to do it and
25 ask him a question I don't need to --

Page 14

1    A  Yes.
2    Q  -- and frankly, maybe a situation where he
3  doesn't elicit any opinions, and so I need to find out
4  if you can do what you're telling me that you need to
5  do without his input.
6    A  Yes, I think so, yes, sir. It will take me a
7  little time, though.
8    Q  So you don't really need to know what his
9  opinions are or his theory in the case for whatever
10  you're going to say, not necessarily?
11    A  Not necessarily, but I think, of course, it's
12  advantageous to know what the defendant's experts
13  think. Clearly, it provides useful information, and I
14  do respect Juan Herrera's knowledge and capabilities.
15    Q  All right. Okay. Have you ever -- okay. What
16  part of the vehicle are you and I going to talk about
17  today?
18    A  We're going to talk about the rear axle and the
19  bearings.
20    Q  The bearing assembly and the rear axle?
21    A  Yes.
22    Q  Any other part? And I don't --
23    A  Well, I can't really foresee what you might
24  ask.
25    Q  Okay.

Page 15

1    A  But I would imagine that that's what we'd be
2  talking about.
3    Q  That's what you -- that's -- those are the
4  areas that you think are important, correct?
5    A  Yes, sir.
6    Q  And have you ever been asked by any
7  manufacturer to assist or have you ever actually
8  designed a rear axle bearing assembly?
9    A  No, sir.
10    Q  Okay. So you've never assisted in that and
11  you've never been -- you've never done it yourself?
12    A  Correct.
13    Q  And if I remember your deposition, you never
14  worked for a car manufacturer, correct?
15    A  No, I haven't, sir.
16    Q  What is your opinion as to whether that axle is
17  original equipment or not?
18    A  I see no evidence that it's not original
19  equipment.
20    Q  Okay. How would you go about determining that?
21    A  I would go about that by doing a full
22  dimensional analysis, which I have not yet done.
23    Q  Okay. So as we sit here, you can just tell me
24  that you see nothing that would indicate that it came
25  from another vehicle? You saw nothing that would

Page 16

1  indicate that to you? And I'm just talking about the
2  axle itself. We'll move to the bearings and the sleeve
3  and retainer and seal in a minute.
4    A  Well, I think we ought to be a little bit more
5  precise. Which axle are we talking about?
6    Q  Well, which -- okay.
7    A  The passenger side or the --
8    Q  Okay. Well, let's talk about the rear
9  passenger side, correct?
10    A  Okay. If you want to, yes.
11    Q  Okay. Well, let's -- let's talk about that,
12  because that's the side where the wheel came off, is
13  right?
14    A  Yes, yeah.
15    Q  Okay. Then we'll talk about the left side in a
16  minute.
17    A  Yeah.
18    Q  Okay. So let's just stay with the axle on the
19  rear passenger side. Okay?
20    A  Yes.
21    Q  And as we sit here, there's nothing you saw
22  that would indicate that it wasn't original equipment?
23    A  Correct.
24    Q  What about the rear driver's side axle?
25    A  The same thing.

Page 17

1    Q  Okay. And moving outward, what about the
2  bearing assembly? Is that original equipment or not?
3    A  No.
4    Q  Okay. And we were talking about the left side
5  there, right, the passenger side?
6    A  Yes.
7    Q  I'm sorry. What about the bearing assembly on
8  the driver's side rear?
9    A  Well, let me put it this way, both of them are
10  different, and I think from a probabilistic argument
11  that one of them was the original assembly.
12    Q  Okay.
13    A  And that means, therefore, the other is not.
14    Q  Okay. Could they both be aftermarket?
15    A  I'm sorry?
16    Q  Could they both -- actually, they could both be
17  aftermarket?
18    A  Yes, they could. Yes. I can't -- see, that's
19  one reason why I wanted to get some input from Ford,
20  because I don't know what Ford's practice in that year
21  was in bearing manufacture, so, you know, I wasn't
22  trying to be trite with you. It's just information
23  that I don't have and I have no means of obtaining
24  except from Ford's experts.
25    Q  Clearly, when we were all there, we saw that

Page 18

1 these were different.
2   A Yes.
3   Q And you could tell that layman like I could
4 tell that just by looking at them, right?
5   A Yes.
6   Q Okay. But in that, they could both be
7 different and they could both be aftermarket?
8   A That's possible, although I think the latter is
9 doubtful, but it's possible.
10   Q Okay. All right. And when we're saying the
11 bearing assembly, were you also talking about what
12 sometimes is called the wedding band or the retainer of
13 a sleeve?
14   A Yes. The retainer sleeve was different on both
15 sides.
16   Q Okay. And -- well, let me ask you this:
17 Without getting information from Ford, what is your
18 opinion if it is that one is original equipment? Which
19 one do you think it -- the passenger side or the
20 driver's side, as far as the bearings go, which one is
21 original equipment and which one is not?
22   A The higher probability is that the passenger
23 side is not the original equipment.
24   Q The side where the wheel came off?
25   A Yes.

Page 19

1   Q Where the axle broke?
2   A Yes.
3   Q Do you have any idea when it was replaced?
4   A No, sir. I know that it was replaced sometime
5 prior to six years before the accident date.
6   Q Why do you know that?
7   A Because the owner of the vehicle has made those
8 statements.
9   Q Okay. So you're saying if you believe what he
10 said, there was no changing of that bearing assembly
11 for six years before the accident?
12   A Yes, sir.
13   Q Okay. Now, of course, if the bearing assembly
14 had a manufacturing date within those six years, he'd
15 have to be wrong. In other words, if I could prove to
16 you that it was made within six years of the accident,
17 in those times, he would have to be wrong?
18   A Yes, he would.
19   Q Okay. So you're just using information from
20 the owner of the vehicle?
21   A Yes, sir
22   Q Okay. Do you have any idea how it was removed
23 or changed?
24   A No, sir
25   Q Okay. What would be the right way to do it?

Page 20

1   A I don't know. As a layperson in fixing cars, I
2 would follow the Ford owner's manual or the shop
3 manual. That's the best answer I could give you.
4   Q How about -- let me ask you your opinions as to
5 whether something would be wrong in your opinion.
6 Well, do you consider yourself qualified to talk about
7 whether there is a proper method to changing the wheel
8 bearing assemblies including taking that sleeve off?
9   A I would after a little education from the Ford
10 documentation.
11   Q Okay. Would you agree with me that it would
12 not be proper to take a torch to take the sleeve off?
13 What do you call it so that you and I are on the same
14 page?
15   A Are we talking about the retaining sleeve?
16   Q Yeah, that's what I want to call it, the
17 retaining sleeve. Do you have the parts here?
18   A Well, they're in a box down here, yeah.
19   Q So that we can show what -- the jury what we're
20 talking about. I've got another one. I just bought
21 one, but it's brand new.
22   A Well, it's not here anyway, but it was here,
23 you know, at the time of the big inspection with Juan
24 and --
25   Q Well, we've got photographs all over the place,

Page 21

1 right?
2   A Yeah, sure Well, I know what it is anyway
3   Q Well, why don't you and I make sure that we are
4 talking about the same thing Why don't we use some of
5 the photographs in your file there
6   A Well, actually, the best source is --
7      MR. MARTINEZ: I've got them upstairs.
8 You want the others?
9      THE WITNESS: Yeah, I think so. They have
10 the best pictures of the --
11      MR. RODRIGUEZ: Let's take a break while I
12 get mine.
13      (Brief recess)
14   Q So when you and I were talking about the
15 retainer or the sleeve, we're talking about this piece
16 here, correct?
17   A Yes.
18   Q Okay And when we were talking about the
19 bearing, we're looking at something like in 32?
20   A Yes That's basically the inner part of the
21 bearing
22   Q Okay Let's hold that up
23      MR. MARTINEZ I'll tell you what you need
24 to do, Tony I think you need to identify the notebook
25 as -- for the record, these are defense photographs.

## Page 22

1 and what you're looking at when you're mentioning
2 numbers is the photos taken by Juan Herrera on
3 inspection of 1/18/01, photographs of Larry Makowski
4 inspection of 1/18/01, and photographs by Richard
5 Harding inspection of 2/21/01, and I think the numbers
6 that you were referring were to Juan Herrera's -- what
7 number was it?
8     MR. RODRIGUEZ: 32.
9     THE WITNESS: 45. I think it was 45
10 actually. It was further on.
11     MR. MARTINEZ: I'm sorry.
12     THE WITNESS: Then it was further on.
13     MR. MARTINEZ: Try this one. Larry's?
14     THE WITNESS: No. It was -- yeah, 45.
15     MR. MARTINEZ: Was that Juan Herrera's?
16     THE WITNESS: Yeah.
17     MR. MARTINEZ: Yeah.
18     MR. RODRIGUEZ: 45 --
19     MR. MARTINEZ: Under Juan Herrera's index.
20     MR. RODRIGUEZ: Yeah, we're using his
21 book. That's the problem.
22     THE WITNESS: You want me to hold the book
23 up?
24     MR. RODRIGUEZ: Yeah. In other words, his
25 45 is not going to my 45. That's the only reason.

## Page 23

1     MR MARTINEZ: Okay
2     THE WITNESS: Okay? Got it?
3     VIDEOGRAPHER: Okay.
4   Q And that's the sleeve we're talking about,
5 right?
6   A. Yes.
7   Q. And this is a sleeve that you can hold in your
8 hand, right?
9   A. Yes
10   Q You want to hold that up for him That's the
11 retainer, you also called it, right?
12   A. Yes. It was called a bearing retainer by
13 Mr Makowski, so I guess he knows the nomenclature very
14 well
15   Q And 32 is the actual bearing cage?
16   A Yes
17   Q And the bearings?
18   A With the rollers on them, yeah
19   Q Okay
20     MR RODRIGUEZ: Got that?
21   Q Okay So -- and then I asked you if you were
22 to remove the sleeve because you needed to change it
23 out, you said you would follow the Ford manual,
24 correct?
25   A That's what I would do, yes, sir

## Page 24

1   Q Do you know how to do it without looking at the
2 Ford manual?
3   A No, sir.
4   Q If I asked you questions, like it would be
5 wrong to take a torch to heat that up to take it off,
6 you could tell me that that would be a bad idea, right?
7   A I would think it would be a bad idea.
8   Q And the reason is because the heat can be
9 transferred to the axle itself and affect the axle,
10 right?
11   A. That's a theoretical possibility, but I think
12 the probability of that happening is very, very small.
13   Q Why would it be a bad idea to take a torch to
14 that to take the sleeve off?
15   A. Because if you take a torch to it and you're
16 sloppy, you may indeed torch the axle, which is not
17 good. But a prudent mechanic, I think, would only need
18 to heat the spacer enough so that thermal expansion
19 would make it easier to extract.
20     And this is a relatively massive object.
21 It's a big heat sink, and if you keep the flame on this
22 bushing, the probability of damaging the axle is
23 minuscule.
24   Q Okay. Then why is it a bad idea? Because if
25 you're sloppy, you could heat the axle?

## Page 25

1   A. Right.
2   Q Is there any other reasons?
3   A. Well, the other reason, it sounds trite, but
4 probably the Ford manual would give a way to do it
5 without using torches, and I'm all in favor of using
6 what the manufacturer would recommend.
7   Q And I just want to know why you thought that
8 it would be a bad idea, other than the reason that
9 ultimately you don't want that axle to be heated up.
10 Is there any other reason it would be a bad idea?
11   A. I can't think of any, but again, I keep saying,
12 sir, that I have not had a chance to read the Ford
13 documentation, so my answering of questions referring
14 to disassembly and assembly has to be qualified by that
15 knowledge, and it may be -- I don't know -- that Ford
16 tells you to heat this up. I don't know.
17   Q That's fine
18   A I can find out.
19   Q And I'm just asking you your opinions as we sit
20 here without -- and understanding you haven't looked at
21 the manual, haven't looked at how to do it, I'm just
22 asking you, you know, as we sit here. If you want to
23 change those opinions, that's fine. That's not a
24 problem.
25   A Well, I may do after reading the manual. I

Page 26

1 think that's perfectly fair.

2    Q  Okay.  It would be improper for the axle to be
3 heated up, right?

4    A  It depends on the extent to which you heat it.
5 It's a heat-treated part, and if you expose it to very
6 high temperatures for some length of time, you can
7 certainly damage it, but it is capable of being heated
8 to some extent.

9    Q  Would you ever recommend it be heated up at
10 all, the axle?

11    A  Well, when you say "heated up" --

12    Q  With a torch

13    A  -- you have to be a little bit more
14 quantitative about that.

15    Q  Fair enough.  If you take a torch to the axle,
16 let's just say you got sloppy taking off that sleeve
17 and you got the axle hot, it could change the hardness
18 of the axle, right?

19    A  If you put the torch on the axle itself for a
20 minute or two minutes or something like that, you will
21 adversely affect the surface properties in that region,
22 yes.

23    Q  You would change the hardness of the axle,
24 correct?

25    A  Yes.

Page 27

1    Q  Okay.  And theoretically, if you just were
2 pretty careful but you heated that sleeve up enough, it
3 could transfer to the axle, if it's long enough, that
4 it could affect the hardness of the axle, couldn't it?

5    A  I doubt very much whether that would happen.
6 You would have to get this thing really, really hot for
7 a long time to transmit enough heat to damage the axle.

8    Q  Okay.  Did you check the hardness of the axle
9 itself?

10    A  Did no destructive measurements at all.  I
11 don't think there's any destructive testing been
12 performed except for the cutting that I did on my first
13 inspection.

14    Q  Okay.  And that cutting was what?

15    A  Was to cut the fracture surface from the
16 passenger side from the -- what I call the axle stub.
17 is where the lug nuts attach the wheel to the axle.

18    Q  Okay.  Can you show us in your photographs --
19 in your photographs what you were talking about?

20    A  Well, I'll show you, I think, a better --

21    Q  Okay.

22    A  -- is in my file.  Why is it always the last
23 piece of paper when I'm looking for something?  Yes.
24 Let me hold it for the videographer.

25        This here, and the fracture surface is

Page 28

1 labeled FS, and a cut was made about an inch and a
2 quarter below the fracture surface to remove it from
3 the -- what I call the wheel stub.

4    Q  Okay.

5    A  And then the fracture surface section was taken
6 to Houston for nondestructive testing.

7    Q  An analysis?

8    A  Yes.

9    Q  And that's when you -- what do you take?  An
10 electron microscope and look at that?

11    A  Well, I took -- I took some high magnification
12 microphotographs of the entire surface, and then I put
13 it in the electron microscope, and took a series of
14 pictures delineating the fatigue structure in the
15 fracture.  I did both.

16    Q  Okay.  Now, we're going to need to go over that more
17 slowly, because I didn't understand it.  You cut -- you
18 cut it off about an inch away from the fracture, so you
19 can basically see where -- let me see.

20    A  Yeah.  You want me to hand it to you?

21    Q  This smooth side is where you cut it off?

22    A  Yes, sir.

23    Q  Okay.  And so this would be what you put on FS,
24 fracture surface?

25    A  Yes, sir.

Page 29

1    Q  And then you take this and you do what?

2    A  Then I took this and I made microphotographs of
3 the entire surface so I could preserve the colorations
4 and the appearance of the fracture for all time, in
5 case it got -- anything happened to it.

6        And then I put this whole piece in the
7 electron microscope and made a series of shots that
8 went from the origin downward across the fracture
9 surface.

10    Q  Okay.  Let's start with the discoloration
11 photos first.  Do you have those?

12    A  Yes, sir.

13    Q  Explain that to me.

14    A  Okay.  Why don't I just give you the pictures.

15    Q  Okay.  Yeah.  I'm going to want you to explain
16 them to me what you did.

17    A  Well, they're essentially show-and-tell
18 pictures.  They're simply pictures that I think frankly
19 beautifully reflect the condition of the surface,
20 and -- for example, this.

21    Q  Okay.

22    A  And you can see the -- here's the fracture
23 origin was up here, and you can see some partial
24 oxidation toward the bottom of the picture.  This is a
25 slightly lower magnification picture that shows it the

Case 1:00-cv-00139 Document 50 Filed in TXSD on 06/05/2001 Page 27 of 75

**Page 30**

1 entire surface
2    Q Okay Let's start -- let's start marking these
3 so that we're making sure we're talking about the same
4 pieces
5    A Do you want to mark all of them, every single
6 one, or -- they all show the same piece in different
7 orientation
8    Q I probably do, because I want my guys to be
9 capable of looking at them all
10      (Brief recess)
11    Q You brought your entire file with you today,
12 correct?
13    A Well, one thing I forgot to bring that was in
14 your subpoena duces tecum was a copy of a bill that I
15 had sent to Mr Martinez, and I just forgot to bring
16 that, but beyond that, it's all here
17    Q If he doesn't pay, you let me know.
18    A No He did He did
19    Q All right
20    A Why? Would you pay me?
21    Q Well, no I would tell him to pay you
22      MR MARTINEZ: Going to lend me some money
23 or what?
24    Q All right Now, these photographs that we're
25 marking as 2 through 6 that I have so far are

**Page 31**

1 photographs you take to preserve the integrity of the
2 coloration, discoloration?
3    A Well, the way the surface looks, which I -- I
4 routinely do this because who knows, you know, what
5 could happen.
6      Potentially, they could be stored badly
7 and have some more corrosion, that I just wanted to --
8 but it's such a classic fatigue fracture surface that
9 after this lawsuit, I could almost use these in a
10 class, so that's why I took them.
11    Q Okay. And it preserves the way it looks when
12 you took these photographs?
13    A Yes.
14    Q Okay. And when did you take these photographs?
15    A I'm sorry?
16    Q When did you actually take these photographs?
17    A Let me consult my date sheet They were taken
18 on the 22nd of October of '98.
19    Q Okay. Do you know when the accident occurred?
20    A It was in '98, but I'm not sure what the date
21 was.
22    Q Okay. And then I'm going to go ahead and mark
23 all 12 of these. And pick the one that you feel best
24 shows us or the ones you feel best show us what you're
25 talking about here.

**Page 32**

1    A Probably No. 7 gives the best representation of
2 the fracture surface itself, and No. 12 shows the
3 fracture surface plus a view of the outer surface of
4 the axle itself in close proximity to the fracture.
5    Q Okay. The discolorations, the -- what they
6 call -- sometimes refer to a half-moon?
7    A No, no. The half-moon -- I'm calling the
8 discoloration the brownish oxidation.
9    Q Okay.
10    A But the half-moons are also well depicted in
11 this picture too. And that's another reason.
12    Q Tell me what those are, and tell me what they
13 show you or what they represent.
14    A They represent the position -- they let you
15 know where the crack started and its progression
16 through the axle as time goes on.
17    Q So in Exhibit No. -- what is that? 7?
18    A 7.
19    Q Okay. And you're holding it right, so that
20 we -- I mean, longways. The fracture starts at the
21 top, which is away from the shadow; is that right?
22    A Yes.
23    Q And if you're looking at the fracture surface,
24 it starts away from where the discoloration is,
25 correct?

**Page 33**

1    A Yes.
2    Q Okay. And then it progresses. You see the
3 half-moons as the fracture --
4    A Yes. It's going down from 12:00 to 6:00.
5    Q Okay. And what do they sometimes refer to as
6 the term beaches?
7    A Yeah. Beach marks is another name for the
8 half-moon marks.
9    Q Okay. And can you show me what you actually
10 mean by the half-moon marks? Can you --
11    A Yes.
12    Q Okay. All right. Now, in this photograph 7,
13 what does the discoloration tell us, or how is that
14 significant to you?
15    A It's not significant in itself. It shows that
16 we have some slight measure of rusting after the
17 fracture, and that's about all.
18      And I took it because I thought maybe if
19 we had any subsequent oxidation, we'd be able to see
20 what it looked like back in October of '98.
21    Q Okay. I'm with you. Okay. But that
22 discoloration or oxidation absolutely occurred after
23 the accident?
24    A Yes, sir.
25    Q Okay. We're not saying the fracture was

Page 34

1 building up, building up and discoloring inside, are
2 we?
3    A  No, no.
4    Q  Okay.  Can you tell me how long -- or do you --
5 strike that.  Do you have an opinion as to how long the
6 initial fracture occurred until you have a collapse of
7 the --
8    A  I don't know --
9    Q  -- axle?
10   A  -- sir.
11   Q  Any idea?
12   A  I know that typically these failures often take
13 months or years to progress until they are of
14 sufficient depth to cause sudden failure, but I don't
15 think there's a way to quantify that.
16   Q  Okay.  So the initial fatigue in Exhibit 7 was
17 at 12:00?
18   A  Yes.
19   Q  And then it progresses until you have a
20 catastrophic failure?
21   A  Yes.
22   Q  But you can't tell me other than months or
23 possibly longer --
24   A  Or years.
25   Q  -- or years that that actually progresses?

Page 35

1    A  No, sir. I can't.  There's no way to tell that.
2    Q  Okay.  And what actually occurs or causes the
3 progression?
4    A  Cyclic loading.
5    Q  What is that?
6    A  It means that when the axle performs its
7 function in the automobile, there is a loading. which
8 is at right angles. has a vector at right angles to the
9 long axis, and this loading cycles in magnitude each
10 time the wheel on the heavy vehicle rotates.
11   Q  Okay.
12   A  And repeated loads -- repeated loadings will
13 lead to fatigue.  It shouldn't, and hopefully they
14 never do, but in fact, they do.
15   Q  Okay.  So once we have the -- first of all, you
16 can't have a failure like this unless we have a fatigue
17 at some point -- starting fatigue fracture, right -- or ..
18 strike that.
19        You can't have -- it won't break unless
20 you have a fracture to start off with, right?
21   A  Yes.
22   Q  And you can't tell me how long that occurs
23 other than saying months or possibly years?
24   A  Correct.
25   Q  Can you tell me what started the fracture?

Page 36

1    A  Yes.  It started at some surface discontinuity,
2 like all fatigue fractures do.
3    Q  Surface what?
4    A  Discontinuity.
5    Q  And what is that?
6    A  It means some surface flaw, could be
7 microscopic, and that's where a fatigue crack will
8 initiate.  This may have had several initiations, which
9 is not uncommon in fatigue cracks, and they melt
10 together as they progress through the axle.
11        But normally, because the fracture opens
12 and closes as it cycles, often the origin area is what
13 they call hammered, and so sometimes the very origin
14 area is lost in a sense because of this hammering.
15   Q  Do you have an opinion -- strike that.  You
16 said it may have had several flaws.  I want to know if
17 you have an opinion using reasonable engineering
18 probabilities whether it did or it didn't, and if so,
19 tell me --
20   A  Yeah.  It had flaws in a -- if you want to use
21 the word "flaw" in that sense, because it did indeed
22 fatigue, and fatigue always starts at a discontinuity.
23   Q  At a surface discontinuity?
24   A  Not all is on the surface, but usually on
25 shafts, it's on the surface.  This may be very small,

Page 37

1 and it may be that -- if you define flaws as being
2 bigger than a certain dimension, it isn't a flaw, okay,
3 if you define flaw in that sense.  But nevertheless,
4 the axle should not under any circumstances fatigue as
5 this did.
6    Q  We'll get to that opinion in a minute.  What I
7 need to try and get you to tell me whether you have an
8 opinion as to -- and let's back up.
9        I don't want to use words that you're not
10 comfortable with or that you're not using, and I
11 thought you used the word "flaw."
12   A  Yes, I did.
13   Q  Okay.  And I don't want to change your
14 definition, and I don't want -- but I -- but I need for
15 you, if you're going to use a different definition, you
16 need to -- you know, I need to play by your rules, but
17 don't change them so that I'm using something
18 different.
19   A  No.  Sure.
20   Q  Okay.
21   A  Absolutely.  We'll play fair.
22   Q  All right.  So if you want to go back to the
23 opinion as to there may have been -- you said there may
24 have been several flaws --
25   A  Yes.

Case 1:00-cv-00139   Document 50   Filed in TXSD on 06/05/2001   Page 28 of 75

Case 1:00-cv-00139   Document 50   Filed in TXSD on 06/05/2001   Page 29 of 75

## Page 38

1   Q   -- that came together and produced or
2   progressed to ultimately what we have
3   A   Yes
4   Q   And I want to know whether you have an opinion
5   using reasonable engineering probabilities whether that
6   occurred or whether you have just one that
7   ultimately --
8   A   Okay
9   Q   -- continued and progressed to what we have?
10   A   Let me restate it
11   Q   Okay
12   A   This fatigue crack may have more than one
13   microscopic origin, okay, maybe a bigger than
14   microscopic origin, but what we see now is the
15   progression of one major fatigue crack.
16      The origin, stroke, origins were located
17   at a surface discontinuity which I did term a flaw, but
18   I'm also cognizant of the fact that anything if it's
19   made by normal engineering procedures has flaws in that
20   sense
21      Okay You cannot machine an axle so that
22   it doesn't have any flaws, however small they are. You
23   cannot do that Okay So I'm not saying this axle had
24   a gaping nasty big old dent in it and this progressed
25   into a fatigue crack It may have had, but there's no

## Page 39

1   evidence of that left over, because the surface has
2   been hammered together, and the evidence, if it ever
3   were there, is lost
4   Q   Okay. So when I asked you what produced the
5   fracture -- the initial fracture and you said its
6   surface discontinuity, can you tell me what produced
7   the surface discontinuity?
8   A   It may be random machining marks. It may have
9   been an inadvertent strike by an assembly person I
10   really don't know That's open to real speculation
11   Q   Okay. Could it just as well be something that
12   occurred when the bearing assembly was being replaced?
13   A   Possible, yes, sir
14   Q   If it had several flaws or flaws to the extent
15   that we ultimately get a total catastrophic failure
16   here, do you have any opinion as to how many billions
17   of rotations occurred before it actually broke?
18   A   No, sir See, that's the same question you
19   asked me before about time, because you can translate
20   rotations into time if you have an average mileage --
21   Q   Uh-huh
22   A   -- that the car was driven, and unfortunately,
23   you can look at the surface and see what I call
24   striations that tell you it's a fatigue crack, but you
25   can't quantitatively relate the interstriation distance

## Page 40

1   with a number of cycles So you really can't tell how
2   long it took for a given crack to propagate
3   Q   Okay And do you have an opinion using
4   reasonable engineering probability as to whether it was
5   actually a machinist that had caused these flaws or a
6   mechanic that may have come in later and changed the
7   assembly and caused a flaw?
8   A   I don't see any way of distinguishing between
9   those two possibilities
10   Q   So is it your position that the vehicle should
11   be manufactured to the point where if a mechanic comes
12   in and -- I'll use the word "improperly" changes
13   that -- the wheel bearing assembly there that they
14   should make it that even if he does it wrong, it should
15   withstand that type of abuse and keep working and never
16   fail?
17   A   Good question What I think is that this axle
18   is an industrial product that is manufactured to exist
19   in the rough and tumble world of real engineering, and
20   the automobile company has to expect that, A, they may
21   very well make this axle with machining marks in it;
22   and B, that you will get some inadvertent dings
23   produced by mechanics and people.
24      You know, rich people can change their
25   cars every two years, but most Americans can't They

## Page 41

1   have to keep them a long time and repair them. And the
2   axle should have enough toughness and fatigue
3   resistance to accommodate expected dings and marks and
4   machine tool marks of the kind that we can -- we will
5   definitely get in practice.
6   Q   What about unexpected?
7   A   Well, Ford can't do anything about the
8   unexpected If you whack that axle with a huge axe and
9   make a gaping nasty crack in it, then there's nothing
10   Ford can do about that.
11   Q   Can you tell me that didn't occur here?
12   A   I don't think it did, because had there been a
13   large surface deformation, then that would have been
14   visible in the electron microscope because it would
15   have -- it would have created a surface that would have
16   been distinct from the fatigue crack surface and it
17   would have had a different morphology
18   Q   If I gave you the opportunity to change the
19   surface of that axle without making a ding but changing
20   the hardness where ultimately you could, after billions
21   of rotations, produce a crack that breaks the axle but
22   say, you know what, don't take a hammer to it, make it
23   where it's not visible, could you do that?
24   A   No I really didn't understand that question
25   I'm sorry

Case 1:00-cv-00139  Document 50  Filed in TXSD on 06/05/2001  Page 30 of 75

### Page 42

1  Q  Okay.  Well, what I'm trying to find out here
2  is, is a different opinion is -- you know, you're
3  saying that you believe that Ford should basically make
4  this axle to withstand expected dings from somebody
5  changing out the wheel -- the bearing assembly, right?
6  A  Or their own dings that they make in machine
7  markings.
8  Q  Sure.  Okay.  That's fine.  But at some point,
9  you even agree with me that they shouldn't be
10  responsible if somebody goes beyond that to the
11  unexpected?
12  A  Correct.
13  Q  And you're saying that you don't think that
14  occurred because you didn't see a fracture when you did
15  your electron microscope study; is that right?
16  A  Well, no.  Let me -- let me be more careful
17  about that.  I didn't see evidence of a large intrusion
18  into the metal that's extraneous to the fatigue crack
19  and would have given rise to it.
20  Q  So you're just saying you didn't see evidence,
21  but you can't say whether it occurred or not?
22  A  No, I didn't see evidence; and therefore, my
23  conclusion is that it did not receive a massive blow or
24  an event that caused a large perturbation in that
25  surface.

### Page 43

1  Q  Okay.  And so I'm trying to go past that and
2  ask you how about if some mechanic was sloppy and
3  actually heated up the axle with a torch -- could you
4  see that or not -- and change the hardness of the axle?
5  A  Yeah.  I suspect that you could not see it from
6  the surface itself, but you could detect it by another
7  test.
8  Q  Which you haven't done?  Which would be the
9  hardness test?
10  A  Which would be -- yes.  That would involve --
11  Q  -- destructive testing.
12  A  -- destructive testing.
13  Q  That would be done if you took -- like started
14  from the middle and went -- did kind of a hardness test
15  all the way down the axle towards the bearings?
16  A  No.  You would have to do it in different
17  orientations.  What I would do would be, I would take
18  this and make hardness measurements around the
19  periphery, okay, to see if there had been any softening
20  or decrease in hardness along the periphery, and then
21  you could also section this and make hardness
22  measurements near the surface but along the --
23  Q  -- longitude?
24  A  -- longitudinal axis of the shaft.  I mean, it
25  would be a fairly involved cutting and hardness

### Page 44

1  measuring procedure, and you would have to use
2  microhardnesses for some of them.
3  Q  Well, let's just -- let's just stay with that.
4  Using the longitudinal axis here, you couldn't go along
5  here and see if it softened up this way and then that
6  would indicate there was some heat that occurred over
7  here as opposed to down the longitudinal axis?
8  A  Well, you would have to section a pristine
9  factory new axle, because I'm sure the hardness does
10  vary in a new axle, and so you would have to measure
11  that as a baseline.
12  Q  And compare it --
13  A  Then compare it with the -- with that, but you
14  couldn't do it along one axis, because if your
15  contention is that it was heated at one area, you would
16  have to go around the periphery.
17  Q  This way?
18  A  Yeah.
19  Q  And that would indicate -- well, how would that
20  indicate to you -- if you did the measurements this
21  way, would it indicate to you that the heat was right
22  here as opposed to here?
23  A  Yeah, if it were indeed heated, yeah.  In other
24  words, you can't do it by just going along the long
25  axis.

### Page 45

1  Q  Well -- okay  Well, that would assume, would
2  it not, that somebody took the heat, whatever source it
3  is, the torch, and just left it there?
4  A  Yeah.
5  Q  That wouldn't assume -- or that would -- so if
6  somebody that was trying to take the sleeve off that
7  might have used the torch to heat the sleeve that might
8  have been sloppy could have heated this along this --
9  the entire section that you're talking about?
10  A  It could be  I mean, on your scenario, that
11  would be possible, but then that's why you would
12  need -- exactly my point, that you would need to make
13  the circumferential measurements and compare them to a
14  brand new straight from the factory shaft.
15  Q  So making it -- if I gave you the hypothetical
16  that they took the torch and actually didn't just leave
17  it in one spot and you did the different measurements,
18  just because the fact that they were not different from
19  top to bottom would not indicate to you very much at
20  all, would it?
21  A  Well, it would indicate, on your scenario, that
22  if someone heated it with a torch, he'd done it very
23  carefully and evenly all the way around
24  Q  Okay
25  A  But the real proof of the pudding would be to

Page 46

1  take the -- an original Ford axle and make comparative
2  measurements.
3    Q  Okay.  So you took it -- you took those
4  photographs, and is that the stereoscopic photographs,
5  or what are those?
6    A  Those were taken through a stereomicroscope.
7  yeah, but are low magnification pictures.
8    Q  Those right there?
9    A  Yeah, the ones we've labeled.
10   Q  Okay.  And then you went to the electron
11 microscope?
12   A  Yes.
13   Q  Okay.  And then show me what you deciphered
14 from that.
15   A  They were actually in the same envelope, but --
16   Q  I think they're over here.
17   A  Well, they were in the same envelope, but --
18 oh, here they are.  Somehow they got into a different
19 envelope
20       MR. RODRIGUEZ:  The stereoscopic
21 microphone -- excuse me. stereoscopic photographs were
22 from 2 to 12?
23       MR. MARTINEZ:  Yeah, 2 to 12.
24       THE WITNESS:  And these are the
25 electron -- let me see if we've got them all.  Let me

Page 47

1  count them.
2       MR. MARTINEZ:  2 to 12, why don't you hand
3  them over to the court reporter.  That way we don't get
4  them messed up.
5       THE WITNESS:  Yeah.  Okay.  There should
6  be seven of these.  One, two, three, four, five, six,
7  seven, yes, sir.  These are all the SEM or scanning
8  electron microscope pictures.
9    Q  Do you have any opinion as to how many miles
10 were actually on this vehicle?
11   A  No.
12   Q  Okay.
13   A  I know it was a lot, but I don't know exactly
14 how many.
15   Q  Talk to me about the electron microscope
16 photographs.
17   A  Okay.  Let's just go through them in order
18   Q  Okay.
19   A  No. 1 is at a magnification of 12 times and --
20   Q  Actually, that's number what?  Look on the --
21 I'm sorry -- on the back.
22   A  Oh, oh, oh, sorry.  Yes.  It's Exhibit No. 13,
23 yes.  And it shows the origin area at a magnification
24 of 12 times.
25   Q  And that would be 12:00 on Exhibit 7?

Page 48

1    A  Yes  Yes, it would.
2    Q  Okay.  What is significant about that then?
3    A  It shows a mix morphology of some brittle and
4  some intergranular and brittle fracture and some
5  hammered areas, which we talked about previously,
6  because of the opening and closing.  And there's some
7  debris in there too, and I took that to just record
8  where the origin was.
9    Q  Okay.
10   A  No. 2 is at a much higher magnification, 1500
11 times, and it shows brittle features.  That means
12 there's an absence of what's called microvide
13 coalescence.  Okay.
14   Q  Why is that significant?  First of all, that's
15 Exhibit what?
16   A  Exhibit 14.
17   Q  Okay.
18   A  And this area here is inside the case, which is
19 the hardened shell that goes around the axle.  See,
20 that's hardened, because you want a nice hard surface
21 so you don't get wear.  It's free from wear.
22       And this shows again brittle features and
23 some debris.  You can see these things that look like
24 white pebbles in there.  It's just some debris that
25 became impacted in the surface.

Page 49

1    Q  And coming down from 12:00 is -- are we coming
2  down or are we --
3    A  We're coming down from 12:00.
4    Q  Okay.  But we just increased the magnification?
5    A  But we're still near the --
6    Q  -- the start of the fracture?
7    A  Yes, yeah.
8    Q  But we're just now increasing the
9  magnification?
10   A  Right.  That's right.  On No. 3 is a little bit
11 more toward the center, so we're coming down a little
12 bit more, and again, this is at 1500 magnification.
13 You do not see any striations.  It still shows a
14 brittle type failure in the casing.
15   Q  That was Exhibit, actually, 15; is that right?
16   A  I'm sorry.  Yes, it's No. 15.
17   Q  And what does no striations indicate to you?
18   A  It means that the fatiguing process had not
19 commenced at that point.
20   Q  Okay.
21   A  And then figure 4 is taken -- and that's
22 Exhibit 16 -- again at 1500, and this is below the case
23 material into the more ductile part of the shaft, and
24 this shows fatigue striations.  See, it looks quite
25 different --

Page 50

1   Q. Okay.

2   A. -- from the other pictures.

3   Q Is the magnification on that 1500?

4   A Yes, sir. And then Exhibit 17, this is of the

5 center of the shaft, so we've moved halfway between

6 12:00 and 6:00, and this shows a fairly typical fatigue

7 structure.

8   No. 6, which is Exhibit 18, is now

9 three-quarters down from 12:00 to 6:00, and -- but it's

10 in the ductile center part of the shaft, and again it

11 shows typical fatigue striations.

12   And then the last one was taken fairly

13 close to 6:00, and it shows what they call a dimple or

14 microvide coalescence structure which is -- indicates

15 that's where the final sudden fracture occurred. It's

16 not fatigue anymore. It just broke off suddenly.

17   Q And that's Exhibit 19?

18   A Yes.

19   Q And does that one also indicate -- have some

20 debris in it too, or is that what the white spots are

21 or not?

22   A I think so. I think -- it may not be. It may

23 be that the white blobs are just because of the -- it

24 may be some luminescence due to the surface curvature.

25 I don't know.

Page 51

1   Q Okay.

2   A. I don't think it's debris, but it may be.

3   Q Now, let's talk about the debris in Exhibits 13

4 and 14. Is that something you have an opinion on as to

5 whether that debris got caught in there as the

6 fracture, however slight it was, was opening up?

7   A Doubt it, sir.

8   Q It's probably after this whole thing occurred?

9   A Almost certainly, yeah. It's probably road

10 dust and stuff like that.

