# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

JUN - 6 2001

Michael N. Milby
Clerk of Court

51

JUDGE __FILEMON B. VELA__

CASE MANAGER: __Lourdes Mardis__    INTERPRETER: __David Hoover__

COURT REPORTER __Bill Holloway__    LAWCLERK: __Gerardo Flores__

DATE: __June 6, 2001__              TIME: __9:00 a.m. - 6:00 p.m.__

*****************************************************************

CIVIL ACTION NO. __B-00-CV-139__

Linda Coy, Et Al                    Antonio (Tony) Martinez
                                    Benigno "Trey" Martinez, III
vs.

Ford Motor Co., Et Al               Donald H. Dawson, Jr.,
                                    Kathleen Clark &
                                    Jaime A. Saenz

All parties present and ready. Jury sworn and Attorneys' Opening Statements to the Jury made. Witnesses sworn and Rule invoked. Plaintiff began presentation of evidence. Jury excused for lunch from 12:00 Noon to 1:30 p.m.. Thereafter Plaintiff continued presentation of evidence until 6:00 p.m. at which time the Court recessed and the Jury was excused until Thursday, June 7, 2001 at 9:00a.m.  FBV/ltm