52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDANA | § § § § § § | |
| V. | § § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY AND GABRIEL DELGADO | § § | |

## ORDER

On this date, the Court heard Ford's Motion to Exclude the Testimony of Rex B. McLellan, and the Court, upon considering the motion and Plaintiffs' Response thereto, the Court finds that the motion should be denied.

Accordingly, it is hereby ORDERED that Ford's Motion to Exclude the Testimony of Rex B. McLellan is **DENIED**.

Signed this 6th day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE

AUS:1846173.1
31102.94425

17