53

United States District Court
Southern District of Texas
FILED

JUN - 7 2001

Michael N. Milby
Clerk of Court

# COURTROOM MINUTES

JUDGE __FILEMON B. VELA__

CASE MANAGER: __Lourdes Mardis__     INTERPRETER: __David Hoover__

COURT REPORTER __Bill Holloway__     LAWCLERK: __Gerardo Flores__

DATE: __June 7, 2001__     TIME: __9:00 a.m. - 7:00 p.m.__

*****************************************************************

CIVIL ACTION NO. __B-00-CV-139__

| | |
|---|---|
| Linda Coy, Et Al | Antonio (Tony) Martinez |
| | Benigno "Trey" Martinez, III |
| vs. | |
| Ford Motor Co., Et Al | Donald H. Dawson, Jr., |
| | Kathleen Clark & |
| | Jaime A. Saenz |

All parties present and ready. Plaintiff resumed presentation of evidence at 9:00 a.m. and thereafter rested its case. Defendant's Motion for an Instructed Verdict denied by the Court. At 1:15 P.M. Defendant began presentation of evidence and thereafter rested its case. Defendant reiterated their Motion for a Directed Verdict which was denied by the Court. Court's Charge to the Jury was given and at 7:00 p.m. Case was recessed for final arguments on Friday, June 8, 2001 at 9:00 a.m.