56

United States District Court
Southern District of Texas
FILED

JUN 0 7 2001

Michael N. Milby,
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LINDA COY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, DECEASED, LUIS AYALA, ISELA RODRIGUEZ AND LEE AYALA, JR., RUBEN RUIZ AND MAURICIO SALDANA | § § § § § § |
| V. | § CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY AND GABRIEL DELGADO | § § § |

## ORDER

On this date, the Court heard Ford's Motion Judgment as a Matter of Law, and the Court, upon considering the motion and Plaintiffs' Response thereto, the Court finds that the motion should be denied.

Accordingly, it is hereby ORDERED that Ford's Motion Judgment as a Matter of Law is **DENIED**.

Signed this 7th day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE

AUS:1792657.1
13486.94562