*Ford's Requested Instruction No. 1*          *57*

United States District Court
Southern District of Texas
FILED
JUN 0 7 2001
Michael N. Milby
Clerk of Court

**New and Independent Cause**

"Proximate cause" means that cause which, in a natural and continuous sequence, unbroken by any new and independent cause, produces an event, and without which cause such event would not have occurred. In order to be a proximate cause, the act or omission complained of must be such that a person using ordinary care would have foreseen that the event, or some similar event, might reasonably result therefrom. There may be more than one proximate cause of an event.

"New and independent cause" means the act or omission of a separate and independent agency, not reasonably foreseeable, that destroys the causal connection, if any, between the act or omission inquired about and the occurrence in question and thereby becomes the immediate cause of such occurrence.

**SOURCE:** Texas PJC 3.1 [*According to the comment, this instruction should be used instead of the definition of "proximate cause" in PJC 2.4 if there is evidence that the occurrence at issue was caused by a new and independent cause.*]

GIVEN_____   GIVEN AS MODIFIED_____          REFUSED_____

_____
JUDGE PRESIDING

United States District Court
Southern District of Texas
FILED

JUN 0 7 2001

Michael N. Milby
Clerk of Court

## FORD'S PROPOSED QUESTION NO. 1

Was there: (1) a manufacturing defect in the rear axle of the 1979 Club Wagon Van at the time it left Ford's possession, (2) that was a producing cause of the injury in question?

A **"manufacturing defect"** is a physical departure from the product's intended design that renders it unreasonably dangerous.

**"Unreasonably dangerous"** means dangerous to an extent beyond that which would be contemplated by the ordinary user of the product with the ordinary knowledge common to the community as to the product's characteristics.

**"Producing Cause."** A product or the conduct of a person is a "producing cause" of harm to another only if it is a substantial factor in bringing about the harm, and without which no harm would have been incurred. The rule is known as the "but for" rule.

A product is not in a defective condition, thus not unreasonably dangerous when sold, if the unreasonably dangerous condition is solely caused by a substantial change or alteration of the product after it is sold, and but for which unreasonably dangerous condition the event would not have occurred. "Substantial change or alteration" means that the configuration or operational characteristics of the product are changed or altered by affirmative conduct of some person in a manner that the defendant could not have reasonably foreseen would occur in the intended or foreseeable use of the product. Substantial change or alteration does not include reasonably foreseeable wear and tear or deterioration.

Answer "Yes" or "No"


ANSWER: _____


SOURCE:

**Texas Pattern Jury Charge 71.3, 70.5**, modified in two ways. The first sentence is modified to make clear that this one broad form question is actually submitting two separate issues: defect and causation. The definition of "defect" from Texas Pattern Jury Charge 71.3 is expanded to recognize that the nature of this defect must be found in the <u>manufacture</u> of the product, rather than in its design or in its warnings and instructions.

AUS:1876347.1
31102.94940

Establishing a manufacturing defect requires proof that the product as manufactured did not conform to the design standards and blueprints of the manufacturer. *See, e.g., The Torrington Company v. Stutzman*, __ S.W.3d __, 44 Tex. Sup. Ct. Jour. 225, 234 (Dec. 21, 2000)("A product has a manufacturing defect if its construction or quality deviates from the specifications or planned output in a way that is unreasonably dangerous."); *American Tobacco Co., Inc. v. Grinnell*, 951 S.W.2d 420, 434 (Tex. 1997) ("Under Texas law, a plaintiff has a manufacturing defect claim when a finished product deviates, in terms of its construction or quality, from the specifications or planned output in a manner that renders it unreasonably dangerous."); *Robins v Kroger Co.*, 982 S.W.2d 156, 160 (Tex. App. -- Houston [1st Dist.] 1998, review denied)(no manufacturing defect where no evidence that finished product deviated from specifications); *Clark Equipment Co. v. Pitner*, 923 S.W.2d 117, 126 n. 11 (Tex. App. - Houston [14th Dist.] 1996, writ denied) ("A manufacturing defect exists when a product does not conform to the design standards and blueprints of the manufacturer and the flaw makes the product more dangerous and therefore unfit for intended or reasonably foreseeable uses."); *Sims v. Washex Mach. Corp.*, 932 S.W.2d 559, 562 (Tex. App. -- Houston [1st Dist.] 1995, no writ)(same).

In fact, a claim of manufacturing defect assumes that the "product would not have been defective had it conformed to the manufacturer's design specifications." *Torres v. Caterpillar, Inc.*, 928 S.W.2d 233, 239 (Tex. App. -- San Antonio 1996, writ denied).

This requested definition tracks the language of the RESTATEMENT (3D) OF TORTS: PRODUCTS LIABILITY (1998)( § 1, Comment *a*: "A manufacturing defect is a physical departure from a product's intended design.")(§ 2(a): "A product ... contains a manufacturing defect when the product departs from its intended design....") *See also Lucas v. Texas Industries, Inc*, 696 S.W.2d 372, 377-78 (Tex. 1984)(noting that a product can be defective if unreasonably dangerous in its construction, or in its design, or because of inadequate warnings and instructions.).

*Missouri Pac. R.R. Co. v. American Statesman*, 552 S.W.2d 99 (Tex. 1977) ("cause-in-fact as an element of proximate cause means that the negligent act or omission was a substantial factor in bringing about the injury and without which no harm would have been incurred"); *Texas Pacific Ry. Co. v. McCleery*, 418 S.W.2d 494 (Tex. 1967) ("The rule is known as the 'but for' rule.").

GIVEN_____         GIVEN AS MODIFIED_____         REFUSED_____


**HONORABLE UNITED STATES DISTRICT JUDGE**