60

United States District Court
Southern District of Texas
FILED

# COURTROOM MINUTES

JUN - 8 2001

Michael N. Milby
Clerk of Court

JUDGE __FILEMON B. VELA__

CASE MANAGER: Lourdes Mardis      INTERPRETER: David Hoover

COURT REPORTER Bill Holloway      LAWCLERK: Gerardo Flores

DATE: June 8, 2001                TIME: 9:00 a.m.

***************************************************************

CIVIL ACTION NO.  B-00-CV-139

Linda Coy, Et Al                  Antonio (Tony) Martinez
                                  Benigno "Trey" Martinez, III
vs.

Ford Motor Co., Et Al             Donald H. Dawson, Jr.,
                                  Kathleen Clark &
                                  Jaime A. Saenz


All parties present and ready. Attorney's Argumentss to the Jury made. Thereafter, Jury retired to deliberate and at 1:00 p.m. the Jury announced they had reached a verdict. Jury was brought into open Court and Verdict was received by the Court. Jury answered "NO" to Question No. 1 and "NO" to Question No. 2. Jury released.

ClibPDF - www.fastio.com