IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY and GABRIEL DELGADO § § | |

## DEFENDANTS FORD MOTOR COMPANY'S SETTLEMENT CREDIT ELECTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Ford Motor Company, and before the Jury ~~is charged~~ deliberates, pursuant to Section 33.014 of the Texas Civil Practices & Remedies Code, hereby elects the formula Settlement Credit, 33.012 (b)(2) of the Texas Civil Practices & Remedies Code.

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Bar No. 1944
Jaime A. Saenz
State Bar No. 17514859

Federal I. D. No. 7630
Joseph A. (Tony) Rodriguez
Federal Bar No. 10107
State Bar No. 17146600
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

and


DON DAWSON
Michigan Bar No. 05606500
KATHLEEN A. CLARK
Michigan Bar No. 00788830
DAWSON & CLARK, P.C.
2436 First National Bank
660 Woodward Avenue
Detroit, Michigan 48226
(313) 256-8900
Fax (313) 256-8913

**ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned document was served upon all counsel of record, to-wit:

> Tony Martinez
> Benigno (Trey) Martinez
> Martinez & Barrera, L.L.P.
> 1201 East Van Buren
> Brownsville, Texas 78520
> Attorneys for Plaintiffs
>
> D. Alan Erwin
> Roerig, Oliveira & Fisher, L.L.P.
> 855 West Price Road, Suite 9
> Brownsville, Texas 78520
> Attorneys for Defendant Gabriel Delgado
>
> J. Michael Solar
> Solar & Associates, L.L.P.
> Williams Tower, Suite 6300
> 2800 Post Oak Boulevard
> Houston, Texas 77056-6106
> Attorneys For Intervenor, Margarito Lopez

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Federal Rules of Civil Procedure, on this the 8th day of June, 2001.

_____
Jaime A. Saenz