62

United States District Court
Southern District of Texas
FILED

JUN 0 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, ET AL | § § | |
| VS | § § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY & GABRIEL DELGADO | § § § | |

## ORDER

The jury in the captioned case having retired to deliberate at 10:30 a.m., June 8, 2001, and the foreperson having advised the Court that the jury will continue its deliberations, the United States Marshal is hereby

ORDERED to provide the jury, consisting of __8__ members and __2__ security personnel with their meal on the 8th day of June, 2001.

A copy of this Order will be directed by the Clerk to the Financial Section.

DONE at Brownsville, Texas this 8th day of June, 2001.

_____
FILEMON B. VELA
United States District Judge