63

United States District Court
Southern District of Texas
FILED

JUN - 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, ET AL | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-00-139 |
| | § | |
| FORD MOTOR COMPANY & | § | |
| GABRIEL DELGADO | § | |

JURY NOTE # __2__

THE Jury has reached a verdict
WE ARE ready To Proceed.

DATED: June - 8 - 2001

TIME: _____ A.M.  1:00  P.M.

_____
FOREPERSON OF THE JURY

DATE: June 8, 2001

TIME: 11:50 AM

United States District Court
Southern District of Texas
FILED

JUN - 8 2001

Michael N. Milby
Clerk of Court

LADIES AND GENTLEMEN OF THE JURY:

Please be advised that you can consider the statements that were read from Gabriel Delgado's deposition to you. However, the deposition itself as such is not in evidence.

FILEMON B. VELA
United States District Judge

United States District Court
Southern District of Texas
FILED

JUN - 8 2001

Michael N. Milby
Clerk of Court

DATE: June 8, 2001

TIME: 12:00 (Noon)

LADIES AND GENTLEMEN OF THE JURY:

Please be advised that you are to recess at this time for lunch in charge of the U.S. Marshal and return at 1:30 p.m. for further deliberations. Adhere to all instructions heretofore given.

FILEMON B. VELA
United States District Judge

United States District Court
Southern District of Texas
FILED

JUN - 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LINDA COY, ET AL § § §
VS § CIVIL ACTION NO. B-00-139
§ §
FORD MOTOR COMPANY & §
GABRIEL DELGADO §

JURY NOTE # 1

I NEED GABRIEL DELGADO'S DEPOSITION STATEMENT

11:30 A.M.
June 8 - 2001

DATED: June 8, 2001
TIME: ___ (A.M.) ___ P.M.

FOREPERSON OF THE JURY