65

United States District Court
Southern District of Texas
FILED

JUN 0 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LINDA COY, ET AL. | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY & | § |
| GABRIEL DELGADO | § |
| Defendants. | § |

## PLAINTIFF'S AMENDED EXHIBIT LIST

| Exhibit No. | Description | Marked | Offered | Objected | Admitted | Date |
|---|---|---|---|---|---|---|
| 1 | Accident Report | ✓ | ✓ | | ✓ | 6/6/01 |
| 2 | Trial Stipulation regarding employee records for Ruben Ruiz | ✓ | ✓ | | ✓ | 6/6/01 |
| 3 | Employee & Payroll records Brown & Root Industrial Services, Inc. regarding Ruben Ruiz | ✓ | ✓ | | ✓ | 6/6/01 |
| 4 | Trial Stipulation regarding Medical and Billing records for Ruben Ruiz | ✓ | ✓ | | ✓ | 6/6/01 |
| 5 | Medical records of Bayshore Family Practice Center regarding Ruben Ruiz | ✓ | ✓ | | ✓ | 6/6/01 |
| 6 | Medical records of HealthSouth Therapy regarding Ruben Ruiz | ✓ | ✓ | | ✓ | 6/6/01 |
| 7 | Billing records of HealthSouth Therapy regarding Ruben Ruiz | ✓ | ✓ | | ✓ | 6/6/01 |
| 8 | Medical records of V.A. Benavidez, M.D. regarding Ruben Ruiz | ✓ | ✓ | | ✓ | 6/6/01 |
| 9 | Billing records of V.A. Benavidez, M.D. regarding Ruben Ruiz | ✓ | ✓ | | ✓ | 6/6/01 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Medical records of Valley Baptist Medical Center regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 11 | Billing records of Valley Baptist Medical Center regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 12 | Medical records of Valley Radiologist & Associates regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 13 | Billing records of Valley Radiologist & Associates regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 14 | Medical records of Willacy County EMS regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 15 | Billing records of Willacy County EMS regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 16 | Billing records of Emcar-Har Emergency Physicians regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 17 | Medical report of Harlingen Community Emergency Care Foundation regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 18 | Billing of Valley Air Care regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 19 | Billing records of Valley Diagnostic Clinic regarding Ruben Ruiz | ✓ | ✓ | | ✓ 6/6/01 |
| 20 D | 20 E, 20 F, 20 G, 20 L + 20 N + 20 m Family photos regarding Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |
| 21 a | 21 b, 21 c Photos of Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |
| 22 | Trial Stipulation regarding employee records of Hotencia Lopez from Greif Brothers Corp. | ✓ | ✓ | | ✓ 6/6/01 |
| 23 | W2 employee records of Greif Brothers Corp. regarding Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |
| 24 | Trial Stipulation regarding medical and billing records of Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |
| 25 | Billing records of Valley Baptist Medical Center regarding Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |
| 26 | Medical record of Willacy County EMS for Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |
| 27 | Birth Certificate of Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |
| 28 | Death Certificate of Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |
| 29 | Funeral Expenses for Hortencia Lopez | ✓ | ✓ | | ✓ 6/6/01 |

ClibPDF - www.fastio.com

| # | Description | | | | | |
|---|---|---|---|---|---|---|
| 30 | Medical records of Valley Baptist Medical Center regarding Hortencia Lopez | ✓ | ✓ | | ✓ | 6/6/01 |
| 31 | Pathology report from Valley Baptist Medical Center regarding Hortencia Lopez | ✓ | ✓ | | ✓ | 6/6/01 |
| 32 | Expert Report by Rex McClellan | ✓ | ✓ | | ✓ | 6/6/01 |
| 33 a thru 33 m | Photographs of 1979 Ford Club Wagon Van taken by Javier Loredo | ✓ | ✓ | | ✓ | 6/6/01 |
| 34 a-thru-34z | Photographs taken by Rex McClellan | ✓ | ✓ | | ✓ | 6/6/01 |
| 35 | Digital Photos of destructive testing and van | | | | | |
| 36 | Summary video of destructive testing on May 22, 2001 | ✓ | ✓ | | ✓ | 6/6/01 |
| 37 | Ford Repair Manual | ✓ | ✓ | | ✓ | 6/6/01 |
| 38 | Chilten Repair Manual | | | | | |
| 39 | Hayne's Repair Manual | | | | | |
| 40 | Larry Makowski email on May 21, 2001 regarding ball bearing manufacture date | | | | | |
| 41 | Chain of title to van from Jack Roach Ford 1982 to Carroll Shaddock then to Gabriel Delgado in 1992 | ✓ | ✓ | | ✓ | 6/6/01 |
| 42 | Trial Stipulation regarding Carroll Shaddock | ✓ | ✓ | | ✓ | 6/6/01 |
| 43 | Gabriel Delagado deposition testimony regarding never changing axle or ball bearing | ✓ | ✓ | | X | 6/7/01 |
| 44 | Affidavit from Jack Roach Ford of no business records | ✓ | ✓ | | ✓ | 6/6/01 |
| 45 | Marriage Information of Hortencia Lopez and Margarito Lopez | ✓ | ✓ | | ✓ | 6/7/01 |
| 46 | Video of Librado Ayala | ✓ | ✓ | | ✓ | 6/7/01 |
| 47 | Life Table | ✓ | ✓ | | ✓ | 6/7/01 |
| 48 | Ford Econoline Owner's Manual | | | | | |
| 49 | Retainer | ✓ | ✓ | | ✓ | 6/6/01 |
| 50 | Passenger side outer race | ✓ | ✓ | | ✓ | 6/6/01 |
| 51 | Passenger side bearing | ✓ | ✓ | | ✓ | 6/6/01 |
| 52 | Passenger side seal | ✓ | ✓ | | ✓ | 6/6/01 |
| # 34 AA; 34 BB; 34 CC; 34 DD | Photos | ✓ | ✓ | | ✓ | 6/7/01 |
| 34 EE; 34 FF; 34 GG; 34 HH | Photos | ✓ | ✓ | | ✓ | 6/7/01 |
| 34 II; and 34 JJ | Photos | ✓ | ✓ | | ✓ | 6/7/01 |

| 53 a/b | Axel | ✓ | ✓ | | ✓ | 6/6/01 |
|---|---|---|---|---|---|---|
| 54 | Axle stub | ✓ | ✓ | | ✓ | 6/6/01 |
| 55 | Driver's side axle assembly | | | | | 6/6/01 |
| 56 | Video of demonstration of bearing/retainer removal and installation | ✓ | ✓ | | ✓ | 6/6/01 |
| 57 | Video of sterling plant | | | | | 6 |

✓ ✓ ✓ 6/7/01

# 60     Copy of the cover of "Fractography" ASM Handbook

# 60a    Copy of page #259 of "Fractography" ASM Handbook     6/7/01
         Blowup