67

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUN 1 8 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINDA COY, ET AL | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-00-139 |
| | § | |
| FORD MOTOR COMPANY & | § | |
| GABRIEL DELGADO | § | |

## ORDER

The jury in the above captioned case having been ordered to take a short supper break in the jury room on June 7th, 2001, the United States Marshal is hereby

ORDERED to provide the jury, consisting of 8 members with their meal on the 7th day of June, 2001.

A copy of this Order will be directed by the Clerk to the Financial Section.

DONE at Brownsville, Texas this 7th day of June, 2001

FILEMON B. VELA
United States District Judge