*70*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LINDA COY, Individually, and On Behalf of the Estate of HORTENCIA G. LOPEZ, Deceased, LUIS AYALA, ISELA RODRIGUEZ, LIBRADO AYALA, JR., RUBEN RUIZ and MARGARITO LOPEZ | § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY | § § | |

## PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW

Plaintiffs ask the court to grant a Judgment as a Matter of Law in the interest of justice and fairness.

### A.  Introduction

1.     Plaintiffs are **LINDA COY, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF ORTENSIA G. LOPEZ, LUIS AYALA, ISELA RODRIGUEZ AND LIBRADO AYALA, JR., RUBEN RUIZ and MARGARITO LOPEZ**; Defendant is **FORD MOTOR COMPANY**.

2.     Plaintiffs sued Defendant for a manufacturing and marketing defect arising from an axle that was placed in a Ford van which subsequently broke causing the injury of one plaintiff and the death of another plaintiff and subsequent bereavement and accompanying damages to her family .

CfdPDF - www.fxsio.com

## B. Facts

3.      After a trial on the merits, the court submitted this cause to the jury.  The jury

returned a verdict for the Defendant, Ford Motor Company.  The court signed a judgment for the

Defendant on July 3, 2001.

## C. Argument & Authorities

4.      This court should grant this Motion for Judgment as a Matter of Law because the

jury's answer to question numbers 1 and 2 are against the great weight and preponderance of the

evidence and are manifestly unjust.  The plaintiffs submitted evidence of the manufacturing

defect which caused the accident.  However, the Defendant submitted evidence to the contrary

trying to show that someone had altered the axle in question.  In anticipation of this argument by

the Defendant, Plaintiffs alleged a marketing or inadequate warnings defect, in effect alleging

that if someone did alter the axle, they were not adequately warned by the Defendant to avoid

such reasonably foreseeable alterations.  As such, at the very least the court should grant a

judgment as a matter of law.

## E. Prayer

5.      For these reasons, and in the interest of justice and fairness, Plaintiffs ask the

court to grant a judgment as a matter of law and enter a verdict in favor of the Plaintiffs.

Respectfully submitted,

**MARTINEZ Y BARRERA, L.L.P.**
1201 E. Van Buren Street
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602


Tony Martinez
Federal I.D. No. 1943
State Bar No. 13139000


## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been forwarded via fax and regular mail on this the 13th day of July, 2001 to the following counsel of record:

    Jaime Saenz
    **RODRIGUEZ, COLVIN & CHANEY**
    1201 E. Van Buren
    Brownsville, Texas 78520


Tony Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LINDA COY, Individually, and On Behalf  §
of the Estate of HORTENCIA G. LOPEZ,  §
Deceased, LUIS AYALA, ISELA  §
RODRIGUEZ, LIBRADO AYALA, JR.,  §
RUBEN RUIZ and MARGARITO LOPEZ  §
 §
VS.  §      CIVIL ACTION NO. B-00-139
 §
FORD MOTOR COMPANY  §

# ORDER SETTING HEARING

**BE IT REMEMBERED** that on this day came on to be heard the Plaintiffs' Motion for

Judgment as a Matter of Law, and the Court having examined the foregoing Motion, it appears to

the Court that this Motion should be set down for a hearing.

**IT IS THEREFORE, ORDERED AND ADJUDGED,** that Plaintiffs' Motion for

Judgment as a Matter of Law in the above entitled and numbered cause is hereby set for hearing

for the _____ day of _____, 2001, at _____ o'clock _____.m.

**SIGNED** this _____ day of July, 2001.

_____
**JUDGE PRESIDING**

cc:     Tony Martinez
        Benigno (Trey) Martinez
        Jaime Saenz