71

United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LINDA COY, Individually, and On Behalf of the Estate of HORTENCIA G. LOPEZ, Deceased, LIS AYALA, ISELA RODRIGUEZ, LIBRADO AYALA, JR., RUBEN RUIZ and MARGARITO LOPEZ, Plaintiffs, | § § § § § § § § | |
| v. | § § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY, Defendant. | § § § | |

### ORDER DENYING PLAINTIFFS' MOTION FOR NEW TRIAL AND MOTION FOR JUDGEMENT AS A MATTER OF LAW

BEFORE this Court are two motions: Plaintiffs' Motion for New Trial (Docket No. 69) and Plaintiffs' Motion for Judgement as a Matter of Law (Docket No. 70). Final Judgement (Docket No. 68) was entered in this case on the 3rd day of July, 2001. At this Court's own instance and after due consideration of the facts and law, this Court is of the opinion that said motions should be DENIED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion for New Trial is hereby DENIED.

It is, further, ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion for Judgement as a Matter of Law is hereby DENIED.

IT IS SO ORDERED.

SIGNED this the 24th day of July, 2001, in Brownsville, Texas.

Filemon B. Vela
United States District Judge