IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LINDA COY, Individually and On Behalf of the Estate of ORTENSIA G. LOPEZ, Deceased, LUIS AYALA; ISELA RODIGUEZ; LIBRADO AYALA JR.; RUBEN RUIZ; and MAURICIO SALDANA<br><br>VS.<br><br>FORD MOTOR COMPANY and GABRIEL DELGADO | CIVIL ACTION NO. B-00-139 |

### ORDER ~~GRANTING~~ DENYING DEFENDANT FORD MOTOR COMPANY'S REQUEST TO WITHDRAW ITS TRIAL EXHIBITS

BE IT REMEMBERED that on this the 21st day of DEC, 2001, came on to be heard the Ford Motor Company's Request to Withdraw its Trial Exhibits and the Court, after examining the Motion, ~~and hearing the arguments of counsel, is of~~ which does not comply with TXSD. of TEXAS Local Rules is of the opinion that Defendant's Request be ~~GRANTED~~ DENIED.

IT IS THEREFORE, ORDERED that Ford Motor Company's Request to Withdraw its Trial Exhibits be GRANTED and that Ford Motor Company may withdraw its Trial Exhibit Numbers 9, 10, 12, 13, 15, 16, 17, 18, 19a, 19b, and 34.

SIGNED FOR ENTRY this 21st day of DEC, 2001.

_____
JUDGE PRESIDING

Copies to:
Jaime A. Saenz
Tony Martinez / Benigno (Trey) Martinez