74

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LINDA COY, ET AL. | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| FORD MOTOR COMPANY & | § |
| GABRIEL DELGADO | § |
| Defendants. | |

CIVIL ACTION NO. B-00-139

MOTION FOR WITHDRAWAL OF EXHIBITS

COME NOW the above-named Plaintiffs, by and through their attorneys, Benigno Trey

Martinez, and hereby stipulate and agree for the withdrawal of the Plaintiffs' Exhibits.

WHEREFORE, the Plaintiffs respectfully request an Order of Court directing that the

original Exhibits

DATED this _____ day of _____, 2004.

Respectfully submitted,

**MARTINEZ, BARRERA Y MARTINEZ, L.L.P.**

1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Benigno (Trey) Martinez
State Bar No. 00797011