IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 19 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LINDA COY, ET AL. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-139 |
| FORD MOTOR COMPANY & | § | |
| GABRIEL DELGADO | § | |
| Defendants. | | |

ORDER FOR WITHDRAWAL OF EXHIBITS

THIS MATTER, having come before this Court on the foregoing Motion and Order for Withdrawal of Exhibits, and the Court, having reviewed said Stipulated Motion and being otherwise advised in the premises,

*THIS MOTION DOES NOT COMPLY WITH THE LOCAL RULES FOR THE SOUTHERN DISTRICT OF TEXAS*

IT IS ~~HEREBY ORDERED that the Plaintiffs' original Exhibits withdrawn from the Court's record and given back to Plaintiffs' counsel.~~

*IT IS THEREFORE DENIED*

DONE and ORDERED, on this 15 day of April, 2004.

_____
PRESIDING JUDGE

cc:   Benigno Martinez