11   Q And this thing had been, I mean, in an

12 accident, and it was picked up, and it was dirty,

13 right?

14   A Yeah.

15   Q So as far as debris aspect of it, that's really

16 not significant to what we're talking about?

17   A It is not significant.

18   Q And then did you do any other testing in

19 this -- in regards to this case?

20   A No. We had a constraint not to do destructive

21 testing, so I think we did all we could do at that

22 point and prior to disassembling the axle assembly,

23 which was done, of course, at a later stage.

24   Q Okay. Well, do you want to do any other type

25 of testing in order to render your opinions in the

Page 52

1 case?

2   A I don't think so, but that may change once I've

3 had a chance to read all of the four documentation,

4 which is two rather thick files, and perhaps if Ford

5 experts give their deposition before the end of the

6 time that, you know, that we can do more discovery,

7 then maybe I will. I really don't know right now.

8   Q Okay. Is -- and I know you hadn't had an

9 opportunity to do other than a cursory review of the

10 documents, but is there anything that you saw in there

11 that you still needed to assist you? In other words --

12 that's a probably a bad way to go around it.

13   A Yeah.

14   Q I don't want -- I'm not trying to commit you to

15 anything, but did you see something glaringly missing

16 from those documents to assist you in the case that you

17 think you need to render your opinions?

18   MR. MARTINEZ: Let's be fair to the

19 witness. I'm sorry, Tony, and I don't know that I've

20 shown him all. Okay? That's my problem, that just

21 I didn't get the timewise.

22   That's why I was telling you at the end of

23 this deposition if you want to recess, you know, as

24 opposed to -- just get through most of your pertinent

25 questions, and then, you know, we can recess at the end

Page 53

1 of this one, and, you know, to --

2   MR. RODRIGUEZ: And I want to be fair. Is

3 there something I need to go chase down --

4   MR. MARTINEZ: Right.

5   MR. RODRIGUEZ: -- that you -- that he --

6   MR. MARTINEZ: I would be remiss in

7 telling you that I have shown him all.

8   MR. RODRIGUEZ: Okay.

9   MR. MARTINEZ: But I tell you what I will

10 do. I will look -- I will show these to Dr. McLellan.

11 If there's other things he wants, I will advise you

12 immediately.

13   MR. RODRIGUEZ: And that's -- my problem

14 is I can't turn around and just grab stuff. There's a

15 process -- it takes me a while.

16   MR. MARTINEZ: I know. I'll do it

17 immediately, though. We'll let him review what

18 documents I have.

19   Q. The same with the exhibits, other than Exhibit

20 13, which is -- you can tell from your electron

21 microscope photos, that was at a much different power.

22 The other ones were at 1500. You want to back up?

23   A Yes

24   Q We had Exhibit 14, 15, 16, 17, 18, 19 were all

25 at 1500, and 13 was at 12?

Page 54

1   A Let me look. Let me be sure 13, yes. was at
2   12, and the rest, I think, are -- all of them are at
3   1500.
4   Q Okay. Great. And then looking at the study of
5   axle failure that you provided us in this case, you
6   conclude in part that vehicle axles should not fail by
7   a fatigue process even in vehicles showing relatively
8   high mileage?
9   A Yes
10   Q And by that statement, you're not saying that
11   they should never fail, are you?
12   A I'm saying that under the normal wear and tear
13   that comes from, A, manufacturing itself -- and here,
14   for example, is a prime example, the thing you gave me
15   today. This bushing, you can even see the machining
16   marks from where you're sitting. Okay?
17   Q Right.
18   A So manufacture creates small defects like this.
19   Use is of course -- plays a part and creates wear, and
20   inadvertent problems that come from reassembly and
21   fitting and putting in aftermarket parts creates some
22   foreseeable damage.
23   But unless any of these are extreme, the
24   axle should never fail by fatigue, because it means
25   that the wheel will fall off, and when you have a wheel

Page 55

1   fall off, you will undoubtedly get a rollover and
2   severe accidents.
3   MR. RODRIGUEZ: Okay. I just have to
4   object to the last portion of your answer.
5   Q What I just need to know is, do you think our
6   technology, even today, would have us at a point where
7   we manufacture something like an axle that under just
8   ordinary use should never fail?
9   A Yeah, we are there now.
10   Q Okay.
11   A 99 percent of axles made will never fall off
12   within the life -- expected lifetime of the vehicles,
13   even 250,000 miles.
14   Q Do you have an opinion as to the expected
15   lifetime of a vehicle?
16   A That's a question we need to answer carefully.
17   For many vehicles, the expected lifetime -- oh, not
18   expected, but the realistic lifetime may be 100,000
19   miles, because as society becomes more affluent, people
20   want to drive new cars.
21   And when they sell them, they sell them to
22   people who, you know, also want to drive fairly new
23   cars. So I think as we get a richer society, the
24   median mileage of vehicles before they go to the scrap
25   heap is declining.

Page 56

1   But a significant fraction of the
2   population will keep vehicles running for a quarter
3   million miles or 200,000 miles because they can't
4   afford to run off and buy a new car every year or buy a
5   very good secondhand car.
6   So the expected mileage, I think, depends
7   upon the group of people that we're talking about. And
8   I think a significant section of our population will
9   run cars for a quarter million miles.
10   Q Okay. And so you do have, like, a definition
11   in your own mind as to what you mean by life
12   expectancy, and is that a quarter of a million miles?
13   A That's an expectancy which I would hope that
14   the automobile companies would adhere to, because they
15   have no idea eventually if their vehicle will be kept
16   in service for that many miles or not.
17   So -- and then shouldn't make cars and
18   say, "After 100,000 miles, throw it way because the
19   wheels will fall off." They can't say that. And
20   perhaps 250,000 is too conservative, because you need a
21   margin of safety.
22   You know, you can't say, "Well, you drive
23   it exactly 250 miles, and bingo, your wheels are gone."
24   They can't do that.
25   Q Can they produce an -- can they produce an axle

Page 57

1   that if you just kept it on -- let's not even say on
2   the road, but just kept it running and running and
3   running that it would never -- the axle would never
4   fail?
5   A Probably, yeah.
6   Q When you say that the axle shouldn't fail by a
7   fatigue process, do you confine that to just a fatigue
8   process, or do you think that it should -- an axle
9   should just never fail?
10   A Oh, no, not at all.
11   Q Okay. So what is the perimeters of what you
12   mean by fatigue process?
13   A I mean a gradual propagation of a fatigue crack
14   leading to failure. I don't mean things like if a
15   careless driver hits an abutment and knocks the wheel
16   off mechanically, then the axle will break or could
17   very easily break, and the automobile company has no
18   responsibility for that kind of thing.
19   Q Can a fatigue process occur -- strike that.
20   Can you start the fatigue process by a scenario like
21   that? And obviously, we kind of talked about it, yeah,
22   to a certain degree, yes, because if you had a mechanic
23   that was careless and took a hammer to it and started a
24   fatigue process or made a crack or a dent in it, that
25   is the same type of scenario where fatigue will grow

Page 58

1  and grow until it finally breaks, right?
2     A.  Yeah.  You can probably start a fatigue process
3  by having a wreck.  Yes, you can.
4     Q.  Can you rule that out in this case?
5     A.  I think so, because I know that Mr. Martinez,
6  at my suggestion, spent a great deal of time and
7  research into studying the history of this vehicle and
8  finding out if it in fact had been involved in a wreck,
9  and the answer was no.
10    Q.  Is that the only way you rule it out?
11    A.  Well, also I don't see any signs of -- that
12  would come from that.  For example, I've seen cases
13  where the vehicle had been in a wreck and you can see
14  impact marks from the road in the lower race, for
15  example, and --
16    Q.  In the lower -- the outer race?
17    A.  Inner race.
18    Q.  Inner race of the bearing?
19    A.  Yeah.
20    Q.  Okay.  And we don't see that here?
21    A.  We don't see that.
22    Q.  Yeah.  But the problem is, we know that those
23  have been changed out, right?
24    A.  Yes, that's true, but they were changed out at
25  least six years prior to the accident.

Page 59

1     Q.  If we believe what we've been told?
2     A.  Yes, yeah, but, you know --
3     Q.  There's no reason to not believe that?
4     A.  No, I don't think so, no.
5     Q.  Let me ask you this way, can you rule out the
6  start of the fracture to be anything other than the
7  manufacturing process?
8     A.  Not completely, no.
9     Q.  In other words, if I was able to go back and do
10  my research and my research indicated that, you know,
11  maybe one of the guys Mr. Martinez talked to said, "You
12  know what, you're asking me about a vehicle that I had
13  in my custody and control and I sold to somebody else,
14  and I didn't tell them about this accident I had," that
15  may change or have an impact on your opinions, right?
16    A.  Yes, it may do so, yeah
17    Q.  And hypothetically, even -- even if I didn't
18  have that, but -- or somebody admits that there may be
19  over indications in that vehicle that it had been in
20  another accident, correct?
21    A.  Yes
22    Q.  And to rule out this fracture starting from
23  something like a semi-severe impact and maybe just to
24  the rear passenger tire would be really, really
25  difficult in the span of the lifetime of this vehicle

Page 60

1  You'd agree with that, right?
2     A.  Well, it would have to be very severe, and the
3  reason I say that is that unless the impact was with --
4  was so severe that it crushed the tire completely and
5  impacted with the rim, I don't think you would transmit
6  enough force to cause local damage at the bearing axle
7  interface.  In other words, you would have to be in a
8  massive collision to do that
9     Q.  You don't think that I could do a test where I
10  could drive over, and just the rear wheel, over a curb
11  and, let's say, clip the back end of that vehicle where
12  just the back end goes over the curb and substantially
13  change the -- or get a fracture in the axle of the
14  vehicle?
15    A.  No, sir, and if you could do that, what you
16  would be proving is that the manufacturer made an awful
17  car  I mean, just imagine how many people run over
18  curbs inadvertently, and their axles don't fall off.
19    Q.  Okay  But I didn't say make the axle fall off.
20  What I said was, change the integrity of the axle or
21  start a very small fracture like we're talking about
22  here.
23    A.  No, sir, I don't.  Because if that were true,
24  then we'd have millions of fatigue cracks forming in
25  our axles, and --

Page 61

1     Q.  So you don't think I could do that in a test?
2     A.  No.
3     Q.  Okay.  When you say in your report, "Such an
4  event represents a dangerously defective condition,"
5  are we just talking about the fact that you think that
6  the axle should not fail?
7     A.  Yes.
8     Q.  Okay.
9     A.  Well, under the circumstances of a fatigue
10  crack, it should not fail.
11    Q.  Okay.  Let's assume that everybody agreed that
12  the wheel came off prior to the accident.
13    A.  Yeah, I think it certainly did.
14    Q.  Okay.  That the axle broke before the accident.
15    A.  Yes.
16    Q.  And let's assume that everybody says it
17  occurred because of a fatigue fracture.  Okay?
18    A.  Yes.
19    Q.  Is it your opinion then that because that
20  happens it would be the responsibility or it would be
21  because of something the manufacturer did?
22    A.  Within the perimeters that we've talked about,
23  that maybe an inadvertently badly performed repair
24  created some unexpected fatigue stresses, then, yes,
25  the answer is yes.

Page 62

1   Q   And what about an accident?

2   A   Well, again, a massive accident could -- could
3   give rise to the circumstances where a fatigue crack
4   will start, and then you would -- if you could
5   demonstrate that it had been in a massive accident,
6   that it affected the passenger rear axle, then that
7   would impact on my opinions.

8   Q   Okay.  And other than talking to Mr. Martinez,
9   you haven't done anything to rule those possibilities
10  out?

11  A   Well, I think they were ruled out, because
12  Mr. Martinez spent an inordinate amount of time and
13  energy doing this.  I suggested this be done very early
14  in this litigation.

15  Q   And I understand that, but my question, I
16  think, was, other than that, you didn't do anything to
17  rule those out?

18  A   No, sir, no.

19  Q   Okay.  What did you find out about -- do you
20  have any idea how many times -- strike those two
21  questions.

22      Do you have any idea how many times the
23  bearings had actually been changed on the passenger
24  rear side.

25  A   I know it has been done at least once.

Page 63

1   Q   Yeah.

2   A   But that's all the knowledge I have.

3   Q   Right.  Could have been done more than once,
4   right?

5   A   Yeah.

6   Q   Do we know why they were changed out?

7   A   No.

8   Q   Did anybody come clean as to they actually did
9   that?

10      MR. MARTINEZ:  Objection as to form.

11      MR. RODRIGUEZ:  Sorry.  Okay.

12  Q   Did you learn from talking to Mr. Martinez or
13  any other source as to who actually did those repairs?

14  A   No.  That's not been found out yet, sir.

15  Q   When other than more than six years ago?

16  A   No.  The only time frame that we have is prior
17  to six years before the accident.

18  Q   Okay.  Where?  No idea?

19  A   Don't know, sir.

20  Q   By whom?  No idea?

21  A   No, sir.

22  Q   Or in actuality how many times?

23  A   Correct.

24  Q   Have you ever changed one of these bearings out
25  yourself?

Page 64

1   A   No, sir.

2   Q   Ever watch anybody do it?

3   A   Yes.

4   Q   How --

5   A   It wasn't on a Ford, though.

6   Q   In what regards?

7   A   It was a lawsuit involving a Chrysler taxicab.

8   Q   Do you remember how they did it?

9   A   No.  It was a long time ago.  I know I watched
10  it done, but I don't know exactly how he did it.

11  Q   Nothing significant that comes to your mind --

12  A   No, sir.

13  Q   -- significant?  When you talk about the method
14  of fail, that it failed, the fatigue process, how many
15  other processes are there?

16  A   There is basically two.

17  Q   You mean outright --

18  A   Yeah, they can fail by fatigue or by a sudden
19  impact, which is the normal --

20  Q   Case of use?

21  A   -- eventuality that leads to the wheel coming
22  off.

23  Q   And those are the cases in which, like, the car
24  is rolling over and it hits it so hard it just breaks
25  it?

Page 65

1   A   Yeah, or it hits a tree stump or a concrete
2   abutment.

3   Q   And what do we call that?

4   A   I call that a -- just a mechanical ductile
5   overload, single event overload.

6   Q   Okay.

7      MR. MARTINEZ:  Or bad karma.

8   Q   Did you see Mr. -- or Dr. Herrera's report in
9   the case?

10  A   No.

11  Q   What's a stress riser?

12  A   A stress riser is anything which can locally
13  increase the stress above and beyond the applied
14  stress.

15      For example, it could be a surface nick, a
16  discontinuity.  It could be an internal crack in the
17  form of an inclusion.  It could be a sudden change of
18  section, like a very sharp right-angled shoulder.

19  Could be any number of things, but usually in this
20  context, it's those three that we just mentioned.

21  Q   Okay.  In your -- actually, in the exhibits out
22  there, is this any significance to the buildup here
23  along the outside of the shaft?

24  A   There probably is, but I don't know when this
25  buildup occurred.  It certainly occurred probably prior

Page 66

1  to the accident but maybe a short time prior to it.
2   Q  It certainly wouldn't have occurred after?
3   A  No. It didn't -- I mean, it didn't occur after
4  the wheel fell off, but what I mean is, it may have
5  occurred immediately before --
6   Q  Oh, I see.
7   A  -- the wheel actually became detached.
8   Q  What does that tell you or show you or --
9   A  It probably means that the axle, what they call
10  froze, and this was trying to rotate in a bearing that
11  froze up.
12   Q  Okay. What about the what I'm going to call
13  the grooves along the shiny outside of the shaft here
14  that you can feel with your fingers, not the big
15  indention -- or not the big buildup here?
16   A  Yeah. They could very well be machining marks.
17  They could be the same kind of marks that we see on the
18  spacer here.
19   Q  From the time that this -- the axle was
20  actually machined?
21   A  Yeah.
22   Q  Okay. If that were so, would you expect those
23  lighter grooves to be indicated throughout the shaft
24  itself?
25   A  I don't know. I'd have to look at their

Page 67

1  next -- brand new shaft to see, but it may be that
2  when -- you know, they make hundreds of thousands of
3  these axle shafts, and I know from experience that
4  sometimes machining is more cruder than other times in
5  making the same products, so it's difficult to answer
6  that question.
7   Q  One of the spacers or what I'm calling the
8  sleeves was machined shiny, that was the one on the
9  driver's side. Do you remember that?
10   A  Yeah
11   Q  And the one that was on the vehicle when we
12  went to go look at it was more like this, correct?
13   A  Well, it was a rougher surface, but it
14  wasn't -- I don't think -- maybe we could look at the
15  picture, but I think it was rougher looking, but not --
16  it may not have been concentrically grooved. I'd have
17  to consult the picture.
18   Q  Concentrically what?
19   A  Concentrically grooved.
20   Q  Okay. Do you think there's any significant
21  difference in the two sleeves, one --
22   A  Well, there are -- there is a difference, yeah.
23   Q  A significant difference if one is rougher than
24  the other one?
25   A  I don't know. That's the one reason I'd like

Page 68

1  to read the Ford documentation, and it may be that the
2  drawings call for a rough surface to increase friction.
3  I don't know.
4   Q  Okay.
5   A  I just don't know that yet.
6   Q  Okay. As far as the hardness of the material,
7  does it matter if it's rough or not or smooth?
8   A  No.
9   Q  Okay. Where is the actual bearing cage in
10  regards to the -- to that part of the shaft we have
11  right there?
12   A  It's after the fracture surface, but by how
13  much, I really don't know at this time.
14   Q  Come back and tell me what you mean by after.
15   A  Going --
16   Q  Okay.
17   A  -- towards Mr. Martinez.
18   Q  Okay. So this is towards the wheel hub,
19  correct?
20   A  Yes.
21   Q  That's towards the middle of the vehicle,
22  right?
23   A  Wait a minute. Wait a minute. Let me look at
24  my drawing just to be completely sure. That's why it's
25  good to make drawings. Thank goodness this isn't a

Page 69

1  very thick file. We would be here all day finding
2  things.
3       No. The fracture surface is in this
4  direction, and the wheel hub is in this direction.
5   Q  Okay.
6   A  Going toward me.
7   Q  So the wheel hub is over here?
8   A  Yeah.
9   Q  And the center of the vehicle is over here?
10   A  Right, yes.
11   Q  So where is the sleeve and where is the bearing
12  cage?
13   A  Let me look at the pictures, if you will.
14   Q  Absolutely. And I've got -- well, that's
15  right. You've got all of them right there.
16   A  Okay. The sleeve is here, somewhere here.
17  Okay. So it's -- the sleeve is toward Mr. Martinez --
18   Q  Which is --
19   A  -- as I'm holding it now.
20   Q  Which is towards the axle hub?
21   A  Which is --
22   Q  Because you just turned it --
23   A  Towards the axle hub.
24   Q  Yeah, because you just turned it around. Okay.
25  So that you and I are on the same page, this is the

Case 1:00-cv-00139   Document 50   Filed in TXSD on 06/05/2001   Page 36 of 75

Page 70

1 smooth side that you cut off?
2   A  Yes.
3   Q  This is the fracture side?
4   A  Yes.
5   Q  The hub and wheel are towards Mr. Martinez?
6   A  Yes.
7   Q  The center of the vehicle --
8   A  -- is that way.
9   Q  Is, okay, this way. And you're saying the
10 sleeve and the bearing assembly is towards
11 Mr. Martinez; is that correct?
12  A  Yes.
13  Q  So what is causing this buildup here?
14  A  I'm not completely sure. I think it probably
15 at some time, maybe very early in the accident
16 sequence, that the bearing froze, and that was caused
17 by rubbing against the bearing. But I'd really have to
18 look at the drawings very carefully to try and figure
19 that out.
20  Q  Well, if the sleeve is towards Mr. Martinez and
21 the sleeve is closer to here than the bearings itself,
22 right, how is it going to be the bearing that makes --
23  A  No, no. The bearings is bigger in diameter
24 than the sleeve.
25  Q  Okay. But it's still further away, isn't it

Page 71

1 not -- is it not?
2   A  Yes, yeah.
3   Q  Okay. It's still further towards Mr. Martinez?
4   A  Yes.
5   Q  So if the sleeve is here and the bearing is
6 over here, how does the bearing get over here to make
7 this --
8   A  I don't know. I need to --
9   Q  Do you follow what I'm asking?
10  A  I see what you mean. yeah, and I don't know the
11 answer to your question at this time.
12  Q  Okay. If on a prior occasion the bearings
13 froze and we had a lockup --
14  A  Yes.
15  Q  -- but you know what, the axle didn't
16 experience such a force that it breaks, could that
17 start a small fracture in the axle itself?
18  A  Possibly. yes.
19  Q  And is there any way to rule that out that that
20 didn't occur without talking to somebody and them
21 saying, "Hey, you know what? That never happened to
22 me"?
23  A  The only way I've been able to rule that out is
24 by asking Mr. Martinez to ask the driver if there was
25 any noise emission from the vehicle or unusual behavior

Page 72

1 immediately prior to the accident, and the responses
2 were negative in both cases.
3   Q  Okay. All right. There are several parts in
4 that vehicle that are not original equipment. You'd
5 agree with that, right? I mean, the inside --
6   A  Well, there's at least two. There may be more,
7 yeah.
8   Q  Did you look at the seats?
9   A  No, sir. I just looked at the -- where the
10 fracture occurred.
11  Q  Okay. What two parts -- oh. you're talking
12 about the sleeve and the bearings?
13  A  Yeah.
14  Q  Okay.
15     VIDEOGRAPHER: Excuse me. Can we go off
16 the record and change tapes?
17     MR. RODRIGUEZ: Sure, absolutely.
18     (Brief recess)
19  Q  Dr. McLellan, I just wanted to ask another
20 question about this. You haven't analyzed this buildup
21 here to see if it actually could have come from the
22 bearing assembly?
23     A  And the reason I ask you that is, the one
24 I've seen and the one I remember is, it's very -- it
25 was machined and it was very smooth. If that's the

Page 73

1 case. would it look like that?
2   A  It depends on the relative hardness of the two
3 materials, and I wish I could answer your question
4 properly, and maybe we could do some very careful
5 electron microscopy on both surfaces to answer that,
6 but right now, I just don't know.
7   Q  Okay. If it was -- and maybe this is just a
8 very layman's way of looking at it. If it was -- if
9 this buildup was from the bearing assembly, would I be
10 able to see some basic indication in the inside?
11  A  We might be able to, but I really don't know
12 without looking at it.
13  Q  You haven't looked at it in that regards?
14  A  No.
15  Q  Read me your pages there so I can get you out
16 of here. I want to go ahead and make a copy of those.
17 but sometimes I can't read them.
18  A  Let me read them in date order.
19  Q  Okay.
20  A  Okay. This is --
21     MR. MARTINEZ: You'd probably be better
22 off marking them like we did with the Post-its so all
23 the originals can have a date. In other words, why
24 don't you put them in the order that you -- in other
25 words, chronological, and therefore you can

Page 74

1 numerically --
2        MR. RODRIGUEZ: Let me mark his biography
3 as 20.
4        MR. MARTINEZ: That one is not a problem.
5        THE WITNESS: There. They're in date
6 order now.
7        MR. RODRIGUEZ: Can you just keep them --
8        THE WITNESS: Actually, the last two maybe
9 we ought to staple together, because they're the same
10 date.
11        MR. RODRIGUEZ: Okay. Oh, you want
12 them --
13        MR. MARTINEZ: Yeah, just for right now.
14 I mean, tell you what, Doctor, then we can make copies.
15 That's going to be Exhibit No. 21. We'll do that.
16 That would be 22. You have 22?
17        THE WITNESS: Yeah.
18        MR. MARTINEZ: This one will be Exhibit
19 23. Those two go together.
20        THE WITNESS: You don't want this thing,
21 do you? It just tells the dates when I did things. It
22 has no scientific meaning.
23    Q No. That's fine. I don't need that. So
24 you're going to read 21?
25    A. Okay. "Ford Club Wagon, PS, passenger side,

Page 75

1 rear real detached with a flat axle fracture. Little
2 deformation on the body above the wheel well. Driver's
3 side rear wheel had been removed by mechanic.
4        "Stub removed from passenger side wheel by
5 removing lug nuts. Cut made by thin abrasive wheel.
6 The cutting observed by myself. No grease was removed
7 from the fracture surface at this time. The van is a
8 1978 model year."
9    Q Okay. Where did you get the information about
10 the model year?
11    A I think from the law office.
12        MR. MARTINEZ: I think it's '79.
13    Q That's what I thought too, but I was just
14 curious.
15    A That may be an error then. I don't know. Then
16 second, "22nd of October of '98, axle failure. 1,
17 grease removed; 2, microphotography of unchanged
18 surface; 3, placed in scanning electron microscope. No
19 oxide removed.
20        "Figure 1, origin area of 12X. This does
21 not have fatigue appearance but intergranular plus
22 brittle mixture with some hammered areas.
23        "Figure 2, 15,000" -- I'm sorry, "1500
24 magnification shows area with clear brittle features.
25 This is inside the case zone. There is much oxide and

Page 76

1 surface debris.
2        "Move below the outer (inner!) edge of the
3 case and shoot Figure 3 at 1500. Brittle features but
4 no striations. Figure 4 is just below Figure 3 in the
5 core material. Clear striations.
6        "Move more towards center. Figure 5,
7 approximate center showing fatigue features. Figure 6,
8 approximately three-quarters through shows coarse
9 striations. Figure 7 is the last overload zone showing
10 dimples."
11        And then. "18th of January 01." The top
12 of the page says, "Bearing retainer," and there are two
13 diagrams giving the passenger side and the driver's
14 side with the dimensions drawn on the diagrams.
15        And it says, "Driver's side outer race
16 link-belt, MU, made in USA, B5226097A." Then there
17 follows a drawing of the differential tube. I hope
18 that's the right nomenclature. And it says,
19 "Dimensions -- distance between the end of the
20 differential tube and the face of the outer race."
21        And there are some dimensions on this
22 drawing which are incorrect, because one of the
23 gentleman from Ford was making the measurements and
24 saying what they were, and he decided they were wrong.
25        So he remeasured them, and then on page 2

Page 77

1 of this document, at the bottom, it says, "Passenger
2 side and driver's side, distance between face of axle
3 tube and inner machine face where the outer race
4 abuts," and there follows, "12:00, 3.00, 6:00, 9:00,"
5 and the correct dimensions written under driver's side
6 and passenger's side. And I'm sure these are okay.
7        And at the top of the page, it says,
8 "Markings on inner race from passenger side, Timken,
9 made in USA, U399A. Passenger side outer race knocked
10 out of axle tube. This is also a Timken product
11 U365L." That's all.
12    Q What are these numbers here?
13    A. Oh, these are leaving and departure times for
14 airplanes.
15    Q Okay. All right. And then --
16    A This is the police report.
17    Q Okay. Did we get all your photographs?
18    A No. I took some of the vehicle and the wheel
19 that -- and the back of the vehicle. Here they are.
20    Q Okay. And these are yours too?
21    A Yes.
22    Q Okay. We just need to --
23        MR. MARTINEZ. Why don't you for -- I
24 mean, for housekeeping, why don't you just go ahead and
25 get them all marked. Okay. And that way, we'll just

Page 78

1 do, like, the little Post-its, and then, Ms Court
2 Reporter, if you would be kind enough, you can -- do we
3 have negatives?
4     THE WITNESS  Not of all of them, no
5 Actually, some of them were given to me by you, by your
6 office, and I don't have them, but I do have some
7 negatives, which I will now give you
8     MR MARTINEZ  Give the negatives to the
9 court reporter, and the court reporter can check with
10 my office and see if I have other negatives; and
11 therefore, everybody can get a copy of the pictures for
12 the record, and y'all can mark them after you get
13 through
14     THE WITNESS. Yes  Let me be giving you
15 these too which have been marked
16   Q   Here's some negatives
17   A   Yes, and I'll give you these too
18     MR RODRIGUEZ: So you want me to mark all
19 these?
20     MR MARTINEZ  I think it would be easier
21     MR RODRIGUEZ  With the pink deal?
22     MR MARTINEZ  Yeah, and just have the
23 court reporter and you get together
24     THE WITNESS  These have all been marked
25     MR RODRIGUEZ  I'm just going to put the

Page 79

1 number on the pink thing.
2     (Brief pause)
3   Q   Okay. I'm looking at Exhibits 24 through 39,
4 and these were also photographs in your file?
5   A   Yes, sir.
6   Q   Is there anything in there indicating any of
7 the testing you did?
8   A   No.  These are pictures of wheels and the axles
9 before anything was done just for the sake of
10 identification.
11   Q   While I'm marking these, is there any other
12 global opinions you have regarding the case?
13   A   No.  I think you've touched on all of my
14 opinions that I can generate with my current state of
15 knowledge
16   Q   Is there any type of exhibits you anticipate
17 trying to -- or would like to make in assisting you in
18 presenting whatever opinions you have to the jury?
19   A   I don't think so at this time, sir.
20   Q   Exhibits 40 through 57, are they the same as
21 the exhibits you talked about just for identification
22 of the tire, the vehicle, and the -- maybe some of the
23 bearings?  I don't even know what's in there.
24   A   No.  They're all of tires, wheels, and
25 vehicles, and they were taken for the same general

Page 80

1 identification purpose.
2   Q   Okay.  Then it's my understanding you haven't
3 been able to look at all the documents and you've kind
4 of reserved opinions after looking at the -- or after
5 you look at the four documents and the drawings and
6 manuals that we've provided; is that correct?
7   A   Yes, sir, that's correct.
8   Q   And in looking at -- or taking home what you
9 have, if you could do me the favor of, if there's
10 something outstanding that you see, "Hey, this is
11 missing; I need this," I need to tell you that it takes
12 me a while to get stuff.
13     So if you can tell Mr. Martinez so he can
14 tell me as quick as you can, because we also have a
15 setting for next month.  I didn't know if you knew that
16 or not.
17   A   No.  Well, I learned that this morning -- this
18 afternoon from Mr. -- but I certainly will.  I will
19 definitely do that.
20     In fact, if Mr. Martinez can get the
21 documentation to me before the weekend, since I'm not
22 doing anything this weekend, I will go through it all
23 this weekend and get that information by Monday.
24     MR. RODRIGUEZ: Okay.  I'd appreciate it.
25 Then I reserve whatever questions I might have

Page 81

1 depending on, you know, what those --
2     MR. MARTINEZ: If we could have this
3 stipulation, we will recess this deposition at this
4 particular point.  He can reserve his questions, and
5 I'm talking about Alan here.  He can reserve his
6 questions if we reconvene this deposition.
7     If not, I do intend to have Dr. McLellan
8 here for trial, and we can recess it with the
9 understanding that we don't go over the same thing.
10 The next time around, it's all new stuff.  Okay?  Is
11 that fair enough?
12     MR. RODRIGUEZ: Fair enough.
13     MR. ERWIN: I'll agree to that.
14     (Deposition concluded)

Page 82

1     REX B McLELLAN - ERRATA SHEET
Reasons for changes  (1     ) Clarify the record
2                   (2     ) Conform to the facts

3                   (3      ) Correct transcription errors

4   PAGE LINE   CHANGE FROM/CHANGE TO           REASON

5 ___ ___ _____ ___

6 ___ ___ _____ ___

7 ___ ___ _____ ___

8 ___ ___ _____ ___

9 ___ ___ _____ ___

10 ___ ___ _____ ___

11 ___ ___ _____ ___

12 ___ ___ _____ ___

13 ___ ___ _____ ___

14 ___ ___ _____ ___

15 ___ ___ _____ ___

16 ___ ___ _____ ___

17 ___ ___ _____ ___

18 ___ ___ _____ ___

19 ___ ___ _____ ___

20 ___ ___ _____ ___

21 ___ ___ _____ ___

22 ___ ___ _____ ___

23 ___ ___ _____ ___

24

25        REX B. McLELLAN

---

Page 83

1       SIGNATURE OF REX B McLELLAN

2    I have read the foregoing transcript of my

3 deposition and it is a true and accurate record of my

4 testimony given on APRIL 25. 2001 except as to any

5 corrections I have listed on page 82 herein

6       REX B McLELLAN

7

8

9 THE STATE OF TEXAS

10 COUNTY OF_____

11     SUBSCRIBED AND SWORN TO BEFORE ME. the

12 undersigned authority on this the _____ day of

13 _____. 2001

14

15      Notary Public in and for

16        The State of Texas

17 My commission expires

18

19

20

21

22

23

24

25

---

Page 84

1     IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF TEXAS
2         BROWNSVILLE DIVISION

3 LINDA COY, Individually       X
   and on Behalf of the         X
4   Estate of HORTENSIA G      X
   LOPEZ, Deceased, LUIS      X
5 AYALA, ISELA RODRIGUEZ,    X
   LIBRADO AYALA, JR., RUBEN   X
6 RUIZ, and MAURICIO         X
   SALDANA                X CIVIL ACTION NO B-00-139
7      Plaintiffs           X
                      X
8   VS                   X
                      X
9 FORD MOTOR COMPANY and   X
   GABRIEL DELGADO        X
10     Defendants          X

11      REPORTER'S CERTIFICATE

12    I Donna McCown, Certified Court Reporter, certify
   that the witness, REX B McLELLAN, was duly sworn by
13 me, and that the deposition is a true and correct
   record of the testimony given by the witness on APRIL
14 25 2001 that the deposition was reported by me in
   stenograph and was subsequently transcribed under my
15 supervision

16    I FURTHER CERTIFY that I am not a relative,
   employee, attorney or counsel of any of the parties,
17 nor a relative or employee of such attorney or counsel,
   nor am I financially interested in the action
18

19      WITNESS MY HAND on this the _____ day of
   _____, 2001
20

21

22 DONNA McCOWN, CSR NO 6625
   Expiration Date: 12/31/01
23 Bryant & Stingley, Inc.
   2010 East Harrison
24 Harlingen, Texas 78550

25

**-&-**

& [5] 1 29 2 4.9.14 84 22

**-'-**

'79 [1] 75 12
'98 [4] 31 18.20 33 20 75 16

**-0-**

01 [1] 76 11

**-1-**

1 [5] 3 4 47 19 75 16.20 82·2
1/18/01 [2] 22·3.4
10 [1] 3 13
100,000 [2] 55 18 56.18
11 [1] 3·14
12 [10] 3:15 31·23 32 2 46 22.23 47 2.19.24 53 25 54 2
12/31/01 [1] 84 22
1201 [3] 1 30 2 5.10
12:00 [8] 33 4 34:17 47.25 49 1.3 50 6.9 77 4
12X [1] 75 20
13 [6] 3 16 47 22 51 3 53 20.25 54 1
14 [4] 3 17 48 16 51 4 53 24
15 [4] 3 18 49 15.16 53 24
15,000 [1] 75 23
1500 [9] 48 10 49·12.22 50:3 53.22.25 54 3 75.23 76 3
16 [3] 3 19 49·22 53 24
17 [3] 3·20 50 4 53 24
18 [4] 3:21 7·1 50:8 53·24
18th [1] 76:11
19 [3] 3 22 50 17 53·24
1978 [1] 75 8

**-2-**

2 [11] 2·21 3.5 30 25 46 22 46 23 47.2 48 10 75 17 75 23 76 25 82 2
2/21/01 [1] 22 5
20 [3] 3 23 8 9 74 3
200,000 [1] 56 3
2001 [6] 1 22 27 83 4 13 84 14.19
2010 [1] 84 23
21 [3] 3 24 74 16.16
22 [3] 3 25 74 16.16
22nd [2] 31 18 75 16
23 [2] 3 26 74 19
24 [1] 79 3
24-39 [1] 4 4

25 [4] 1 22.27 83 4 84 14
250 [1] 56 23
250,000 [2] 55 13 56 20
253 [2] 7 2.16
261 [1] 7 17

**-3-**

3 [6] 3 6 49 10 75 18 76 3 76 4 82 3
30 [6] 3 5.6.7.8.9 8 25
31 [5] 3 10.11.12.13.14
32 [4] 3 15 21 19 22 8 23 15
39 [1] 79 3
3:00 [1] 77.4

**-4-**

4 [3] 3 7 49 21 76 4
40 [1] 79:20
40-57 [1] 4 8
45 [6] 22.9.9.14.18.25.25
47 [1] 3 16
48 [1] 3 17
49 [2] 3 18.19

**-5-**

5 [3] 2 23 3.8 76.6
50 [3] 3 20.21.22
57 [1] 79 20

**-6-**

6 [4] 3 9 30:25 50:8 76 7
60 [2] 7:21 8:6
6625 [1] 1:28 84:21
6:00 [5] 33·4 50:6.9.13 77·4

**-7-**

7 [8] 3:10 32:1.17.18 33.12 34·16 47:25 76·9
74 [2] 3:23.24
75 [1] 3:25
76 [1] 3:26
78520 [3] 2:6.11.16
78550 [1] 84 23
79 [2] 4 4.5

**-8-**

8 [1] 3 11
80 [1] 8 7
82 [1] 2 24 83 5
84 [1] 2 25
855 [1] 2 15

**-9-**

9 [2] 2 15 3 12
99 [1] 55 11

9:00 [1] 77 4

**-A-**

able [7] 13:16 33 19 59 9 71 23 73 10.11 80 3
above [3] 1 26 65 13 75 2
abrasive [1] 75 5
absence [1] 46 12
absolutely [4] 33 22 37 21 69 14 72 1·
abuse [1] 40 15
abutment [2] 57 15 65 2
abuts [1] 77 4
accident [20] 10 3.22 19 5.11.16 31:19 33.23 51:12 58:25 59:14.20 61·12.14 62·1.2.5 63.17 66:1 70:15 72.1
accidents [1] 55·2
accommodate [1] 41:3
accurate [1] 83·3
action [3] 1 11 84 6.17
actual [3] 12 5 23 15 68 9
actuality [1] 51:15
additions [2] 6 1.14
address [1] 11 24
adhere [1] 56 14
admits [1] 59·18
advantageous [1] 14 12
adversely [1] 26 21
advise [1] 53 11
advised [2] 9·15 10 8
affect [3] 24.9 26 21 27·4
affected [1] 62:6
affluent [1] 55:19
afford [1] 56:4
aftermarket [4] 17·14 17·17 18.7 54:21
afternoon [2] 5:5 80 18
again [7] 13:10 25 11 48:22 49:12.22 50:10 62:2
against [1] 70:17
ago [2] 63:15 64:9
agree [5] 20.11 42:9 60 1 72.5 81·13
agreed [1] 61 11
ahead [3] 31 22 73 16 77 24
airplanes [1] 77 14
Alan [2] 2 13 81 5
Allison [1] 5 20
almost [3] 8 1 31 9 51 9
along [6] 43 20.22 44 4 44 14.24 45 8 65 23 66 13
always [2] 27 22 36 22
Americans [1] 40 25
amount [4] 7 20.23 8 3 62 12
amounted [1] 8 6
analysis [2] 15 22 28 7

analyzed [1] 72.20
angles [2] 35.8.8
answer [15] 7.9.12 12 1 12 15.16.22 20 3 55 4.16 58 9 61·25 67·5 71 11 73.3.5
answering [1] 25 13
anticipate [2] 11 16 79 16
anyway [3] 20 22 21 2
appearance [2] 29 4 75 21
Appearances [2] 1 21
applied [1] 65 13
appreciate [1] 80.24
approximate [1] 76·7
APRIL [4] 1·22.27 83.4 84:13
area [7] 36:12.14 44·15 47·23 48 18 75 20.24
areas [3] 15·4 48 5 75:22
argument [1] 17:10
aspect [1] 5:15
aspects [1] 9:19
assemblies [1] 20:8
assembly [18] 14:20 15:8 17 2.7.11 18 11 19 10.13 25.14 39:9.12 40:7.13 42·5 51:22 70 10 72:22 73 9
assist [3] 15 7 52:11.16
assisted [1] 15 10
assisting [1] 79 17
assume [5] 7 13 45:1.5 61 11.16
attach [1] 27:17
Attached [1] 2:26
attorney [4] 9:15 10:8 84:16.17
attorneys [2] 5:9 10·1
authority [1] 83·12
automobile [5] 8:21 35:7 40:20 56:14 57 17
automobiles [2] 8 21 9:2
average [1] 39:20
away [4] 28:18 32 21.24 70 25
awful [1] 60 16
axe [1] 41 8
axis [6] 35 9 43 24 44 4.7 44 14.25
axle [82] 9 5.9 10 21 12 12 13 1 14 18.20 15 8 15 16.16 2.5.18.24 19 1 24 9.9.16.22.25 25 9 26 2 26 10.15.17.18.19.23 27 3 27·4.7.8.16.17 32 4.16 34 9 35 6 36 10 37 4 38 21.23 40 17.21 41 2.8 41 19.21 42 4 43 3.4.15 44 9.10 46 1 48 19 51.22 54·5.24 55 7 56 25 57.3.6

57:8.16 60.6.13.19.20 61:6.14 62·6 66.9.19 67:3 69 20.23 71:15.17 75·1 75 16 77.2.10
axles [5] 54·6 55:11 60:18 60.25 79·8
AYALA [4] 1 8.9 84 5.5

**-B-**

B [11] 1 21.24 2·22 5 1.7 40:22 82.1.25 83.1.6 84:12
B-00-139 [2] 1:11 84.6
B5226097A [1] 76:16
background [1] 5 24
bad [9] 13:10 24:6.7.13 24:24 25:8.10 52:12 65:7
badly [3] 31:6 61:23
band [1] 18:12
Barrera [2] 1.30 2:4
baseline [1] 44.11
basic [1] 73:10
Beach [1] 33:7
beaches [1] 33:6
bearing [30] 14:20 15:8 17:2.7,21 18:11 19:10.13 20:8 21:19.21 23:12.15 39:12 40·13 42·5 58:18 60:6 66:10 68:9 69:11 70 10.16.17.22 71:5.6 72:22 73·9 76·12
bearings [12] 14·19 16:2 18:20 23:17 43:15 62:23 63:24 70:21.23 71 12 72:12 79:23
beautifully [1] 29:19
became [2] 48:25 66.7
becomes [1] 55 23
Behalf [1] 1:8 84:3
behavior [1] 71·25
below [4] 28.2 49 22 76:2 76:4
best [6] 20·3 21·6.10 31.23.24 32·1
better [3] 12:1 27:20 73·21
between [4] 40·8 50:5 76:19 77·2
beyond [3] 30:16 42:10 65·13
big [5] 20:23 24.21 38:24 66 14.15
bigger [3] 37·2 38·13 70:23
bill [1] 30 14
billions [2] 39.16 41 20
bingo [1] 56 23
biography [3] 3 23 6.22 77·2
bit [4] 16 4 26·13 49 10 49·12
blobs [1] 50:23

**blow** [1] 42.23
**body** [1] 75.2
**book** [2] 22.21.22
**bottom** [3] 29 24 45 19 77 1
**bought** [1] 20 20
**box** [1] 20.18
**brand** [3] 20 21 45 14 67 1
**break** [5] 7 5 21 11 35 19 57 16.17
**breaks** [4] 41 21 58 1 64 24 71 16
**Brief** [4] 21 13 30 10 72 18 79.2
**bring** [2] 30.13.15
**brittle** [8] 48 3.4.11.22 49 14 75 22.24 76 3
**broke** [4] 19 1 39 17 50 16 61 14
**broken** [1] 10 21
**brought** [1] 30.11
**brownish** [1] 32 8
**Brownsville** [6] 1 3.30 2 6.11.16 84 2
**Bryant** [1] 84:22
**building** [2] 34:1.1
**buildup** [6] 65.22.25 66.15 70:13 72.20 73:9
**Buren** [1] 1.30 2:5.10
**bushing** [1] 24.22 54 15
**buy** [2] 56.4.4

**-C-**

**cage** [2] 23 15 68 9 69 12
**cannot** [2] 38·21.23
**capabilities** [1] 14 14
**capable** [1] 26.7 30·9
**car** [6] 15.14 39:22 56 4.5 60 17 64 23
**careful** [3] 27 2 42 16 73 4
**carefully** [4] 11 21 45 23 55 16 70·18
**careless** [1] 57 15.23
**cars** [6] 20 1 40·25 55 20 55 23 56 9.17
**case** [28] 7 18 9 6 10 4.5 10 10.13.14.21 11 2.5.9 12 6 13·7 14 9 25 48 18 49 22 51 19 52 1.16 54 5 54 4 64 20 65 9 73 1 75 25 76 3 79 12
**cases** [10] 8 18.21 9 5.9 9 15.19.20 58 12 64 23 72 2
**casing** [1] 49 14
**catastrophic** [2] 34 20 39 15
**categories** [1] 11 14
**categorize** [1] 11 9

**caught** [1] 51·5
**caused** [6] 9·18 10 16 40:5.7 42:24 70·16
**causes** [1] 35 2
**causing** [1] 70·13
**center** [7] 49·11 50 5.10 69:9 70:7 76 6.7
**certain** [1] 12 23 37 2 57:22
**certainly** [6] 26 7 51 9 61 13 65 25 66.2 80 18
**Certificate** [2] 2 25 84 11
**Certified** [2] 1 28 84 12
**certify** [2] 84 12.16
**Chad** [1] 2 18
**chance** [4] 10.10 13.3 25·12 52 3
**CHANEY** [1] 2 9
**change** [16] 23 22 25 23 26 17.23 37 13.17 40 24 41:18 43·4 52 2 59·15 60·13.20 65 17 72 16 82 4
**changed** [9] 7.22.23 19:23 40:6 58:23.24 62:23 63·6.24
**changes** [3] 6:1 40.12 82:2
**changing** [4] 19:10 20:7 41:19 42:5
**chase** [1] 53:3
**check** [2] 27:8 78 9
**choose** [1] 13.24
**chronological** [1] 73.25
**Chrysler** [1] 64:7
**circumferential** [1] 45:13
**circumstances** [3] 37 4 61:9 62.3
**Civil** [3] 1 11.31 84 6
**Clarify** [1] 82.2
**class** [1] 31 10
**classic** [1] 31·8
**clean** [1] 63·8
**clear** [2] 75 24 76 5
**clearer** [1] 8 2
**Clearly** [2] 14 13 17 25
**clip** [1] 60:11
**close** [2] 32 4 50:13
**closer** [1] 70.21
**closes** [1] 36 12
**closing** [1] 48 6
**Club** [1] 1 7
**coalescence** [2] 48 13 50 14
**coarse** [1] 76 8
**cognizant** [1] 38 18
**collapse** [1] 34·6
**collision** [7] 9·17.18.18 10 23 11 12.12 60 8
**coloration** [1] 31 2

**colorations** [1] 29·3
**COLVIN** [1] 2 9
**comfortable** [1] 37 10
**coming** [5] 49 1.1.3.11 64:21
**commenced** [1] 49:19
**commission** [1] 83 17
**commit** [1] 52.14
**companies** [1] 56 14
**company** [7] 1 16.26 2 7 5:10 40 20 57:17 84 9
**comparative** [1] 46 1
**compare** [3] 44 12.13 45 13
**compared** [1] ̃ 21
**completely** [4] 59 8 60 4 68:24 70·14
**conceive** [1] 12:25
**concentrically** [3] 67 16.18.19
**conclude** [1] 54:6
**concluded** [1] 81 14
**conclusion** [1] 42:23
**concrete** [1] 65:1
**condition** [2] 29:19 61.4
**confine** [1] 57:7
**Conform** [1] 82:2
**conservative** [1] 56:20
**consider** [1] 20:6
**constraint** [1] 51.20
**consult** [2] 31:17 67·17
**consulting** [8] 7:22 8 9 8 11.12.15.17 9:19.22
**Cont** [1] 4:1
**contention** [2] 10.15 44 15
**context** [1] 65:20
**continued** [1] 38 9
**control** [1] 59 13
**copies** [1] 74 14
**copy** [3] 30 14 73.16 78 11
**core** [1] 76 5
**correct** [25] 5.13.16 6 6 15.4.12.14 16:9.23 21·16 23.24 26:24 30 12 32 25 35·24 42·12 59 20 63 23 67 12 68 19 70 11 77 5 80 6.7 82 3 84 13
**corrections** [1] 83·5
**correctly** [2] 8 20 9 4
**corrosion** [1] 31 7
**cotter** [1] 10 15
**counsel** [5] 2 2.7.12 84.16.17
**count** [1] 47 1
**COUNTY** [1] 83 10
**couple** [1] 5 15
**course** [4] 14 11 19 13 51 23 54 19

**courses** [2] 6:8.12
**court** [9] 1.1.28 47 3 78 1 78:9.9.23 84·1.12
**COY** [1] 1.4 84 3
**crack** [16] 32:15 36·7 38.12.15.25 39:24 40:2 41:9.16.21 42:18 57:13 57·24 61 10 62:3 65·16
**cracks** [2] 36:9 60 24
**created** [2] 41·15 61 24
**creates** [3] 54 18.19.21
**critical** [1] 10 17
**cruder** [1] 67 4
**crushed** [1] 60 4
**CSR** [1] 84 21
**curb** [2] 60.10.12
**curbs** [1] 60.18
**curious** [1] 75 14
**current** [1] 79:14
**cursory** [2] 13 16 52:9
**curvature** [1] 50 24
**custody** [1] 59:13
**cut** [7] 27 15 28:1.17.18 28 21 70·1 75:5
**cutting** [4] 27 12.14 43:25 75 6
**CV** [2] 6:15 7 16
**cycles** [2] 35:9 36:12 40:1
**cyclic** [2] 12:25 35:4

**-D-**

**D** [1] 2:13
**damage** [4] 26:7 27.7 54:22 60·6
**damaging** [1] 24 22
**dangerously** [1] 61.4
**date** [9] 19:5.14 31:17.20 73:18.23 74:5.10 84:22
**dates** [1] 74·21
**deal** [2] 58:6 78 21
**debris** [9] 48 7.23.24 50:20 51.2.3.5.15 76.1
**Deceased** [2] 1.7 84 4
**decided** [1] 76:24
**deciphered** [1] 46:13
**declining** [1] 55.25
**decrease** [1] 43:20
**deed** [1] 5:19
**defect** [5] 9 16 11 13.14 12 5.6
**defective** [4] 11 4.5.5 61:4
**defectively** [1] 12.11
**defects** [1] 54 18
**DEFENDANT** [3] 1 26 2·7.12
**defendant's** [1] 14 12
**Defendants** [2] 1 18 84 10

**defense** [1] 21:25
**defer** [1] 37 1.3
**define** [2] 37·1.3
**definitely** [2] 41·5 80:19
**definition** [3] 37:14.15 56:10
**deformation** [2] 41:13 75:2
**degree** [1] ̃57:22
**DELGADO** [3] 1·17 2.12 84·9
**delineated** [1] 11:15
**delineating** [1] 28 14
**demonstrate** [1] 62:5
**dent** [2] 38.24 57.24
**departure** [1] 77:13
**depending** [1] 81:1
**depicted** [1] 32:10
**deposed** [3] 5:16.22 7:4
**deposing** [1] 5.12
**deposition** [13] 1:20.24 3·4 9 6 15:13 52:5.23 81:3 81:6.14 83:3 84.13.14
**depth** [1] 34:14
**DESCRIPTION** [2] 3 3 4.3
**design** [3] 11:4.14 12:5
**designed** [2] 12.11 15:8
**destructive** [5] 27:10.11 43:11.12 51:20
**detached** [2] 66:7 75:1
**detail** [1] 13:4
**detect** [1] 43:6
**determination** [3] 11:20 12:9 13:18
**determine** [1] 12:4
**determined** [1] 10:21
**determining** [1] 15:20
**detract** [1] 8:13
**devote** [1] 7:20
**diagrams** [2] 76:13.14
**diameter** [1] 70 23
**difference** [3] 67 21.22 67:23
**different** [15] 17:10 18:1 18:7.14 30:6 37:15.18 41 17 42:2 43:16 45:17 45·18 46 18 49:25 53 21
**differential** [2] 76·17 76 20
**difficult** [2] 59:25 67 5
**dimension** [1] 37 2
**dimensional** [1] 15 22
**dimensions** [4] 76 14 76.19.21 77·5
**dimple** [1] 50·13
**dimples** [1] 76 10
**ding** [1] 41·19
**dings** [4] 40·22 41·3 42·4 42·6

Case 1:00-cv-00139 Document 50 Filed in TXSD on 06/05/2001 Page 43 of 75

**direction** [2] 69 4.4
**directly** [1] 12 22
**dirty** [1] 51 12
**disassembling** [1] 51 22
**disassembly** [1] 25 14
**discoloration** [6] 29 10 31 2 32 8.24 33 13.22
**discolorations** [1] 32 5
**discoloring** [1] 34 1
**discontinuity** [8] 36 1 36 4.22.23 38 17 39 6.7 65 16
**discovery** [1] 52 6
**distance** [3] 39 25 76 19 77 2
**distinct** [1] 41 16
**distinguishing** [1] 40:8
**DISTRICT** [4] 1:1.2 84 1.1
**DIVISION** [2] 1:3 84:2
**Doctor** [1] 74:14
**document** [2] 7.2 77 1
**documentation** [6] 11 22 20 10 25 13 52 3 68 1 80 21
**documents** [7] 13:4.12 52 10.16 53 18 80 3.5
**doesn't** [3] 1 34 30 17 38 22
**done** [16] 6:1 8.20.25 9 21 15 11.22 43 8.13 45 22 51:23 62 9.13.25 63 3 64 10 79 9
**Donna** [3] 1 27 84 12.21
**doubt** [2] 27 5 51 7
**doubtful** [1] 18 9
**down** [10] 20.18 33.4 43 15 44 7 49 1.2.3.11 50:9 53.3
**downward** [1] 29:8
**dozen** [3] 8:21.23 9:22
**Dr** [6] 5:8 13:21 53:10 65:8 72:19 81:7
**drawing** [3] 68 24 76.17 76.22
**drawings** [5] 13 4 68 2 68 25 70.18 80 5
**drawn** [1] 76 14
**drive** [4] 55 20.22 56 22 60 10
**driven** [1] 39 22
**driver** [2] 57 15 71 24
**driver's** [9] 16 24 17 8 18 20 67 9 75 2 76 13 15 77 2.5
**duces** [1] 30 14
**ductile** [3] 49 23 50 10 65 4
**due** [1] 50 24
**duly** [2] 5 2 84 12
**dust** [1] 51 10

**-E-**

**early** [2] 62 13 70 15
**easier** [2] 24 19 78 20
**easily** [1] 57 17
**East** [4] 1 30 2 5.10 84 23
**edge** [1] 76 2
**education** [1] 20 9
**efficiency** [1] 8 14
**ejection** [1] 11 10
**electron** [19] 3 16.17.18 3 19.20.21.22 28 10.13 29 7 41 14 42 15 46 10 46 25 47 8 15 53 20 73 5 75 18
**elicit** [1] 14.3
**elucidate** [2] 11:23 12:2
**emission** [1] 71:25
**employee** [2] 84 16.17
**end** [9] 2:26 7:2 11:25 52:5.22.25 60 11.12 76 19
**endeavors** [1] 8 4
**energy** [1] 62:13
**engaged** [1] 10 19
**engineer** [1] 12 17
**engineering** [9] 6 8 12 21.24 13 4 36 17 38 5 38 19 40:4.19
**entire** [6] 9:22 28 12 29:3 30 1.11 45 9
**envelope** [3] 46 15 17 46:19
**equipment** [8] 15 17 19 16.22 17:2 18:18.21.23 72:4
**Errata** [2] 2.24 82:1
**error** [1] 75 15
**errors** [1] 82:3
**ERWIN** [2] 2 13 81:13
**essentially** [2] 9 16 29:17
**Estate** [2] 1:6 84:4
**evenings** [1] 8:13
**evenly** [1] 45:23
**event** [3] 42 24 61 4 65 5
**eventuality** [1] 64 21
**eventually** [1] 56 15
**everybody** [3] 61 11 16 78 11
**evidence** [8] 10 6.20 15 18 39 1 2 42 17 64 20 69 17.24 66 21 64 14.18 75 21 76 7
**exactly** [4] 45 12 4 13 56 23 64 10
**Examination** [2] 2 23 5 3
**example** [6] 29 20 54 14 54 14 58 12.15 65 15
**except** [4] 10 19 17 24 27 12 83 4
**excuse** [2] 12.5 46 21 72 15

**Exhibit** [15] 32:17 34 16 47.22.25 48 15.16 49 15 49 22 50 4.8.17 53 19.24 74 15.18
**exhibits** [9] 3 1 4 1 51 3 53 19 65 21 79 3.16.20 79 21
**exist** [1] 40 18
**expansion** [1] 24 18
**expect** [2] 40 20 66 22
**expectancy** [2] 56 12 56 13
**expected** [7] 41:3 42 4 55 12.14.17.18 56 6
**expecting** [1] 12 3
**experience** [3] 9 22 67·3 71.16
**experts** [6] 11.24 12 4 13.6 14 12 17 24 52.5
**Expiration** [1] 84 22
**expires** [1] 83 17
**explain** [3] 12 16 29:13 29.15
**expose** [1] 26.5
**extensive** [1] 12:21
**extent** [3] 26 4.8 39 14
**extract** [1] 24.19
**extraneous** [1] 42 18
**extreme** [1] 54 23

**-F-**

**face** [3] 76 20 77 2.3
**fact** [8] 10 16 11 14 35.14 38:18 45 18 58 8 61 5 80.20
**factory** [2] 44:9 45 14
**facts** [1] 82:2
**fail** [12] 40 16 54:6.11.24 55.8 57:4.6.9 61.6.10 64 14.18
**failed** [1] 64·14
**failure** [9] 11:10 34:14 34:20 35:16 39:15 49:14 54:5 57:14 75:16
**failures** [2] 12:18 34 12
**fair** [8] 9 21 26:1.15 37 21 52:18 53:2 81 11.12
**fairly** [5] 12 21 43 25 50:6.12 55:22
**fall** [6] 54 25 55 1.11 56 19 60 18.19
**far** [5] 8 12 18 20 30 25 51 15 68 6
**fatigue** [45] 11 10 12 18 28 14 31 8 34 16 35 13 35 16.17 36 2.7.9.22.22 37 4 38.12.15.25 39 24 41 2.16 42 18 49 24 50 6 50 11.16 54 7.7 57 7.7 57 12.13.19.20 24.25 58 2 60 24 61 9.17.24 62 3 64 14.18 75 21 76 7
**fatiguing** [1] 49 18

**favor** [2] 25:5 80:9
**features** [5] 48 11.22 75 24 76 3.7
**Federal** [1] 1 31
**fell** [1] 66 4
**few** [1] 11 22
**figure** [10] 49 21 70 18 75 20.23 76.3.4.4.6.7.9
**file** [5] 21 5 27 22 30.11 69:1 79·4
**files** [1] 52·4
**final** [1] 50:15
**finally** [1] 58 1
**financially** [1] 84 17
**finding** [2] 58 8 69·1
**fine** [4] 25:17,23 42:8 74:23
**fingers** [1] 66.14
**first** [4] 27:12 29:11 35:15 48:14
**FISHER** [1] 2:14
**fitting** [1] 54.21
**five** [1] 47.6
**fixing** [1] 20:1
**flame** [1] 24:21
**flat** [1] 75.1
**flaw** [7] 36 6.21 37 2.3 37:11 38 17 40·7
**flaws** [9] 36:16.20 37:1 37:24 38 19.22 39:14.14 40:5
**follow** [3] 20 2 23.23 71:9
**follows** [3] 5·2 76.17 77:4
**force** [2] 60:6 71:16
**Ford** [27] 1:16.26 2:7 5:9 9:13 12:11 13:5.13 17:19 18:17 20:2.9 23:23 24:2 25:4.12.15 41:7.10 42 3 46:1 52:4 64:5 68 1 74:25 76:23 84:9
**Ford's** [3] 11:24 17:20 17:24
**foregoing** [1] 83 2
**foresee** [1] 14 23
**foreseeable** [1] 54 22
**forgot** [2] 30 13.15
**form** [2] 63·10 65·17
**forming** [1] 60 24
**forte** [1] 12 18
**found** [2] 10 9 63 14
**four** [6] 11 21 13 3.12 47 6 52.3 80 5
**fraction** [1] 56 1
**fracture** [43] 27 15.25 28 2.5.15.18.24 29·4.8.22 31 8 32 2.3.4.20.23 33 3 33 17.25 34 6 35 17.20 35 25 36 11 39 5.25 48.4 49 6 50 15 51 6 59 6 59 22 60 13.21 61 17

68.12 69:3 70·3 71:17 72.10 75 1.7
**fractures** [1] 36:2
**frame** [1] 63·16
**frankly** [1] 14.2 29:18
**free** [1] 48:21
**friction** [1] 68·2
**FROM/CHANGE** [1] 82:4
**froze** [4] 66 10.11 70:16 71.13
**FS** [2] 28:1.23
**full** [1] 15 21
**function** [1] 35:7

**-G-**

**G** [2] 1·6 84:4
**GABRIEL** [3] 1:17 2:12 84:9
**gaping** [1] 38:24 41:9
**general** [1] 79:25
**generate** [1] 79:14
**gentleman** [1] 76:23
**given** [5] 40·2 42:19 78:5 83:4 84:13
**giving** [2] 76:13 78:14
**glaringly** [1] 52:15
**global** [1] 79·12
**goes** [4] 32:16 42:10 48.19 60:12
**gone** [1] 56:23
**good** [6] 5:5 12:13 24:17 40:17 56:5 68:25
**goodness** [1] 68:25
**grab** [1] 53:14
**grad** [1] 6:5
**gradual** [1] 57:13
**graduate** [1] 7:25
**grease** [2] 75:6.17
**great** [3] 6:24 54:4 58:6
**greater** [1] 12:25
**grooved** [2] 67:16.19
**grooves** [2] 66:13.23
**ground** [2] 7.3.7
**group** [1] 56 7
**grow** [2] 57:25 58:1
**guess** [5] 5:25 8·3 12.3 13·9 23:13
**guys** [2] 30:8 59·11

**-H-**

**half** [1] 9 21
**half-moon** [4] 32:6.7 33:8.10
**half-moons** [2] 32 10 33 3
**halfway** [1] 50 5
**hammer** [2] 41 22 57:23
**hammered** [4] 36:13

39·2 48 5 75 22
hammering [1] 36 14
hand [5] 6·25 23 8 28.20 47 2 84 18
Handwritten [3] 3 24 3 25.26
happening [1] 24 12
hard [2] 48 20 64 24
hardened [2] 48 19.20
Harding [1] 22 5
hardness [15] 26 17.23 27 4.8 41 20 43 4.9.14.18 43 20.21.25 44.9 68 6 73 2
Harlingen [1] 84 23
Harrison [1] 84 23
he'd [2] 19 14 45 22
head [1] 9 12
heap [1] 55 25
heard [1] 12 2
heat [12] 24 5.8.18.21.25 25 16 26 4 27 7 44.6.21 45:2.7
heat-treated [1] 26 5
heated [11] 25:9 26:3.7.9 26·11 27:2 43·3 44 15.23 45.8.22
heavy [1] 35 10
help [1] 10:1
herein [1] 83 5
Herrera [3] 13.5.21 22 2
Herrera's [5] 14:14 22 6 22:15.19 65.8
Hey [1] 71:21 80:10
high [3] 26 6 28:11 54:8
higher [2] 18:22 48·10
history [1] 58 7
hits [3] 57.15 64.24 65·1
hold [5] 21 22 22 22 23 7 23 10 27 24
holding [2] 32 19 69 19
home [1] 80·8
hope [3] 13·23 56 13 76 17
hopefully [1] 35 13
HORTENSIA [2] 1·6 84 4
hot [2] 26·17 27 6
housekeeping [1] 77 24
Houston [1] 28 6
hub [6] 68 18 69 4.7.20 69 23 70 5
huge [1] 41 8
hundreds [1] 67 2
hypothetical [1] 45 15
hypothetically [1] 59 17

-I-

idea [14] 19 3.22 24 6.7

24:13.24 25:8.10 34:11 56:15 62:20.22 63:18,20
ideas [1] 13:5
IDEN [2] 3.3 4.3
identification [3] 79.10 79·21 80·1
identify [1] 21 24
imagine [2] 15 1 60·17
immediately [4] 53 12 53 17 66 5 72 1
impact [9] 10·2.2,22 58:14 59 15.23 60·3 62 7 64.19
impacted [2] 48·25 60:5
important [1] 15 4
imposed [1] 12 25
improper [1] 26 2
improperly [1] 40·12
inadvertent [3] 39 9 40 22 54 20
inadvertently [2] 60 18 61·23
Inc [1] 84.22
inch [2] 28:1.18
includes [1] 9:2
including [2] 8:5 20:8
inclusion [1] 65:17
incorrect [1] 76:22
increase [2] 65:13 68.2
increased [1] 49·4
increasing [1] 49·8
indeed [3] 24·16 36.21 44:23
indention [1] 66.15
index [2] 2:19 22:19
indicate [1] 15 24 16·1 16:22 44 6.19.20.21 45 19 45 21 49 17 50.19
indicated [3] 8 4 59 10 66 23
indicates [1] 50:14
indicating [1] 79 6
indication [1] 73 10
indications [1] 59 19
Individually [2] 1.4 84 3
industrial [1] 40 18
information [8] 12 8 13 12 14 13 17.22 18 17 19 19 75 9 80·23
initial [3] 34.6.16 39.5
initiate [1] 36 8
initiations [1] 36 8
inner [6] 21:20 58 17.18 76:2 77:3.8
inordinate [1] 62 12
input [3] 13 6 14.5 17 19
inside [5] 34 1 48 18 72 5 73 10 75 25
inspection [5] 20 23 22 3.4 5 27 13

installed [1] 10:16
instance [1] 1 25
integrity [2] 31:1 60 20
intend [1] 81·7
interested [1] 84:17
interface [1] 60:7
intergranular [2] 48.4 75:21
internal [1] 65 16
interstriation [1] 39 25
intrusion [1] 42 17
involve [1] 43 10
involved [3] 8 22 43 25 58 8
involving [2] 10 14 64 7
ISELA [2] 1 8 84 5
itself [12] 16 2 24 9 26 19 27 9 32 2.4 33 15 43 6 54 13 66:24 70 21 71 17

-J-

Jaime [1] 5 18
January [1] 76·11
JOSEPH [1] 2·8
JR. [2] 1·9 84 5
Juan [8] 13:5.21 14:14 20·23 22:2.6.15.19
jury [2] 20 19 79:18

-K-

karma [1] 65 7
keep [6] 24.21 25:11 40:15 41.1 56:2 74:7
Kennamer [1] 5:20
kept [3] 56 15 57:1.2
kind [8] 10.13 41·4 43 14 57 18.21 66 17 78.2 80 3
knew [1] 80 15
knocked [1] 77:9
knocks [1] 57 15
knowing [1] 11.16
knowledge [2] 26.24 14 14 25:15 63:2 79·15
knows [2] 23 13 31 4

-L-

L.L.P [4] 1 30 2·4.9.14
labeled [2] 28:1 46 9
large [3] 41 13 42 17.24
Larry [1] 22 3
Larry's [1] 22:13
last [6] 6.10.15 7·1 27.22 50:12 55 4 74 8 76:9
latest [1] 6 22
latter [1] 18 8
law [1] 75.11
lawsuit [2] 31 9 64 7
layman [1] 18 3
layman's [1] 73 5

layperson [1] 20:1
lead [1] 35:13
leading [2] 11 10 57 14
leads [1] 64.21
learn [1] 63:12
learned [1] 80 17
least [6] 8 4 9 13.24 58 25 62:25 72·6
leave [1] 45 16
leaving [1] 77 13
left [4] 16 15 17 4 39·1 45:3
lend [1] 30 22
length [1] 26 6
less [2] 7 24 9 21
liability [1] 8 17
LIBRADO [2] 1.9 84·5
life [2] 55.12 56.11
lifetime [5] 55 12.15.17 55 18 59 25
lighter [1] 66 23
limbo [1] 10:9
LINDA [2] 1:4 84:3
LINE [1] 82:4
link-belt [1] 76·16
listed [1] 83:5
listen [1] 13:5
litigation [2] 8 17 62.14
loading [4] 13 1 35:4,7,9
loadings [1] 35:12
loads [1] 35:12
local [1] 60:6
locally [1] 65.12
located [1] 38:16
lockup [1] 71·13
longer [1] 34.23
longitude [1] 43:23
longitudinal [3] 43 24 44 4.7
longways [1] 32 20
look [19] 12.18 13:16.17 28:10 39:23 47 20 48 23 53·10 54.1 66:25 67:12 67 14 68 23 69 13 70.18 72:8 73·1 80·3.5
looked [9] 9·8.20.23.24 25 20.21 33 20 72 9 73 13
looking [15] 13 11 18 4 21:19 22·1 24 1 27 23 30 9 32 23 54·4 67 15 73 8.12 79.3 80 4.8
looks [4] 7 16 31:3.11 49.24
LOPEZ [2] 1 7 84.4
lost [2] 36.14 39 3
low [1] 46:7
lower [3] 29.25 58 14.16
lug [3] 9 5 27 17 75 5
LUIS [2] 1 7 84 4
luminescence [1] 50 24

-M-

M-A-R-E-S [1] 10·11
machine [4] 38 21 41.4 42:6 77:3
machined [1] 66:20 67:8 72:25
machining [5] 39:8 40.21 54 15 66 16 67:4
machinist [1] 40 5
magnification [11] 28.11 29:25 46·7 47 19 47 23 48 10 49:4.9.12 50 3 75:24
magnitude [1] 26 6
major [1] 38 15
makes [1] 70:22
Makowski [1] 22·3 23:13
manual [7] 20.2,3 23.23 24 2 25:4.21.25
manuals [1] 80:6
manufacture [1] 11:5 17:21 54.18 55:7
manufactured [2] 40:11 40:18
manufacturer [5] 15:7 15:14 25:6 60:16 61:21
manufacturers [1] 9:11
manufacturing [5] 11:13 12:6 19:14 54:13 59:7
Mares [3] 9:6 10:10.12
margin [1] 56 21
mark [5] 30:5 31:22 74:2 78:12.18
marked [1] 77:25 78:15 78·24
marketing [3] 11:5.6 12:4
marking [4] 30:2.25 73:22 79:11
markings [2] 42:7 77:8
marks [11] 33·7.8.10 39:8 40:21 41:3.4 54:16 58:14 66:16.17
Martinez [47] 1:29 2 3.4 11:24 21:7.23 22·11.13 22:15.17.19 23·1 30·15 30 22 46 23 47:2 52:18 53·4.6.9.16 58:5 59:11 62 8.12 63:10.12 65.7 68 17 69:17 70.5.11,20 71 3.24 73.21 74.4.13.18 75.12 77:23 78 8.20.22 80:13.20 81:2
massive [5] 24.20 42:23 60:8 62:2.5
material [3] 49 23 68 6 76 5
materials [1] 73 3
matter [1] 68 7
MAURICIO [2] 1 10

Case 1:00-cv-00139  Document 50  Filed in TXSD on 06/05/2001  Page 44 of 75

84 6

**may** [32] 13 22.23 24 16 25 15.25 36 8.16.25 37 1 37 23.23 38 12.25 39 8.8 40:6.20 50·22.22.24 51 2 52·2 55 18 59 15.16.18 66 4 67 1.16 68 1 72 6 75 15

**McCown** [3] 1 28 84 12 84 21

**McLellan** [14] 1 21.25 2 22 5 1 7.8 53 10 72 19 81 7 82 1.25 83 1.6 84 12

**mean** [19] 13 24 32 20 33 10 43 24 45 10 51 11 56.11 57 12.13.14 60 17 64 17 66:3.4 68 14 71·10 72:5 74 14 77 24

**meaning** [1] 74 22

**means** [9] 8.16 17.13.23 35·6 36·6 48·11 49·18 54 24 66 9

**measure** [2] 33·16 44 10

**measurements** [8] 27 10 43 18.22 44 20 45 13.17 46·2 76·23

**measuring** [1] 44 1

**mechanic** [6] 24·17 40·6 40·11 43·2 57·22 75.3

**mechanical** [4] 12 17 12·21.24 65·4

**mechanically** [1] 57 16

**mechanics** [1] 40 23

**median** [1] 55 24

**melt** [1] 36 9

**mentioned** [1] 65 20

**mentioning** [1] 22 1

**messed** [1] 47·4

**met** [1] 5:13

**metal** [1] 42·18

**metallurgists** [1] 12·20

**metallurgy** [1] 12:18

**method** [2] 20:7 64 13

**Mexico** [1] 10:8

**microhardnesses** [1] 44.2

**microphone** [1] 46 21

**microphotographs** [2] 28:12 29.2

**microphotography** [1] 75 17

**microscope** [17] 3 16 3 17.18.19.20.21.22 25 10 28 13 29 7 41 14 42 15 46 11 47 8.15 53 21 75 18 microscopic [3] 36 7 38 13.14

**microscopy** [1] 73 5

**microvide** [2] 48 12 50 14

**middle** [2] 43 14 68 21

**might** [5] 14 23 45 7.7 73 11 80 25

**mileage** [4] 39 20 54 8 55.24 56.6

**miles** [10] 47 9 55 13.19 56·3.3.9.12.16.18.23

**million** [1] 56 3.9.12

**millions** [1] 60 24

**mind** [2] 56.11 64 11

**mine** [1] 21 12

**minuscule** [1] 24 23

**minute** [6] 16 3.16 26 20 37 6 68 23.23

**minutes** [2] 11 22 26 20

**missing** [1] 10 7.20 52:15 80·11

**mix** [1] 48 3

**mixture** [1] 75.22

**model** [2] 75:8.10

**modifications** [1] 12:23

**Monday** [1] 80:23

**money** [1] 30:22

**month** [1] 80·17

**months** [4] 7 1 34 13.22 35 23

**morning** [1] 80:17

**morphology** [2] 41 17 48.3

**most** [2] 40·25 52.24

**mostly** [1] 7.25 8.17.19

**Motor** [5] 1 16.26 2·7 5 9 84:9

**move** [3] 16 2 76 2.6

**moved** [1] 50 5

**moving** [1] 17 1

**Ms** [1] 78.1

**MU** [1] 76:16

### -N-

**name** [5] 5:5.8 6·11 10·11 33.7

**nasty** [2] 38.24 41.9

**near** [2] 43:22 49·5

**necessarily** [2] 14 10 14.11

**need** [30] 7.5 11·23 13 8 13 13.16.21.25 14 3.4.8 21:23.24 24·17 28 16 37·7 37 14.16.16 45.12.12 52 17 53.3 55 5.16 56 20 71 8 74 23 77 22 80 11 80 11

**needed** [2] 23 22 52 11

**negative** [1] 72 2

**negatives** [5] 78 3.7.8 78 10.16

**never** [16] 10 16 12 2 15.10.11.11.13 35 14 40 15 54 11.24 55 8.11 57 3.3.9 71 21

**nevertheless** [1] 37 3

**new** [9] 20 21 44 9.10 45 14 55·20.22 56·4 67 1

81 10

**Newman** [1] 2 18

**next** [11] 67 1 80 15 81.10

**nice** [1] 48 20

**nick** [1] 65 15

**nine** [1] 9 24

**noise** [1] 71 25

**nomenclature** [2] 23 13 76 18

**nondestructive** [1] 28.6

**nor** [2] 84 17.17

**normal** [4] 12.25 38 19 54 12 64 19

**normally** [1] 36:11

**Notary** [1] 83:15

**notebook** [1] 21.24

**Notes** [3] 3:24.25.26

**nothing** [5] 15·24.25 16 21 41·9 64.11

**Notice** [1] 3:4

**now** [16] 10 7 13:17 19 13 30.24 33:12 38.14 49 8 50 8 51.3 52.7 55.9 69·19 73 6 74:6.13 78:7

**number** [7] 3:3 4.3 22:7 40·1 47:20 65:19 79:1

**numbered** [1] 1:27

**numbers** [3] 22:2.5 77.12

**numerically** [1] 74 1

**nut** [1] 9.5 10·17

**nuts** [2] 27 17 75 5

### -O-

**object** [2] 24:20 55:4

**Objection** [1] 63:10

**observed** [1] 75:6

**obtaining** [1] 17:23

**obviously** [1] 57.21

**occasion** [1] 71:12

**occur** [4] 41:11 57 19 66.3 71:20

**occurred** [18] 10:22 31:19 33.22 34.6 38.6 39·12.17 42 14.21 44 6 50 15 51 8 61:17 65 25 65.25 66:2.5 72:10

**occurs** [2] 35:2.22

**October** [3] 31:18 33 20 75·16

**off** [30] 9 11 10·2.17.18 16 12 18 24 20 8.12 24 5 24 14 26 16 28 18.21 35 21 45 6 50 16 54 25 55 1.11 56 4.19 57·16 60 18.19 61 12 64 22 66 4 70 1.72 15 73.22

**office** [3] 75 11 78 6.10

**offices** [1] 83·9 71 21

**often** [3] 34 12 36 12

**old** [1] 38 24

**OLIVEIRA** [1] 2·14

**once** [4] 35.15 52:2 62:25 63 3

**one** [46] 5.9 6.10 9:5.7.13 10:4.19.25 11 7 12·14 17:11.19 18 18.19.20.21 20:20.21 22 13 30 6.13 31.23 38 6.12.15 44.14 44 15 45 17 47 6 50 12 50 19 53 1 59 11 63 24 67.7.8.11.21.23.24.25 72 23.24 74 4.18 76 22

**ones** [3] 31 24 46 9 53·22

**open** [1] 39 10

**opening** [2] 48·6 51.6

**opens** [1] 36.11

**opinion** [19] 11·3 12·11 15:16 18:18 20:5 34.5 36:15.17 37.6.8.23 38.4 39:16 40:3 42:2 47:9 51 4 55:14 61 19

**opinions** [14] 7:17 14:3 14:9 20:4 25·19.23 51 25 52:17 59:15 62.7 79:12 79.14.18 80 4

**opportunity** [2] 41 18 52:9

**opposed** [4] 10:2 44.7 44:22 52:24

**ORAL** [2] 1:20.24

**order** [5] 47·17 51·25 73:18.24 74:6

**ordinary** [1] 55.8

**orientation** [1] 30·7

**orientations** [1] 43 17

**origin** [10] 29·8.23 36·12 36.13 38:13.14.16 47.23 48:8 75:20

**original** [10] 15:17.18 16:22 17:2.11 18.18.21 18:23 46·1 72:4

**originals** [1] 73:23

**origins** [1] 38:16

**ought** [2] 16:4 74:9

**outer** [7] 32:3 58 16 76:2 76:15.20 77:3.9

**outright** [1] 64:17

**outside** [2] 65:23 66·13

**outstanding** [1] 80·10

**outward** [1] 17:1

**overload** [3] 65 5.5 76:9

**own** [2] 42·6 56:11

**owner** [2] 19 7.20

**owner's** [1] 20 3

**oxidation** [4] 29 24 32 8 33 19.22

**oxide** [2] 75 19.25

### -P-

**page** [12] 2 20.23 24 2 4 8·16 20 14 69:25 76·12 76:25 77:7 82 4 83 5

**pages** [1] 73·15

**paper** [1] 27 23

**papers** [3] 6:19 7:1.15

**part** [10] 10:6 14:16.22 21:20 26:5 49:23 50·10 54:6.19 68·10

**partial** [1] 29:23

**particular** [1] 81·4

**particularly** [1] 7 17

**parties** [1] 84 16

**partners** [1] 5.15

**parts** [4] 20.17 54.21 72· 72·11

**pass** [1] 11:7

**passenger** [12] 13:1 16.7 16:9.19 17:5 18:19.22 27:16 59:24 62:6.23 74·2: 75.4 76:13 77:1.8.9

**passenger's** [1] 77:6

**past** [1] 43.1

**pause** [1] 79·2

**pay** [3] 30:17.20.21

**pebbles** [1] 48.24

**people** [6] 40:23.24 55·19 55·22 56.7 60:17

**per** [1] 12:17

**percent** [5] 7:21 8:6.8.9 55·11

**perfectly** [1] 26:1

**performed** [2] 27:12 61:23

**performs** [1] 35:6

**perhaps** [3] 9:14 52:4 56.20

**perimeters** [2] 57.11 61:22

**periphery** [3] 43:19.20 44:16

**person** [1] 39:9

**pertinent** [1] 52:24

**perturbation** [1] 42:24

**Photo** [18] 3:5.6.7.8.9.10 3.11,12,13,14,15,16,17,18 3:19,20,21,22

**photograph** [1] 33:12

**photographs** [18] 20:25 21 5.25 22.3.4 27:18.19 30:24 31.1.12.14.16 46 4 46:4,21 47:16 77:17 79 4

**photos** [5] 4 4.5 22:2 29 11 53:21

**pick** [1] 31:23

**picked** [1] 51 12

**pieces** [5] 29:24.25 32 11 67:15.17

**pictures** [11] 21:10 28:14 29 14.18.18 46.7 47·8 50 2 69 13 78 11 79 8

**piece** [4] 21 15 27 23 29 6 30:6

**pieces** [1] 30 4

**pin** [1] 10:15

**pink** [2] 78 21 79·1

**place** [1] 20 25

Case 1:00-cv-00139   Document 50   Filed in TXSD on 06/05/2001   Page 45 of 75

placed [1] 75 18
Plaintiffs [3] 1 12 2 2 84 7
play [2] 37 16.21
plays [1] 54 19
pleasure [1] 5·12
plus [2] 32.3 75 21
point [8] 35 17 40:11 42.8 45 12 49 19 51:22 55 6 81 4
police [1] 77.16
population [2] 56 2.8
portion [1] 55 4
position [3] 12 1 32 14 40 10
possibilities [2] 40 9 62:9
possibility [1] 24 11
possible [5] 8:12 18:8.9 39 13 45·11
possibly [5] 13 12.15 34 23 35 23 71 18
Post-its [2] 73 22 78:1
Potentially [1] 31·6
power [1] 53 21
practice [2] 17:20 41.5
precise [1] 16:5
PRESENT [1] 2:17
presenting [1] 79:18
preserve [2] 29:3 31:1
preserves [1] 31:11
pretty [2] 6:12 27:2
previously [1] 48·5
Price [1] 2:15
prime [1] 54:14
pristine [1] 44.8
probabilistic [1] 17:10
probabilities [2] 36:18 38 5
probability [4] 18:22 24 12.22 40·4
problem [7] 8 15 22.21 25·24 52·20 53:13 58·22 74 4
problems [1] 54 20
procedure [2] 1.31 44.1
procedures [1] 38 19
process [12] 49.18 53 15 54.7 57.7,8,12,19,20,24 58 2 59 7 64 14
processes [2] 11.25 64 15
produce [3] 41:21 56 25 56 25
produced [5] 1 25 38 1 39:4.6 40:23
product [2] 40 18 77 10
products [2] 8.17 67 5
professional [1] 8 4
professor [1] 11 2
progress [2] 34.13 36 10

progressed [3] 38:2.9 38:24
progresses [1] 33 2
progression [3] 32 15 34:19,25
progression [3] 32 15 35:3 38:15
proof [1] 45:25
propagate [1] 40:2
propagation [1] 57 13
proper [2] 20 7.12
properly [1] 73 4
properties [1] 26:21
prove [1] 19:15
provided [2] 54 5 80 6
provides [1] 14 13
proving [1] 60 16
proximity [1] 32 4
prudent [1] 24 17
PS [1] 74:25
Public [1] 83.15
pudding [1] 45.25
purpose [1] 80 1
pursuant [1] 1 31
put [8] 12:7 17.9 26:19 28.12.23 29:6 73 24 78 25
putting [1] 54:21

-Q-

qualified [4] 12:10,15 20:6 25:14
quantify [1] 34:15
quantitative [1] 26:14
quantitatively [1] 39:25
quarter [4] 28·2 56 2.9 56:12
questions [8] 12.3 24 4 25.13 52:25 62:21 80:25 81 4.6
quick [1] 80:14
quite [1] 49:24

-R-

race [9] 58 14.16.17.18 76 15.20 77 3.8.9
random [1] 39 8
rather [1] 52 4
read [10] 8.5 9.6 25 12 52:3 68:1 73:15.17.18 74 24 83 2
reading [1] 25 25
real [4] 39.10 40.19 45 25 75:1
realistic [1] 55 18
really [15] 11:6 14 8.23 27:6.6 39:10 40 1 41 24 51:15 52 7 59 24.24 68 13 70:17 73 11
rear [5] 14 18.20 15 8 16 8.19.24 17:8 59 24 60:10 62.6.24 75.1.3

reason [13] 13:13 17.19 22:25 24:8 25:3.8.10 32:11 59.3 60:3 67·25 72:23 82.4
reasonable [3] 36 17 38:5 40·4
reasons [2] 25:2 82·2
reassembly [1] 54:20
receive [1] 42:23
recess [7] 21·13 30·10 52.23.25 72 18 81.3.8
recommend [2] 25 6 26 9
reconvene [1] 81 6
record [8] 5 6 21 25 48 7 72 16 78 12 82 2 83 3 84 13
refer [2] 32·6 33:5
referring [2] 26 25.13
reflect [1] 29.19
regarding [1] 79·12
regards [5] 19 64 6 68:10 73.13
region [1] 26:21
relate [1] 39:25
relative [3] 73.2 84.16 84.17
relatively [2] 44:20 54·7
rely [1] 13:22
remeasured [1] 76:25
remember [7] 6·11 8:20 9:4 10 10,12 15:13 64.8 67:9 72:24
remiss [1] 53:6
remove [2] 23:22 28:2
removed [6] 19:22 75.3 75.4.6.17,19
removing [1] 75 5
render [2] 51:25 52 17
repair [2] 41 1 61.23
repairs [1] 63.13
repeated [2] 35 12.12
replaced [3] 19·3.4 39:12
report [3] 61 3 65 8 77·16
reported [2] 1.27 84·14
reporter [7] 1.28 47 3 78·2.9.9.23 84:12
Reporter's [2] 2:25 84.11
represent [2] 32:13.14
representation [1] 32 1
representing [1] 5.9
represents [1] 61 4
research [5] 7:25 8:6 58.7 59 10.10
reserve [3] 80:25 81·4,5
reserved [1] 80·4
resistance [1] 41 3
respect [1] 14 14
responses [1] 11.23 72.1
responsibility [1] 57 18

61:20
responsible [1] 42 10
rest [1] 54:2
restate [1] 38.10
resulting [1] 11 12
retainer [7] 16.3 18:12 18.14 21:15 23:11.12 76.12
retaining [2] 20·15.17
reticence [1] 12 22
review [2] 52 9 53 17
Rex [10] 1:21.24 2:22 5.1 5 7 82:1.25 83 1.6 84 12
Rice [3] 6 2 8 5.14
rich [1] 40:24
Richard [1] 22:4
richer [1] 55:23
right [59] 5.22 7:6.10 8.1 10:6 14.15 16:13 17:5 18.4.10 19:25 21:1 23:5.8 23 11 24:6.10 25 1 26.3 26:18 30 19.24 32·19.21 33 12 35.8.8.17.20 37:22 42:5,15 44:21 46.8 49.10 49:10,15 51:13 52:7 53·4 54:17 58:1.23 59·15 60:1 63:3.4 68 11.22 69:10,15 69:15 70:22 72:3.5 73·6 74:13 76:18 77:15
right-angled [1] 65:18
rim [1] 60:5
rise [2] 42:19 62:3
riser [2] 65:11.12
road [4] 2:15 51:9 57:2 58:14
Rodriguez [29] 1:8 2:8.9 2:23 5:4.8 21:11 22.8 22:20.24 23:20 46:20 53:2 53:5.8.13 55:3 63:11 72:17 74:2.7,11 78:18.21 78:25 80:24 81:12 84·5
ROERIG [1] 2:14
rollers [1] 23:18
rolling [1] 64.24
rollover [1] 55:1
rotate [1] 66 10
rotates [1] 35.10
rotations [3] 39:17.20 41.21
rough [3] 40:19 68:2.7
rougher [3] 67:13,15,23
routinely [1] 31·4
rubbing [1] 70·17
RUBEN [1] 9 84 5
RUIZ [2] 1:10 84 6
rule [8] 58:4.10 59·5.22 62·9,17 71,19.23
ruled [1] 62:11
rules [4] 1.31 7.3.7 37·16
run [1] 56:4.9 60·17
running [4] 56·2 57 2.2 57 3

rusting [1] 33:16

-S-

Saenz [1] 5.18
safety [1] 56:21
sake [1] 79:9
SALDANA [2] 1 11 84:6
Saturdays [1] 8:12
saw [4] 15:25 16:21 17:25 52:10
says [6] 61:16 76:12.15 76:18 77:1.7
scanning [9] 3:16.17,18 3·19.20.21.22 47:7 75 18
scenario [4] 45:10,21 57:20,25
school [1] 6.5
scientific [1] 74:22
scrap [1] 55:24
se [1] 12:17
seal [1] 16:3
seats [1] 72:8
second [2] 11:11,11 75:16
secondhand [1] 56:5
section [6] 28:5 43:21 44:8 45:9 56:8 65:18
see [42] 5:25 15:18,24 17:18 28:19,19 29:22,23 33:2,19 38:14 39:18.23 40:8 42:14,17,20,22 43:4 43:5,19 44:5 46:25 48:19 48:23 49:13.24 52:15 54:15 58:11,13,20,21 65:8 66.17 67:1 71:10 72:21 73:10 78:10 80:10
sell [2] 55:21,21
SEM [1] 47:7
semi-severe [1] 59:23
sense [4] 36:14,21 37:3 38:20
sent [1] 30:15
separated [2] 9:17.17
sequence [1] 70·16
series [2] 28:13 29:7
service [1] 56·16
set [1] 13:9
setting [1] 80:15
seven [2] 47:6.7
several [9] 8:21,23 36.8 36:16 37:24 39:14 72:3
severe [3] 55:2 60:2.4
shadow [1] 32:21
shaft [10] 43:24 45·14 49:23 50:5,10 65:23 66.13 66:23 67 1 68.10
shafts [2] 36:25 67·3
sharp [1] 65:18
sharply [1] 11:15
sheet [2] 31:17 82:1

Case 1:00-cv-00139   Document 50   Filed in TXSD on 06/05/2001   Page 47 of 75

Sheet/Signature [1]
2:24
shell [1] 48 19
shiny [2] 66 13 67 8
shoot [1] 76 3
shop [1] 20 2
short [1] 66 1
shorter [1] 9 14
shots [1] 29 7
shoulder [1] 65 18
show [10] 20 19 27 18.20
30:6 31 24 32 13 33:9
46 13 53 10 66:8
show-and-tell [1] 29:17
showing [3] 54 7 76 7.9
shown [2] 52 20 53 7
shows [15] 29:25 31:24
32:2 33:15 47:23 48:3.11
48:22 49:13.24 50:6.11
50:13 75:24 76:8
side [33] 12.14 13.1 16:7
16:9.12,15,19.24 17:4,5,8
18:19,20,23.24 27:16
28:21 62:24 67:9 70 1,3
74:25 75.3,4 76 13,14,15
77:2.2,5.6,8.9
sides [1] 18.15
SIGNATURE [1] 83 1
significance [1] 65 22
significant [13] 7:17
33.14.15 48:2.14 51 16
51:17 56:1.8 64:11,13
67:20.23
signs [1] 58 11
simply [1] 29:18
single [2] 30:5 65:5
sink [1] 24:21
sit [4] 15.23 16:21 25:19
25:22
sitting [1] 54 16
situation [1] 14 2
six [8] 19:5.11,14,16 47:6
58:25 63:15.17
sleeve [25] 16:2 18.13,14
20:8.12,15,17 21:15 23:4
23:7.22 24:14 26.16 27:2
45:6.7 69.11.16.17 70.10
70:20.21.24 71.5 72 12
sleeves [2] 67.8.21
slight [2] 33 16 51 6
slightly [1] 29 25
sloppy [5] 24 16 25 26 16
43 2 45 8
slowly [1] 28 17
small [6] 24 12 36 25
38 22 54 18 60.21 71 17
smooth [4] 28 21 68 7
70 1 72 25
society [2] 55 19.23
softened [1] 44 5
softening [1] 43 19
sold [1] 59 13

someone [1] 45.22
sometime [1] 19.4
sometimes [6] 18.12
32 6 33 5 36 13 67 4
73.17
somewhere [1] 69 16
soon [1] 6 25
sorry [11] 17 7.15 22 11
31 15 41 25 47.21.22
49:16 52 19 63 11 75 23
sort [1] 9:14
sought [1] 10 7
sounds [1] 25:3
source [3] 21:6 45:2
63:13
SOUTHERN [2] 1.2
84:1
spacer [2] 24:18 66.18
spacers [1] 67:7
span [1] 59:25
speak [1] 10:9
speculation [1] 39:10
spend [1] 7:24
spent [2] 58.6 62:12
spot [1] 45:17
spots [1] 50:22
stage [3] 11:15.17 51 23
staple [1] 74 9
start [12] 13:9 29 10 30:2
30.2 35.20 49:6 57:20
58:2 59:6 60:21 62:4
71:17
started [5] 32:15 35:25
36.1 43.13 57.23
starting [3] 35:17 59:22
starts [3] 32:20.24 36:22
state [5] 1:29 5:5 79.14
83:9.16
statement [1] 54:10
statements [1] 19:8
STATES [2] 1:1 84:1
stay [2] 16:18 44:3
stenograph [1] 84·14
stereomicroscope [1]
46:6
stereoscopic [14] 3·5.6
3:7.8.9.10.11.12.13.14.15
46.4.20.21
still [9] 6:2.12.16 7 21
49.5.13 52·11 70 25 71 3
Stingley [1] 84 22
stipulation [1] 81 3
Stipulations [1] 2 26
stored [1] 31 6
straight [1] 45 14
stress [4] 65 11.12.13 14
stresses [1] 61·24
striations [8] 39 24
49 13.17.24 50 11 76 4.5
76.9
strike [6] 34 5 35 18

36.15 39·9 57 19 62·20
stroke [1] 38 16
structure [3] 28.14 50 7
50 14
stub [3] 27 16 28 3 75 4
students [1] 7 25
study [5] 11 21 13 3.16
42:15 54 4
studying [1] 58:7
stuff [4] 51 10 53 14
80:12 81 10
stump [1] 65 1
styled [1] 1 26
subpoena [1] 30.14
SUBSCRIBED [1]
83·11
subsequent [1] 33:19
subsequently [1] 84 14
substantially [1] 60:12
such [4] 31:8 61:3 71:16
84:17
sudden [4] 34:14 50:15
64:18 65 17
suddenly [1] 50:16
sufficient [1] 34 14
suggested [1] 62 13
suggestion [1] 58 6
Suite [1] 2 15
Sundays [1] 8 13
supervision [1] 84 15
surface [46] 26:21 27·15
27:25 28 2,5.12.24 29 3,9
29.19 30:1 31 3.8 32 2,3
32 3.23 36.1.3,6.23.24.25
38:17 39.1,6,7.23 41 13
41:15,16.19 42:25 43 6
43.22 48 20,25 50 24
65:15 67·13 68:2.12 69·3
75:7.18 76.1
surfaces [1] 73:5
suspect [1] 43:5
sworn [3] 5:2 83:11 84·12

-T-

table [1] 12 8
takes [2] 53 15 80.11
taking [3] 20·8 26·16
80:8
tapes [1] 72 16
taught [1] 6 10
taxicab [1] 64 7
teach [1] 6 5
teaching [3] 7 21.24 8 5
tear [1] 54.12
technology [1] 55 6
tecum [1] 30 14
telling [3]–14 4 52 22
53 7
tells [2] 25 16 74 21
temperatures [1] 26 6

ten [1] 9:24
tending [1] 10 5
tenth [1] 11.11
term [2] 33 6 38 17
test [5] 43·7.9.14 60·9
61 1
testified [1] 5 2
testimony [2] 83 4 84.13
testing [8] 27·11 28.6
43·11.12 51.18,21,25 79:7
Texas [10] 1:2.29,31 2.6
2:11.16 83:9,16 84:1.23
Thank [1] 68.25
theoretical [1] 24:11
theoretically [1] 27 1
theory [3] 13:7.8 14.9
therefore [5] 13.2 17.13
42:22 73:25 78.11
thermal [1] 24:18
thermo [1] 6:11
thermodynamics [2]
6:13.14
they've [1] 5:16
thick [2] 52:4 69:1
thin [1] 75:5
thought [4] 25:7 33:18
37:11 75:13
thousands [1] 67.2
three [3] 9:9 47:6 65:20
three-quarters [1] 50.9
76:8
through [11] 30:25 32:16
36:10 46:6 47:17 52:24
76:8 78:13 79:3.20 80:22
throughout [1] 66:23
throw [2] 12:7 56:18
times [9] 19:17 47:19.24
48:11 62:20,22 63:22 67:4
77:13
timewise [1] 52:21
Timken [2] 77.8,10
tire [1] 59:24 60:4 79:22
tires [1] 79:24
today [6] 10:4 11:23
14:17 30:11 54:15 55.6
together [6] 36.10 38:1
39:2 74:9.19 78.23
Tony [5] 2·3.8 5:8 21·24
52.19
too [11] 5 22 8 23.24
32·11 48 7 50·20 56.20
75 13 77 20 78 15.17
took [16] 28 11.11.13 29 2
31·10.12 33.18 40 2 43·13
45 2.16 46 3.3 48 7 57·23
77 18
tool [1] 41 4
top [5] 9:11 32·21 45 19
76 11 77 7
torch [13] 20·12 24 5.13
24.15.16 26.12.15.19 43.3
45 3.7.16.22

torches [1] 25:5
total [1] 39:15
touched [1] 79:13
toughness [1] 41:2
toward [4] 29:24 49:11
69·6.17
towards [11] 43:15 68 17
68:18.21 69:20.23 70:5
70:10.20 71:3 76:6
tractors [1] 9:3
transcribed [1] 84:14
transcript [2] 2:26 83·2
transcription [1] 82·3
transfer [1] 27:3
transferred [1] 24·9
translate [1] 39:19
transmit [2] 27:7 60:5
tree [1] 65:1
trial [1] 81:8
trite [2] 17:22 25:3
trucks [1] 9:3
true [4] 58 24 60:23 83:3
84:13
try [4] 8:11 22:13 37:7
70:18
trying [8] 6:11 17:22 42:1
43:1 45:6 52:14 66:10
79:17
tube [4] 76:17,20 77:3,10
tumble [1] 40:19
turn [1] 53:14
turned [2] 69:22.24
two [18] 6:15 9:5 11:14
11:25 26:20 40:9,25 47:6
52:4 62:20 64:16 67:21
72:6.11 73:2 74:8.19
76:12
type [6] 11:2 40:15 49:14
51:24 57:25 79:16
typical [2] 50:6.11
typically [1] 34:12

-U-

U365L [1] 77:11
U399A [1] 77:9
ultimately [5] 25:9 38:2
38:7 39:15 41:20
unchanged [1] 75:17
uncommon [1] 36:9
under [7] 22:19 37:4
54:12 55:7 61:9 77:5
84 14
undergrad [1] 6:5
undersigned [1] 83:12
understand [9] 5:10 7:4
7 8.8.10.13 28:17 41·24
62.15
undoubtedly [1] 55 1
unexpected [4] 41 6.8
42.11 61:24
unfortunately [1] 39.22

UNITED [2] 1:1 84:1
unless [4] 35 16.19 54 23
  60 3
unsure [1] 10 20
unusual [1] 71.25
up [22] 7 16 21.22 22.23
  23:10 24:5 25:9.16 26:3.9
  26:11 27:2 29 23 34 1.1
  37:8 43 3 44 5 47 4 51 6
  51:12 53:22 66:11
upstairs [1] 21 7
USA [2] 76 16 77 9
used [2] 37 11 45 7
useful [1] 14 13
using [10] 19 19 22 20
  25.5.5 36 17 37 10.17
  38 5 40 3 44 4
usually [2] 36:24 65 19

-V-

van [4] 1 30 2:5.10 75 7
vary [1] 44 10
vector [1] 35.8
vehicle [28] 10 16 12:23
  14:16 15.25 19.7.20 35:10
  40:10 47:10 54:6 55 15
  56:15 58.7.13 59.12.19
  59:25 60.11.14 67:11
  68:21 69:9 70:7 71:25
  72:4 77:18.19 79:22
vehicles [6] 54:7 55:12
  55:17,24 56:2 79:25
videographer [4] 2:18
  23:3 27:24 72:15
VIDEOTAPED [2]
  1:20.24
view [1] 32 3
visible [2] 41 14.23
vital [1] 10:6
VS [2] 1 14 84.8

-W-

Wagon [1] 74 25
Wait [2] 68.23.23
wants [1] 53 11
watch [1] 64 2
watched [1] 64 9
wear [4] 48 21.21 54 12
  54 19
wedding [1] 18.12
weekend [3] 80:21.22.23
West [1] 2:15
whack [1] 41:8
wheel [29] 9 16 10 1.17
  11:10 16.12 18:24 20:7
  27 17 28.3 35 10 40 13
  42 5 54 25.25 57 15 60.10
  61 12 64 21 66:4.7 68 18
  69:4.7 70 5 75 2.3.4.5
  77 18
wheel-off [3] 9 9.20
  10 14

wheels [4] 56:19.23 79:8
  79:24
white [3] 48.24 50:20.23
whole [2] 29 6 51.8
wish [1] 73:3
within [4] 19:14.16 55.12
  61:22
without [9] 13:23 14:5
  18:17 24 1 25:5.20 41:19
  71:20 73 12
withstand [2] 40 15 42:4
witness [21] 1:25 21.9
  22:9.12.14.16.22 23 2
  46:24 47:5 52:19 74 5.8
  74.17.20 78 4.14.24 84 12
  84 13.18
word [4] 12 2 36 21 37 11
  40:12
words [10] 8.2 19:15
  22:24 37.9 44.24 52 11
  59:9 60:7 73:23.25
worked [1] 15.14
world [1] 40:19
wreck [3] 58:3.8.13
writing [1] 6:18
written [2] 6:18 77:5
wrong [6] 19:15.17 20:5
  24:5 40:14 76:24

-Y-

y'all [1] 78:12
year [5] 6:15 17:20 56:4
  75:8,10
years [12] 19:5.11,14,16
  34:13,24,25 35:23 40 25
  58:25 63.15,17
yet [4] 10 9 15.22 63.14
  68:5
yourself [3] 15.11 20 6
  63:25

-Z-

zone [2] 75.25 76:9

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LINDA COY, Individually          )(
and On Behalf of the             )(
Estate of HORTENSIA G.           )(
LOPEZ, Deceased; LUIS            )(
AYALA; ISELA RODRIGUEZ;          )(
LIBRADO AYALA, JR.; RUBEN        )(
RUIZ; AND MAURICIO               )(
SALDANA,                         )(
        Plaintiffs               )(  CIVIL ACTION NO. B-00-139
                                 )(
VS.                              )(
                                 )(
FORD MOTOR COMPANY and           )(
GABRIEL DELGADO,                 )(
        Defendants               )(

---

ORAL AND VIDEOTAPED DEPOSITION OF
REX B. McLELLAN, Ph.D.
JUNE 3, 2001

---

ORAL AND VIDEOTAPED DEPOSITION OF REX B.

McLELLAN, Ph.D., produced as a witness at the instance

of the DEFENDANT FORD MOTOR COMPANY, taken in the above

styled and numbered cause on JUNE 3, 2001, via

telephone, reported by CORINNA N. GARCIA, Certified

Court Reporter No. 5210, in and for the State of Texas,

at the offices of Rodriguez, Colvin & Chaney, L.L.P.,

1201 East Van Buren, Brownsville, Texas, pursuant to

the Federal Rules of Civil Procedure.

**2**

APPEARANCES

COUNSEL FOR PLAINTIFFS:

TONY MARTINEZ
MARTINEZ & BARRERA, L.L.P.
1201 East Van Buren
Brownsville, Texas  78520

COUNSEL FOR DEFENDANT FORD MOTOR COMPANY:

KATHLEEN CLARK
DAWSON & CLARK
2436 First National
Detroit, Michigan  48226

-and-

JAIME SAENZ
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas  78550

INDEX

|                                        | PAGE |
|----------------------------------------|------|
| Appearances ......................     | 2    |
| LARRY MAKOWSKI                          |      |
| Examination by Ms. Clark .............  | 3    |
| Errata Sheet/Signature Page ..........  | 64   |
| Reporter's Certificate ...............  | 65   |

Attached to the end of the transcript: Stipulations

EXHIBITS

| NUMBER  DESCRIPTION | PAGE IDEN. |
|---------------------|------------|
| (No exhibits marked) |           |

**EXHIBIT**
C

**BRYANT & STINGLEY, INC.**

---

**3**

1              REX B. McLELLAN, Ph.D.,
2    having been duly sworn, testified as follows:
3                      EXAMINATION
4    BY MS. CLARK:
5         Q.  Dr. McLellan, my name is Kathleen Clark.  I'm
6    one of the attorneys who's representing Ford at trial
7    here, and you and I haven't had a chance to meet.
8    We're doing this by telephone, so if you can't --
9         A.  I can't hear you.
10        Q.  You cannot?
11        A.  Well, I can hear you, but it's -- are you a
12   long way from the speakerphone or --
13        Q.  Let me move it a little closer.
14            MR. MARTINEZ:  You can move over there.
15        Q.  Can you hear me now?
16        A.  That's a lot better.
17        Q.  Okay.  Hold on just a second.  We're going to
18   reorganize here.
19            Okay.  Dr. McLellan, can you hear me now?
20        A.  Yeah, but it's -- it's -- it's not the best.
21   Can you hear me okay?
22        Q.  Yes, I can, and I think the court reporter can.
23   I'll kind of yell and see if it helps.  But if you
24   don't understand my question, because it's not clear or
25   because I didn't ask it well or the phone lines, please

---

**4**

1    let me know.  Will you do that?
2         A.  Yes.  Is there a mechanism on your telephone to
3    turn up the volume, perhaps?
4         Q.  We just tried that.
5         A.  Okay.  Well, you're okay now.
6         Q.  Okay.  Dr. McLellan, can you just list for me
7    everything you've done on this case between the time of
8    the last deposition and today?
9         A.  I'm sorry.  What did you say?
10        Q.  Would you please list for me everything you've
11   done on this case since your last deposition?
12        A.  Yes.  Let me look at the date of my last
13   deposition and make sure I have everything completely
14   right.
15            Yes, my deposition was on the 24th of
16   April.  And since that date, I have studied the Ford
17   production; I have proofread, corrected my deposition;
18   I have met with Mr. Martinez in Houston and traveled to
19   Stark Southwestern Laboratories and witnessed testing
20   that was performed by Mr. Varin and Mr. Makowski; and
21   then I have prepared a question list for Mr. Martinez
22   with regards to the depositions of Juan Herrera and
23   Larry Makowski; and then yesterday I studied the
24   depositions of Juan Herrera and Larry Makowski, plus
25   the exhibits to those depos; and then this morning I

**5**

14:15:48 1  reread much of that, and the entire file, as a matter
14:15:54 2  of fact; and then about half an hour ago I had a short
14:15:57 3  conversation with Mr. Martinez.
14:16:02 4      Q. Do you have anything else that you need or want
14:16:05 5  to do to give full and final opinions in this case?
14:16:11 6      A. There is. One thing I would like to do -- and
14:16:13 7  I tried to do this on Saturday -- is to obtain an
14:16:18 8  exemplar axle shaft. But, unfortunately, the parts
14:16:24 9  departments close at noon on Saturday. So it's going
14:16:31 10 to have to wait until tomorrow.
14:16:31 11     Q. And why do you want to do that?
14:16:32 12     A. Because I simply want to have a comparison
14:16:34 13 shaft to look at the surface quality and compare it
14:16:40 14 with the findings that were found on the 22nd of May.
14:16:47 15     Q. What, specifically, are you looking for on the
14:16:50 16 surface for comparison?
14:16:52 17     A. Just the surface quality in the areas that
14:16:55 18 would be beneath the retaining ring and the bearing.
14:17:01 19     Q. What is it that you see on the subject axle in
14:17:04 20 that area that you're looking for a point of comparison
14:17:08 21 on the exemplar?
14:17:10 22     A. I see some faint nonuniform circular markings.
14:17:19 23     Q. If I could interrupt you there, I didn't hear
14:17:22 24 the word right before "marking."
14:17:25 25     A. Circular.

**6**

14:17:25 1      Q. Circular. Thank you. And you would be looking
14:17:32 2  to see if those kind of markings appear on the
14:17:35 3  exemplar?
14:17:37 4      A. Well, to see if they appear, and, if not, what
14:17:41 5  else appears.
14:17:43 6      Q. What else would you expect to see?
14:17:45 7      A. I don't know without looking at it. Probably
14:17:48 8  not very much, but I would like to have a look to
14:17:52 9  convince myself.
14:17:58 10     Q. Oh, I'm sorry. You know what, the court
14:18:00 11 reporter just reminded me that you haven't been sworn
14:18:02 12 in. But I assume you'll take that retroactively when
14:18:06 13 she does that right now?
14:18:09 14     A. Of course.
        15          (Witness duly sworn)
14:18:23 16     Q. Thank you, Dr. McLellan. Do you agree,
14:18:26 17 Dr. McLellan, that someone has taken a welding torch or
14:18:33 18 applied some heat to this axle after the time Ford
14:18:36 19 manufactured and sold it?
14:18:36 20     A. No.
14:18:37 21     Q. Give me every basis of your opinion that it was
14:18:40 22 not heated or had a welding torch taken to it after the
14:18:46 23 fact.
14:18:46 24     A. It may have been heated. It may have been
14:18:49 25 improperly heat treated at the Ford plant. There is

**7**

14:18:59 1  some possibility that a welding torch was taken to it,
14:19:03 2  but we do not know the answer to these questions with
14:19:06 3  any degree of certainty at all.
14:19:10 4      Q. Can you exclude the fact -- can you exclude
14:19:14 5  whether someone took a welding torch to it,
14:19:17 6  Dr. McLellan?
14:19:21 7      A. I cannot exclude that, no.
14:19:23 8      Q. All right. Can you exclude that someone may
14:19:25 9  have applied some other form of heat to it after it
14:19:29 10 left Ford's control?
14:19:31 11     A. No.
14:19:33 12     Q. What basis do you have for saying it could have
14:19:36 13 been improperly heat treated when Ford was
14:19:41 14 manufacturing it?
14:19:45 15     A. Because if the heat treatment was incorrect,
14:19:49 16 then we could have improper induction heating and
14:19:54 17 cooling at the end of that shaft; and, frankly, I have
14:20:00 18 no means of knowing that. But, furthermore, logic
14:20:13 19 dictates to me that if a person had wished to
14:20:21 20 disassemble -- or remove is a better word -- the
14:20:26 21 retaining ring on that shaft, he would not simply try
14:20:34 22 and melt it off with a torch, as Mr. Makowski asserts.
14:20:41 23 I find that quite inconceivable that someone would
14:20:45 24 actually try and melt it off.
14:20:46 25          And if that happened, I think the damage

**8**

14:20:50 1  to the axle shaft would be patently obvious. If a
14:20:56 2  person had tried to heat the retaining ring with a
14:21:02 3  torch in order to allow thermal expansion to slacken
14:21:11 4  it, then I find it hard to see, although it is
14:21:14 5  possible, that he would then advertently touch the
14:21:20 6  axle, although cavities that Mr. Makowski talks about
14:21:23 7  as being consistent with the strike of a welding -- a
14:21:28 8  welding torch were principally covered by the retaining
14:21:34 9  ring, so that if you tried to heat the retaining ring,
14:21:39 10 you cannot touch the axle. And there's some other
14:21:47 11 secondary evidence that makes that theory somewhat --
14:21:55 12 let's not say somewhat, but implausible.
14:22:01 13     Q. And what are those other things?
14:22:03 14     A. Well, one thing is that is not consistent with,
14:22:07 15 I think, what is Ford's position on this, that a
14:22:11 16 mechanic did, in fact, interact with the axle shaft
14:22:19 17 directly with a torch, in that if this had happened and
14:22:25 18 we see cavities in the axle that may lead you to
14:22:32 19 believe that, then those cavities would represent the
14:22:36 20 maximum amount of heating to which the shaft has been
14:22:41 21 exposed, and, therefore, the maximum amount of
14:22:47 22 softening or decrease in tensile strength of the axle
14:22:52 23 material; and, furthermore, those cavities that are
14:22:56 24 coincident with a supposed strike of a torch represents
14:23:04 25 a large surface discontinuity.

**9**

14:23:07  1    So we would have, coincidentally, a
14:23:11  2  surface discontinuity of large proportion, the maximum
14:23:17  3  amount of softening in the material, and it would be,
14:23:21  4  undoubtedly, the origin of a fatigue crack. However,
14:23:28  5  the fatigue cracks in this case are in quite
14:23:32  6  distinctive distance from that point.
14:23:35  7    So even though I can't explain where those
14:23:40  8  cavities came from, it's difficult for me to understand
14:23:47  9  how, if softening and local surface problems caused the
14:23:55 10  fatigue because of a torch strike, why this wouldn't
14:24:03 11  coincide with the origin of the fatigue crack.
14:24:04 12    Q. Anything else, Dr. McLellan, on that point?
14:24:06 13    A. Let me think. I've done so much reading
14:24:12 14  lately, my brain is getting saturated.
14:24:15 15    Q. I understand. Take your time.
14:24:30 16    A. And I think it's probably true that the --
14:24:41 17  there was some softening at the end of that axle shaft,
14:24:45 18  and I don't think it's possible to deny this. But the
14:24:54 19  geometry of that softening is not at all clear. What I
14:24:59 20  mean by that is that the morphology of the softening
14:25:07 21  was followed by making hardness measurements, and the
14:25:13 22  hardness measurements are subject to a fairly large
14:25:13 23  degree of doubt as to their validity, especially the
14:25:29 24  last series, which I think are totally invalid.
14:25:29 25    So it's difficult for me at this stage to

**10**

14:25:34  1  relate the hardnesses with a causative mechanism for
14:25:40  2  the softening. Although, there was some softening. I
14:25:44  3  have little doubt about that.
14:25:47  4    Whether it came from the Ford plant in the
14:25:51  5  form of -- let's not say softening, but nonhardening,
14:25:57  6  or it came after the fact by some interference from a
14:26:04  7  mechanic, I think is up to speculation at this point.
14:26:09  8    Q. Dr. McLellan, do you agree that if the axle
14:26:13  9  shaft were properly heat treated and hardened in the
14:26:18 10  Ford plant and someone later took a torch to it, that
14:26:21 11  that would undo, so to speak, the hardening and soften
14:26:26 12  the steel?
14:26:27 13    A. It depends on the degree to which that was
14:26:30 14  done. If the torch was actually applied to the surface
14:26:36 15  of the metal so as to cause surface melting, I think it
14:26:41 16  undoubtedly would have caused softening, which would
14:26:44 17  have been deleterious. But if gentle heat had been
14:26:49 18  uniformly applied to the ring so that we could get some
14:26:54 19  thermal expansion, I doubt that that would have
14:26:56 20  seriously impacted the strength.
14:26:59 21    Q. Tell me every scientific basis you have for
14:27:03 22  saying that it would basically require a torch to be
14:27:06 23  applied directly to soften the heat-treated steel.
14:27:11 24    A. Because the shaft and the retaining ring are
14:27:16 25  relatively large masses of steel, what we would call a

**11**

14:27:21  1  heat sink in thermodynamics. And if you want this
14:27:29  2  heated severely enough by heating the retaining ring so
14:27:35  3  as to cause a problem in the shaft itself, you have to
14:27:38  4  heat it to a high temperature, which I can't specify,
14:27:46  5  because I've never -- you know, that's a very difficult
14:27:46  6  mathematical problem of thermal conductivity and things
14:27:53  7  of that nature.
14:27:54  8    But the axle shaft isn't that sensitive a
14:27:58  9  creature that a little increase in temperature over a
14:28:02 10  short time would seriously impact it. I know that's
14:28:06 11  not a quantitative answer, but it's the best I can do
14:28:10 12  under the circumstances.
14:28:12 13    Q. Dr. McLellan, do you know what type of steel
14:28:17 14  this is?
14:28:18 15    A. It's probably something like 41 -- it's
14:28:20 16  probably a high carbon -- medium to high carbon. And
14:28:23 17  what the alloy is, I don't know.
14:28:25 18    Q. You wouldn't be able to tell us what the SAE
14:28:29 19  number of steel is, would you, sir?
14:28:30 20    A. I probably would if I had gotten some legible
14:28:35 21  Ford documents on that steel. I was provided with some
14:28:38 22  documentation, but, unfortunately, most of them are
14:28:41 23  illegible. They are -- they look like steels that have
14:28:47 24  been -- I mean, documents that have been Xeroxed,
14:28:52 25  Xeroxed many, many times. And some of them you can

**12**

14:28:55  1  barely read anything on them. But it's probably a
14:28:58  2  medium to fairly high carbon steel with low alloy
14:29:03  3  content.
14:29:04  4    Q. Tell me how many times you have run any tests
14:29:07  5  with a welding torch in which you've applied a welding
14:29:10  6  torch directly or indirectly to the type of steel you
14:29:13  7  believe this axle shaft is made from.
14:29:17  8    A. I'm sorry. I missed the first piece of the
14:29:19  9  question.
14:29:20 10    Q. I'm sorry. I probably didn't word it very well
14:29:23 11  anyway. I'll try again.
14:29:25 12    Tell me every time that you personally
14:29:26 13  have taken a piece of steel of the type that you
14:29:29 14  believe this is made from and applied a welding torch
14:29:32 15  to it.
14:29:34 16    A. I don't think I've ever done that.
14:29:37 17    Q. Tell me every time you've taken a piece of
14:29:39 18  steel of the type you think this is and subjected it to
14:29:43 19  gentler heating, or heating of any type, to see what
14:29:46 20  would happen to it.
14:29:51 21    A. Many, many times.
14:29:52 22    Q. Okay.
14:29:53 23    A. The object wasn't to see what would happen to
14:29:56 24  it. It was to, in the course of experiment -- my field
14:30:00 25  is thermodynamics, and what we study is the effect of

**13**

14:30:05  1  temperature, amongst other things, on material.
14:30:09  2  Q. What's the highest temperature you have --
14:30:12  3  well, give me an example, since you said "many, many
14:30:15  4  times," if you would, Dr. McLellan, of some sort of an
14:30:18  5  experiment you were running where you were applying
14:30:23  6  gentle heat to a form of steel.
14:30:25  7  A. Well, every time I switch on my furnaces some
14:30:28  8  of the steel components get fired on, heated at very
14:30:35  9  high temperature.
14:30:35 10  Q. Well, let me be more specific with my question,
14:30:37 11  then. And I understand what you're saying, but I
14:30:40 12  probably didn't make my question clear. So let me try
14:30:45 13  again.
14:30:45 14          When have you, personally, ever taken a
14:30:47 15  piece of steel of this type, heat-treated, and by
14:30:55 16  experimentation tried to determine how much heat from a
14:31:00 17  welding torch or any other source it would take to mess
14:31:01 18  up the heat treatment?
14:31:03 19  A. I've never done an experiment like that.
14:31:06 20  Q. Have you ever read any scientific literature on
14:31:10 21  that?
14:31:11 22  A. To the best of my knowledge, literature like
14:31:15 23  that doesn't exist because the scientific literature
14:31:19 24  tries to be quantitative, and taking a welding torch
14:31:22 25  and heating something to see how it affects the heat

**14**

14:31:26  1  treatment is such a qualitative experiment, it depends
14:31:32  2  on the flame temperature, how far you are from the
14:31:35  3  material, the mass of the material, the time involved.
14:31:40  4  There is so many imponderables that I doubt that
14:31:44  5  anybody would think of doing an experiment like that.
14:31:48  6  Q. Have you made a search for such scientific
14:31:52  7  literature, sir?
14:31:53  8  A. No, because I'm convinced that nobody would
14:31:55  9  ever dream of doing it.
14:31:57 10  Q. Have you made any inquiry of any steel
14:31:59 11  manufacturers or any automotive manufacturers as to
14:32:03 12  whether they have conducted such studies?
14:32:06 13  A. Have I asked them?
14:32:07 14  Q. Well, or made any type of inquiry?
14:32:11 15  A. Pardon?
14:32:12 16  Q. Yes, sir, my question is -- let me separate the
14:32:15 17  questions. Have you made any inquiry of steel
14:32:18 18  manufacturers whether they have ever run such
         19  experiments?
14:32:21 20  A. No.
14:32:23 21  Q. Have you made any inquiry of automotive
14:32:25 22  manufacturers as to whether they have run such
14:32:28 23  experiments?
14:32:29 24  A. No.
14:32:29 25  Q. If you take a properly piece of -- this type of

**15**

14:32:34  1  steel, properly heat treated, and apply an acetylene
14:32:40  2  torch to it for one minute, how hot would it get?
14:32:44  3  A. I don't know without running an experiment.
14:32:47  4  Q. How hot is it possible to generate the flame on
14:32:51  5  an acetylene torch?
14:32:54  6  A. Again, it depends on the gas to air ratio. It
14:33:01  7  depends on the size of the flame. I mean, I have
14:33:04  8  absolutely no idea without doing some tests.
14:33:14  9  Q. All right. Have you ever done any studies of
14:33:16 10  the degree of heat that, say, acetylene torches can
14:33:24 11  generate, the maximum amount of heat?
14:33:27 12  A. I have not done that myself, but I think it's
14:33:34 13  possible in the literature to look at tables and not
14:33:40 14  degree of heat. The thing is the temperature. And I'm
14:33:44 15  sure that there are some tabulated information about
14:33:48 16  the temperature of the flame that you can generate with
14:33:54 17  an oxyacetylene welding torch.
14:33:57 18  Q. Have you looked at such literature to determine
14:34:00 19  what that would be, sir?
14:34:02 20  A. No.
14:34:02 21  Q. What is the melting point of the steel that
14:34:05 22  this axle is made of?
14:34:06 23  A. It's probably near to the melting point of pure
14:34:21 24  iron, but a little bit less. Something maybe about 40,
14:34:25 25  50 degrees Celsius.

**16**

14:34:28  1  Q. What would that be in Fahrenheit?
14:34:30  2  A. I have no idea. I would have to get my
14:34:32  3  computer and translate it for you.
14:34:35  4  Q. Would that take you very long?
14:34:37  5  A. Well, since it isn't here, it would take me
14:34:40  6  hours, yes. I'm sure you have something in the office
14:34:44  7  there that you can look at the table and translate from
14:34:46  8  Celsius to Farenheit.
14:34:46  9  Q. Okay. Well, I'm glad to hear that it's, at
14:34:49 10  least, complicated so I don't feel so dumb to not be
14:34:52 11  able to immediately convert it.
14:34:52 12  A. Well, see, nobody uses Fahrenheit anymore in
14:34:55 13  this modern age.
14:35:02 14  Q. I understand.
14:35:02 15  A. Well, the local weatherman does.
14:35:10 16  Q. Yeah, there you go.
14:35:10 17          Do you know whether or not the heat
14:35:11 18  treatment which Ford does on these axle shafts at the
14:35:16 19  plant melts the steel?
14:35:17 20  A. Do I know if it melts it?
14:35:19 21  Q. Yes, sir.
14:35:22 22  A. No, it does not, I'm sure.
14:35:24 23  Q. All right. Tell me every step in the heat --
14:35:24 24  well, actually, strike that.
14:35:26 25          Tell me your understanding, in as much

17

14:35:29 1   detail as you understand it, including the type of
14:35:32 2   tools and machinery that are used, of how this axle is
14:35:36 3   manufactured up through the heat treatment process.
14:35:38 4       A. Well, how they machine it, I have no idea. And
14:35:43 5   I gather that the axle is inductively heated and then
14:35:50 6   there is a rapid cooling system applied to it so that
14:35:58 7   there is a hardening, especially at the end where the
14:36:01 8   bearing is fixed. And so they produce a case of
14:36:07 9   essentially martensitic material -- it may not be
14:36:13 10  completely martensitic. It may be tempered. I don't
14:36:17 11  know. I have no knowledge of exactly how they do it.
14:36:21 12      Q. Let me just back up to the beginning of getting
14:36:23 13  the axle. If we start with steel, how do they make the
14:36:26 14  axle shaft itself?
14:36:27 15      A. I don't know. I'm sure it's a forging, but
14:36:32 16  exactly how they produce the forging, I really don't
14:36:35 17  know.
14:36:35 18      Q. Have you ever seen a heat-treatment machine for
14:36:38 19  axles?
14:36:39 20      A. No.
14:36:39 21      Q. Have you seen heat-treatment machines for other
14:36:43 22  automotive components?
14:36:49 23      A. I'm trying to think. I see lots of heat-
14:36:55 24  treatment systems. And I'm sure that many of them were
14:37:03 25  used for automotive components, but I have never

18

14:37:09 1   specifically seen automotive components being heat
14:37:15 2   treated.
14:37:15 3       Q. Okay. And the machine that Ford uses for heat
14:37:18 4   treatment of these axles, how many axles does it treat
14:37:22 5   at a time?
14:37:23 6       A. I would very much like to know the answer to
14:37:25 7   that. I don't know it.
14:37:26 8       Q. Do you know in heat treating it what the
14:37:31 9   machinery looks like?
14:37:33 10      A. No.
14:37:36 11      Q. Do you know whether the axles are hung upside
14:37:42 12  down or right side up, so to speak?
14:37:46 13      A. Well, I'm fairly convinced that there is a
14:37:50 14  vertical orientation, but whether it's, you know,
14:37:56 15  upside down or right side up, I have no idea.
14:37:59 16      Q. Do you know what the source of the heat is?
14:38:04 17      A. It's probably inductively heated.
14:38:08 18      Q. And do you know whether or not the water is
14:38:11 19  treated with anything?
14:38:13 20      A. I don't know, ma'am.
14:38:15 21      Q. Do you know how often these machines are
14:38:18 22  calibrated by Ford?
14:38:20 23      A. No. In order to -- I think we can shorten this
14:38:26 24  line of questioning, if you don't mind, by me telling
14:38:29 25  you that I have never visited the Ford plant and

19

14:38:32 1   specifically inspected their process for manufacturing
14:38:35 2   and heat treating axles.
14:38:37 3       Q. So anything that I'd ask you about if you know
14:38:41 4   whether they do this or that or how they do it in the
14:38:44 5   heat-treatment process, your answer would be "No"; is
14:38:48 6   that correct?
14:38:48 7       A. That's right.
14:38:48 8       Q. Have you seen heat-treatment process for other
14:38:54 9   automotive manufacturers for axles, just to clarify
14:38:56 10  that? I think you said "No," but I just wanted to make
14:38:59 11  sure that was clear.
14:39:01 12      A. Yeah, the answer is "No."
14:39:05 13      Q. Have you researched any literature to see
14:39:09 14  whether and how these machines might be able to
14:39:11 15  malfunction?
14:39:12 16      A. No.                    .
14:39:14 17      Q. Do you have any hypothesis for how the heat
14:39:21 18  treatment would have been done wrong in this one spot?
14:39:25 19      A. Well, it wouldn't have been done wrong at one
14:39:32 20  spot, because if any treatment were applied, it would
14:39:41 21  affect an entire segment of the axle, because if you
14:39:45 22  heat metals up to high temperature, you can't, you
14:39:52 23  know, in a normal heat treatment process, heat one
14:39:55 24  spot, because there's thermal diffusion, and the heat
14:39:59 25  is dissipated into the material.

20

14:40:04 1       Q. Were you finished with your answer?
14:40:06 2       A. Yes.
14:40:06 3       Q. Okay. Was this axle shaft heat treated?
14:40:10 4       A. Yes.
14:40:11 5       Q. Do any parts of the axle shaft conform to
14:40:18 6   Ford's manufacturing specifications in terms of
14:40:18 7   hardness?
14:40:19 8       A. I'm sorry. What was the beginning of this
14:40:22 9   question?
14:40:23 10      Q. Does any part of this axle shaft conform to
14:40:25 11  Ford's specifications for hardness after heat treating?
14:40:29 12      A. Yes, I believe it does.
14:40:33 13      Q. Which parts conform?
14:40:34 14      A. The part that extends from the spline section
14:40:43 15  toward the bearing end. A great deal of that length
14:40:49 16  had hardness in which, on average, comport with what
14:40:55 17  Mr. Makowski has stipulated for hardnesses, mainly
14:40:59 18  between about 50 and 62 Rockwell C.
14:41:02 19      Q. Earlier you mentioned you had some criticisms
14:41:05 20  of the hardness readings. I'll come to that in a
14:41:08 21  moment, but right now my question is, regardless of
14:41:11 22  what your criticisms are, do you agree that that
14:41:13 23  portion of the axle you just described, sort of from
14:41:16 24  the splines toward the bearings, is properly heat
14:41:21 25  treated and hardened?

**21**

14:41:22  1    A. Yes.

14:41:23  2    Q. And by mentioning softening earlier, I gather

14:41:28  3  that you feel that there is a section of this axle in

14:41:32  4  the area of the fracture that is not at this point in

14:41:34  5  time of the hardness that would meet Ford

14:41:38  6  specifications; is that correct?

14:41:41  7    A. That is correct. But we have to make the

14:41:47  8  comment or the qualification, if you like, that even

14:41:52  9  though I believe the hardness is to be lower than Ford

14:41:58 10  specs, the uniformity of that softening is very much

14:42:03 11  open to question.

14:42:06 12    Q. Have you taken any hardness readings?

14:42:10 13    A. No, only -- I was only present at the ones that

14:42:15 14  were made at the Stark Laboratories. These are the

14:42:20 15  only essentially destructive experiments that have ever

14:42:31 16  been made. Except, of course, for removing the

14:42:37 17  retaining rings.

14:42:38 18    Q. I understand. Dr. McLellan, do you believe

14:42:44 19  that the softness in the area of the -- the softness of

14:42:48 20  the metal in the area of the fracture contributed to

14:42:51 21  this fatigue fracture?

14:42:54 22    A. It may very well have done, yes.

14:43:01 23    Q. And what is your opinion as to what caused the

14:43:04 24  softness?

14:43:06 25    A. I don't know. It was either caused in the Ford

**22**

14:43:12  1  plant because of improper heat treatment, or it was

14:43:16  2  created after the original manufacture of the axle

14:43:22  3  shaft, presumably by some other agency, a mechanic or

14:43:29  4  the Ford maintenance shop. I really don't know.

14:43:41  5    Q. Now, you said that it is difficult to know

14:43:43  6  whether or not the softness is uniform. Could you

14:43:49  7  describe for me your understanding of the areas or

14:43:50  8  spots that are soft?

14:43:52  9    A. Well, let me get my notes out. This is all in

14:43:57 10  front of me, but it's a big file. So bear with me.

14:44:01 11    Q. Sure.

14:44:02 12    A. Yes. Okay. Measurements would have started

14:44:09 13  very close to the spline, and then they were made

14:44:13 14  longitudinally along the axle shaft toward the

14:44:18 15  shoulder, and then on to the cylindrical portion where

14:44:25 16  the retaining ring and the bearings sit. And from the

14:44:34 17  axle shaft splines almost right up to that shoulder,

14:44:42 18  the readings were fairly consistent. They started out

14:44:52 19  in Rockwell -- excuse me, Rockwell C from 52, nearly

14:45:00 20  54, 56, 58, 58, then dropped somewhat to 54, and

14:45:11 21  basically increased again to 58. So all of those are,

14:45:17 22  I think, consistent, and I don't think I have any

14:45:22 23  problems with those measurements, except in this case

14:45:25 24  the technician -- the first test block that he used to

14:45:31 25  calibrate the machine did not work. But then he used a

**23**

14:45:37  1  different block, and it seems to be okay. So I do not

14:45:42  2  have a problems with those.

14:45:43  3      Then measurements were taken at the very

14:45:45  4  end, in other words, from the shoulder almost to the

14:45:49  5  fracture surface, and we got measurements that showed a

14:46:02  6  great deal of differences as we move from the shoulder

14:46:09  7  to the end. But they did, in general, show a fairly

14:46:14  8  high degree of softening. So I don't contest the fact

14:46:23  9  that there is some softening.

14:46:25 10      The problem occurred when we tried to go

14:46:28 11  circumferentially around this area that's close to the

14:46:37 12  fractured surface, and measurements of 30-degree

14:46:44 13  intervals were taken from a fiducial line. The

14:46:49 14  measurements read 17.6, 49.2, 16.8, and at this point

14:46:57 15  it was agreed, I think, by everyone, that these are

14:47:02 16  invalid. And then we moved to a new machine and

14:47:10 17  reperformed the same experiment, and then going round

14:47:14 18  in 30-degree intervals readings were slightly

14:47:21 19  different, starting from 29.5. The next reading was

14:47:27 20  all the way up to 45.5, and then back down to 39, and

14:47:31 21  so forth until, finally, we came to a reading of only

14:47:37 22  16 Rockwell C, which Mr. Makowski said, "Well, this is

14:47:45 23  not valid, so we'll translate back a little bit, keep

14:47:48 24  the same angle, and it shot up to 27.

14:47:53 25      So there is a lot of scatter in there, but

**24**

14:47:57  1  I'm not sure how valid the measurements are. And then,

14:48:05  2  finally, the smaller portion was placed on an anvil so

14:48:09  3  that measurements could be taken -- and by "the small

14:48:20  4  piece," I mean the piece that contains the actual

14:48:27  5  fractured surface that was cut off originally by --

14:48:30  6  well, not by me, but by a machine shop, that was

14:48:31  7  originally covered by the bearing. And this sample was

14:48:34  8  supported on an anvil, and several measurements were

14:48:41  9  made quite near the surface. Two -- in fact, two were

14:48:45 10  made, one of 12 and one of 13. And these are clearly

14:48:50 11  invalid because the -- you could actually see light

14:48:55 12  between the bottom of the sample and the anvil for much

14:49:00 13  of the contact surface or noncontact surface, I guess

14:49:05 14  is the best way to put it. And this was

14:49:08 15  photographically recorded, and these measurements are

14:49:11 16  clearly invalid.

14:49:12 17      So to summarize this very long answer,

14:49:15 18  I'll say that, yes, there is evidence of softening at

14:49:23 19  the end of the axle shaft opposite the spline. This

14:49:31 20  evidence is somewhat shaky because of machine problems.

14:49:40 21  So whether it's uniformly soft as we go round

14:49:49 22  circumferentially or not, at this point I think it's

14:49:55 23  open to speculation. We just don't know. I hope I

14:49:59 24  haven't overdone that answer.

14:49:59 25    Q. And I appreciate the detail, Dr. McLellan.

25

14:50:02  1    A. But that's what my feelings are.
14:50:04  2    Q. Thank you. I appreciate the detail. It saved
14:50:06  3  me to ask a whole lot of other questions. What
14:50:11  4  significance is it, if you had valid measurements and
14:50:15  5  they're uniform and soft versus nonuniform and soft?
14:50:21  6    A. Because I would speculate -- and, again, I have
14:50:24  7  no certain knowledge of this. But I think had a
14:50:33  8  mechanic -- let's say that, for want of a better
14:50:37  9  word -- some mechanical repair person put a torch to
14:50:42 10  that, the probability that he would have uniformly
14:50:47 11  heated it would be fairly small, and, therefore, you
14:50:50 12  would get variations of hardness along the periphery,
14:50:56 13  where if in the Ford manufacturing process a problem
14:51:01 14  had occurred, then we may have gotten less than optimum
14:51:10 15  hardnesses, but I feel it would have probably been
14:51:12 16  uniform around the periphery.
14:51:15 17    Q. So if one assumed that these circumferential
14:51:18 18  readings were valid, contrary to your opinion, the fact
14:51:23 19  that they are varied and scattered would tend to point
14:51:26 20  toward someone having taken a torch to that area; is
14:51:31 21  that correct?
14:51:32 22    A. I think that tendency would be true.
14:51:37 23    Q. Now, at your first deposition, Dr. McLellan,
14:51:41 24  you said you had not yet determined whether there was a
14:51:45 25  design or a manufacturing defect in the axle shaft, if

26

14:51:50  1  I recall correctly from reading it?
14:51:53  2    A. Yes.
14:51:53  3    Q. At this point in time have you made a
14:51:54  4  determination as to whether this axle shaft has a
14:51:57  5  design defect or a manufacturing defect, or both?
14:52:00  6    A. Well --
14:52:01  7    Q. Or none?
14:52:02  8    A. Okay. I'm not addressing the design problems
14:52:07  9  because I'm not an automotive engineer, a mechanical
14:52:12 10  engineer. I do know that the parts that were used to
14:52:17 11  some extent were not Ford original parts. But
14:52:21 12  according to Mr. Makowski, who has been in the force
14:52:27 13  for 30 years, all of them are approved. Whatever
14:52:31 14  problem occurred, it wasn't because of the choice of
14:52:39 15  parts. But the second part of your question -- I'm
14:52:40 16  sorry. What was the second part?
14:52:43 17    Q. Well, I wanted to know have you made -- do you
14:52:45 18  have an opinion -- let me break it down. I apologize.
14:52:48 19        First of all, I gathered from your last
14:52:51 20  answer that you do not have an opinion that this axle
14:52:53 21  shaft or axle assembly has a design defect that caused
14:52:58 22  this fracture; is that correct?
14:52:59 23    A. That's correct. But, frankly, I don't think it
14:53:03 24  did.
14:53:04 25    Q. All right. Then do you have an opinion as to

27

14:53:05  1  whether or not this axle shaft or something in the axle
14:53:08  2  assembly suffered from a manufacturing defect that
14:53:11  3  caused this fracture?
14:53:13  4    A. I don't know the answer to that because I think
14:53:14  5  it's -- it is too soft in the area, but, again, I
14:53:21  6  repeat, we really don't know who's responsible for that
14:53:25  7  softening.
14:53:28  8    Q. All right. Do you have an opinion as to any
14:53:30  9  other classification of defect that you might consider
14:53:33 10  there to be other than design versus manufacturing?
14:53:38 11    A. Well, it occurs to me that it's -- it's
14:53:49 12  probably well known to Ford -- I'm sure it is well
.4:53:51 13  known to Ford -- that bearings do freeze up and have
.4:53:57 14  problems and wear out, and it's clear that mechanics in
14:54:07 15  the field or at Ford repair shops will at some point
14:54:10 16  have to remove the retaining ring. And I think if they
14:54:19 17  follow the Ford procedure, which I saw Mr. Makowski do
14:54:24 18  very expertly on the 22nd of May, I think it's a fine
14:54:29 19  way of doing it, although, it may lead to problems if
.4:54:36 20  someone actually drills a hole too deeply or have a
14:54:44 21  chisel strike that causes some impact on the axle
14:54:47 22  shaft. You could have a problem doing that.
.4:54:49 23        But it also occurs to me that, yes,
:4:54:52 24  somebody might want to do it by applying heat. And I
14:55:02 25  think it wouldn't be too much of a problem for Ford to

28

14:55:05  1  put a warning on that ring, "Do not heat," something of
14:55:10  2  that nature, so that a mechanic who might be tempted to
14:55:15  3  do that would realize it wasn't a good idea and not do
14:55:20  4  it.
14:55:20  5    Q. Do you know from your experience whether or
14:55:23  6  not, even if there were a warning imprinted on there,
14:55:27  7  whether it would be covered by dirt and oil?
14:55:30  8    A. I'm sorry. I didn't hear the last part.
14:55:31  9    Q. Do you know whether, given the location of
14:55:33 10  those parts, that anything that might be printed on
14:55:35 11  them, whether or not it would get covered with dirt and
14:55:40 12  oil or lubrication material?
14:55:43 13    A. Yes, I'm sure those parts would be dirty and
14:55:46 14  oily, but I think that problem is automatically taken
14:55:49 15  care of, because nobody, I think, in his or her right
14:55:58 16  mind would apply a torch to a metal surface covered in
.4:56:02 17  grease, because then you would get, you know, a lot of
14:56:08 18  combustion of the grease and oil and problems.
.4:56:12 19        I think you would clean up the surface
.4:56:17 20  with a rag so that you have relatively clean metal
14:56:21 21  before applying the torch to it. So I think if you had
14:56:27 22  embossed a warning in the surface of that retaining
:4:56:30 23  ring, I think you could be pretty sure that a mechanic
:4:56:36 24  would see it.
14:56:37 25    Q. How many warnings are on components in a

Case 1:00-cv-00139  Document 50  Filed in TXSD on 06/05/2001  Page 56 of 75

---

**29**

```
14:56:40  1   vehicle like the Econoline van?
14:56:45  2       A. How many warnings are on components?
14:56:49  3       Q. Yes, sir.
14:56:49  4       A. I mean, in a general sense?
14:56:52  5       Q. No, I'm asking you -- well, let me back up.
14:56:55  6   Strike that.
14:56:57  7            Do you know how many components are on an
14:56:59  8   Econoline van?
14:57:01  9       A. You mean total components in the whole vehicle?
14:57:04 10       Q. Yes, sir.
14:57:05 11       A. Probably several thousand.
14:57:07 12       Q. Do you know how many components are in the axle
14:57:10 13   assembly?
14:57:14 14       A. No, I don't, but there's probably a very large
14:57:17 15   number. Maybe -- you know, maybe 50, or something like
14:57:22 16   that. Just a guess. I really don't know.
14:57:26 17       Q. And of the thousands of parts that are -- that
14:57:29 18   comprise an Econoline van, how many of them have
14:57:34 19   warnings imprinted on them?
14:57:36 20       A. I have no idea.
14:57:37 21       Q. How many other things can go wrong when a
14:57:39 22   mechanic -- let me strike that and ask it again.
14:57:43 23            How many other things are there on a
14:57:44 24   vehicle that a mechanic can do wrong and cause some
14:57:49 25   damage if he doesn't follow the instructions in the
```

---

**30**

```
14:57:52  1   service manual?
14:57:53  2       A. Probably a great deal.
14:57:55  3       Q. Should all of those components where he can --
14:57:58  4   a mechanic can do something wrong have something
14:58:00  5   imprinted on them?
14:58:02  6       A. Well, I think that's an impossible question to
14:58:09  7   answer because when you say "do something wrong,"
14:58:09  8   that's a very broad statement, and that encompasses a
14:58:16  9   whole spectrum of things that could go wrong. And I
14:58:20 10   just don't think it's possible to answer that question
14:58:23 11   in a general sense.
14:58:25 12       Q. That's fair. Let me ask the question in a
14:58:27 13   different way.
14:58:28 14       A. Well --
14:58:29 15       Q. Well, you can go ahead. If you had more to
14:58:33 16   your answer, go ahead.
14:58:35 17       A. I'll start by saying, I think, where there are
14:58:39 18   things that are fairly obvious -- and I know it's easy
14:58:45 19   to say that in hindsight -- that it behooves Ford to
14:58:50 20   use a warning label.
14:58:53 21            But Ford has no control over people who
14:58:57 22   are really stupid. And I'm sure there's a whole gamut
14:59:03 23   of things that mechanics can possibly do which would be
14:59:07 24   injurious to parts of the car, and they can't control
14:59:11 25   that. But I think maybe they should make an effort to
```

---

**31**

```
14:59:16  1   cover with warning labels things that are simple and
14:59:20  2   foreseeable.
14:59:21  3       Q. But you don't know how many things that would
14:59:24  4   be in a vehicle, do you, sir?
14:59:27  5       A. No, I don't.
14:59:28  6       Q. Have you ever worked in an automotive repair
14:59:32  7   shop?
14:59:32  8       A. No, I haven't.
14:59:33  9       Q. Have you ever done any automotive mechanical
14:59:36 10   work?
14:59:38 11       A. Not in any professional capacity at all. I
14:59:41 12   have done home repairs to my vehicles and motorcycles,
14:59:46 13   but I've never professionally done that.
14:59:49 14       Q. Can you give me an idea of the level of
14:59:51 15   personal repair work you've been able to do? By that I
14:59:54 16   mean, you know, is it just like changing the oil versus
14:59:58 17   changing out major parts?
15:00:01 18       A. I have changed out -- I have packed wheel
15:00:07 19   bearings. I have, at least for motorcycles, two or
15:00:12 20   three times disassembled the whole engine and clutch.
15:00:17 21   And once I did a gear box and put it back together
15:00:21 22   again. But, I'm -- you know, I'm not putting myself
15:00:26 23   forward as an expert automotive mechanic. I certainly
15:00:30 24   am not. But I've done fairly major jobs on engines by
15:00:39 25   following the maker's handbook or using my own
```

---

**32**

```
15:00:42  1   intelligence, and it seemed to work out fine.
15:00:44  2       Q. You said that you did use a service manual on a
15:00:48  3   number of occasions?
15:00:50  4       A. On at least one, I definitely went and bought a
15:00:55  5   service manual and used it.
15:00:56  6       Q. Do you think it's unreasonable for Ford to
15:00:59  7   expect that someone who is going to undertake a major
15:01:04  8   mechanical repair job, like removing an axle, would
15:01:09  9   look at a service manual and look and see what they're
15:01:15 10   supposed to do to do it right?
15:01:15 11       A. I think a reasonable and prudent person would
15:01:20 12   do that.
15:01:20 13       Q. Do you know whether there are service manuals
15:01:24 14   that are not made by the manufacturer but are just
15:01:28 15   generally available to the public out there that
15:01:30 16   mechanics can look at if they don't want to look at the
15:01:35 17   Ford manual?
15:01:35 18       A. I suspect that that's true, but I have no
15:01:38 19   personal knowledge of it.
15:01:39 20       Q. Have you ever studied the service manuals of
15:01:43 21   one manufacturer versus another with regard to the
15:01:46 22   adequacy of their instructions on changing bearings?
15:01:51 23       A. No, I haven't.
15:01:54 24       Q. By the way, do you know whether or not this
15:01:56 25   axle can be purchased with the bearings already pressed
```

---

---

**33**

15:02:01  1    on it?
15:02:01  2         A.  I don't know that.
15:02:03  3         Do you mind if I have like a 10-second
15:02:07  4    break, because my ear is aching?
15:02:09  5         MS. CLARK:  Why don't we just take a
15:02:10  6    couple of minutes.
          7         (Brief recess)
15:03:46  8         Q.  Dr. McLellan, I know that it's tedious with a
15:03:47  9    phone deposition.  The court reporter is asking if you
15:03:50 10    can try and yell in your phone a little louder.
15:03:52 11         A.  If I can what?
15:03:54 12         Q.  Yell a little louder.
15:03:55 13         A.  Yes.
15:03:57 14         Q.  Thank you.  Dr. McLellan, tell me everything
15:04:00 15    you know about the history of this axle shaft from its
15:04:05 16    manufacture and sale forward to the date of the
15:04:08 17    accident.
15:04:08 18         A.  What I learned is the following, that the
15:04:11 19    vehicle is a '79 model vehicle, but the axle unit is an
15:04:25 20    '81 or '2, '81 year.  So the date of the vehicle and
15:04:35 21    the axle assembly do not coincide.  And I think that
15:04:46 22    Mr. Makowski could translate the markings on the Timken
15:04:52 23    bearing, which was on the passenger side, where the
15:04:56 24    fracture occurred, and I think he said it was
15:04:59 25    manufactured in '83, which means it was installed in

---

**34**

15:05:04  1    '83 or at some late stage.  And I also know that in the
15:05:14  2    six years prior to the accident, no axle repairs were
15:05:20  3    made on that vehicle.  And that's all I know at this
15:05:26  4    point.
15:05:28  5         Q.  All right.  I'm going to restrict my questions
15:05:31  6    to the axle shaft for the purpose of the next few
15:05:34  7    questions.  Do you know what vehicles that axle shaft
15:05:38  8    can be used in?
15:05:41  9         A.  You mean different Ford products that the same
15:05:44 10    axle shaft will fit?
15:05:47 11         Q.  Yes, sir.
15:05:47 12         A.  I don't know.
15:05:49 13         Q.  Do you know whether that axle shaft was sold as
15:05:52 14    a replacement part or as an original part on some Ford
15:05:57 15    vehicle?
15:05:58 16         A.  I don't know, ma'am.
15:05:58 17         Q.  Do you know why that axle shaft was removed
15:06:03 18    from whatever vehicle it was in, if it was in one?
15:06:07 19         A.  You say "released"?
15:06:09 20         Q.  Removed.
15:06:10 21         A.  Oh, removed.  I don't know whether the entire
15:06:27 22    axle was removed and placed in the accident vehicle or
15:06:36 23    just the axle shaft.  I have no knowledge of that.
15:06:40 24         Q.  Yes, sir, and the bottom line is, in terms of
15:06:42 25    what could have happened to that axle shaft prior to

---

**35**

15:06:46  1    this accident, you don't have any information at all.
15:06:49  2    It could have been in another vehicle that was in a
15:06:52  3    really bad accident, or it could have been sitting in a
15:06:55  4    box.  You just don't have any way of knowing; is that
15:06:58  5    correct?
15:06:58  6         A.  I -- that is correct, although I did not see
15:07:02  7    any signs of bending or cracking, which would have
15:07:13  8    initiated a fatigue crack that could have been a result
15:07:17  9    of a severe accident.
15:07:21 10         Q.  When a vehicle is in a severe accident, is it
15:07:25 11    possible for the axle to sustain a small flaw from
15:07:30 12    impact that could later develop into a fatigue
15:07:34 13    fracture?
15:07:35 14         A.  Yes, that's possible, but I think --
15:07:39 15         Q.  Can you absolutely rule that out here?
15:07:42 16         A.  I'm sorry?
15:07:43 17         Q.  Can you absolutely rule out that possibility
15:07:45 18    here?
15:07:49 19         A.  I think so, because small accidents, impacts
15:07:54 20    with curbs and so forth, occur so regularly that if
15:07:57 21    automobile makers made axles that could be -- could
15:08:02 22    initiate fatigue cracks by that kind of a problem, we'd
15:08:06 23    have wheels falling off all the time.  I mean, that
15:08:10 24    just doesn't happen.
15:08:13 25         Q.  I'm sorry, Dr. McLellan.  My question wasn't

---

**36**

15:08:17  1    clear.  My question is can you absolutely rule out that
15:08:20  2    this axle was previously in a very bad accident?
15:08:23  3         A.  Yes, I think so.
15:08:25  4         Q.  And tell me all the bases that you rule it out
15:08:28  5    upon.  All your bases for that opinion that you can
15:08:30  6    rule it out.
15:08:32  7         A.  Yes, let me be rather more careful.  Perhaps I
15:08:35  8    spoke too quickly.  It may have been in a vehicle which
15:08:39  9    was involved in an accident.  But I see no signs that
15:08:43 10    that accident damaged the axle shaft in question.
15:08:50 11    Vehicles can have severe accidents, say, a frontal
15:08:54 12    collision, and the rear axle can be unscathed.  I can't
15:08:59 13    rule out that possibility.
15:09:00 14         Q.  This is where I'm having a little bit of a hard
15:09:04 15    time following you, Dr. McLellan.  If you bear with me,
15:09:07 16    these questions are a little bit awkward, but I'm just
15:09:10 17    trying to understand what you're saying.  If I might
15:09:14 18    just back up a minute.
15:09:14 19         A.  Yes, of course.
15:09:15 20         Q.  Can an axle shaft get a very tiny, near
15:09:19 21    microscopic flaw in it that could later lead to a
15:09:23 22    fatigue fracture?
15:09:25 23         A.  The answer is yes.
15:09:26 24         Q.  Can --
15:09:26 25         A.  Well, let me finish.  This is a very important

---

**37**

15:09:32  1    point you raised.

15:09:32  2        Q. Okay. I'm sorry. Go ahead. Please do.

15:09:32  3        A. Yes. All shafts -- and I really mean all --

15:09:38  4    contain microscopic flaws, okay? And if the shaft is

15:09:45  5    engineered properly for the service intended, these

15:09:51  6    microscopic flaws will never in, you know, 500,000

15:09:59  7    miles of use, develop into fatigue cracks.

15:10:08  8        But fatigue cracks can occur in shafts

15:10:13  9    that have no discernible external flaws. I mean

15:10:20 10    discernible, except if you look in a high-powered

15:10:25 11    microscope. But when a fatigue crack occurs, it will

15:10:30 12    initiate at some microscopic flaw inevitably. But that

15:10:36 13    does not mean that what we might call a flaw is a

15:10:41 14    defect in the shaft. In fact, fatigue tests are run on

15:10:48 15    samples which are polished to a high degree of

15:10:51 16    perfection, and the machine is run until a fatigue

15:10:57 17    crack occurs.

15:10:59 18        So the answer is, yes, it will occur at a

15:11:01 19    flaw, but that flaw need not be a flaw in the sense of

15:11:05 20    an engineering term where we have some, what we might

15:11:10 21    call, culpability or material defect or manufacturing

15:11:15 22    defect.

15:11:16 23        Q. I understand. Can a small flaw that could lead

15:11:21 24    to a fatigue fracture happen in a very bad accident?

15:11:32 25        A. It's possible for that to happen, yes.

**38**

15:11:34  1        Q. Can a small flaw like that happen in a very bad

15:11:37  2    accident and later, after the fracture occurs, you not

15:11:40  3    be able to determine that?

15:11:43  4        A. That is also possible, yes.

15:11:46  5        Q. All right. What is your opinion of the cause

15:11:49  6    of this fatigue fracture?

15:11:52  7        A. The causation was that the end of the axle at

15:12:03  8    the point where the bearing was located was too soft

15:12:10  9    and its tensile strength was too small and, in the

15:12:18 10    process of being cyclically placed or cyclically loaded

15:12:26 11    for millions of cycles, it developed a fatigue crack

15:12:31 12    because the resistance to fatigue crack formation

15:12:35 13    decreases as the hardness and strength decreases.

15:12:41 14        Q. What was the flaw that -- was there a flaw in

15:12:45 15    the outside surface that allowed the fatigue crack to

15:12:47 16    initiate?

15:12:49 17        A. There were many flaws, probably thousands of

15:12:53 18    small flaws in the outside surface, but I think -- and

15:13:00 19    this is normal. Even if it looks like a good, polished

15:13:04 20    axle, there are many flaws in it. And this fatigue

15:13:08 21    crack would not have occurred had it not been for the

15:13:12 22    softening of the material.

15:13:17 23        Q. All right. The -- earlier you talked about the

15:13:21 24    cavity that Mr. Makowski pointed to, which he believes

15:13:27 25    is evidence of melting.

**39**

15:13:27  1        A. Yes.

15:13:27  2        Q. And I believe that -- let's make sure and see

15:13:30  3    if we're talking about the same thing. There is a --

15:13:34  4    he pointed to a cavity that sort of straddles the

15:13:38  5    fracture, if you will. Part of it is on one piece and

15:13:41  6    parts on the other. Is that what you're referring to?

15:13:44  7        A. Actually, yes.

15:13:45  8        Q. All right. And what do you think caused that

15:13:46  9    cavity?

15:13:47 10        A. I don't know.

15:13:48 11        Q. Did you hear Mr. Makowski also pointed to

15:13:53 12    another area that's sort of a longish mark? I think he

15:13:58 13    referred to it as sort of another melted area nearby.

15:14:02 14        A. The area. But whether these are, in fact,

15:14:05 15    melted areas is very much open to question, although

15:14:08 16    that question can specifically be answered by doing

15:14:13 17    some further testing.

15:14:15 18        Q. What would that testing be, sir?

15:14:18 19        A. You would have to do what's known as

15:14:20 20    metallography. You would have to cut through the

15:14:23 21    cavity and polish it and etch it and look at the --

15:14:28 22    what's known as the microstructure of the metal. And

15:14:32 23    if the metal has actually been melted and then freezes,

15:14:38 24    it has a structure which is quite different from what

15:14:42 25    you would expect in a uniformly heat-treated part.

**40**

15:14:46  1        Q. Wouldn't that test be useful to you in forming

15:14:49  2    your opinions?

15:14:50  3        A. Well, it was Ford that brought up the very

15:14:54  4    problem of possible melting. So I would think it would

15:14:59  5    be incumbent upon Ford to do that type of testing.

15:15:02  6        Q. If I'm understanding your opinions correctly,

15:15:04  7    you really don't care whether that's melting or not,

15:15:08  8    because you agree that the part -- the steel was

15:15:11  9    softened in the area of the fracture?

15:15:12 10        A. It was softened, but I do care if it's melting.

15:15:17 11        Q. Okay. Why do you care?

15:15:17 12        A. I think if it were melting that would leave --

15:15:22 13    lead more credence to the proposition that a mechanic

15:15:28 14    or repair person had actually done that with a torch.

15:15:31 15    And I don't think there is any evidence that that

15:15:33 16    happened.

15:15:34 17        Q. All right. If we did this -- if Ford did this

15:15:38 18    metallography, or somebody did, to see if that was

15:15:41 19    melting, what would we find if it is, indeed, melting?

15:15:45 20        A. Well, they would be able to tell.

15:15:47 21        Q. Yes, sir. I'm asking how.

15:15:49 22        A. I'm sorry?

15:15:49 23        Q. Yes, sir, I understand that. I'm asking how.

15:15:52 24    What would they see that would let them tell whether it

15:15:56 25    was melting or not?

**REX B. McLELLAN, Ph.D.**                                    **JUNE 3, 200**

---

**41**

15:15:57  1    A.  They would see that the metal in the vicinity
15:16:01  2    of the cavity would have a typical cast structure,
15:16:08  3    probably dendritic, but it would be quite different
15:16:10  4    from the structure of a normally heat-treated steel.
15:16:13  5    Q.  Is that something that all metallurgists can
15:16:18  6    recognize, the difference in the structure, sort of
15:16:19  7    like I can tell the difference between a cake I burned
15:16:22  8    and one that I cooked right?
15:16:24  9    A.  I'm sorry.  I didn't --
15:16:26  10   Q.  That's okay.
15:16:26  11   A.  You say "cake"?
15:16:27  12   Q.  Never mind.  Let me ask the question a
15:16:28  13   different way.
15:16:29  14            Are there -- I -- are there textbooks that
15:16:34  15   have photographs of what this would look like if it
15:16:37  16   were a melted steel?
15:16:39  17   A.  There would be no doubt that we could tell.  We
15:16:42  18   could answer that question by metallography.
15:16:45  19   Q.  All right.  Do you think that's something that
15:16:46  20   metallurgists would disagree upon if they looked at it,
15:16:51  21   or it's one of those things that would be classic and
15:16:53  22   obvious, like this is a classic fatigue fracture?
15:16:58  23   A.  Yes, I don't think there would be -- I can't
15:17:01  24   see well-trained metallurgists having a problem in
15:17:06  25   agreeing upon that.

---

**42**

15:17:07  1    Q.  I understand.  When you first inspected this
15:17:10  2    vehicle in October of 1998 -- I believe it was October
15:17:15  3    13th of 1998, from your notes -- you made a note that
15:17:18  4    this was a 1978 van.  Where did you get that
15:17:24  5    information from?
15:17:25  6    A.  I got it probably from Mr. Martinez, but I
15:17:29  7    think it's in error, and I think it's a '79, not '78.
15:17:34  8    Q.  All right.  You don't have a specific
15:17:36  9    recollection of where you acquired that information
15:17:38  10   from?
15:17:38  11   A.  No.  I mean, it was told to me by a person in
15:17:42  12   Mr. Martinez's office, because that's where I made my
15:17:47  13   notes from, but who actually said that, I don't know.
15:17:50  14   Q.  Okay.  And you did not go around and look at
15:17:52  15   any of the vehicle identification numbers or -- at all,
15:17:56  16   did you, sir?  Or, if you did, I just wanted to know.
15:18:00  17   A.  Let me find my original sheet of notes from
15:18:04  18   that date.
15:18:06  19   Q.  Actually, I saw that page.  You didn't make any
15:18:08  20   note of looking at anything on it.
15:18:10  21   A.  No.
15:18:11  22   Q.  Okay.  There are some spiral scoring marks
15:18:23  23   around this axle shaft?
15:18:24  24   A.  Yes.
15:18:25  25   Q.  And I believe that, if I understood you

---

**43**

15:18:27  1    correctly previously, you said that the fracture
15:18:30  2    occurred right where one of those marks is?
15:18:34  3    A.  Well, it occurred in the vicinity of those
15:18:36  4    marks.  Since those marks are on the entire piece that,
15:18:44  5    you know, that covered the bearing and the retaining
15:18:49  6    ring.
15:18:49  7    Q.  Do you know whether or not the bearing and the
15:18:51  8    retaining ring were properly seated in the right place
15:18:54  9    before the accident?
15:18:58  10   A.  I wouldn't have any knowledge of that, since
15:19:05  11   I'm not an automotive mechanic.  But I do know that
15:19:06  12   Mr. Makowski has a problem and says that the seating
15:19:13  13   depth either for the ring or the bearing, or both, were
15:19:16  14   slightly improper.
15:19:18  15   Q.  And do you have any reason to quarrel with him
15:19:20  16   about whether that improper seating would increase the
15:19:25  17   stress on the axle shaft?
15:19:26  18   A.  I think if he's correct in that the bearing was
15:19:32  19   seated such that the difference between the outboard
15:19:35  20   end of the bearing and the wheel was increased, then he
15:19:40  21   would be correct in that it would lead to higher
15:19:44  22   cycling stresses on the axle.
15:19:46  23            But the -- I think the difference is
15:19:51  24   largely academic because he, in fact, himself said that
15:19:55  25   you could have a ten percent increase in stress, and

---

**44**

15:20:01  1    had it not been for the softening, you would never get
15:20:04  2    a fatigue crack.  So I think, in theory, he may be
15:20:09  3    right, but I think it's academic in nature.
15:20:12  4    Q.  All right.  I wanted to just go back and
15:20:14  5    clarify your opinion with regard to these spiral marks
15:20:18  6    that go around it.  Do you think that spiral mark is
15:20:21  7    sort of irregular in terms of how far it's apart?  Do
15:20:25  8    you think that caused or contributed to the fracture?
15:20:29  9    A.  No.
15:20:30  10   Q.  Okay.  That saves some questions.
15:20:47  11            I'm just looking at my notes, not to leave
15:20:50  12   you hanging there.
15:20:59  13            Is everything that you have done, from a
15:21:01  14   scientific perspective, to determine the cause of this
15:21:04  15   fatigue fracture now reflected in your testimony
15:21:09  16   between the prior deposition, this deposition, and your
15:21:12  17   notes?
15:21:14  18   A.  Yes, I think we have discussed today everything
15:21:17  19   that has been done between my first deposition and this
15:21:24  20   moment.
15:21:27  21   Q.  All right.  Are the grinding marks --
15:21:30  22   A.  Listings could be done, but I think we've
15:21:32  23   discussed my opinions and conclusions honestly and
15:21:38  24   frankly up to this point.
15:21:41  25   Q.  All right.  You observed some grinding marks on

---

**BRYANT & STINGLEY, INC.**

## 45

15:21:46  1   the axle shaft?
15:21:47  2        A.  I'm sorry.  Did I what?
15:21:50  3        Q.  Did you observe some grinding marks on the axle
15:21:53  4   shaft?
15:21:58  5        A.  The axle shaft, if we're talking about the --
15:22:04  6   let's call it the stub end or the bearing end.
15:22:07  7        Q.  Okay.
15:22:09  8        A.  Outboard from the shoulder where the ring --
15:22:13  9   the retaining ring fits, has a surface that has very
15:22:21 10   shallow, irregular grooving on it.  I do not believe
15:22:27 11   that typical grinding marks look like that, which is
15:22:32 12   one reason that I'm trying to find an exemplar shaft
15:22:38 13   and, hopefully, on Monday, tomorrow, I will do.
15:22:47 14        Q.  Do you think that shallow, irregular grooving
15:22:47 15   caused or contributed to the fatigue fracture?
15:22:47 16        A.  No, I don't.  I think the grooving potentially
15:22:54 17   will coincide with the site of the fatigue crack
15:22:57 18   origin, but the fatigue crack occurred because of the
15:23:03 19   softening, and it will choose -- the crack will choose
15:23:08 20   an area on the surface which is the stress raiser.  It
15:23:13 21   may be very tiny, but, statically, it will happen
15:23:17 22   there.
15:23:18 23        Q.  All right.  At the time that you inspected the
15:23:24 24   vehicle and cut off the axle stub, obviously, the
15:23:29 25   flanged end of the axle was there, since that's what

## 46

15:23:31  1   you cut the stub off of.  At the present time it's sort
15:23:35  2   of missing in action, and I wanted to inquire if you
15:23:38  3   have any idea, or had any understanding at the time,
15:23:41  4   what was going to happen to it after you saw it?  Like
15:23:45  5   do you have it at your house or something?
15:23:48  6        A.  Oh, no, ma'am.  What I did -- Mr. Martinez
15:23:54  7   agreed that it should be cut off, and he had a person
15:24:04  8   in his, I guess, his staff or faculty, who knew of a
15:24:11  9   machine shop, and maybe Mr. Martinez himself knew the
15:24:16 10   machine shop, and the agreement was that he should
15:24:18 11   accompany me in his car and we would take it to the
15:24:22 12   machine shop, it would be cut off, ensuring that no
15:24:32 13   overheating was done -- it was cut off with a cut-off
15:24:37 14   wheel -- and I would take the small stub containing the
15:24:40 15   fracture surface with me on the airplane to Houston,
15:24:43 16   and this gentleman was to take the remaining portion in
15:24:47 17   his car back to Mr. Martinez' law office.
15:24:51 18        Q.  And this gentleman was who, sir?
15:24:53 19        A.  I don't know.  I mean, I probably knew his name
15:24:58 20   at the time, but I've forgotten.
15:25:00 21        Q.  But he was -- this gentleman that was going to
15:25:02 22   take it back to Mr. Martinez was someone you believed
15:25:05 23   to be from where, from Mr. Martinez' office, or the
15:25:08 24   lab, or what?
15:25:09 25        A.  No, he was from -- there was no lab involved at

## 47

15:25:11  1   this time.
15:25:11  2        Q.  Okay.  Who was this fellow that was going to
15:25:13  3   take it back?
15:25:14  4        A.  Pardon?
15:25:16  5        Q.  What did you understand to be -- you know, was
15:25:19  6   this a lawyer?  Was it somebody who worked for
15:25:22  7   Mr. Martinez?
15:25:24  8        A.  No, he wasn't a lawyer.  He was a guy that
15:25:26  9   worked for Mr. Martinez, and he has the -- he had the
15:25:28 10   demeanor of a guy that, you know, was a blue collar
15:25:35 11   worker.  I don't think he was a lawyer, certainly not.
15:25:39 12   But he --
15:25:39 13        Q.  Okay.  And did you ever see it after that?
15:25:41 14        A.  Pardon?
15:25:42 15        Q.  Did you ever see it after that?
15:25:44 16        A.  No.
15:25:44 17        Q.  Okay.  Was your process of cutting the axle
15:25:50 18   stub off videotaped?
15:25:50 19        A.  No.
15:25:51 20        Q.  Before you cut the axle stub off, were you able
15:25:55 21   to tell by looking at this fracture surface that this
15:25:59 22   was a fatigue fracture?
15:26:01 23        A.  I was 95 percent sure that it was a fatigue
      24   crack.
15:26:06 25        Q.  And why, specifically, did you want to cut it

## 48

15:26:10  1   off and look at it more closely?
15:26:12  2        A.  Because I wanted to make 100 percent certain
15:26:17  3   that it was a fatigue crack, despite the fact that it
15:26:20  4   really did look like one, because it is possible -- and
15:26:24  5   I have seen this happen one time in the past, and it
15:26:28  6   makes me very careful.  I have seen a crack that looked
15:26:33  7   exactly like a fatigue crack and, in fact, wasn't.  So
15:26:38  8   my experience tells me, make 100 percent sure by
15:26:44  9   putting it in the microscope before you make a
15:26:49 10   commitment.
15:26:49 11        Q.  All right.  I'd like to ask you a few questions
15:26:52 12   about your background.  And this does not concern your
15:26:56 13   background in metallurgy, where you're, obviously,
15:26:59 14   extremely well-credentialed, but to go to some of the
15:27:02 15   issues relative to the warning issue that you raised.
15:27:06 16   Have you ever studied psychology?
15:27:11 17        A.  Yes, but not in a formal manner.  In other
15:27:19 18   words, I have never studied it in a school or
15:27:23 19   university, but I have read it extensively.
15:27:26 20        Q.  Do you hold yourself out to be an expert in
15:27:32 21   warnings?
15:27:33 22        A.  No.
15:27:34 23        Q.  You would not give an -- would you give an
15:27:36 24   expert opinion that -- well, strike that.
15:27:42 25             Do you have an opinion as an expert as to

**49**

15:27:46 1 how effective a warning on the part, such as you
15:27:50 2 suggested, would be?
15:27:53 3 A. I think if it were read -- and I imagine it
15:27:57 4 would be clearly embossed. If someone is going to put
15:28:03 5 a warning label on, they have to make sure that it's
15:28:07 6 legible.
15:28:08 7 If it was read by a mechanic or a repair
15:28:13 8 person, then I think there is a reasonable probability
15:28:16 9 that that person would take heed and think, "Gee, there
15:28:22 10 is a specific warning here. It must be important. So
15:28:25 11 I'll follow it."
15:28:28 12 And I think -- you know, that's a common
15:28:30 13 sense answer. I know I'm not an expert qualified
15:28:35 14 psychologist, but I think that's a common sense
15 opinion.
15:28:41 16 Q. Now, in this particular case we know that
15:28:43 17 whoever pressed these bearings on, besides the issue of
15:28:47 18 whether or not they applied heat to remove the prior
15:28:53 19 bearings, apparently did not press them on correctly or
15:28:58 20 using the right equipment because they didn't get to
15:29:05 21 quite the right spot. Do you agree with that?
15:29:05 22 A. Well, that's what Mr. Makowski says, and I have
15:29:07 23 no reason to doubt it. You know, he's been a Ford
15:29:12 24 engineer for three decades. So I wouldn't quibble with
15:29:16 25 him about that.

**50**

15:29:17 1 Q. So if you assume that we have a person who,
15:29:22 2 both, applied the torch and didn't use the right tools
15:29:25 3 to press it on, does that change your opinion about the
15:29:28 4 likelihood of heeding a warning if it were on the part?
15:29:33 5 A. Well, a careless person, by definition, is less
15:29:39 6 likely to heed a warning than a careful person. But we
15:29:44 7 have made a translation here by saying that he did not
15:29:48 8 seat them with the right tools. And I think there is
15:29:53 9 no evidence of that either. He may have used the right
15:29:57 10 tools but set them improperly and didn't get the right
15:30:03 11 seating. But that doesn't mean he didn't use the right
15:30:06 12 tools.
15:30:07 13 Q. We just don't -- all we know is the result was
15:30:10 14 not right, correct?
15:30:10 15 A. Yes. I think it's best to say the result was
15:30:13 16 not optimal. I don't think that Mr. Makowski is saying
15:30:19 17 that that was causative of the fracture in the
15:30:21 18 accident.
15:30:21 19 Q. Okay. List for me, if you would, please,
15:30:23 20 Dr. McLellan, every qualification you have to render an
15:30:28 21 expert opinion as to the type of warnings which should
15:30:32 22 be given on as to automotive repairs.
15:30:38 23 A. I'm sorry. I missed out the first sentence or
15:30:42 24 two of the question.
15:30:42 25 Q. I'll repeat it.

**51**

15:30:43 1 A. Yes. I'm sorry. I just --
15:30:45 2 Q. That's all right. Would you please list for
15:30:48 3 every qualification you have to be qualified as an
15:30:52 4 expert to render opinion on the type of warnings that
15:30:56 5 should be given in relation to automotive repairs.
15:31:01 6 A. I think I have no formal qualifications in the
15:31:06 7 area of warning labels. The only thing I can say is
15:31:11 8 that I think, frankly, that a large fraction of
15:31:18 9 expertise on warning labels is common sense, and I ha..
15:31:22 10 been involved in litigation matters for 25 years where
15:31:28 11 subjective warning labels is constantly discussed. So
15:31:31 12 even though I have no formal training, I do have a
15:31:34 13 great deal of experience and involvement.
15:31:37 14 Q. Have you ever done any studies of warnings that
15:31:42 15 are labeled onto or imprinted onto automotive parts?
15:31:49 16 A. Have I ever seen any? Was that the question?
15:31:52 17 Q. Well, seen or done.
15:31:53 18 A. I have seen many such warnings, yes.
15:31:57 19 Q. I'm sorry. My question wasn't clear. Have you
15:32:00 20 seen any studies of warnings that are put on labels or
15:32:10 21 imprinted on automotive parts?
15:32:10 22 A. No.
15:32:10 23 Q. And you have not done any such studies; is that
15:32:13 24 correct?
15:32:13 25 A. That's correct, yes.

**52**

15:32:14 1 Q. Have you ever read any studies about how
15:32:17 2 automotive mechanics behave in relationship to warnings
15:32:20 3 of whether -- regardless of where they are?
15:32:24 4 A. No, I haven't. I doubt that such studies
15:32:27 5 exist, but the answer is, no, I haven't done that.
15:32:30 6 Q. All right. Have you read any -- and you have
15:32:34 7 not done such studies yourself, correct?
15:32:38 8 A. Correct.
15:32:38 9 Q. And you have not looked in the scientific
15:32:42 10 literature to find out whether there are such studies?
15:32:45 11 A. Correct, yes.
15:32:47 12 Q. Are there any warning studies regarding the
15:32:50 13 effectiveness warnings that you are familiar with as
15:32:53 14 you sit here today?
15:32:57 15 A. I'm sorry? Again, I didn't hear the first few
15:32:59 16 words of the question.
15:33:00 17 Q. I'm sorry. Try again.
15:33:03 18 A. Yes.
15:33:03 19 Q. Are there any warning studies regarding the
15:33:07 20 effectiveness of warnings that you are familiar with
15:33:09 21 and can site to as you sit here today?
15:33:12 22 A. No. No, as I say, I have had no formal
15:33:18 23 classroom-type training or research-type training in
15:33:22 24 the area of warning labels.
15:33:28 25 Q. What criticisms or comments do you have about

Case 1:00-cv-00139  Document 50  Filed in TXSD on 06/05/2001  Page 61 of 75

**53**

1  Dr. Herrera's deposition testimony?

2      A.  I think my main criticism is that he --

3  there's two things that are not -- or he makes two

4  assumptions that I think are not justified, or maybe

5  even three.  One of them is that he refers to the

6  cavities that we've talked about before as being a

7  result of melting, which we have no evidence for at

8  this stage.  One, he, I think, frankly, overemphasizes

9  the slight grooving that one sees in the end of the

10  axle stub and correlates the presence of this grooving

11  with a fatigue crack in a causative manner.  And I

12  think that's not true.

13      The fatigue crack, as we said many times,

14  did initiate at some surface discontinuity.  That

15  always happens.  But I think it's overemphasizing

16  things to try and say that that grooving we see,

17  although slight surface undulations, were the root

18  cause of the fatigue.  I mean, I may be misquoting, and

19  he may not be so strong, but I think that's a -- not

20  right.

21      Thirdly, he looks at the -- what we might

22  call a smear of deposited metal on the axle shaft that

23  originally was below the axle, and says that since the

24  smear appears to cover some of these grooves, that

25  proves that the grooves were formed -- that the smear

**54**

1  was on top of the groove.  And I think that's a truism

2  because, in my opinion, it's quite probable that those

3  marks -- well, not probable, but at least conceivable

4  that those marks were created when there was a bearing

5  freeze-up, which was probably the cause for the repair

6  in the first place, and when the axle was trying to

7  rotate inside a frozen bearing, we got scarring on it,

8  and, finally, we got so severe a scarring that we got

9  the deposits of metal, and, clearly, it would be

10  deposited on top of the original scarring marks.

11      But I think they all happened fairly --

12  fairly closely at the same time.  So I don't think that

13  really tells us anything.  Unfortunately, I think that

14  Juan sort of passively assumes that the softening was

15  created by an external agency, not at the Ford plant or

16  the plant where the axle was manufactured.  And, again,

17  I think that's open to doubt.

18      But having said that, you know, I've known

19  Juan for many, many years, and he's a very smart guy,

20  and most of what he says is correct.  But we do

21  disagree on those points.

22      Q.  On your third point relative to the smear of

23  deposited metal, in your opinion, is that smear of

24  deposited metal a cause or a contributor to the fatigue

25  fracture?

**55**

1      A.  No.

2      Q.  Okay.  What criticisms do you -- or comments do

3  you have about Mr. Makowski's deposition testimony?

4      A.  Well, most of it is concerning mechanical

5  engineering questions, which I do believe he is

6  infinitely more capable of addressing than I am.  But,

7  again, I don't think he should tacitly talk about

8  cavities resulting from melting when there is no

9  evidence of that at this stage.

10      And, also, I think that he probably puts

11  too much reliance on the accuracy of the hardness

12  measurements, especially the last ones that were done,

13  when it was pointed out that, in fact, the metal sample

14  was not even sitting straight on the anvil and you

15  could actually see light between the bottom of the

16  sample of the anvil.     ·

17      And I think he may be putting too much

18  credence on their accuracy, although, again, I say I do

19  not dispute that there is softening.  But I think he

20  thinks it's -- that the measurements were more

21  quantitatively accurate than they really are.

22      Q.  All right.  Anything else?

23      A.  I can't think of anything at this time, but I

24  would like to say, after reading this stuff for two

25  days nearly now, and my brain is a little bit like a

**56**

1  fried egg, but that's all I can think of at this point.

2      Q.  Well, I can certainly empathize with that

3  feeling at this point in time.

4      Dr. McLellan, is there anything else that

5  could have caused the softening besides improper heat

6  treatment at Ford or someone applying some heat after

7  the fact?

8      A.  I can't think of any at this time, and, you

9  know, I have addressed that problem in my mind a great

10  deal, and I can't think of anything else.

11      Q.  All right.  If you could excuse Mr. Saenz and I

12  for a moment, we're going to chat for a moment, and I

13  think I may be very close to being finished.  If you

14  give us a couple of minutes?

15      A.  Yes, ma'am.  Can I put the phone down and relax

16  my ear for a couple of minutes?

17      Q.  Oh, absolutely.

18      A.  Okay.  Thank you.

19      (Brief recess)

20      Q.  Dr. McLellan?

21      A.  Yes.

22      Q.  Okay.  Unless you have something to add to any

23  of your prior answers or any new opinions that you had

24  come up with during the break, I don't have anything to ask

25  you.  Do you have anything to add or any new opinions?

---

**57**

15:50:35 1    A. Perhaps the one thing that may have been
15:50:39 2    misunderstood is when you asked me if I thought there
15:50:44 3    was a defect in the axle when it left Ford. And I may
15:50:54 4    have said, "No," but that was -- and I may have made it
15:51:01 5    clear, but that was with respect to a design defect.
15:51:05 6    Q. What I understood you to say -- and let me tell
15:51:08 7    you what my understanding was, and please correct it if
15:51:11 8    it's wrong -- is, No. 1, you do not have an opinion
15:51:15 9    that it has a design defect. No. 2, you do not know
15:51:20 10   whether it has a manufacturing defect as opposed to
15:51:25 11   someone having -- I'll use the word -- abused it later.
15:51:30 12   A. Well, I think that's true except I would make
15:51:34 13   two qualifications. I think if you include warnings
15:51:40 14   into the word design, then I feel it would have been
15:51:45 15   better to have a warning embossed in that retaining
15:51:51 16   ring.
15:51:51 17   Q. All right. Do you have -- do you think that
15:51:54 18   that retaining ring and axle assembly are unreasonably
15:51:58 19   dangerous due to absence of having those words embossed
15:52:03 20   there?
15:52:03 21   A. I think that the element of danger accruing
15:52:11 22   from careless repairs by a mechanic would have been
15:52:17 23   reduced considerably by the presence of a warning
15:52:22 24   label.
15:52:23 25   Q. I understand that, but let me focus you again

---

**58**

15:52:28 1    on the issue of unreasonably dangerous. I mean, an
15:52:30 2    automobile is dangerous. Automotive repairs, in
15:52:34 3    general, can be very dangerous. The question I'm
15:52:37 4    asking you is is a retainer ring without that imprinted
15:52:41 5    on it unreasonably dangerous?
15:52:44 6    A. Well, I think that depends on what you mean
15:52:48 7    really by the word "unreasonably." And I think that's
15:52:51 8    something a jury would have to consider.
15:52:54 9    Q. Well, I'm asking if you have an opinion as to
15:52:56 10   whether it's unreasonably dangerous. Do you have an
15:52:59 11   opinion one way or the other?
15:53:02 12   A. Well, I think it would be less danger had it
15:53:06 13   had the warning.
15:53:08 14   Q. I understood that part of your opinion. But as
15:53:10 15   I understand you right now, it's that you don't have an
15:53:14 16   opinion one way or the other as to whether it was
15:53:18 17   unreasonably dangerous?
15:53:20 18   A. I think it was unreasonable to omit that
15:53:22 19   warning.
15:53:22 20   Q. All right. So if this were the only one that
15:53:24 21   ever happened in the whole world, would you still think
15:53:28 22   that it was unreasonably dangerous to not have that
15:53:30 23   warning imprinted on the retainer ring?
15:53:35 24   A. Well, I don't think it matters how many times
15:53:37 25   it happened. If it happened once and caused a severe

---

**59**

15:53:41 1    injury and death, that's too many times. And a warning
15:53:45 2    label of that kind is cheap and easy to fix, and I
15:53:49 3    don't -- you know, I don't care how many times, whether
15:53:52 4    it's one or two or 20. It should have been put on.
15:53:56 5    Q. Do you know how many other -- other automotive
15:54:01 6    manufacturers put warnings like that on their retainer
15:54:04 7    rings?
15:54:05 8    A. No, I don't.
15:54:06 9    Q. Do you know whether any of them put warnings
15:54:09 10   like that on the bearing?
15:54:10 11   A. No.
15:54:10 12   Q. Should it be on the bearing too?
15:54:24 13   A. I think so. Yeah, unless -- there is a
15:54:29 14   difference, I think, that maybe the retainer ring is
15:54:36 15   essentially a throwaway part. So when you remove it,
15:54:43 16   it's never used again. But I can foresee that you
15:54:49 17   might take off a bearing and want to replace it. I
15:54:51 18   don't know.
15:54:53 19   But, certainly, I feel it should be on the
15:54:56 20   retainer ring, and it may very well be put on the
15:55:00 21   bearing, because, after all, if you heat the bearing
15:55:03 22   and you inadvertently heat the axle, you're doing the
15:55:08 23   same damage as if you did it for the retainer ring.
15:55:11 24   Q. Tell me the words that should be on there,
15:55:15 25   please.

---

**60**

15:55:15 1    A. "Do not heat."
15:55:15 2    Q. And how big should they be?
15:55:18 3    A. Big enough to read.
15:55:23 4    Q. Well, how wide is the diameter of a retainer
15:55:25 5    ring?
15:55:27 6    A. The diameter is about -- well, let me get my
15:55:30 7    drawing, and I can tell you. It's probably something
15:55:34 8    like two inches.
15:55:35 9    Q. Okay. I'll just take your estimate. That's
15:55:38 10   fine. What I'm getting at is if we go to the
15:55:41 11   circumference, should it be like "Do not heat" going
15:55:45 12   all the way around in big letters, or should it be in
15:55:50 13   one little spot, "Do not heat" with much smaller
14            letters so you can see it without looking all the way
15:55:51 15   around the ring?
15:55:52 16   A. I'd put it so it -- in pretty big letters so it
15:55:56 17   goes substantially all the way around.
15:55:58 18   Q. So to read it, the mechanic would have to sort
15:56:01 19   of look at the ring all the way around; is that right?
15:56:04 20   A. Yeah. I mean, I think he would see some
15:56:07 21   writing there. Even if he couldn't see the other side
15:56:10 22   of the ring, he'd rotate it. I mean, if he sees some
15:56:15 23   writing, he's going to want to know what it says.
15:56:17 24   Q. And you think he could rotate it to see?
15:56:21 25   A. Pardon?

---

**REX B. McLELLAN, Ph.D.**                                    **JUNE 3, 200**

---

**61**

15:56:01 1   Q. You think he could rotate the retainer ring to
15:56:03 2   see what it said?
15:56:20 3   A. I don't see why not.
15:56:23 4   Q. Do you know how many pounds of force or
15:56:32 5   pressure are used to press the retainer rings onto the
15:56:35 6   axle shaft?
15:56:36 7   A. I think Mr. Makowski said something about 4,000
15:56:40 8   pounds. I'm not quite sure. And I don't want to
15:56:43 9   speculate. It is a considerable force.
15:56:45 10  Q. And why do you think you can rotate it if it
15:56:49 11  takes that much force to seat it?
15:56:53 12  A. No, you can rotate the whole axle, the axle
15:56:56 13  shaft. I don't think you can -- you can't rotate the
15:56:57 14  ring around the axle, no.
15:56:59 15  Q. In other words, your theory of how this would
15:57:05 16  happen is that the mechanic would remove the entire
15:57:07 17  axle shaft, he would see that the retainer ring was
15:57:12 18  printing on it, and he would rotate the axle shaft to
15:57:14 19  read it; is that right?
15:57:14 20  A. Well, he must have access to it if he's going
15:57:17 21  to heat it. And if he has access to it with a blow
15:57:22 22  torch, he has to be able to read it.
15:57:23 23  Q. Was the way I described it, was that how you
15:57:26 24  envision a mechanic reading it?
15:57:28 25  A. Yeah, just looking at it.

---

**62**

15:57:30 1   Q. All right.
15:57:31 2   MS. CLARK: Jaime, did you have anything?
15:57:34 3   MR. SAENZ: No.
15:57:42 4   MS. CLARK: Thank you, Dr. McLellan.
5   EXAMINATION
15:57:45 6   BY MR. MARTINEZ:
15:57:47 7   Q. Dr. McLellan, this is Tony Martinez. I'm just
15:57:50 8   going to ask you a couple of questions to make sure I
15:57:50 9   understood. And I realize we're imposing on your time
15:57:52 10  on a Sunday and our brains are all semi-fried.
15:57:55 11  A. Yes, they are.
15:57:57 12  Q. Okay. But it's extremely important, doctor,
15:57:59 13  with regards so we have no misunderstanding, the
15:58:02 14  opinions that you're giving are being given -- are as a
15:58:10 15  metallurgist and are based upon reasonable probability;
15:58:10 16  is that correct?
15:58:12 17  A. Yes, that is correct.
15:58:13 18  Q. Okay. And do you have an opinion as to
15:58:15 19  whether, in fact, there was a manufacturing defect on
15:58:18 20  this particular axle that's made the basis of this
15:58:21 21  lawsuit?
15:58:22 22  A. Yes.
15:58:23 23  Q. All right. Thank you.
15:58:23 24  A. I think taking the evidence in totality, I
15:58:28 25  think it had a defect when it left the manufacturing

---

**63**

15:58:31 1   plant.
15:58:33 2   Q. All right. That's all the questions I have.
15:58:34 3   Thank you.
15:58:36 4   MS. CLARK: I have nothing further,
15:58:37 5   Dr. McLellan. Thank you very much for putting up with
15:58:40 6   us this afternoon.
15:58:42 7   THE WITNESS: Well, thank you very much
15:58:42 8   for your polite questions.
9   (Deposition concluded)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**64**

1   ERRATA SHEET/SIGNATURE PAGE
2   PAGE LINE  CHANGE                              REASON
3   _____
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14      I, REX B. McLELLAN, Ph.D., have read the foregoing
15  deposition and hereby affirm my signature that same is
    true and correct, except as noted above.
16                    REX B. McLELLAN, Ph.D.
17  THE STATE OF TEXAS
18  COUNTY OF _____
19      BEFORE ME, _____, on this day
    personally appeared REX B. McLELLAN, Ph.D., known to me
20  or proved to me to be the person whose name is
    subscribed to the foregoing instrument and acknowledged
21  to me that said witness executed the same for the
    purposes and consideration therein expressed.
22      Given under my hand and seal of office this _____
23  day of _____, 2001.
24  _____
        Notary Public in and for the State of Texas
25

---

# REX B. McLELLAN, Ph.D.

JUNE 3, 2001

**65**

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION

 3   LINDA COY, Individually   )(
     and On Behalf of the      )(
 4   Estate of HORTENSIA G.    )(
     LOPEZ, Deceased; LUIS     )(
 5   AYALA; ISELA RODRIGUEZ;   )(
     LIBRADO AYALA, JR.; RUBEN )(
 6   RUIZ; AND MAURICIO        )(
     SALDANA,                  )(
 7        Plaintiffs           )(    CIVIL ACTION NO. B-00-139
                               )(
 8   VS.                       )(
                               )(
 9   FORD MOTOR COMPANY and    )(
     GABRIEL DELGADO,          )(
10        Defendants           )(

11

12                    REPORTER'S CERTIFICATE

13           I, CORINNA N. GARCIA, Certified Court
     Reporter, certify that the witness, REX B. McLELLAN,
14   Ph.D., was duly sworn by me, and that the deposition is
     a true and correct record of the testimony given by the
15   witness on JUNE 3, 2001 that the deposition was
     reported by me in stenograph and was subsequently
16   transcribed under my supervision.

17           I FURTHER CERTIFY that I am not a
     relative, employee, attorney or counsel of any of the
18   parties, nor a relative or employee of such attorney or
     counsel, nor am I financially interested in the action

19

20           WITNESS MY HAND on this the _____ day of
     _____, 2001.

21

22
             _____
23           CORINNA N. GARCIA, CSR NO. 5210
             Expiration Date: 12/31/01
24           Bryant & Stingley, Inc.
             2010 East Harrison
25           Harlingen, Texas  78550
```

**BRYANT & STINGLEY, INC.**

# REX B. McLELLAN, Ph.D.

JUNE 3, 20

**'**

**'78**
[1] 42:7
**'79**
[2] 33:19 42:7
**'81**
[2] 33:20 33:20
**'83**
[2] 33:25 34:1

**1**

**1**
[1] 57:8
**10-second**
[1] 33:3
**100**
[2] 48:2 48:8
**12**
[1] 24:10
**12/31/01**
[1] 65:23
**1201**
[3] 1:22 2:4 2:11
**13**
[1] 24:10
**13th**
[1] 42:3
**16**
[1] 23:22
**16.8**
[1] 23:14
**17.6**
[1] 23:14
**1978**
[1] 42:4
**1998**
[2] 42.2 42:3

**2**

**2**
[3] 2:15 33:20 57:9
**20**
[1] 59:4
**2001**
[5] 1:13 1:18 64:22 65 15 65:20
**2010**
[1] 65:24
**22nd**
[2] 5:14 27:18
**2436**
[1] 2:7
**24th**
[1] 4:15
**25**
[1] 51:10
**27**
[1] 23:24
**29.5**
[1] 23:19

**3**

**3**
[4] 1:13 1:18 2:17 65.15
**30**
[1] 26:13
**30-degree**
[2] 23:12 23:18
**39**
[1] 23:20

**4**

**4,000**
[1] 61:7
**40**
[1] 15:24
**41**
[1] 11:15
**45.5**
[1] 23:20
**48226**

**[1] 2:8**
**49.2**
[1] 23:14

**5**

**50**
[3] 15:25 20:18 29:15
**500,000**
[1] 37.6
**52**
[1] 22:19
**5210**
[2] 1:20 65:22
**54**
[2] 22:20 22:20
**56**
[1] 22:20
**58**
[3] 22:20 22:20 22:21

**6**

**62**
[1] 20:18
**64**
[1] 2:18
**65**
[1] 2:19

**7**

**78520**
[1] 2.4
**78550**
[2] 2:11 65:24

**9**

**95**
[1] 47:23

**A**

**Able**
[8] 11:18 16·11 19:14 31:15 38:
3 40:20 47:20 61:22
**Absence**
[1] 57:19
**Absolutely**
[5] 15:8 35:15 35.17 36:1 56:.?
**Abused**
[1] 57:11
**Academic**
[2] 43:24 44.3
**Access**
[1] 61:20 61:21
**Accident**
[14] 33:17 34:2 34.22 35:1 35·3
35:9 35:10 36:2 36·9 36:10 37:
24 38:2 43:9 50:18
**Accidents**
[2] 35:19 36:11
**Accompany**
[1] 46:11
**According**
[1] 26:12
**Accruing**
[1] 57.21
**Accuracy**
[2] 55:11 55:18
**Accurate**
[1] 55.:
**Acetylene**
[3] 15.1 15:5 15:10
**Aching**
[1] 33.4
**Acknowledged**
[1] 64.20
**Acquired**
[1] 42:9
**Action**
[4] 1:7 46:2 65:7 65.18
**Actual**
[1] 24.4
**Add**
[2] 56:22 56:25

**Addressed**
[1] 56:9
**Addressing**
[2] 26:8 55:6
**Adequacy**
[1] 32:22
**Advertently**
[1] 8:5
**Affect**
[1] 19:21
**Affects**
[1] 13:25
**Affix**
[1] 64:14
**Afternoon**
[1] 63.6
**Age**
[1] 16:13
**Agency**
[2] 23:4 54:15
**Ago**
[1] 5:2
**Agree**
[5] 6:16 10:8 20:22 40:8 49:21
**Agreed**
[2] 23:15 46:7
**Agreeing**
[1] 41:25
**Agreement**
[1] 46:10
**Ahead**
[3] 30:15 30:16 37:2
**Air**
[1] 15:6
**Airplane**
[1] 46:15
**Allow**
[1] 8:3
**Allowed**
[1] 38:15
**Alloy**
[2] 17:17 12:2
**Almost**
[2] 22:17 23:4
**Amount**
[4] 8:20 9:21 9:3 15:11
**Angle**
[1] 23.24
**Answer**
[19] 7.2 11:11 18:6 19:5 19.12
19:21 24:17 24:24 26:20 27:4 30:
7 30:10 30:16 36:23 37:18 41:18
49:13 52:5
**Answered**
[1] 39:16
**Answers**
[1] 56:23
**Anvil**
[5] 24:2 24:8 24:12 55:14 55:16
**Anyway**
[1] 12:11
**Apart**
[1] 44.7
**Apologize**
[1] 26:18
**Appear**
[2] 6:2 6:4
**Appearances**
[2] 2:15 2:15
**Appeared**
[1] 64:19
**Applied**
[11] 6:18 7:9 10:14 10:18 10:23
12:5 12:14 17:6 19:20 49:18 50:2
**Apply**
[2] 15:1 28:16
**Applying**
[4] 13:5 27:24 28:21 56:6
**Appreciate**
[2] 24:25 25:2
**Approved**

**[1] 26:13**
**April**
[1] 4:16
**Area**
[14] 5:20 21:4 21:19 21:20 23:
11 25:20 33:22 39:13 39:1
40:9 45:20 51:7 52:24
**Areas**
[3] 5:17 22:7 39:15
**Assembly**
[5] 26:21 27:2 29:13 33:21 57:
**Asserts**
[1] 7:22
**Assume**
[2] 6:12 50:1
**Assumed**
[1] 25:17
**Assumes**
[1] 54:14
**Assumptions**
[1] 53:4
**Attached**
[1] 2:20
**Attorney**
[2] 65:17 65:18
**Attorneys**
[1] 3:6
**Automatically**
[1] 28:14
**Automobile**
[2] 35:21 58:2
**Automotive**
[18] 14:11 14:21 17:22 17:25 18:
1 19:9 26:9 31:23 31:23 43:
11 50:22 51:5 51:15 51:21 52:2
58:2 59:5
**Available**
[1] 32:15
**Average**
[1] 20:16
**Awkward**
[1] 36:16
**Axle**
[83] 5:8 5:19 6:18 8:1 8:6 8:10
8:11 9:11 9:22 9:17 10:8 11:8
12:7 15:22 16:18 17:2 17:5 17:
13 17:14 19:21 20:3 20:5 20:10
20:23 21:3 22:14 22:14 22:17 24:
19 25:25 26:4 26:20 26:21 27:1
27:1 27:21 29:12 32:8 32:25 33:
15 33:19 33:21 34:2 34:6 34:7
34:10 34:13 34:17 34:22 34:23
34:25 35:1 35:4 35:24 45:25 46:
20 38:7 38:20 42:23 43:17 43:22
45:1 45:3 45:5 45:24 45:8 47:
17 47:20 53:10 53:22 53:23 54:6
54:15 57:9 58:22 59:22 61:6 61:
11 61:14 61:14 61:17 61:18 62:20
**Axles**
[7] 17:19 18:4 18:4 18:11 19:2
19:9 35:21
**AYALA**
[4] 1·5 1:5 65:5 65:5

**B**

**B-00-139**
[2] 1:7 65:7
**Background**
[2] 48:12 48·13
**Bad**
[4] 35:3 36:2 37:24 38:1
**Barely**
[1] 12:1
**BARRERA**
[1] 3:6
**Based**
[1] 62:15
**Bases**
[1] 36:4 36:5
**Basis**
[1] 6·21 7:12 10:21 62:20
**Bear**
[2] 22:10 36:15
**Bearing**

Case 1:00-cv-00139   Document 50   Filed in TXSD on 06/05/2001   Page 67 of 75

**[19]** 5:18 17:8 20:15 24:7 33:23
38:8 43:5 43:7 43:13 43:18 43:
20 45:6 54:4 54:7 59:10 59:12
59:17 59:21 59:21

**Bearings**
[8] 20:24 21:6 27:13 31:19 32:
22 32:25 49:17 49:19

**Beginning**
[2] 17:12 20:8

**Behalf**
[2] 1:3 65:3

**Behave**
[1] 52:2

**Behooves**
[1] 30:19

**Believes**
[1] 38:24

**Below**
[1] 53:23

**Bending**
[1] 35:7

**Beneath**
[1] 5:18

**Best**
[5] 3:20 11:11 13:22 24:14 50:15

**Better**
[4] 3:16 7:20 25:8 57 15

**Between**
[8] 4:7 20:18 24:12 41:7 43:19
44:16 44:19 55:15

**Big**
[5] 22:10 60:2 60:3 60.12 60.16

**Bit**
[5] 15:24 23:23 36:14 36:16 55:
25

**Block**
[2] 22:24 23:1

**Blow**
[1] 61:21

**Blue**
[1] 47:10

**Bottom**
[3] 24:12 34:24 55:15

**Bought**
[1] 32:4

**Box**
[2] 31:21 35:4

**Brain**
[2] 9:14 55:25

**Brains**
[1] 62:10

**Break**
[3] 26:18 33:4 56:24

**Brief**
[2] 33 7 56:19

**Broad**
[1] 30:8

**Brought**
[1] 40:3

**Brownsville**
[5] 1:2 1:22 2:4 2:11 65:2

**Bryant**
[1] 65:23

**Buren**
[3] 1:22 2:4 2:11

**Burned**
[1] 41:7

---

### C

**Cake**
[2] 41:7 41:11

**Calibrate**
[1] 22:25

**Calibrated**
[1] 18:22

**Cannot**
[3] 3:10 7:7 8:10

**Capable**
[1] 55:6

**Capacity**
[1] 31:11

**Car**

**[3]** 30:24 46:11 46:17

**Carbon**
[1] 11:16 11:16 12:2

**Care**
[5] 28:15 40:7 40:10 40:11 59:3

**Careful**
[1] 36:7 48:6 50:6

**Careless**
[2] 50:5 57:22

**Case**
[7] 4:7 4:11 5:5 9:5 17:8 22:23
49:16

**Cast**
[1] 41:2

**Causation**
[1] 38:7

**Causative**
[3] 10:1 50:17 53:11

**Caused**
[11] 9:9 10:16 21.23 21:25 26:
21 27:3 39:8 44:8 45:15 56:5 58:
25

**Causes**
[1] 27:21

**Cavities**
[7] 8:6 8:18 8:19 8:23 9:8 53.6
55:8

**Cavity**
[5] 38:24 39:4 39:9 39:21 41:2

**Celsius**
[2] 15:25 16:8

**Certain**
[2] 25:7 48.2

**Certainly**
[4] 31:23 47:11 56:2 59:19

**Certainty**
[1] 7:3

**Certificate**
[2] 2:19 65:11

**Certified**
[1] 1:19 65:17

**Certify**
[2] 65:13 65:17

**Chance**
[1] 3.7

**Chaney**
[2] 1:21 2:10

**Change**
[2] 50 3 64:2

**Changed**
[1] 31:18

**Changing**
[3] 31:16 31:17 32:22

**Chat**
[1] 56:12

**Cheap**
[1] 59:2

**Chisel**
[1] 27:21

**Choice**
[1] 26:14

**Choose**
[2] 45:19 45:19

**Circular**
[3] 5:22 5:25 6:1

**Circumference**
[1] 60:11

**Circumferential**
[1] 25:17

**Circumferentially**
[2] 23:11 24:22

**Circumstances**
[1] 11.12

**Civil**
[3] 1:7 1:23 65:7

**Clarify**
[1] 19.9 44:5

**Clark**
[9] 2:6 2:7 2:17 3:4 3:5 33:5
62:2 62:4 63:4

**Classic**
[2] 41:21 41:22

**Classification**
[1] 27:9

**Classroom**
[1] 52:23

**Classroom-type**
[1] 52:22

**Clean**
[2] 28:19 28:20

**Clear**
[8] 3:24 9:15 13:12 19:11 27:14
36:1 51:19 57:5

**Clearly**
[4] 24:10 24:16 49:4 54:9

**Close**
[4] 5:9 22:13 23:11 56:13

**Closely**
[2] 48:1 54:12

**Closer**
[1] 3.13

**Clutch**
[1] 31:20

**Coincide**
[3] 9:11 33:21 45:17

**Coincident**
[1] 8:24

**Coincidentally**
[1] 9:1

**Collar**
[1] 47:10

**Collision**
[1] 36:12

**Colvin**
[2] 1:21 2:10

**Combustion**
[1] 28:16

**Comment**
[1] 21:8

**Comments**
[2] 52:25 55:2

**Commitment**
[1] 48:10

**Common**
[3] 49:12 49:14 51:9

**COMPANY**
[4] 1:9 1 17 2:5 65:9

**Compare**
[1] 5:13

**Comparison**
[3] 5:12 5:16 5.20

**Completely**
[2] 4:13 17:10

**Complicated**
[1] 16:10

**Components**
[10] 13:8 17:22 17:25 18:1 28:
25 29:2 29:7 29:9 29:12 30:3

**Comport**
[1] 20:16

**Comprise**
[1] 29:18

**Computer**
[1] 16:3

**Conceivable**
[1] 54:3

**Concern**
[1] 48:12

**Concerning**
[1] 55:4

**Concluded**
[1] 63:9

**Conclusions**
[1] 44:23

**Conducted**
[1] 14:12

**Conductivity**
[1] 11:6

**Conform**
[2] 20:5 20:10 20:13

**Consider**
[2] 27:9 58:8

**Considerable**

**[1]** 61:9

**Considerably**
[1] 57:23

**Consideration**
[1] 64:21

**Consistent**
[4] 8:7 8:14 22:18 22:22

**Constantly**
[1] 51:11

**Contact**
[1] 24:13

**Contain**
[1] 37:4

**Containing**
[1] 46:14

**Contains**
[1] 24:4

**Content**
[1] 12:3

**Contest**
[1] 23:8

**Contrary**
[1] 25:18

**Contributed**
[3] 21:20 44:8 45:15

**Contributor**
[1] 54:24

**Control**
[2] 7:10 30:21 30:24

**Conversation**
[1] 5:3

**Convert**
[1] 16:11

**Convince**
[1] 6:9

**Convinced**
[2] 14:6 18:13

**Cooked**
[1] 41:8

**Cooling**
[2] 7:17 17:6

**CORINNA**
[1] 1:19 65:13 65:22

**Correct**
[22] 19:6 21:6 21:7 25:21 26:22
26:23 35:5 35:6 43:18 43:21 50:
14 51:24 51:25 52:7 52:8 52:11
54:20 57:7 62:16 62:17 64:15 65:
14

**Corrected**
[1] 4:17

**Correctly**
[4] 26:1 40:6 43:1 49:19

**Correlates**
[1] 53:10

**Counsel**
[4] 2:2 2:5 65:17 65:18

**COUNTY**
[1] 64:17

**Couple**
[4] 53.6 56:14 56:16 62:8

**Course**
[4] 14 12:24 21:16 36:19

**Court**
[7] 1:1 1.20 3:22 6:10 33:9 65:
1 65:13

**Cover**
[2] 31:1 53:24

**Covered**
[6] 8:8 24:7 28:7 28:11 28:16
43:5

**COY**
[2] 1:3 65:3

**Crack**
[19] 9:4 9:11 35:8 37:11 37:17
38:11 38:12 38:15 38:24 44:5 45:
17 45:18 45:19 47:24 48:3 48:6
52:10 52:17 58:15 53:13

**Cracking**
[1] 35:7

**Cracks**
[4] 9:5 35:22 37:7 37:8

---

CSMPDF.com · www.Texira.com

# REX B. McLELLAN, Ph.D.                    JUNE 3, 20

**Created**
[3] 22:2 54:4 54:15
**Creature**
[1] 11:9
**Credence**
[2] 40:13 55:18
**Credentialed**
[1] 48:14
**Criticism**
[1] 53:2
**Criticisms**
[4] 20:19 20:22 52:25 55:2
**CSR**
[1] 65:22
**Culpability**
[1] 37:21
**Curbs**
[1] 35:20
**Cut**
[10] 24:5 39:20 45:24 46:1 46:7
46:12 46:13 46:13 47:20 47:25
**Cut-off**
[1] 46:13
**Cutting**
[1] 47:17
**Cycles**
[1] 38:11
**Cyclically**
[2] 38:10 38:10
**Cycling**
[1] 43:22
**Cylindrical**
[1] 22:15

### D

**Damage**
[3] 7:25 29:25 59:23
**Damaged**
[1] 36:10
**Danger**
[2] 57:21 58:12
**Dangerous**
[8] 57:19 58:1 58:2 58:3 58:5
58:10 58:17 58:22
**Date**
[6] 4:12 4:16 33:16 33:20 42:18
65:23
**DAWSON**
[1] 2:7
**Days**
[1] 55:25
**Deal**
[5] 20:15 23:6 30:2 51:13 56:10
**Death**
[1] 59:1
**Decades**
[1] 49:24
**Deceased**
[2] 1:4 65:4
**Decrease**
[1] 8:22
**Decreases**
[2] 38:13 38:13
**Deeply**
[1] 27:20
**Defect**
[15] 25:25 26:5 26:5 26:21 27:2
26:23 37:14 37:21 37:22 57:3 57:
5 57:9 57:10 62:19 62:25
**DEFENDANT**
[2] 1:17 2:5
**Defendants**
[2] 1:10 65:10
**Definitely**
[1] 32:4
**Definition**
[1] 50:5
**Degree**
[7] 7:3 9:23 10:13 15:10 15:14
23:8 37:15
**Degrees**
[1] 15:25

**Deleterious**
[1] 10:17
**DELGADO**
[2] 1:9 65:9
**Demeanor**
[1] 47:10
**Dendritic**
[1] 41:3
**Deny**
[1] 9:18
**Departments**
[1] 5:9
**Depos**
[1] 4:25
**Deposited**
[4] 53:22 54:10 54:23 54:24
**Deposition**
[18] 1:12 1:15 4:8 4:11 4:13 4:
15 4:17 25:23 33:9 44:16 44:16
44:19 53:1 55:3 63:9 64:14 65:
14 65:15
**Depositions**
[2] 4:22 4:24
**Deposits**
[1] 54:9
**Depth**
[1] 43:13
**Describe**
[1] 22:7
**Described**
[2] 20:23 61:23
**DESCRIPTION**
[1] 2:23
**Design**
[8] 25 25 26:5 26:8 26:21 27:10
57:5 57:9 57:14
**Despite**
[1] 48:3
**Destructive**
[1] 21:15
**Detail**
[3] 17:1 24:25 25:2
**Determination**
[1] 26:4
**Determine**
[4] 13 16 15:18 38:3 44:14
**Determined**
[1] 25:24
**Detroit**
[1] 2:8
**Develop**
[2] 35:12 37:7
**Developed**
[1] 38:11
**Diameter**
[2] 60:4 60:6
**Dictates**
[1] 7:19
**Difference**
[5] 41:6 41:7 43:19 43:23 59:14
**Differences**
[1] 23:6
**Different**
[5] 23:1 23:19 30:13 34:9 39:24
41:3 41:13
**Difficult**
[4] 9:8 9:25 11:5 22:5
**Diffusion**
[1] 19:24
**Directly**
[3] 8:17 10:23 12:6
**Dirt**
[2] 20:7 20:11
**Dirty**
[1] 28:13
**Disagree**
[2] 41:20 54:21
**Disassemble**
[1] 7:20
**Disassembled**
[1] 31:20
**Discernible**

[2] 37:9 37:10
**Discontinuity**
[3] 8:25 9:2 53:14
**Discussed**
[3] 44:18 44:23 51:11
**Dispute**
[1] 55:19
**Dissipated**
[1] 19:25
**Distance**
[1] 9:6
**Distinctive**
[1] 9:6
**DISTRICT**
[4] 1:1 1:1 65:1 65:1
**DIVISION**
[1] 1:2 65:2
**Doctor**
[2] 62:12
**Documentation**
[1] 11:22
**Documents**
[2] 11:21 11:24
**Done**
[26] 4:7 4:11 9:13 10:14 12:16
13:19 15:9 15:12 19:18 19:19 21:
22 31:9 31:12 31:13 31:24 40:14
44:13 44:19 44:22 46:13 51:14
51:17 51:23 52:5 52:7 54:17
**Doubt**
[8] 9:23 10:3 10:19 14:4 41:17
49:23 52:4 54:17
**Down**
[5] 18:12 18:15 23:20 26:18 56:
**Dr**
[24] 3:5 3:19 4:6 6:16 6:17 7:6
9:12 10:8 11:13 13:4 21:18 24:
25 25:23 33:8 33:14 35:25 36:15
50:20 53:1 56:4 56:20 62:4 62:7
63:5
**Drawing**
[1] 60:7
**Dream**
[1] 14:9
**Drills**
[1] 27:20
**Dropped**
[1] 22:20
**Due**
[1] 57:19
**Duly**
[3] 3:2 6:15 65:14
**Dumb**
[1] 16:10
**During**
[1] 56:24

### E

**Ear**
[2] 33:4 56:16
**East**
[4] 1:22 2:4 2:11 65:24
**Easy**
[2] 30:18 59:2
**Econoline**
[3] 29:1 29:8 29:18
**Effect**
[1] 14:5
**Effective**
[1] 49:1
**Effectiveness**
[2] 52:13 52:20
**Effort**
[1] 30:25
**Egg**
[1] 14:9
**Either**
[3] 21:25 43:13 50:9
**Element**
[1] 57:21
**Embossed**
[4] 28:22 49:4 57:15 57:19

**Empathize**
[1] 56:2
**Employee**
[2] 65:17 65:18
**Encompasses**
[1] 30:8
**End**
[14] 2:20 7:17 17:7 20:15
23:4 23:7 24:19 38:7 43:20 45:
45:6 45:25 53:9
**Engine**
[1] 31:20
**Engineer**
[2] 26:9 26:10 49:24
**Engineered**
[1] 37:5
**Engineering**
[2] 37:20 55:5
**Engines**
[1] 31:24
**Ensuring**
[1] 46:12
**Entire**
[5] 5:1 19:21 34:21 43:4 61:16
**Envision**
[1] 61:24
**Equipment**
[1] 49:20
**Errata**
[2] 2:18 64:1
**Error**
[1] 42:7
**Especially**
[3] 9:23 17:7 55:12
**Essentially**
[3] 17:9 21:15 59:15
**Estate**
[2] 1:4 65:4
**Estimate**
[1] 60:9
**Etch**
[1] 39:21
**Evidence**
[9] 8:1 24:18 24:20 38:25 40:
15 50:9 53:7 55:9 62:24
**Exactly**
[3] 17:11 17:16 48:7
**Examination**
[3] 2:17 3:3 62:5
**Example**
[1] 13:3
**Except**
[5] 21:16 22:23 37:10 57:12 64:
15
**Exclude**
[4] 7:4 7:4 7:7 7:8
**Excuse**
[2] 22:19 56:11
**Executed**
[1] 64:20
**Exemplar**
[4] 5:8 5:21 6:3 45:12
**Exhibits**
[3] 2:22 2:24 4:25
**Exist**
[2] 13:23 52:5
**Expansion**
[2] 8:3 10:19
**Expect**
[3] 6:6 32:7 39:25
**Experience**
[2] 28:5 48:8 51:13
**Experiment**
[7] 12:24 13:5 13:19 14:1 14:5
15:3 23:17
**Experimentation**
[1] 13:16
**Experiments**
[3] 14:19 14:23 21:15
**Expert**
[7] 31:23 48:20 48:24 48:25 49:
13 50:21 51:4

## BRYANT & STINGLEY, INC.

# REX B. McLELLAN, Ph.D.

**Expertise**
[1] 51:9
**Expertly**
[1] 27:18
**Expiration**
[1] 65:23
**Explain**
[1] 9:7
**Exposed**
[1] 8:21
**Expressed**
[1] 64:21
**Extends**
[1] 20:14
**Extensively**
[1] 48:19
**Extent**
[1] 26:11
**External**
[2] 37:9 54:15
**Extremely**
[2] 48:14 62:12

### F

**Fact**
[16] 5:2 6:23 7:4 8:16 10:6 23:
8 24:9 25:18 37:14 39:14 43:24
48:3 48:7 55:13 56:7 62:19
**Faculty**
[1] 46:8
**Fahrenheit**
[2] 16:1 16:12
**Faint**
[1] 5:22
**Fair**
[1] 30:12
**Fairly**
[10] 9:22 12:2 18:13 22:18 23:7
25:11 30:18 31:24 54:11 54:12
**Falling**
[1] 35:23
**Familiar**
[2] 52:13 52:20
**Far**
[2] 14:2 44:7
**Farenheit**
[1] 16:8
**Fatigue**
[34] 9:4 9:5 9:10 9:11 21:21 35:
8 35:12 35:22 36:23 37:7 37:10
37:11 37:14 37:16 37:24 38:6 38:
11 38:12 38:15 38:20 41:22 44:2
44:15 45:15 45:17 45:18 47:22
47:23 48:3 48:7 53:11 53:13 53:
18 54:24
**Pederal**
[1] 1:23
**Feelings**
[1] 25:1
**Fellow**
[1] 47:2
**Few**
[3] 34:6 48:11 52:15
**Fiducial**
[1] 23:13
**Field**
[2] 12:24 27:15
**File**
[2] 5:1 22:10
**Final**
[1] 5:5
**Finally**
[3] 23:21 24:2 54:8
**Financially**
[1] 65:18
**Findings**
[1] 5:14
**Fine**
[3] 27:18 32:1 60:10
**Finish**
[1] 36:25
**Finished**

[2] 20:1 56:13
**Fired**
[1] 13:8
**First**
[10] 2:7 12:8 22:24 25:23 26:19
42:1 44:19 50:23 52:15 54:6
**Fit**
[1] 34:10
**Fits**
[1] 45:9
**Fix**
[1] 59:9
**Fixed**
[1] 17:8
**Flame**
[4] 14:2 15:4 15:7 15:16
**Flanged**
[1] 45:25
**Flaw**
[1] 35:11 36:21 37:12 37:13 37:
19 37:19 37:19 37:23 38:1 38:14
38:14
**Flaws**
[6] 37:4 37:6 37:9 38:17 38:18
38:20
**Focus**
[1] 57:25
**Follow**
[3] 27:17 29:25 45:11
**Followed**
[1] 9:21
**Following**
[3] 31:23 33:18 36:15
**Follows**
[1] 3:2
**Force**
[4] 26:12 61:4 61:9 61:11
**Ford**
[40] 1:6 1:17 2:5 3:6 4:16 6:18
6:25 7:13 10:4 10:10 11:21 15:
18 18:3 19:22 18:25 21:5 21:9
21:25 22:4 25:13 26:11 27:2 27:
13 27:15 27:17 27:25 30:19 30:
21 32:4 32:17 34:9 34:14 40:5
40:5 40:17 49:23 54:15 56:6 57:
3 65:9
**Ford's**
[4] 7:10 8:15 20:6 20:11
**Foregoing**
[2] 64:14 64:20
**Foresee**
[1] 59:16
**Foreseeable**
[1] 31:2
**Forging**
[2] 17:15 17:16
**Forgotten**
[1] 46:20
**Form**
[3] 7:9 10:5 13:6
**Formal**
[4] 48:17 51:6 51:12 52:22
**Formation**
[1] 38:12
**Formed**
[1] 53:25
**Forming**
[1] 40:1
**Forth**
[2] 23:21 35:20
**Forward**
[2] 31:23 33:16
**Fraction**
[1] 51:8
**Fracture**
[24] 21:4 21:20 21:21 23:5 26:
22 27:3 33:24 38:2 38:3 38:4
38:2 38:6 39:5 40:9 41:22 43:1
44:15 44:15 46:15 47:21 47.
22 50:17 54:25
**Fractured**
[2] 23:12 24:5
**Frankly**

[5] 7:17 26:23 44:24 51:8 53:8
**Freeze**
[2] 27:13 54:5
**Freeze-up**
[1] 54:5
**Freezes**
[1] 39:23
**Fried**
[2] 56:1 62:10
**Front**
[1] 22:10
**Frontal**
[1] 36:11
**Frozen**
[1] 54:7
**Full**
[1] 5:5
**Furnaces**
[1] 13:7
**Furthermore**
[2] 7:18 8:23

### G

**GABRIEL**
[2] 1:9 65:9
**Gamut**
[1] 30:22
**GARCIA**
[3] 1:19 65:13 65:22
**Gas**
[1] 15:6
**Gather**
[2] 17:5 21:2
**Gathered**
[2] 26:19
**Gear**
[2] 31:21
**Gee**
[1] 49:9
**General**
[4] 23:7 29:4 30:11 58:3
**Generally**
[1] 32:15
**Generate**
[3] 15:4 15:11 15:16
**Gentle**
[2] 10:17 13:6
**Gentleman**
[3] 46:16 46:18 46:21
**Gentler**
[1] 12:19
**Geometry**
[1] 9:19
**Given**
[6] 28:9 50:22 51:5 62:14 64:22
65:14
**Glad**
[1] 16:9
**Grease**
[2] 28:17 28:18
**Great**
[5] 20:15 23:6 30:2 51:13 56:9
**Grinding**
[4] 44:21 44:25 45:3 45:11
**Groove**
[1] 54:1
**Grooves**
[2] 53:24 53:25
**Grooving**
[6] 45:10 45:14 45:16 53:9 53.
10 53:16
**Guess**
[3] 24:13 29:16 46:8
**Guy**
[3] 47:8 47:10 54:19

### H

**Half**
[1] 5:2
**Hand**
[2] 64:22 65:19
**Handbook**

[1] 31:25
**Hanging**
[1] 41:25
**Hard**
[2] 8:4 36:14
**Hardened**
[2] 10:9 20:25
**Hardening**
[1] 10:11 17:7
**Hardness**
[12] 9:21 9:22 20:7 20:11 20:1
20:20 21:5 21:9 21:12 25:12 3:
13 55:11
**Hardnesses**
[3] 10:1 20:17 25:15
**Harlingen**
[1] 65:24
**Harrison**
[1] 65:24
**Hear**
[10] 3:9 3:11 3:15 3:19 3:21 5.
23 16:9 28:8 39:11 52:15
**Heat**
[56] 6:18 6:25 7:9 7:13 7:15 8
2 8:9 10:9 10:17 10:23 11:24 1
4 13:6 13:15 13:16 13:18 13:25
15:1 15:10 15:11 15:14 16:17 1
23 17:3 17:18 17:21 17:23 18:1
18:3 18:8 18:16 19:2 19:5 19:8
20:3 20:11 20:2 22:1 27:24 28:
1 39:25 41:4 49:18 56:5 56:6 5:
21 59:22 60:1 60:13 61:21
**Heat-treated**
[4] 10:23 13:15 39:25 41:4
**Heat-treatment**
[4] 17:18 17:21 19:5 19:8
**Heated**
[7] 6:22 6:24 11:2 13:8 17:5 18
17 25:11
**Heating**
[6] 7:16 8:20 11:2 12:19 12:19
13:25
**Heed**
[2] 49:9 50:6
**Heeding**
[1] 50:4
**Helps**
[1] 3:23
**Hereby**
[1] 64:14
**Herrera**
[1] 4.22 4:24
**Herrera's**
[1] 53:1
**High**
[9] 11:4 11:16 11:16 12:2 13:9
19:22 23:8 37:10 37:15
**High-powered**
[1] 37:10
**Higher**
[1] 43:21
**Highest**
[1] 13:2
**Himself**
[2] 43:24 46:9
**Hindsight**
[1] 30:19
**History**
[1] 33:15
**Hold**
[2] 3:17 48:20
**Hole**
[1] 27:20
**Home**
[1] 31:12
**Honestly**
[1] 44:23
**Hope**
[1] 24:23
**Hopefully**
[1] 45:13
**HORTENSIA**
[1] 65:1

# REX B. McLELLAN, Ph.D.                    JUNE 3, 20

[2] 1:4 65:4
**Hot**
[2] 15:2 15:4
**Hour**
[1] 5:2
**Hours**
[1] 16:6
**House**
[1] 46:5
**Houston**
[2] 4:18 46:15
**Hung**
[1] 18:11
**Hypothesis**
[1] 19:17

## I

**Idea**
[8] 15:8 16:2 17:4 18:15 28:3 29:20 31:14 46:3
**IDEN**
[1] 2:23
**Identification**
[1] 42:15
**Illegible**
[1] 11:23
**Imagine**
[1] 49:3
**Immediately**
[1] 16:11
**Impact**
[3] 11:10 27:21 35:12
**Impacted**
[1] 10:20
**Impacts**
[1] 35:19
**Implausible**
[1] 61:6
**Imponderables**
[1] 14:4
**Important**
[3] 36:25 49:10 62:12
**Imposing**
[1] 62:9
**Impossible**
[1] 30:6
**Imprinted**
[7] 28:6 29:19 30:5 51:15 51:21 58 4 58:23
**Improper**
[5] 7:16 22 1 43:14 43:16 56:5
**Improperly**
[3] 6:25 7:13 50:10
**Inadvertently**
[1] 59:22
**Inc**
[1] 65:23
**Inches**
[1] 60:8
**Include**
[1] 57:13
**Including**
[1] 17:1
**Inconceivable**
[1] 7:23
**Incorrect**
[1] 7:15
**Increase**
[3] 11:9 43:16 43:25
**Increased**
[2] 22:21 43:20
**Incumbent**
[1] 40:5
**Indeed**
[1] 40:19
**INDEX**
[2] 2:13
**Indirectly**
[1] 12:6
**Individually**
[2] 1:3 65:3

**Induction**
[1] 7:16
**Inductively**
[2] 17:5 18:17
**Inevitably**
[1] 37:12
**Infinitely**
[1] 55:6
**Information**
[4] 11:15 35:1 42·5 42 9
**Initiate**
[4] 35:22 37:12 38:16 53:14
**Initiated**
[1] 35:8
**Injurious**
[1] 30:24
**Injury**
[1] 59:1
**Inquire**
[1] 46:2
**Inquiry**
[4] 14:10 14:14 14:17 14:21
**Inside**
[1] 54:7
**Inspected**
[2] 19:1 42:1 45:23
**Installed**
[1] 33:25
**Instance**
[1] 1:16
**Instructions**
[2] 29:25 32:2
**Instrument**
[1] 64:20
**Intelligence**
[1] 32:1
**Intended**
[1] 37:5
**Interact**
[1] 8:16
**Interested**
[1] 65:18
**Interference**
[1] 10:6
**Interrupt**
[1] 5:23
**Intervals**
[2] 23·13 23:18
**Invalid**
[4] 9:24 23:16 24:11 24.16
**Involved**
[4] 14:3 36:9 46:25 51:10
**Involvement**
[1] 51:13
**Iron**
[1] 15:24
**Irregular**
[3] 44:7 45:10 45:14
**ISELA**
[2] 1:5 65:5
**Issue**
[3] 48:15 49:17 58:1
**Issues**
[1] 48:15
**Itself**
[2] 1:3 17:14

## J

**Jaime**
[2] 2:10 62:2
**Job**
[1] 32:8
**Jobs**
[1] 31:24
**JR**
[2] 1:5 65:5
**Juan**
[4] 4:22 4:24 54:14 54:19
**JUNE**
[3] 1:13 1:18 65:15
**Jury**

[1] 58:8
**Justified**
[1] 53:4

## K

**Kathleen**
[2] 2:6 3:5
**Keep**
[1] 23:23
**Kind**
[4] 3:23 6:2 35:22 59:2
**Knowing**
[2] 7:18 35:4
**Knowledge**
[6] 13:22 17:11 25:7 32:19 34: 23 43:10
**Known**
[6] 27:12 27:13 39:19 39:22 54: 18 64:19

## L

**L.L.P.**
[2] 2.3 2:10
**Lab**
[2] 46:24 46:25
**Label**
[4] 30:20 49:5 57:24 59:2
**Labeled**
[1] 51:15
**Labels**
[6] 31:1 51·7 51:9 51.11 51:20 52:24
**Laboratories**
[2] 4:19 21:14
**Large**
[6] 8.25 9 2 9:22 10:25 29:14 51:8
**Largely**
[1] 43:24
**Larry**
[3] 2:16 4:23 4:24
**Last**
[7] 4:8 4:11 4:12 9:24 26:19 28: 8 55:12
**Late**
[1] 34:1
**Lately**
[1] 9:14
**Law**
[1] 46:17
**Lawsuit**
[1] 62:21
**Lawyer**
[3] 47:6 47:8 47:11
**Lead**
[6] 8:18 27:19 36:21 37:23 40: 13 43:21
**Learned**
[1] 33:18
**Least**
[4] 16:10 31:19 32:4 54:3
**Leave**
[2] 40:12 44:11
**Left**
[5] 7:10 57:3 62:25
**Legible**
[2] 11:20 49.6
**Length**
[1] 20:15
**Less**
[4] 15:24 25:14 50:5 58:12
**Letters**
[3] 60:12 60:14 60:16
**Level**
[1] 31:14
**LIBRADO**
[2] 1:5 65:5
**Light**
[2] 24:11 55:15
**Likelihood**
[1] 50:4
**Likely**

[1] 50:6
**LINDA**
[2] 1:3 65:3
**Line**
[4] 18:24 23:13 34:24 64:2
**Lines**
[1] 3:25
**List**
[5] 4:6 4:10 4:21 50:19 51:2
**Listings**
[1] 44:22
**Literature**
[8] 13:20 13:22 13:23 14:7 15: 13 15:18 19:13 52:10
**Litigation**
[1] 51:10
**LLP**
[1] 1:21
**Loaded**
[1] 38:10
**Local**
[2] 9:9 16:15
**Located**
[1] 38:8
**Location**
[1] 28:9
**Logic**
[1] 7:18
**Longish**
[1] 39:12
**Longitudinally**
[1] 22:14
**Look**
[18] 4:12 5:13 6:8 11:23 15:13 16:7 32:9 32:9 32:16 32:16 37: 10 39:21 41:15 42:14 45:11 48:1 48.4 60:19
**Looked**
[4] 15:18 41:20 48:6 52:9
**Looking**
[9] 5:15 5:20 6:1 6:7 42:20 44: 11 47:21 60:14 61:25
**Looks**
[3] 18:9 38:19 53:21
**LOPEZ**
[2] 1:4 65:4
**Louder**
[2] 33:10 33.12
**Low**
[1] 12:2
**Lower**
[1] 21:9
**Lubrication**
[1] 28:12
**LUIS**
[2] 1:4 65:4

## M

**Ma'am**
[4] 18:20 34:16 46:6 56:15
**Machine**
[11] 17:4 17:18 18:3 22:25 23: 16 24:6 24:20 37:16 46:9 46:10 46:12
**Machinery**
[2] 17:2 18:9
**Machines**
[3] 17:21 18:21 19:14
**Main**
[1] 53:2
**Maintenance**
[1] 22:4
**Major**
[3] 31:7 31:24 32:7
**Maker's**
[2] 31·25
**Makers**
[1] 35:21
**Makowski**
[17] 2:16 4:20 4:23 4:24 7:22 8: 6 21:17 23:22 26:12 27:17 33:22 38:24 39:11 43.12 49:22 50:16 61:7

**Makowski's**
[1] 55:3
**Malfunction**
[1] 19:15
**Manner**
[2] 48:17 53:11
**Manual**
[5] 30:1 32:2 32:5 32:9 32:17
**Manuals**
[2] 32:13 32:20
**Manufacture**
[2] 22:2 33:16
**Manufactured**
[4] 6:19 17:3 33:25 54:16
**Manufacturer**
[2] 32:14 32:21
**Manufacturers**
[6] 14:11 14:11 14:18 14:22 19:9 59:6
**Manufacturing**
[12] 7:14 19:1 20:6 25:13 25:25 26:5 27:2 27:10 37:21 57:10 62:19 62:25
**Mark**
[2] 39:12 44:6
**Marked**
[2] 2:24
**Marking**
[1] 5:24
**Markings**
[3] 5:22 6:2 33:22
**Marks**
[41] 42:22 43:2 43:4 43:4 44:5 44:21 44:25 45:3 45:11 54:3 54:4 54:10
**Martensitic**
[2] 17:9 17:10
**Martinez**
[14] 2:3 2:3 3:14 4:18 4:21 5:3 42:6 46:6 46:9 46:22 47:7 47:9 62:6 62:7
**Martinez'**
[2] 46:17 46:23
**Martinez's**
[2] 42:12
**Mass**
[1] 14:3
**Masses**
[1] 10:25
**Material**
[10] 8:23 9:3 13:1 14:3 14:3 17:9 19:25 28:12 37:21 38:22
**Mathematical**
[1] 11:6
**Matter**
[1] 5:1
**Matters**
[2] 51:10 58:24
**MAURICIO**
[2] 1:6 65:6
**Maximum**
[4] 8:20 8:21 9:2 15:11
**McLellan**
[30] 1:12 1:16 3:1 3:5 3:19 4:6 6:16 6:17 7:6 9:12 10:8 11:13 13:21 13:21 18 24:25 25:23 35:3 14 35:25 36:15 50:20 56:4 56:20 62:4 62:7 63:5 64:14 64:16 64. 19 65:13
**Mean**
[20] 9:20 11:24 15:7 24:4 29:4 29:9 31:16 34:9 35:23 37:3 37:9 37:13 42:11 46:19 50:13 53:18 58:1 58:6 60:20 60:22
**Means**
[2] 7:18 33:25
**Measurements**
[15] 9:21 9:22 22:12 23:3 23:5 23:12 23:14 24:1 24:3 24:8 24:15 24:25 54:25 55:20
**Mechanic**
[7] 8:16 10:7 22:3 25:8 28:2 28:23 29:22 29:24 30:4 31:23 40:13 43:11 49:7 57:22 60:18 61:14

61:24
**Mechanical**
[5] 25:9 26:9 31:9 32:8 55:4
**Mechanics**
[4] 27:14 30:23 32:16 52:2
**Mechanism**
[2] 4:2 10:1
**Medium**
[2] 11:16 12:2
**Meet**
[3] 3:7 21:5
**Melt**
[2] 7:22 7:24
**Melted**
[4] 39:13 39:15 39:23 41:16
**Melting**
[13] 10:15 15:21 15:23 38:25 40:4 40:7 40:10 40:12 40:19 40:19 40:25 53:7 55:8
**Melts**
[2] 16:19 16:20
**Mentioned**
[1] 20:19
**Mentioning**
[1] 21:2
**Mess**
[1] 13:17
**Met**
[1] 4:18
**Metal**
[12] 10:15 21:20 28:16 28:20 39:22 39:23 41:1 53:22 54:9 54:23 54:24 55:13
**Metallography**
[3] 39:20 40:18 41:18
**Metallurgist**
[1] 62:15
**Metallurgists**
[3] 41:5 41:20 41:24
**Metallurgy**
[1] 48:13
**Metals**
[1] 19:22
**Michigan**
[1] 2:8
**Microscope**
[2] 37:11 48:9
**Microscopic**
[4] 36:21 37:4 37:6 37:12
**Microstructure**
[1] 39:22
**Might**
[10] 19:14 27:9 27:24 28:2 28:10 36:17 37:13 37:20 53:21 59:17
**Miles**
[1] 37:7
**Millions**
[1] 38:11
**Mind**
[5] 10:24 28:16 33:3 41:12 56:9
**Minute**
[2] 15:3 36:18
**Minutes**
[3] 16:3 56:14 56:16
**Misquoting**
[1] 53:18
**Missed**
[2] 12:8 50:23
**Missing**
[1] 46:2
**Misunderstanding**
[1] 62:13
**Misunderstood**
[1] 57:2
**Model**
[1] 33:19
**Modern**
[1] 16:13
**Moment**
[4] 20:21 44:20 56:12 56:12
**Monday**
[1] 45:13

**Morning**
[1] 4:25
**Morphology**
[1] 9:20
**Most**
[3] 12:2 54:20 55:4
**MOTOR**
[4] 1:9 1:17 2:5 65:9
**Motorcycles**
[2] 31:12 31:19
**Move**
[3] 3:13 3:14 23:6
**Moved**
[1] 23:16
**Must**
[2] 49:10 61:20

---

**N**

**Name**
[3] 3:5 46:19 64:19
**National**
[1] 2:7
**Nature**
[3] 11:7 28:2 44:3
**Near**
[3] 15:23 24:9 36:20
**Nearby**
[1] 39:13
**Nearly**
[2] 22:19 55:25
**Need**
[2] 5:4 37:19
**Never**
[10] 11:5 13:19 17:25 18:25 31:13 37:6 41:12 44:1 48:18 59:16
**New**
[3] 23:16 56:23 56:25
**Next**
[2] 23:19 34:6
**Nobody**
[3] 14:9 16:12 28:15
**Noncontact**
[1] 24:13
**None**
[1] 26:7
**Nonhardening**
[1] 10:5
**Nonuniform**
[2] 5:22 25:5
**Noon**
[1] 5:9
**Normal**
[2] 19:23 38:19
**Normally**
[1] 41:4
**Notary**
[1] 64:24
**Note**
[2] 42:3 42:20
**Noted**
[1] 64:15
**Notes**
[6] 42:3 42:13 42:17 44:11 44:17
**Nothing**
[1] 63:4
**Number**
[4] 2:23 11:19 29:15 32:3
**Numbered**
[1] 1:18
**Numbers**
[1] 42:15

---

**O**

**Object**
[1] 12:23
**Observe**
[1] 45:3
**Observed**
[1] 44:25
**Obtain**

[1] 5:7
**Obvious**
[3] 8:1 30:18 41:22
**Obviously**
[2] 45:24 48:13
**Occasions**
[2] 32:3
**Occur**
[3] 35:20 37:8 37:18
**Occurred**
[8] 23:10 25:14 26:14 33:24 38:21 43:2 43:3 45:18
**Occurs**
[5] 27:11 27:23 37:11 37:17 38:
**October**
[2] 42:2 42:2
**Office**
[5] 16:6 42:12 46:17 46:23 64:22
**Offices**
[1] 1:21
**Often**
[1] 18:21
**Oil**
[4] 28:7 28:12 28:18 31:16
**Oily**
[1] 28:14
**Omit**
[1] 58:18
**Once**
[2] 31:21 58:25
**One**
[29] 3:6 5:6 8:14 15:2 19:18 19:19 23:4 24:10 24:10 25:17 32:4 32:21 34:18 39:5 41:8 41:23 2 45:12 48:4 48:5 53:5 53:8 53:9 57:1 58:11 58:16 58:20 59:4 60:13
**Ones**
[2] 21:13 55:12
**Open**
[4] 21:11 24:23 39:15 54:17
**Opinion**
[24] 6:21 21:23 25:18 26:18 26. 20 26:25 27:8 36:5 38:5 44:5 48. 24 48:25 49:15 50:3 50:21 51:4 54:2 54:23 57:8 58:9 58:11 58: 14 58:16 62:18
**Opinions**
[7] 5:5 40:2 40:6 44:23 56:23 56:25 62:14
**Opposed**
[2] 57:10
**Opposite**
[1] 24:19
**Optimal**
[1] 50:16
**Optimum**
[2] 50:14
**ORAL**
[2] 1:12 1:15
**Order**
[2] 8:3 18:23
**Orientation**
[1] 18:14
**Origin**
[3] 9:4 9:11 45:18
**Original**
[5] 22:2 26:11 34:14 42:17 54:10
**Originally**
[3] 24:5 24:7 53:23
**Outboard**
[2] 43:19 45:8
**Outside**
[2] 38:15 38:18
**Overdone**
[1] 24:24
**Overemphasizes**
[1] 53:8
**Overemphasizing**
[1] 53:15
**Overheating**
[1] 46:13
**Own**

# REX B. McLELLAN, Ph.D.      JUNE 3, 20

[1] 31:25
**Oxyacetylene**
[1] 15:17

## P

**Packed**
[1] 31:18
**Page**
[6] 2:14 2:18 2:22 42:19 64:1
64:2
**Pardon**
[4] 14:15 47:4 47:14 60:25
**Part**
[14] 20:10 20:14 26:15 26:16 28:
8 34:14 34:14 39:5 39:25 40:8
49:15 50:4 58:14 59:15
**Particular**
[2] 49:16 62:20
**Parties**
[1] 65:18
**Parts**
[14] 5:8 20:5 20:13 26:10 26:11
26:15 28:10 28:13 29:17 30:24
31:17 39:6 51:15 51:21
**Passenger**
[1] 33:23
**Passively**
[1] 54:5
**Past**
[1] 48:5
**Patently**
[1] 8:1
**People**
[1] 30:21
**Percent**
[4] 43:25 47:23 48:2 48:8
**Perfection**
[1] 37:16
**Performed**
[1] 4:20
**Perhaps**
[3] 4:3 36:7 57:1
**Periphery**
[2] 25:12 25:16
**Person**
[13] 7:19 8:2 25:9 32:11 40:14
42:11 46:7 49:8 49:9 50:1 50:5
50.6 64:19
**Personal**
[2] 31:15 32:19
**Personally**
[3] 12.12 13:14 64:19
**Perspective**
[1] 44:14
**Ph.D**
[5] 1:16 3:1 64:14 64:19 65:14
**Ph.D.**
[2] 1:12 64·16
**Phone**
[4] 3:25 33:9 33:10 56:15
**Photographically**
[1] 24:15
**Photographs**
[1] 41:15
**Piece**
[5] 12:8 12:13 12:17 13:15 14:
25 24:4 24:4 39:5 43·4
**Place**
[2] 43.8 54:6
**Placed**
[3] 24:2 34:22 38:10
**Plaintiffs**
[3] 1:7 2:2 65:7
**Plant**
[9] 6:25 10:4 10:10 16:19 18:25
22:1 54:15 54:16 63:1
**Plus**
[1] 4:24
**Point**
[19] 5:20 9:6 9:12 10:7 15:21
15:23 21:4 23:14 24:22 25:19 26:
3 27:15 34:4 37:1 38:8 44:24 54:
20 56:1 56:3

**Pointed**
[4] 38:24 39:4 39:11 55:13
**Points**
[1] 54:21
**Polish**
[1] 39:21
**Polished**
[2] 37:15 38:19
**Polite**
[1] 63:8
**Portion**
[4] 20:23 22:15 24:2 46:16
**Position**
[1] 8:15
**Possibility**
[3] 7.1 35·17 36:13
**Possible**
[11] 8:5 9.18 15:4 15:13 30 10
35.11 35:14 37:25 38:4 40:4 48:4
**Possibly**
[1] 30:23
**Potentially**
[1] 45:16
**Pounds**
[2] 61:4 61.8
**Powered**
[1] 37:10
**Prepared**
[1] 4:21
**Presence**
[2] 53:10 57:23
**Present**
[2] 21:13 46.1
**Press**
[3] 49:19 50:3 61:5
**Pressed**
[2] 32:25 49:17
**Pressure**
[1] 61:5
**Presumably**
[1] 22:3
**Pretty**
[2] 28:23 60:16
**Previously**
[2] 36·2 43:1
**Principally**
[1] 8:8
**Printed**
[1] 28:10
**Printing**
[1] 61:18
**Probability**
[3] 25:10 49:8 62:15
**Probable**
[2] 54:2 54:3
**Problem**
[13] 11:3 11:6 23.10 25:13 26:
14 27:22 27:25 28:14 35:22 40:4
41:24 43:12 56:9
**Problems**
[8] 9:9 22:23 23:2 24:20 26:8
27:14 27:19 28:18
**Procedure**
[1] 1:23 27:17
**Process**
[9] 17:1 19:1 19:5 19:8 19:23
25.13 38:10 47:17
**Produce**
[2] 17 8 17:16
**Produced**
[1] 1:16
**Production**
[1] 4:17
**Products**
[1] 34.9
**Professional**
[1] 31:11
**Professionally**
[1] 31:13
**Proofread**
[1] 4.17
**Properly**

[6] 10:9 14:25 15:1 20:24 37:5
43:8
**Proportion**
[1] 9:2
**Proposition**
[1] 40:13
**Proved**
[1] 64:19
**Proves**
[1] 53:25
**Provided**
[1] 11:11
**Prudent**
[1] 32:11
**Psychologist**
[1] 49:14
**Psychology**
[1] 48:16
**Public**
[2] 32:15 64:24
**Purchased**
[1] 32:25
**Pure**
[1] 15:23
**Purpose**
[1] 34:6
**Purposes**
[1] 64:21
**Pursuant**
[1] 1:22
**Put**
[12] 24:14 25:9 28:1 31:21 49:4
51:20 56:15 59:4 59:6 59:9 59:
20 60:16
**Puts**
[1] 55:10
**Putting**
[4] 31:22 48:9 55:17 63:5

## Q

**Qualification**
[3] 21:8 50:20 51:3
**Qualifications.**
[2] 51:6 57:13
**Qualified**
[2] 49:13 51:3
**Qualitative**
[1] 14:1
**Quality**
[2] 5:13 5:17
**Quantitative**
[2] 11:13 13:24
**Quantitatively**
[1] 55:21
**Quarrel**
[1] 43:15
**Questioning**
[1] 18:24
**Questions**
[12] 7:2 14:17 25:3 34:5 34·7
36:16 44:10 48:11 55:5 62:8 63:
2 63:8
**Quibble**
[1] 45:9
**Quickly**
[1] 36:8
**Quite**
[9] 7:23 9:5 23:18 24:9 39:24
41:3 49:21 54:2 61:8

## R

**Rag**
[1] 28:20
**Raised**
[2] 37:1 48:15
**Raiser**
[1] 45:20
**Rapid**
[1] 17:6
**Rather**
[1] 36:7
**Ratio**

[1] 15:6
**Read**
[13] 12:1 13:20 23:14 48:19 4
3 49:7 52:1 52:6 60:3 60:18 6
19 61:22 64:14
**Reading**
[6] 9:13 23:19 23:21 26:1 55:.
61:24
**Readings**
[5] 20:20 21:2 22:18 23:18 2·
18
**Realize**
[2] 28:3 62:9
**Really**
[12] 17:16 22:4 27:6 29:16 30:
22 35:3 37:3 40:7 48:4 54:13 5
21 58:7
**Rear**
[1] 36:12
**Reason**
[4] 43:15 45:12 49:23 64:2
**Reasonable**
[3] 32:11 49:8 62:15
**Recess**
[2] 33:7 56:19
**Recognize**
[1] 41:6
**Recollection**
[1] 42:9
**Record**
[1] 65:14
**Recorded**
[1] 24:15
**Reduced**
[1] 57:23
**Referred**
[1] 39:13
**Referring**
[1] 39:6
**Refers**
[1] 53:5
**Reflected**
[1] 44:15
**Regard**
[2] 32:21 44:5
**Regarding**
[2] 52:12 52:19
**Regardless**
[2] 20:21 52:3
**Regards**
[2] 4:22 62:13
**Regularly**
[1] 35:20
**Relate**
[1] 10:1
**Relation**
[1] 51:5
**Relationship**
[1] 52:2
**Relative**
[4] 48:15 54:22 65:17 65:18
**Relatively**
[2] 10:25 28:20
**Relax**
[1] 56:15
**Released**
[1] 34:19
**Reliance**
[1] 55:11
**Remaining**
[1] 46:16
**Reminded**
[1] 6:11
**Remove**
[5] 7:20 27:16 49:18 59:15 61:16
**Removed**
[4] 34:17 34:20 34:21 34:22
**Removing**
[2] 21:16 32:8
**Render**
[2] 50:20 51:4
**Reorganize**

# REX B. McLELLAN, Ph.D.                                      JUNE 3, 2

[1] 3:18
**Repair**
[8] 25:9 27:15 31:6 31:15 32:8
40:14 49:7 54:5
**Repairs**
[6] 31:12 34:2 50:22 51:5 57:22
58:2
**Repeat**
[2] 27:6 50:25
**Reperformed**
[1] 23:17
**Replace**
[1] 59:17
**Replacement**
[1] 34:14
**Reported**
[2] 1:19 65:15
**Reporter**
[5] 1:20 3:22 6:1 33:9 65:13
**Reporter's**
[2] 2:19 65:13
**Represent**
[1] 8:19
**Representing**
[1] 3:6
**Represents**
[1] 8:24
**Require**
[1] 10:22
**Reread**
[1] 5:1
**Research**
[1] 52:23
**Research-type**
[1] 52:23
**Researched**
[1] 19:13
**Resistance**
[1] 38:12
**Respect**
[1] 57:5
**Responsible**
[1] 27:6
**Restrict**
[1] 34:5
**Result**
[4] 35:8 50:13 50:15 53:7
**Resulting**
[1] 55:8
**Retainer**
[10] 58:4 58:23 59:6 59:14 59:
20 59:23 60:4 61:1 61:5 61:17
**Retaining**
[16] 5:18 7:21 8:2 8:8 8:9 10:
24 11:2 21:17 22:16 27:16 28:1
43:5 43:8 45:9 57:15 57:18
**Retroactively**
[1] 6:12
**REX**
[7] 1:12 1:15 3.1 64:14 64:16
64:19 65:13
**Ring**
[31] 5:18 7:21 8:2 8:9 8:9 10:
18 10:24 11:22 14:16 27:16 28:1
28:23 43:4 43:8 43:13 45:8 45:9
57:16 57:18 58:4 58:23 59:14 59:
20 59:23 60:5 60:15 60:19 60:22
61:1 61:14 61:17
**Rings**
[3] 21:17 59.7 61:5
**Rockwell**
[4] 20:18 22.19 22:19 23:22
**Rodriguez**
[4] 1:5 1:21 2:10 65:5
**Root**
[1] 53:17
**Rotate**
[9] 54:7 60:22 60:24 61:1 61:10
61:12 61:13 61:18
**Round**
[2] 23:17 24:21
**RUBEN**
[1] 1:5 65:5

**RUIZ**
[2] 1:6 65:6
**Rule**
[6] 35:15 35:17 36:1 36:4 36:6
36:13
**Rules**
[1] 1:23
**Run**
[5] 12:4 14:18 14:22 37:14 37:16
**Running**
[2] 13:5 15:3

## S

**SAE**
[1] 11.19
**Saenz**
[3] 2:10 56.11 62·3
**SALDANA**
[2] 1:6 65:6
**Sale**
[1] 33:16
**Sample**
[4] 24:7 24:12 55:13 55:16
**Samples**
[1] 37:15
**Saturated**
[1] 9:14
**Saturday**
[2] 5.7 5:9
**Saved**
[1] 25:2
**Saves**
[1] 44:10
**Saw**
[3] 27:17 42:19 46:4
**Scarring**
[3] 54:7 54:8 54:10
**Scatter**
[1] 23:25
**Scattered**
[1] 25:19
**School**
[1] 48:18
**Scientific**
[6] 10:21 13:20 13:23 14:6 44:
14 52:9
**Scoring**
[1] 42:22
**Seal**
[1] 64:22
**Search**
[1] 14·6
**Seat**
[2] 50 8 61.11
**Seated**
[2] 43:8 43:19
**Seating**
[3] 43:12 43:16 50:11
**Second**
[3] 3:17 26:15 26.16
**Secondary**
[1] 8:11
**Section**
[2] 20:14 21:3
**See**
[35] 3:23 5:19 5:22 6:2 6·4 6 6
6:4 9:18 12:19 12:21 12:23 16 6
12:17:23 19.13 24:14 28:24 32:9
35:6 36:9 39:2 40:1P 40.24 41:1
41:24 47:13 47:15 53:16 55:15
60:14 60:20 60:21 61:20 61:21
3 61:17
**Sees**
[2] 53:9 60:22
**Segment**
[1] 19:21
**Semi**
[1] 62 10
**Semi-fried**
[1] 62:10
**Sense**
[6] 29.4 30:11 37:19 49:13 49:

14 51:9
**Sensitive**
[1] 11:8
**Sentence**
[1] 50:23
**Separate**
[1] 14:16
**Series**
[1] 9:24
**Seriously**
[2] 10:20 11:10
**Service**
[7] 30:1 32:2 32:5 32:9 32:13
32:20 37:5
**Set**
[1] 50:10
**Several**
[2] 24:8 29:11
**Severe**
[5] 35.9 35:10 36:11 54:8 58:25
**Severely**
[1] 11:2
**Shaft**
[49] 5:8 5:13 7:17 7:21 8:1 8:
16 8:20 9:17 10:9 10:24 11:3 11:
8 12:7 17:14 20:3 20:5 20:10 22:
3 22:14 22:17 24:19 25:25 26:4
26:21 27:1 27:22 33:15 34:16 34:
7 34:10 34:13 34:17 34:23 34:25
36:10 36:20 37:4 37:14 42:23 43:
17 45:1 45:4 45:5 45:12 53:22
61:6 61:13 61:17 61·18
**Shafts**
[3] 16:18 37:3 37:8
**Shaky**
[1] 24:20
**Shallow**
[2] 45:10 45:14
**Sheet**
[1] 42:17
**Sheet/Signature**
[2] 2:18 64:1
**Shop**
[6] 22:4 24:6 31:7 46:9 46:10
46:12
**Shops**
[1] 27:15
**Short**
[2] 5:2 11:19
**Shorten**
[1] 18:23
**Shot**
[1] 23:24
**Shoulder**
[2] 22:15 22:17 23:4 23:6 45:8
**Show**
[1] 23:7
**Showed**
[1] 23:5
**Side**
[4] 18:12 18:15 33:23 60:21
**Signature**
[1] 64:14
**Significance**
[1] 25:4
**Signs**
[2] 35.7 36:9
**Simple**
[1] 31.1
**Simply**
[2] 5:12 7:21
**Sink**
[1] 11:1
**Sit**
[3] 22:16 52:14 52:21
**Site**
[2] 45:17 52:21
**Sitting**
[2] 35:3 55:14
**Six**
[1] 34:2
**Size**

[1] 15:7
**Slacken**
[1] 8:3
**Slight**
[2] 53:9 53:17
**Slightly**
[1] 43:14
**Small**
[9] 24:3 25:11 35:11 35:19 3
23 38:1 38:9 38:18 46:14
**Smaller**
[2] 24:2 60:13
**Smart**
[1] 54:19
**Smear**
[5] 52:22 53:24 53:25 54:22 5
23
**Soft**
[6] 22:8 24:21 25:5 25:5 27:5
38:8
**Soften**
[2] 10:11 10:23
**Softened**
[2] 40:9 40:10
**Softening**
[22] 8:22 9:3 9:9 9:17 9:19 9:
20 10:12 10:5 10:16 21:2 2
10 23:8 23:9 24:18 27:7 38:22
44:1 45:19 54:14 55:19 56:5
**Softness**
[4] 21:19 21:19 21:24 22:6
**Sold**
[2] 6:19 34:13
**Someone**
[5] 6:17 7:5 7:8 7:23 10:10 2
20 27:20 32:7 46:22 49:4 56:
57:11
**Somewhat**
[4] 8:11 8:12 22:20 24:20
**Sorry**
[18] 4:9 6:10 12:18 12:20 20:8
26:16 28:8 35:16 35:25 37:2 40:
22 41:9 45:2 50:23 51:1 51:19
52:15 52:17
**Sort**
[10] 13:4 20:23 39:4 39:12 39:
13 41:6 44:7 46:1 54:14 60:18
**Source**
[2] 13:17 18:16
**SOUTHERN**
[1] 1:1 65:1
**Southwestern**
[1] 4:19
**Speakerphone**
[1] 3:12
**Specific**
[3] 13:10 42:8 49:10
**Specifically**
[5] 15:15 18:1 19:1 39:16 47:25
**Specifications**
[3] 20:6 20:11 21:6
**Specify**
[1] 11:4
**Specs**
[1] 21:10
**Spectrum**
[1] 30:9
**Speculate**
[2] 25:6 61:19
**Speculation**
[2] 10:7 24:23
**Spiral**
[3] 42:22 44:5 44:6
**Spline**
[3] 20:14 22:13 24:19
**Splines**
[2] 20:24 22:17
**Spot**
[5] 19:18 19:20 19:24 49:21 60:
13
**Spots**
[1] 22:8
**Staff**

**BRYANT & STINGLEY, INC.**

CitxPDF · www.texio.com

# REX B. McLELLAN, Ph.D.

JUNE 3, 20

Stage
[1] 46:8

Stark
[4] 9:25 34:1 53:8 55:9

Start
[2] 4:19 21:14

Started
[2] 17:13 30.17

Starting
[2] 22:12 22:18

State
[1] 23:19

Statement
[3] 1:20 64:16 64:24

STATES
[1] 30:8

Statically
[2] 1:1 65:1

Steel
[1] 45:21

Steels
[22] 10:12 10:23 10:25 11:13 11:1 19 11:21 12:2 12:6 12.13 12:18 13:6 13:8 13:15 14:10 14:17 15: 1 15:21 16:19 17:13 40:8 41:4 41:16

Stenograph
[1] 11:23

Step
[1] 65:15

Still
[1] 16:23

Stingley
[1] 58:21

Stipulated
[1] 65:23

Stipulations
[1] 20:17

Straddles
[1] 2:20

Straight
[1] 39:4

Strength
[1] 55:14

Stress
[4] 9:22 10:20 38:9 38:13

Stresses
[3] 43:17 43:25 45:20

Strike
[1] 43:22

Strong
[8] 6:7 8:24 9:10 16:24 27:21 29:6 29:22 48:24

Structure
[1] 53:19

Stub
[4] 39:24 41:2 41:4 41:6

Studied
[7] 45:6 45:24 46:1 46:14 47:18 47:20 53:10

Studies
[5] 4:16 4:23 32:20 48:16 48:18

Study
[11] 14:12 15:9 51:14 51:20 51: 23 52:1 52:4 52:7 52:10 52:12 52:19

Stuff
[1] 12:25

Stupid
[1] 55:24

Styled
[1] 30:22

Subject
[1] 1:18

Subjected
[2] 5:19 9:22

Subjective
[1] 12:18

Subscribed
[1] 51:11

Subsequently
[1] 64:20

Substantially
[1] 65:15

Suffered
[1] 60:17

Suggested
[1] 27:2

Summarize
[1] 49:2

Sunday
[1] 24:17

Supervision
[1] 62:10

Supported
[1] 65:16

Supposed
[1] 24:8

Surface
[2] 8:24 32:10

Suspect
[25] 5:13 5:16 5:17 8:25 9:2 9: 9 10:14 10:15 23:5 23:12 21:5 24:9 24:13 24:13 28:16 28:19 28: 22 38:15 38:18 45:9 45:20 46:15 47:21 53:14 53 17

Sustain
[1] 32:18

Switch
[1] 35:11

Sworn
[1] 13:7

System
[4] 3:2 6:11 6:15 65:14

Systems
[1] 17:6

---

## T

[1] 17:24

Table
[1] 16:7

Tables
[1] 15:13

Tabulated
[1] 15:15

Tacitly
[1] 55:7

Talks
[1] 8:6

Technician
[1] 22:24

Tedious
[1] 33:8

Telephone
[3] 1:19 3:8 4:2

Temperature
[9] 11:4 11:9 13:2 13:9 14: 2 15:14 15:16 19:22

Tempered
[1] 17:10

Tempted
[1] 28:2

Ten
[1] 43:25

Tend
[1] 25:19

Tendency
[1] 25:22

Tensile
[2] 8:22 38:9

Term
[1] 37:20

Terms
[3] 20:6 34:24 44:7

Test
[2] 22:24 40:1

Testified
[1] 3:2

Testimony
[4] 44:15 53:1 55:3 65:14

Testing
[4] 4:19 39:17 39:18 40:5

Tests
[3] 12:4 15:8 37:14

Texas
[9] 1:1 1:20 1:22 2:4 2:11 64: 16 64:24 65:1 65:24

Textbooks
[1] 41:14

Theory
[3] 8:11 44:2 61:15

Therefore
[2] 8:21 25:11

Therein
[1] 64:21

Thermal
[4] 8:3 10:19 11:6 19:24

Thermodynamics
[2] 11:1 12:25

Thinks
[1] 55:20

Third
[1] 55:20

Thirdly
[1] 53:21

Thousand
[1] 29:11

Thousands
[1] 29:17 38:17

Three
[3] 31:20 49:24 53:5

Throwaway
[1] 59:15

Tinken
[1] 33:22

Tiny
[1] 36:20 45:21

Today
[4] 4:8 44:18 52:14 52:21

Together
[1] 31:21

Tomorrow
[5] 5:10 45:13

Tony
[2] 2:3 62:7

Took
[2] 7:5 10:10

Tools
[5] 17:2 50:2 50:8 50:10 50 12

Top
[2] 54:1 54:10

Torch
[28] 6:17 6:22 7:1 7:5 7:22 8:3 8:8 8:17 8:24 9:4 9:10 10:10 10:14 10:22 12:15 12:6 12:14 13:17 13: 24 15:2 15:5 15:17 25:20 25:20 28:16 28:21 40:14 50:2 61:22

Torches
[1] 15:10

Total
[1] 29:9

Totality
[1] 62:24

Totally
[1] 9:24

Touch
[2] 8:5 8:10

Toward
[4] 20:15 20:24 22:14 25:20

Trained
[1] 41:24

Training
[3] 51:12 52:23 52:23

Transcribed
[1] 65:16

Transcript
[1] 2:20

Translate
[4] 16:3 16:7 23:23 33:22

Translation
[1] 50:7

Traveled
[1] 4:18

Treat
[1] 18:4

Treated

Treating
[3] 18:8 19:2 20:11

Treatment
[16] 7:15 13:18 14:1 16:18 17: 17:18 17:21 18:4 19:5 19 8 19:18 19:20 19:23 22:1 56:6

Trial
[1] 3:6

Tried
[6] 4:4 5:7 8:2 8:9 13:16 23:1

Tries
[1] 13:24

True
[7] 9:16 25:22 32:18 53:12 57: 12 64:15 65:14

Truism
[1] 54:1

Try
[7] 7.21 7:24 12:11 13:12 33:17 52:17 53:16

Trying
[4] 17:23 36:17 45:12 54:6

Turn
[1] 4:3

Two
[10] 24:9 24:9 31:19 50:24 53:3 53:5 53:15 57:13 59:4 60:8

Type
[14] 11:13 12:6 12:13 12:18 12: 19 13:15 14:14 14:25 17:1 40:5 50:21 51:4 52:23 52:23

Typical
[2] 41:2 45:11

---

## U

Under
[3] 11:12 64:22 65:16

Understood
[4] 42:25 57:6 58:14 62:9

Undertake
[1] 32:7

Undo
[1] 10:11

Undoubtedly
[2] 9:4 10:16

Undulations
[1] 53:17

Unfortunately
[3] 5:8 11:22 54:13

Uniform
[3] 52:6 25:5 25:16

Uniformity
[1] 21:10

Uniformly
[4] 10:18 24:21 25:10 39:25

Unit
[1] 33:19

UNITED
[2] 1:1 65:1

University
[1] 48:19

Unless
[2] 56:22 59:13

Unreasonable
[2] 32:6 58:18

Unreasonably
[7] 57:18 58:1 58:5 58:7 58:10 58:17 58:22

Unscathed
[1] 36:12

Up
[20] 4:3 10:7 13:18 17:3 17:12 18:12 18:15 19:22 22:17 23:20 23:24 27:3 28:19 29:5 36:18 40:3 3 44:24 54:5 56:24 63:5

Upside
[2] 18:11 18:15

Useful
[1] 40:1

Uses

---

# REX B. McLELLAN, Ph.D.

JUNE 3, 20

[2] 16:12 18:3

## V

**Valid**
[4] 23:23 24:1 25:4 25:18
**Validity**
[1] 9:23
**Van**
[7] 1:22 2:4 2:11 29:1 29:8 29:18 42:4
**Variations**
[1] 25:12
**Varied**
[1] 25:19
**Varin**
[1] 4.20
**Vehicle**
[17] 29:1 29:9 29:24 31:4 33:19 33:19 33:20 34:3 34:15 34:18 34:22 35:2 35:10 36:8 42:2 42:15 45:24
**Vehicles**
[3] 31:12 34:7 36:11
**Versus**
[4] 25:5 27:10 31:16 32:21
**Vertical**
[1] 18:14
**Via**
[1] 1:18
**Vicinity**
[2] 41:1 43:3
**Videotaped**
[3] 1:12 1:15 47:18
**Visited**
[1] 18:25
**Volume**
[1] 4:3
**VS**
[2] 1:8 65:8

## W

**Wait**
[1] 5:10
**Warning**
[23] 28:1 28:6 28:22 30:20 31:1 48:15 49:1 49:5 49:10 50:4 50:6 51:7 51:9 51:11 52:12 52:19 52.24 57:15 57:23 58:13 58.19 58:23 59:1
**Warnings**
[15] 78:25 29:2 29:19 48:21 50:21 51:4 51:14 51:18 51:20 52:2 52:13 52:20 57:13 59:6 59:9
**Water**
[1] 18.18
**Wear**
[1] 27:14
**Weatherman**
[1] 16:15
**Welding**
[12] 6:17 6:22 7:1 7:5 8:7 8:8 12:5 12:5 12:14 13:17 13:24 15:17
**Well-credentialed**
[1] 48:14
**Well-trained**
[1] 41:24
**Wheel**
[3] 31:18 43:20 46:14
**Wheels**
[1] 35:23
**Whole**
[7] 25:3 29:9 30:9 30:22 31:20 58:21 61:12
**Wide**
[1] 60:4
**Wildly**
[1] 23:18
**Wished**
[1] 7:19
**Witness**
[7] 1:16 6:15 63:7 64:20 65:13 65:15 65:19
**Witnessed**

[1] 4:19
**Word**
[7] 5:24 7:20 12:10 25:9 57:11 57:14 58:7
**Words**
[6] 23:4 48:16 52:16 57:19 59:24 61:15
**Worker**
[1] 47:11
**World**
[1] 58:21
**Writing**
[2] 60:21 60:23

## X

**Xeroxed**
[2] 11:24 11:25

## Y

**Year**
[1] 33:20
**Years**
[4] 26:13 34:2 51:10 54:19
**Yell**
[3] 3:23 33.10 33:12
**Yesterday**
[1] 4:23
**Yourself**
[2] 48:20 52:7